McCORRISTON MILLER MUKAI MacKINNON LLP

WILLIAM C. McCORRISTON            995-0
DAVID J. MINKIN                   3639-0
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawai'i  96813
Telephone:  (808) 529-7300
Facsimile:  (808) 524-8293
Email:  mccorriston@m4law.com; minkin@m4law.com;

Attorneys for Defendant
NICKIE MALI LUM DAVIS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO. 20-00068 LEK |
|---|---|---|
| Plaintiff, | ) ) | NOTICE OF APPEARANCE OF WILLIAM C. McCORRISTON AS COUNSEL FOR DEFENDANT NICKIE MALI LUM DAVIS; CERTIFICATE OF SERVICE |
| vs. | ) ) |  |
| NICKIE MALI LUM DAVIS; | ) ) |  |
| Defendant. | ) ) |  |

NOTICE OF APPEARANCE OF WILLIAM C. McCORRISTON
AS COUNSEL FOR DEFENDANT NICKIE MALI LUM DAVIS

WILLIAM C. McCORRISTON of the law firm of McCorriston Miller Mukai MacKinnon LLP, hereby give notice of his appearance as counsel for Defendant NICKIE MALI LUM DAVIS and requests to receive electronic service filings via CM/ECF.

413088.1

DATED:  Honolulu, Hawai'i, August 24, 2020.

/s/ William C. McCorriston
WILLIAM C. McCORRISTON
DAVID J. MINKIN

Attorneys for Defendant
NICKIE MALI LUM DAVIS

413088.1

2