IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 20-00068 LEK |
| ) | |
| Plaintiff, ) | CERTIFICATE OF SERVICE |
| vs. ) | |
| ) | |
| NICKIE MALI LUM DAVIS; ) | |
| ) | |
| Defendant. ) | |
| ) | |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this date, true and accurate copies of the foregoing documents were duly served on the following, in the manner indicated below:

|  | Electronically Via CM/ECF | U.S. Mail |
|---|---|---|
| KENJI M. PRICE, ESQ.<br>KENNETH M. SORENSEN, ESQ.<br>Office of the United States Attorney<br>Prince Kuhio Federal Building<br>300 Ala Moana Blvd., Ste 6400<br>Honolulu, Hawaii 96850<br><br>Attorneys for Plaintiff | X | |

DATED:  Honolulu, Hawaiʻi, August 24, 2020.

/s/ William C. McCorriston
WILLIAM C. McCORRISTON
DAVID J. MINKIN
Attorneys for Defendant
NICIKIE MALI LUM DAVIS

413088.1