McCORRISTON MILLER MUKAI MacKINNON LLP

WILLIAM C. McCORRISTON     995-0
DAVID J. MINKIN     3639-0
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawai'i  96813
Telephone:  (808) 529-7300
Facsimile:  (808) 524-8293
Email:  mccorriston@m4law.com; minkin@m4law.com;

Attorneys for Defendant
NICKIE MALI LUM DAVIS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 20-00068 LEK |
| | ) | |
| Plaintiff, | ) | NOTICE OF APPEARANCE OF |
| vs. | ) | DAVID J. MINKIN AS COUNSEL |
| | ) | FOR DEFENDANT NICKIE MALI |
| NICKIE MALI LUM DAVIS; | ) | LUM DAVIS; CERTIFICATE OF |
| | ) | SERVICE |
| Defendant. | ) | |
| | ) | |

NOTICE OF APPEARANCE OF DAVID J. MINKIN
AS COUNSEL FOR DEFENDANT NICKIE MALI LUM DAVIS

DAVID J. MINKIN of the law firm of McCorriston Miller Mukai MacKinnon LLP, hereby give notice of his appearance as counsel for Defendant NICKIE MALI LUM DAVIS and requests to receive electronic service filings via CM/ECF.

413093.1

DATED: Honolulu, Hawai'i, August 24, 2020.

      /s/ David J. Minkin
WILLIAM C. McCORRISTON
DAVID J. MINKIN

Attorneys for Defendant
NICKIE MALI LUM DAVIS