KENJI M. PRICE #10523
United States Attorney
District of Hawaii

JOHN D. KELLER
Principal Deputy Chief
United States Department of Justice, Criminal Division
Public Integrity Section
1331 F Street, NW, Suite 300
Washington, DC  20004
Telephone: (202) 598-2231
Email:  John.Keller2@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO. 20-00068 LEK |
|---|---|---|
| Plaintiff, | ) | NOTICE OF APPEARANCE ON BEHALF OF THE UNITED STATES; CERTIFICATE OF SERVICE |
| vs. | ) | |
| NICKIE MALI LUM DAVIS, | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE ON BEHALF OF THE UNITED STATES

COMES NOW, John D. Keller, Principal Deputy Chief of the Public Integrity Section, Criminal Division, United States Department of Justice, and hereby enters

his appearance before the U.S. District Court, District of Hawaii, on behalf of the United States for the above-captioned case.

DATED: August 25, 2020, at Washington, District of Columbia.

KENJI M. PRICE
United States Attorney
District of Hawaii

By */s/ John D. Keller*_____
JOHN D. KELLER
Principal Deputy Chief

2

## CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

<u>Served Electronically through CM/ECF:</u>

William McCorriston, Esq.
David Minkin, Esq.

Attorneys for Defendant
NICKIE MALI LUM DAVIS

DATED: August 25, 2020, at Honolulu, Hawaii.

*/s/ Dawn Aihara*