IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case. No. 20-cr-68 LEK |
| | ) | |
| Plaintiff, | ) ) ) | ORDER GRANTING MOTION TO APPEAR PRO HAC VICE AS TO Abbe David Lowell |
| vs. | ) ) | |
| NICKIE MALI LUM DAVIS | ) ) | |
| | ) | |
| Defendant. | ) ) | |

## ORDER GRANTING MOTION
## TO APPEAR PRO HAC VICE

The Court GRANTS the Motion of Abbe David Lowell to Appear Pro Hac Vice.

| Name of Attorney: | Abbe David Lowell |
|---|---|
| Firm Name: | Winston & Strawn LLP |
| Firm Address: | 1901 L Street NW<br>Washington, DC 20036 |
| Attorney CM/ECF Primary email address: | ADLowell@winston.com |
| Firm Telephone: | 202-282-5000 |
| Party Represented | Nickie Mali Lum Davis |

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, August 27, 2020.




Wes Reber Porter
United States Magistrate Judge