KENJI M. PRICE #10523
United States Attorney
District of Hawaii

NICOLE R. LOCKHART
Trial Attorney
United States Department of Justice
Public Integrity Section, Criminal Division
1331 F St., NW, Suite 300
Washington, DC  20004
Telephone:  (202) 514-0188
Email:  Nicole.Lockhart@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO. 20-00068 LEK |
|---|---|---|
| Plaintiff, | ) ) ) | NOTICE OF APPEARANCE ON BEHALF OF THE UNITED STATES; CERTIFICATE OF SERVICE |
| vs. | ) ) ) | |
| NICKIE MALI LUM DAVIS, | ) ) | |
| Defendant. | ) ) | |

NOTICE OF APPEARANCE ON BEHALF OF THE UNITED STATES

COMES NOW, Nicole R. Lockhart, trial attorney of the Public Integrity Section, Criminal Division, United States Department of Justice, and hereby enters

her appearance before the U.S. District Court, District of Hawaii, on behalf of the United States for the above-captioned case.

DATED:  August 28, 2020, at Washington, District of Columbia.

        KENJI M. PRICE
        United States Attorney
        District of Hawaii


          */s/ Nicole R. Lockhart*
By_____
        NICOLE R. LOCKHART
        Trial Attorney

CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served Electronically through CM/ECF:

    William McCorriston, Esq.
    David Minkin, Esq.

    Attorneys for Defendant
    NICKIE MALI LUM DAVIS

    DATED:  August 28, 2020, at Honolulu, Hawaii.

                                                 */s/ Dawn Aihara*