# MINUTES

| | |
|---|---|
| CASE NUMBER: | CRIMINAL NO. 20-00068 LEK |
| CASE NAME: | USA vs. Nickie Mali Lum Davis |
| ATTYS FOR PLA: | John D. Keller<br>Kenneth M. Sorenson |
| ATTYS FOR DEFT: | William C. McCorriston<br>Abbe David Lowell<br>David J. Minkin |
| PTSO: | Diane Arima-Linscott |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | Debi Read |
| DATE: | 08/31/2020 | TIME: | 11:00 AM - 11:30 AM |

COURT ACTION:   EP: Initial appearance, Waiver of Indictment, Arraignment & Plea to Felony Information as to Defendant, Nickie Mali Lum Davis, held by video conference.

Defendant present via video, Nickie Mali Lum Davis, not in custody.

The defendant was asked by the court about consenting to proceed by video conference, and she *consented*. The court made the finding pursuant to Section 15002(b)(2) of the CARES Act that the Initial appearance, Waiver of Indictment, Arraignment and plea hearing must proceed by video because of the national COVID-19 emergency, and it cannot be conducted in person without seriously jeopardizing public health and safety.  The Court further finds that on August 13, 2020, Chief Judge Seabright made the appropriate findings as required under the CARES Act with regard to felony pleas under Rule 11 of the Federal Rules of Civil Procedure.  Therefore, the Court finds that this hearing cannot be further delayed without serious harm to the interest of justice.  The Court's specific reasons are that on August 13, 2020, Chief Judge Seabright issued a Temporary General Order limiting in-court hearings and delaying jury trials until October 13, 2020.  On August 18, 2020 Mayor Caldwell for the City and County of Honolulu issued an emergency order 2020-24, ordering residents to stay at home.  Based on that, court concludes that the change of plea hearing in this case cannot be further delayed without serious harm to the interest of justice, and if the court were to delay this hearing until it was held in person, it would add to the backlog of this court.

Defendant Nickie Mali Lum Davis sworn, questioned by the Court. Charges received.

Waiver of Indictment signatures verified, approved and filed.

**Memorandum of Plea agreement**, signatures verified and filed

Court informs Defendant of sentencing guidelines, possible departure from sentencing guidelines, possible penalties, supervised release, possible loss of civil rights, limited rights to appeal, etc.

Plea of Guilty as to the Felony Information entered by the Defendant. Court accepts Defendant's Plea of Guilty. Court **defers** full acceptance of Plea Agreement until after pre-Sentence report is prepared. Pre-Sentence report ordered from USPO.

Charges have been received.

Defendant, Nickie Mali Lum Davis, pleads GUILTY to Felony Information.

Pretrial services report reviewed.

Discussion held.

Court Orders Defendant remain out of custody on the following conditions of release:

These restrictive conditions are consistent with 18 U.S.C. § 3142(c)(1)(B).

- Pretrial Services respectfully recommends the defendant be released on an unsecured bond in the amount of: $100,000.00.

- (7b) Comply with pretrial services supervision, and abide by all conditions of release as directed by Pretrial Services. You are required to inform Pretrial Services within 24 hours of any contact with law enforcement, including but not limited to, any arrest, questioning (excludes instant offense), or traffic stop.

- (7g1) Surrender any passport and all travel documents to the U.S. Pretrial Services Office. Do not apply for/obtain a passport. If not convicted, the passport will be returned to the defendant unless needed for evidentiary purposes. If convicted, Pretrial Services will transfer the passport to the U.S. Probation Office upon disposition of this case unless otherwise directed by the Court. Surrender no later than: September 11, 2020.

- (7h3) Travel is restricted to: the States of Hawaii and California. The defendant must notify Pretrial Services in advance of any travel between Hawaii and California. **All other domestic and foreign travel requires the advance approval of the Court by Motion.**

- (7m1) Contact is prohibited directly, indirectly, or through third parties with: co-defendants, coconspirators, or witnesses in this and any related case. The U.S. Attorney's Office will provide Pretrial Services with initial and updated lists of names of persons with whom contact is prohibited.

- (7s1) You are prohibited from owning, possessing, or controlling any firearm or ammunition. Immediately surrender all firearms and ammunition to an agent approved by Pretrial Services.

- (8n) Provide Pretrial Services with any and all requested financial information regarding your financial status including, but not limited to: employment and all sources of income, bank accounts, assets and liabilities, and investments. You are required to sign and execute an Authorization to Release Financial Information as requested by Pretrial Services.

- (8O) Pretrial Services is authorized to run credit reports on a random and "as needed" basis during the course of supervision to ensure compliance with pretrial release conditions. You are required to sign and execute any necessary release forms including, but not limited to an Authorization to Release Financial Information, as requested by Pretrial Services.

- (9a) In conjunction with the Ho'okele program, the Court authorizes the defendant to participate in voluntary stress and anxiety counseling as arranged by Pretrial Services.

- Other Conditions: Comply with the provisions of the Foreign Agents Registration Act (FARA).

- The defendant must abide by all current and future national. state. and county orders relating to COVID-19. to include self-quarantine requirements when traveling to Hawaii.

In addition to the Special Conditions of Release as specified above, you are subject to the following conditions:

- You shall not commit any offense in violation of federal, state, or local law while on release in this case.

- You shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed.

- You must cooperate in the collection of a DNA sample if it is authorized by 42 U.S.C. § 14135a.

Defendant must remain in contact with Pretrial Services for further instructions on where to report.

SENTENCING to the Felony Information set for 1/20/2021 at 11:00 AM before Judge Leslie E. Kobayashi.

Submitted by: Agalelei Elkington, Courtroom Manager