AO 455 (Rev. 01/09) Waiver of an Indictment

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
*Aug 31, 2020*
Michelle Rynne, Clerk of Court

# UNITED STATES DISTRICT COURT
для the
District of Hawaii

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. CR. NO. 20-00068 LEK |
| NICKIE MALI LUM DAVIS | ) | |
| Defendant | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 8-27-2020

*Nickee Davis*
Defendant's signature

*[signature]*
Signature of defendant's attorney

William C. McCorriston
Printed name of defendant's attorney

*[signature]*
Judge's signature

Judge's printed name and title

**Leslie E. Kobayashi**
**United States District Judge**