AO 83 (Rev. 12/85) Summons in a Criminal Case

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 04 2020

at 2 o'clock and 00 min. P M
MICHELLE RYNNE, CLERK

# UNITED STATES DISTRICT COURT
## District of Hawaii

| UNITED STATES OF AMERICA | SUMMONS IN A CRIMINAL CASE |
|---|---|
| V. | Case Number: CR 20-00068 LEK |
| NICKIE MALI LUM DAVIS <br> (Name and Address of Defendant) | |

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place <br> United States District Court <br> 300 Ala Moana Blvd <br> Honolulu, HI 96850 <br> Ph. (808) 541-1300 (Honolulu Number) | Room <br><br> AS DESIGNATED |
|---|---|
| | Date and Time <br><br> August 31, 2020 at 11:00 a.m. |
| Before: Leslie E. Kobayashi, United States District Judge | |

To Answer a(n) Information

Charging you with a violation of Title 18 United States Code, Section(s) 2, 22:612, 618 (a)(1) .

Brief description of offense:
Aiding and Abetting & Unregistered Agent of a Foreign Principal

RECEIVED
2020 AUG 26 AM 11:56
U.S. MARSHALS SERVICE
HONOLULU, HI

| Michelle Rynne, Clerk of Court <br> Name and Title of Issuing Officer | |
|---|---|
| /s/ Michelle Rynne by ET <br> Signature of Issuing Officer/Deputy Clerk | August 26, 2020 <br> Date |

AO 83 (Rev.06/09) Summons in a Criminal Case (Page 2)

Case No.   CR 20-00068 LEK; USA VS. NICKIE MALI LUM DAVIS

## PROOF OF SERVICE

This summons was received to me on *(date)* _____.

☐ I personally served the summons on this defendant _____ at *(place)* _____ On *(date)* _____;

or

☐ On *(date)* _____ I left the summons at the individuals residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, and I mailed a copy to the individual's last known address; or

☐ I delivered a copy of the summons to *(name of individual)* _____, who is authorized to receive service of process on behalf of *(name of organization)* _____ on *(date)* _____ and I mailed a copy to the organization's last known address within the district or to its principal place of business elsewhere in the United States; or

☐ The summons was returned unexecuted because: _____
_____.

I declare that under penalty of perjury that this information is true.

Date returned: _____

_____
*Server's Signature*

_____
*Printed name and title*

Remarks:

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

Nickie Mali Lum Davis
485 Kala Place
Honolulu, HI 96816-4928

9590 9402 5331 9154 6161 05

2. Article Number (Transfer from service label)

7019 2970 0001 8927 0868

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☒ Agent ☐ Address

B. Received by (Printed Name) C. Date of Delive

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☒ No

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☒ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ...ed Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☒ Return Receipt for Merchandise
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053 Domestic Return Receipt

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com.

**OFFICIAL USE**

7019 2970 0001 8927 0868

| | |
|---|---|
| Certified Mail Fee $ | |
| Extra Services & Fees (check box, add fee as appropriate) ☐ Return Receipt (hardcopy) $ ☐ Return Receipt (electronic) $ ☐ Certified Mail Restricted Delivery $ ☐ Adult Signature Required $ ☐ Adult Signature Restricted Delivery $ | Postmark Here |
| Postage $ | |
| Total Postage and Fees $ 8.80 | |

Sent To N.M.L.Davis CR 20-00068 8/27/20

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

USPS TRACKING #

9590 9402 5331 9154 6161 05

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service

RECD USMS-HI 09/03/'20 10:22

• Sender: Please print your name, address, and ZIP+4® in this box•

United States Marshals Service
Attn: Sharon Kanakaole
P. O. Box 50184
Honolulu, HI 96850

