| | |
|---|---|
| KENJI M. PRICE #10523<br>United States Attorney<br>District of Hawaii | COREY R. AMUNDSON<br>Chief, Public Integrity Section<br>United States Department of Justice |
| KENNETH M. SORENSON<br>Assistant U.S. Attorney<br>Room 6-100, PJKK Federal Bldg.<br>300 Ala Moana Boulevard<br>Honolulu, Hawaii   96850<br>Telephone: (808) 541-2850<br>Facsimile: (808) 541-2958<br>Email:ken.sorenson@usdoj.gov | JOHN D. KELLER<br>Principal Deputy Chief<br><br>SEAN F. MULRYNE<br>Deputy Director, Election Crimes<br>NICOLE R. LOCKHART<br>JAMES C. MANN<br>Trial Attorneys<br>Public Integrity Section |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br>NICKIE MALI LUM DAVIS,<br><br>  Defendant. | ) CR. NO. 1:20-CR-00068<br>)<br>) JOINT MOTION TO CONTINUE<br>) SENTENCING<br>)<br>) DATE: January 20, 2021<br>) TIME: 11:00 a.m.<br>) JUDGE: Leslie E. Kobayashi<br>)<br>)<br>) |

## JOINT MOTION TO CONTINUE SENTENCING

The UNITED STATES OF AMERICA, by its undersigned attorneys, and the defendant, NICKIE MALI LUM DAVIS, and her attorneys, William C. McCorriston, Esq. and Abbe David Lowell, Esq., jointly request that the current

sentencing date of January 20, 2021, be vacated and that sentencing in this matter be continued to a date to be determined. The parties jointly request that a telephone status conference be set for February 19, 2021.

On August 31, 2020, the defendant pleaded guilty to a one-count Information charging her with aiding and abetting a violation of the Foreign Agents Registration Act, 22 U.S.C. §§ 612 & 618(a). The defendant pleaded guilty pursuant to a plea agreement which included a provision governing her cooperation. Plea Agreement 41-44, ECF No. 15. On October 20, 2020, in a related case, another defendant pleaded guilty to conspiracy to violate the Foreign Agents Registration Act, in violation of 18 U.S.C. § 371. *See United States v. Elliott Broidy*, 1:20-cr-210, (D.D.C. Oct. 20, 2020).

The government's investigation continues. Until recently, negotiations to resolve potential additional charges as to additional defendant(s) were ongoing, but those negotiations have concluded unsuccessfully. The government thus anticipates that the defendant's potential cooperation will continue through the resolution of additional charges against additional subject(s). The government will be able to provide the Court with the general time frame for any additional charges by the February 19, 2021, status conference.

For the foregoing reasons, the parties jointly move this Court to vacate the sentencing hearing in this matter and set a status conference for February 19, 2021, or on another date thereafter that is convenient for the Court.

DATED: Honolulu, Hawaii, December 9, 2020.

Respectfully submitted,

COREY R. AMUNDSON
Chief, Public Integrity Section
United States Department of Justice

By: JOHN D. KELLER
Principal Deputy Chief
Sean F. Mulryne
Deputy Director, Election Crimes
Nicole R. Lockhart
James C. Mann
Trial Attorneys
Public Integrity Section

MICHAEL NAMMAR
Chief, Criminal Division

KENNETH M. SORENSON
Chief, National Security

ABBE DAVID LOWELL, Esq.
Counsel for Defendant

WILLIAM C. MCCORRISTON, Esq.
Counsel for Defendant

3

CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served Electronically through CM/ECF:

    Abbe Lowell, Esq.
    William McCorriston, Esq.
    David Minkin, Esq.

Attorneys for Defendant
NICKIE MALI LUM DAVIS

DATED: December 9, 2020

John D. Keller