McCORRISTON MILLER MUKAI MacKINNON LLP

| | |
|---|---|
| WILLIAM C. McCORRISTON | #995-0 |
| DAVID J. MINKIN | #3639-0 |

Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawai'i  96813
Telephone:  808.529.7300
Facsimile:  808.535.8056
E-Mail:  mccorriston@m4law.com; minkin@m4law.com

ABBE DAVID LOWELL (*pro hac vice*)
Winston & Strawn LLP
1901 L. Street NW
Washington, DC 20036
Telephone:  202-282-5000
Facsimile:  202-282-5100
E-mail:  ADLowell@winston.com

Attorneys for Defendant
NICKIE MALI LUM DAVIS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>NICKIE MALI LUM DAVIS;<br><br>Defendant. | CR. NO. 20-00068 LEK<br><br>NOTICE OF WITHDRAWAL OF ABBE DAVID LOWELL AS *PRO HAC VICE* COUNSEL FOR DEFENDANT NICKIE MALI LUM DAVIS; CERTIFICATE OF SERVICE |

420783.1

NOTICE OF WITHDRAWAL OF ABBE DAVID LOWELL AS
*PRO HAC VICE* COUNSEL FOR DEFENDANT NICKIE MALI LUM DAVIS

NOTICE IS HEREBY GIVEN of the withdrawal of Abbe David Lowell, of the law firm Winston & Strawn LLP, as *pro hac vice* counsel for Defendant Nickie Malu Lum Davis ("Davis"), effective upon approval.

NOTICE IS FURTHER GIVEN that William C. McCorriston and David J. Minkin, and the law firm of McCorriston Miller Mukai MacKinnon LLP shall remain as counsel for Davis.

DATED:  Honolulu, Hawai'i, April 16, 2021.

/s/ *William C. McCorriston*
WILLIAM C. McCORRISTON
DAVID J. MINKIN
Attorneys for Defendant
NICKIE MALI LUM DAVIS


APPROVAL/CONSENT

/s/ *Abbe David Lowell*
ABBE DAVID LOWELL
Winston & Strawn LLP


/s/ *Nickie Mali Lum Davis*
NICKIE MALI LUM DAVIS
Defendant

420783.1