
JUDITH A. PHILIPS
Acting United States Attorney
District of Hawaii

KENNETH M. SORENSON
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, Hawaii   96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email:ken.sorenson@usdoj.gov

COREY R. AMUNDSON
Chief, Public Integrity Section
United States Department of Justice

JOHN D. KELLER
Principal Deputy Chief

SEAN F. MULRYNE
Deputy Director, Election Crimes
NICOLE R. LOCKHART
Trial Attorney
Public Integrity Section

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>vs.<br><br>NICKIE MALI LUM DAVIS,<br><br>     Defendant. | ) CR. NO. 1:20-CR-00068<br>)<br>) JOINT MOTION TO CONTINUE<br>) SENTENCING<br>)<br>) DATE: June 10, 2021<br>) TIME: 1:30 p.m.<br>) JUDGE: Leslie E. Kobayashi<br>)<br>)<br>) |

**<u>JOINT MOTION TO CONTINUE SENTENCING</u>**

The UNITED STATES OF AMERICA, by its undersigned attorneys, and the

defendant, NICKIE MALI LUM DAVIS, and her attorney, William C. McCorriston,

Esq., jointly request that the current sentencing date of June 10, 2021, be vacated and that sentencing in this matter be continued to October 15, 2021.

On August 31, 2020, the defendant pleaded guilty to a one-count Information charging her with aiding and abetting a violation of the Foreign Agents Registration Act, 22 U.S.C. §§ 612 & 618(a).  The defendant pleaded guilty pursuant to a plea agreement which included a provision governing her cooperation.  Plea Agreement 41-44, ECF No. 15.  On October 20, 2020, in a related case, another defendant pleaded guilty to conspiracy to violate the Foreign Agents Registration Act, in violation of 18 U.S.C. § 371.  *See United States v. Elliott Broidy*, 1:20-cr-210, (D.D.C. Oct. 20, 2020).  On January 20, 2021, Mr. Broidy was pardoned.

The government's investigation continues.  The government anticipates that additional charges will be filed against additional defendant(s) by no later than May or June 2021.  The defendant is cooperating and her cooperation will continue until resolution of the anticipated charges, which is unlikely before October 2021.

For the foregoing reasons, the parties jointly move this Court to vacate the sentencing hearing and related deadlines in this matter and set a new sentencing date for October 15, 2021, or another date thereafter that is convenient for the Court.

DATED:  April 22, 2021

Respectfully submitted,

COREY R. AMUNDSON
Chief, Public Integrity Section
United States Department of Justice

*[signature]*

By: JOHN D. KELLER
Principal Deputy Chief
Sean F. Mulryne
Deputy Director, Election Crimes
Nicole R. Lockhart
Trial Attorney
Public Integrity Section

*[signature]*

MICHAEL NAMMAR
Chief, Criminal Division

*[signature]*

KENNETH M. SORENSON
Chief, National Security

*[signature]*

WILLIAM C. MCCORRISTON, Esq.
Counsel for Defendant

CERTIFICATE OF SERVICE

    I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served Electronically through CM/ECF:

    William McCorriston, Esq.
    David Minkin, Esq.

Attorneys for Defendant
NICKIE MALI LUM DAVIS

DATED:   April 22, 2021