# MINUTE ORDER

CASE NUMBER:     CRIMINAL NO. 20-00068 LEK

CASE NAME:     USA v Nickie Mali Lum Davis

JUDGE:     Leslie E. Kobayashi           DATE: 04/22/2021

COURT ACTION: EO: ORDER GRANTING [28] JOINT MOTION TO CONTINUE SENTENCING.

On 4/22/2021, the parties filed a Joint Motion to continue sentencing (Dkt. [28]) scheduled for 6/10/2021 and proposed a new date of 10/15/2021.

The Motion is GRANTED in part. Sentencing is continued from 6/10/2021 to **10/14/2021 at 1:30 PM** before Judge Leslie E. Kobayashi in Aha Nonoi.

Submitted by: Agalelei Elkington, Courtroom Manager