IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

|  |  |  |
|---|---|---|
| Plaintiff, | ) ) ) ) ) ) | Case. No.  20-00068 LEK<br><br>ORDER GRANTING MOTION TO APPEAR PRO HAC VICE AS TO<br>James A. Bryant |
| vs. | ) ) ) ) ) |  |
| Defendant. | ) ) ) |  |

## ORDER GRANTING MOTION
## TO APPEAR PRO HAC VICE

The Court GRANTS the Motion of _____James A. Bryant_____ to Appear Pro Hac Vice.

| Name of Attorney: | James A. Bryant |
|---|---|
| Firm Name: | The Cochran Firm California |
| Firm Address: | 4929 Wilshire Blvd., Suite 1010, Los Angeles, CA 90010 |
| Attorney CM/ECF Primary email address: | jbryant@cochranfirm.com |
| Firm Telephone: | 323-435-8205 |
| Party Represented | Nickie Mali Lum Davis |

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, ____April 29, 2021____



Wes Reber Porter
United States Magistrate Judge