McCORRISTON MILLER MUKAI MacKINNON LLP

| | |
|---|---|
| WILLIAM C. McCORRISTON | #995-0 |
| DAVID J. MINKIN | #3639-0 |

Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawaiʻi  96813
Telephone:  808.529.7300
Facsimile:   808.535.8056
E-Mail:       mccorriston@m4law.com; minkin@m4law.com

JAMES A. BRYANT (*pro hac vice*)
The Cochran Firm California
4929 Wilshire Blvd., Suite 1010
Los Angele, CA 90010
Telephone:  323-435-8205
Facsimile:   310-802-3829
E-mail:       jbryant@cochranfirm.com

Attorneys for Defendant
NICKIE MALI LUM DAVIS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     vs.<br><br>NICKIE MALI LUM DAVIS;<br><br>          Defendant. | CR. NO. 20-00068 LEK<br><br>EX PARTE MOTION TO PERMIT TRAVEL; DECLARATION OF WILLIAM C. McCORRISTON; CERTIFICATE OF SERVICE |

421173.1

## EX PARTE MOTION TO PERMIT TRAVEL

Defendant NICKIE MALI LUM DAVIS, by and through her attorney undersigned, seeks leave of Court to travel to Washington D.C. from Los Angeles, California, pursuant to the request of attorneys in the U.S. Justice Department to testify at Grand Jury proceeding occurring on or about May 6, 2021. Travel shall be during the period of May 5, 2021 to May 7, 2021.

Mr. John D. Keller, attorney for the United States herein, has confirmed his consent to the undersigned to request approval of this Motion.

DATED: Honolulu, Hawaiʻi, April 29, 2021.

                                               */s/ William C. McCorriston*
                                               WILLIAM C. McCORRISTON
                                               DAVID J. MINKIN
                                               JAMES A. BRYANT
                                               Attorneys for Defendant
                                               NICKIE MALI LUM DAVIS

421173.1