IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>NICKIE MALI LUM DAVIS;<br><br>  Defendant. | CR. NO. 20-00068 LEK<br><br>DECLARATION OF WILLIAM C. McCORRISTON |

DECLARATION OF WILLIAM C. McCORRISTON

I, WILLIAM C. McCORRISTON, hereby declare:

1. I am Counsel for Defendant Nickie Mali Lum Davis.

2. Ms. Davis has been requested to attend a grand jury proceeding in Washington D.C. by John D. Keller, attorney with the U.S. Department of Justice (Criminal Division) and attorney for the United States in this matter.

3. Ms. Davis has voluntarily agreed to appear for the grand jury proceedings currently scheduled for May 6, 2021, but needs leave of Court to do so, under current conditions of her release.

4. Via e-mail exchange, Mr. Keller has given me his approval to join this request to the Court.

5. The undersigned, by certificate of service and email, is informing Christen Rudd, U.S. Probation and Pretrial Services Officer, U.S. District Court –

421173.1

California Central Probation Office and Darsie J.T. Ing-Dodson, Senior U.S. Probation Officer, U.S. District Court for the District of Hawaii of this Motion.

    I, WILLIAM C. McCORRISTON, declare under penalty of perjury that the foregoing is true and correct.

    Executed this 29th day of April 2021, at Honolulu, Hawaii.

    */s/ William C. McCorriston*
    WILLIAM C. McCORRISTON