CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on the date and methods indicated below, a true and correct copy of the foregoing document was served on the following at their last known addresses:

<u>Served Electronically through CM/ECF</u>:

| | |
|---|---|
| John D. Keller, Esq. | John.Keller2@usdoj.gov |
| Nicole R. Lockhart, Esq. | Nicole.Lockhart@usdoj.gov |
| Kenneth R. Sorenson, Esq. | ken.sorenson@usdoj.gov |
| James C. Mann, Esq. | James.Mann@usdoj.gov |

Attorneys for Plaintiff
UNITED STATES OF AMERICA

<u>Served Electronically through E-Mail</u>:

| | |
|---|---|
| Christen Rudd | Christen_Rudd@cacp.uscourts.gov |
| Darsie J.T. Ing-Dodson | Darsie_Ing-Dodson@hip.uscourts.gov |

DATED: Honolulu, Hawaiʻi, April 29, 2021.

/s/ *William C. McCorriston*
WILLIAM C. McCORRISTON
DAVID J. MINKIN
JAMES A. BRYANT
Attorneys for Defendant
NICKIE MALI LUM DAVIS

421173.1