McCORRISTON MILLER MUKAI MacKINNON LLP

| | |
|---|---|
| WILLIAM C. McCORRISTON | #995-0 |
| DAVID J. MINKIN | #3639-0 |

Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawai'i  96813
Telephone:  808.529.7300
Facsimile:   808.535.8056
E-Mail:        mccorriston@m4law.com; minkin@m4law.com

JAMES A. BRYANT (*pro hac vice*)
The Cochran Firm California
4929 Wilshire Blvd., Suite 1010
Los Angele, CA 90010
Telephone:  323-435-8205
Facsimile:   310-802-3829
E-mail:        jbryant@cochranfirm.com

Attorneys for Defendant
NICKIE MALI LUM DAVIS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     vs.<br><br>NICKIE MALI LUM DAVIS;<br><br>          Defendant. | CR. NO. 20-00068 LEK<br><br>ORDER GRANTING EX PARTE MOTION TO PERMIT TRAVEL |

421232.1

## ORDER GRANTING EX PARTE MOTION TO PERMIT TRAVEL

Defendant NICKIE MALI LUM DAVIS' Ex Parte Motion to Permit Travel was filed on April 29, 2021 and Mr. John D. Keller, attorney for the United States herein, has confirmed his consent to the undersigned to request approval of this Motion, the Court having fully been advised, find good cause therefor to grant Defendant's Ex Parte Motion.

IT IS HEREBY ORDERED that Defendant NICKIE MALI LUM DAVIS shall be granted leave to travel from Los Angeles, California to Washington, D.C. on May 5, 2021 to May 7, 2021, to attend the grand jury proceeding.  Defendant shall provide photocopies of her travel itineraries and contact information where she can be reached during her travels, to the Adult Probation Division prior to departing California.

DATED:  Honolulu, Hawai'i, May 3, 2021.



/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge

USA v. Nickie Mali Lum Davis; Criminal No. 20-00068 LEK; Order Granting Ex Parte Motion to Permit Travel

421232.1