McCORRISTON MILLER MUKAI MacKINNON LLP

WILLIAM C. McCORRISTON     #995-0
DAVID J. MINKIN     #3639-0
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawai'i  96813
Telephone:  808.529.7300
Facsimile:  808.535.8056
E-Mail: mccorriston@m4law.com; minkin@m4law.com

JAMES A. BRYANT (*pro hac vice*)
The Cochran Firm California
4929 Wilshire Blvd., Suite 1010
Los Angele, CA 90010
Telephone:  323-435-8205
Facsimile:  310-802-3829
E-mail: jbryant@cochranfirm.com

Attorneys for Defendant
NICKIE MALI LUM DAVIS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>NICKIE MALI LUM DAVIS;<br><br>    Defendant. | CR. NO. 20-00068 LEK<br><br>UNOPPOSED MOTION TO AMEND CONDITIONS OF PRETRIAL RELEASE TO ALLOW DEFENDANT NICKIE MALI LUM DAVIS TO TRAVEL WITHIN THE UNITED STATES WITHOUT ADVANCE COURT APPROVAL; DECLARATION OF WILLIAM C. MCCORRISTON; CERTIFICATE OF SERVICE |

423861.1

UNOPPOSED MOTION TO AMEND CONDITIONS OF PRETRIAL RELEASE TO ALLOW DEFENDANT NICKIE MALI LUM DAVIS TO TRAVEL WITHIN THE UNITED STATES WITHOUT ADVANCED COURT APPROVAL

Defendant NICKIE MALI LUM DAVIS ("Davis"), by and through her attorney undersigned, seeks leave of this Court to be allowed to remain on release and travel within the United States, but without the need to obtain Court approval so long as due notice is given to U.S. Pretrial Services prior to her travel until her sentencing date, which is currently set for October 15, 2021. Davis will need to travel within the United States to meet her obligations in her plea agreement with the United States of America and to meet her business and family obligations before her sentencing date.

The Government does not oppose to the modification requested – to allow Ms. Davis to travel within the United States **without prior Court approval, but with notice to U.S. Pretrial Services**. Ms. Davis has demonstrated good conduct in following the current terms and conditions of her release. See Declaration of William C. McCorriston.

For the foregoing reasons, Ms. Davis moves this Court to grant Davis' request to be allowed to travel within the United States until the time of her sentencing, upon prior notice to U.S. Pretrial Services, but without advance approval by the Court.

423861.1

All other conditions of pretrial release shall remain the same.

DATED:  Honolulu, Hawai'i, July 28, 2021.

          */s/ William C. McCorriston*
          WILLIAM C. McCORRISTON
          DAVID J. MINKIN
          JAMES A. BRYANT
          Attorneys for Defendant
          NICKIE MALI LUM DAVIS