IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>NICKIE MALI LUM DAVIS;<br><br>        Defendant. | CR. NO. 20-00068 LEK<br><br>DECLARATION OF WILLIAM C. McCORRISTON |

<u>DECLARATION OF WILLIAM C. McCORRISTON</u>

I, WILLIAM C. McCORRISTON, hereby declare:

1.     I am Co-Counsel representing Defendant Nickie Mali Lum Davis.

2.     Current conditions of Davis' release allows her travel within the United States with prior Court approval for each trip and notification to U.S. Pretrial Services of her travel plans.

3.     Ms. Davis has in good faith complied with all of her conditions for release.  However, travel in August and subsequent months to continue with her cooperation agreement, to undertake business obligations which she needs to meet her financial obligations under her Plea Agreement and to support her family will require increased travel in the month of August and subsequent months until the time of sentencing.

423861.1

4.  I have communicated with Messrs.' Keller and Sorenson and they have informed me that they do not oppose this modification request.

5.  It is understood that Ms. Davis will continue to notify U.S. Pretrial Services of all planned trips according to current protocols.

I, WILLIAM C. McCORRISTON, declare under penalty of perjury that the foregoing is true and correct.

Executed this 28th day of July 2021, at Honolulu, Hawaii.

*/s/ William C. McCorriston*
WILLIAM C. McCORRISTON

423861.1