# CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on the date and methods indicated below, a true and correct of the foregoing document was served on the following at their last known addresses:

<u>Served Electronically through CM/ECF</u>:

| | |
|---|---|
| John D. Keller, Esq. | John.Keller2@usdoj.gov |
| Nicole R. Lockhart, Esq. | Nicole.Lockhart@usdoj.gov |
| Kenneth R. Sorenson, Esq. | Ken.Sorenson@usdoj.gov |
| James C. Mann, Esq. | James.Mann@usdoj.gov |

Attorneys for Plaintiff
UNITED STATES OF AMERICA

<u>Served Electronically through E-Mail</u>:

| | |
|---|---|
| Christen Rudd | Christen_Rudd@cacp@uscourts.gov |
| Diane Arima-Linscott | Diane_Arima-Linscott@hipt.uscourts.gov |

DATED:  Honolulu, Hawaiʻi, July 28, 2021.

/s/ *William C. McCorriston*
WILLIAM C. McCORRISTON
DAVID J. MINKIN
JAMES A. BRYANT
Attorneys for Defendant
NICKIE MALI LUM DAVIS

423861.1