JUDITH A. PHILIPS
Acting United States Attorney
District of Hawaii

KENNETH M. SORENSON
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, Hawaii   96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email:ken.sorenson@usdoj.gov

COREY R. AMUNDSON
Chief, Public Integrity Section
United States Department of Justice

JOHN D. KELLER
Principal Deputy Chief

SEAN F. MULRYNE
Deputy Director, Election Crimes
NICOLE R. LOCKHART
Trial Attorney
Public Integrity Section

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>NICKIE MALI LUM DAVIS,<br><br>　　　　Defendant.<br>_____ | ) CR. NO. 1:20-CR-00068<br>)<br>) UNOPPOSED MOTION TO<br>) CONTINUE SENTENCING<br>)<br>) DATE: October 14, 2021<br>) TIME: 1:30 p.m.<br>) JUDGE: Leslie E. Kobayashi<br>)<br>)<br>) |

**UNOPPOSED MOTION TO CONTINUE SENTENCING**

The UNITED STATES OF AMERICA, by its undersigned attorneys, requests that the current sentencing date of October 14, 2021, be vacated and that sentencing in this matter be continued for 180 days to on or about April 14, 2021.

On August 31, 2020, the defendant pleaded guilty to a one-count Information charging her with aiding and abetting a violation of the Foreign Agents Registration Act, 22 U.S.C. §§ 612 & 618(a). The defendant pleaded guilty pursuant to a plea agreement which included a provision governing her cooperation. Plea Agreement 41-44, ECF No. 15. On October 20, 2020, in a related case, another defendant pleaded guilty to conspiracy to violate the Foreign Agents Registration Act, in violation of 18 U.S.C. § 371. *See United States v. Elliott Broidy*, 1:20-cr-210, (D.D.C. Oct. 20, 2020). On January 20, 2021, Broidy was pardoned.

On June 10, 2021, the government filed superseding charges against Prakazrel Michel and Low Taek Jho in the United States District Court for the District of Columbia in case no. 1:19-cr-148. *See United States v. Michel & Low*, No. 1:19-cr-148, Superseding Indictment, ECF no. 84 (D.D.C. June 10, 2021). The Superseding Indictment alleges witness tampering by Michel related to previously indicted conduct involving illegal foreign and conduit contributions from Michel and Low to political committees supporting a candidate for the Office of the President of the United States in the 2012 election cycle. The Superseding Indictment also adds charges of conspiracy and violations of the Foreign Agents Registration Act and 18 U.S.C. § 951 based on Michel's and Low's alleged involvement in the same unregistered, backchannel foreign influence campaign on behalf of Low and the PRC that led to Lum Davis's plea in the instant matter.

Michel remains pending trial; Low is a fugitive; and resolution prior to trial appears unlikely. At his arraignment on July 12, 2021, new counsel appeared for Michel, and Michel rejected a previously extended global plea offer proposed to resolve the case prior to the filing of a superseding indictment. The court set a status conference for October 6, 2021. The government has provided an initial discovery production to Michel's counsel, but the forthcoming discovery includes approximately 1 million documents. Based on conversations with newly retained defense counsel and the court, and given the volume of discovery, the government does not anticipate a trial prior to Spring 2022. The government anticipates that Lum Davis's cooperation will continue through Michel's trial.

For the foregoing reasons, the government moves this Court to vacate the sentencing hearing and related deadlines in this matter and set a new sentencing date on or about April 14, 2021, or another date thereafter that is convenient for the Court. The government has conferred with defense counsel and the defendant does not oppose this Motion or the continuance.

DATED:  <u>July 28, 2021</u>

Respectfully submitted,

COREY R. AMUNDSON
Chief, Public Integrity Section
United States Department of Justice

By: JOHN D. KELLER
Principal Deputy Chief
Sean F. Mulryne
Deputy Director, Election Crimes
Nicole R. Lockhart
Trial Attorney
Public Integrity Section

KENNETH M. SORENSON
Chief, National Security

## CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served Electronically through CM/ECF:

    James A. Bryant, Esq.
    William McCorriston, Esq.
    David Minkin, Esq.

Attorneys for Defendant
NICKIE MALI LUM DAVIS

DATED: July 28, 2021

                                                          /s/John D. Keller