# MINUTE ORDER

CASE NUMBER:     CRIMINAL NO. 20-00068 LEK

CASE NAME:        USA vs. Nickie Mali Lum Davis

JUDGE:   Leslie E. Kobayashi          DATE:          07/29/2021

COURT ACTION:  EO: The Court GRANTS the unopposed Motion to Amend Conditions of Pretrial Release (Dkt. No. [36]).  Pretrial Services is directed to provide the Court with the recommended release conditions related to travel to be imposed.

Submitted by: Agalelei Elkington, Courtroom Manager