PS8 HIPS-SUP-L-PETITN-01 (06.12)

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF HAWAII

U.S.A. vs. Nickie Mali Lum Davis                                      CR 20-00068LEK-01

Petition for Action on Conditions of Pretrial Release

COMES NOW Diane Arima-Linscott, U.S. Pretrial Services Officer, presenting an official report upon the conduct of defendant NICKIE MALI LUM DAVIS, who was placed under pretrial release supervision by the Honorable Leslie E. Kobayashi sitting in the Court at Honolulu, Hawaii. The defendant has been under pretrial services supervision since August 31, 2020. The current conditions of pretrial release are as follows:

REFER TO PRETRIAL SERVICES REPORT(S)

Respectfully presenting petition for action of Court and for cause as follows:

> Pursuant to 18 U.S.C. § 3142(c)(3), Pretrial Services is submitting this report to request that the Court review the release order.
>
> That the defendant's conditions of pretrial release be modified as follows:
>
> **DELETE:**
>
> 3.  (7h3) Travel is restricted to: the States of Hawaii and California. The defendant must notify Pretrial Services in advance of any travel between Hawaii and California. All other domestic and foreign travel requires the advance approval of the Court.
>
> **ADD:**
>
> •  (7h3) Travel is restricted to: the State of Hawaii and the continental United States. The defendant must notify Pretrial Services in advance of any travel to Hawaii and any travel within the continental United States. All other foreign travel requires the advance approval of the Court.

PRAYING THAT THE COURT WILL ORDER the aforementioned modification of pretrial release.

Case 1:20-cr-00068-LEK   Document 39   Filed 07/30/21   Page 2 of 2   PageID.253

RE:     U.S.A. vs. Nickie Mali Lum Davis                              July 30, 2021
        CR 20-00068LEK-01                                                    Page 2

Petition for Action on Conditions of Pretrial Release

| ORDER OF COURT | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| Considered and ordered this 30th day of July, 2021 and ordered filed and made a part of the records in the above case. | Executed on: July 30, 2021 |
| /s/ Leslie E. Kobayashi<br>Leslie E. Kobayashi<br>United States District Judge | DIANE ARIMA-LINSCOTT<br>U.S. Pretrial Services Officer |
| | Place: Honolulu, Hawaii |