JUDITH A. PHILIPS
Acting United States Attorney
District of Hawaii

KENNETH M. SORENSON
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, Hawaii   96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email:ken.sorenson@usdoj.gov

COREY R. AMUNDSON
Chief, Public Integrity Section
United States Department of Justice

JOHN D. KELLER
Principal Deputy Chief

SEAN F. MULRYNE
Deputy Director, Election Crimes
NICOLE R. LOCKHART
Trial Attorney
Public Integrity Section

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 1:20-CR-00068 |
| Plaintiff, | ) <br> ) STIPULATION TO CONTINUE <br> ) SENTENCING |
| vs. | ) <br> ) DATE: October 14, 2021 |
| NICKIE MALI LUM DAVIS, | ) TIME: 1:30 p.m. <br> ) JUDGE: Leslie E. Kobayashi |
| Defendant. | ) <br> ) <br> ) |

## STIPULATION TO CONTINUE SENTENCING

The UNITED STATES OF AMERICA, by its undersigned attorneys, and the defendant, by her undersigned attorneys, for the reasons set forth in the government's Motion to Continue Sentencing, ECF No. 37, stipulate to vacatur of

the current sentencing date of October 14, 2021, and to continuance to a new sentencing date of April 21, 2022.

The parties jointly request that this Court vacate the sentencing hearing and related deadlines in this matter and set a new sentencing date of April 21, 2022. The parties agree that such a continuance is served by the ends of justice and outweighs the best interest of the public and the defendant in a speedy trial and requests that the Court find that the defendant's continued cooperation and resolution of the cases against related defendants in related matters justify the stipulated continuance.

DATED:  September 8, 2021



/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge

Respectfully submitted,

COREY R. AMUNDSON
Chief, Public Integrity Section
United States Department of Justice

By: JOHN D. KELLER
Principal Deputy Chief
Sean F. Mulryne
Deputy Director, Election Crimes
Nicole R. Lockhart
Trial Attorney
Public Integrity Section

/s/ Kenneth M. Sorenson
KENNETH M. SORENSON
Chief, National Security

/s/ William C. McCorriston
WILLIAM C. MCCORRISTON, Esq.
Counsel for Defendant

/s/ James A. Bryant
JAMES A. BRYANT, Esq.
Counsel for Defendant