McCORRISTON MILLER MUKAI MacKINNON LLP

WILLIAM C. McCORRISTON #995-0
DAVID J. MINKIN #3639-0
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawai'i  96813
Telephone:  808.529.7300
Facsimile:   808.535.8056
E-Mail: mccorriston@m4law.com; minkin@m4law.com

JAMES A. BRYANT (*pro hac vice*)
The Cochran Firm California
4929 Wilshire Blvd., Suite 1010
Los Angele, CA 90010
Telephone:  323-435-8205
Facsimile:   310-802-3829
E-mail: jbryant@cochranfirm.com

Attorneys for Defendant
NICKIE MALI LUM DAVIS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | CR. NO. 20-00068 LEK |
|---|---|
| Plaintiff, | |
| vs. | MOTION (UNOPPOSED) TO EXTEND SENTENCING DATE AND RELATED TIMELINES; EXHIBIT "A"; CERTIFICATE OF SERVICE |
| NICKIE MALI LUM DAVIS; | |
| Defendant. | |

429449.1

MOTION (UNOPPOSED) TO EXTEND SENTENCING DATE
AND RELATED TIMELINES

Defendant NICKIE MALI LUM DAVIS ("Davis"), by and through her attorneys undersigned, hereby moves for a thirty (30) day extension of time for her sentencing in the above matter (or as soon thereafter as the Court's available), with corresponding extensions for submission of Presentencing reports and documents. Ms. Davis' sentencing is currently set for April 21, 2022.

The continuance is based upon Ms. Davis' continuing cooperation with the Government, and the continuance is not opposed by the United States as evidenced by the email between Mr. Sean Mulryne and James Bryant dated March 10, 2022, attached hereto as Exhibit "A".

Pretrial Services is being served with a copy of this motion.

DATED:  Honolulu, Hawai'i, March 14, 2022.

/s/ William C. McCorriston
WILLIAM C. McCORRISTON
DAVID J. MINKIN
JAMES A. BRYANT

Attorneys for Defendant
NICKIE MALI LUM DAVIS

429449.1