| | |
|---|---|
| **From:** | Mulryne, Sean (CRM) <Sean.Mulryne@usdoj.gov> |
| **Sent:** | Thursday, March 10, 2022 12:17 PM |
| **To:** | James A. Bryant |
| **Cc:** | William C. McCorriston; Sorenson, Ken (USAHI); Lockhart, Nicole (CRM); Keller, John (CRM) |
| **Subject:** | RE: [EXTERNAL] RE: Stipulation to Continue Sentencing |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

James,

Thank you for the quick response. We do not oppose a 30-day continuance of the sentencing hearing. We will confer among ourselves on possible dates and be back in touch shortly.

Sean

1

**EXHIBIT "A"**