McCORRISTON MILLER MUKAI MacKINNON LLP

WILLIAM C. McCORRISTON  #995-0
DAVID J. MINKIN  #3639-0
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawai'i  96813
Telephone:  808.529.7300
Facsimile:  808.535.8056
E-Mail:  mccorriston@m4law.com; minkin@m4law.com

JAMES A. BRYANT (*pro hac vice*)
The Cochran Firm California
4929 Wilshire Blvd., Suite 1010
Los Angele, CA 90010
Telephone:  323-435-8205
Facsimile:  310-802-3829
E-mail:  jbryant@cochranfirm.com

Attorneys for Defendant
NICKIE MALI LUM DAVIS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br>NICKIE MALI LUM DAVIS;<br><br>  Defendant. | CR. NO. 20-00068 LEK<br><br>STIPULATION TO CONTINUE SENTENCING |

## STIPULATION TO CONTINUE SENTENCING

Defendant NICKIE MALI LUM DAVIS ("Davis"), by and through her undersigned attorneys, and The UNITED STATES OF AMERICA, by its undersigned attorneys, for the reasons that (1) Davis is continuing with her cooperation with the United States and those efforts, relevant to sentencing, will not be completed until June 2, 2022, and (2) to allow time for Defendant Davis to file her Motion to Disqualify.

The parties jointly request this Court to vacate the sentencing hearing and related deadlines in this matter and set a new sentencing date of June 2, 2022. The parties agree that such a continuance is served by the ends of justice and outweighs the best interest of the public and the defendant in a speedy trial and requests that the Court find the defendant's continued cooperation and resolution of the cases against defendants in related matters justify the stipulated continuance.

DATED: Honolulu, Hawai'i, March 17, 2022.

Respectfully submitted.


*/s/ Nicole R. Lockhart*
COREY R. AMUNDSON
Chief, Public Integrity Section
United States Department of Justice

JOHN KELLER
Principal Deputy Chief
SEAN F. MULRYNE
Deputy Director, Election Crimes
NICOLE R. LOCKHART
Trial Attorney
Public Integrity Section
KENNETH M. SORENSON
Chief, National Security


*/s/ William C. McCorriston*
WILLIAM C. McCORRISTON
DAVID J. MINKIN
JAMES A. BRYANT

Attorneys for Defendant
NICKIE MALI LUM DAVIS

APPROVED AND SO ORDERED:



/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge

---

*U.S.A. v. Nickie Mali Lum Davis*., Cr. No. 20-00068 LEK, U.S. District Court, District of Hawaii:  STIPULATION TO CONTINUE SENTENCING