McCORRISTON MILLER MUKAI MACKINNON LLP

WILLIAM C. McCORRISTON  #995-0
DAVID J. MINKIN  #3639-0
Five Waterfront Plaza, 4th Floor500 Ala Moana Boulevard Honolulu, Hawai'i 96813
Telephone:  808.529.7300
Facsimile:  808.535.8056

E-Mail:  mccorriston@m4law.com;  minkin@m4law.com

JAMES A. BRYANT *(pro hac vice)*
The Cochran Firm California
4929 Wilshire Blvd., Suite 1010
Los Angele, CA 90010
Telephone: 323-435-8205
Facsimile:  310-802-3829
E-mail:  jbryant@cochranfirm.com

Attorneys for Defendant
NICKIE MALI LUM DAVIS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | CR. NO. 20-00068 LEK |
|---|---|
| Plaintiff, | MOTION TO DISQUALIFY; MOTION TO STAY SENTENCING; AND MOTION FOR JUDICIAL RELIEF; MEMORANDUM IN SUPPORT OF MOTIONS; DECLARATION OF COUNSEL; INDEX OF EXHIBITS; CERTFICIATE OF SERVICE |
| vs. | |
| NICKIE MALI LUM DAVIS; | |
| Defendant. | |

MOTION TO DISQUALIFY; MOTION TO STAY SENTENCING; MOTION FOR JUDICIAL RELIEF

Comes now Defendant Nickie Mali Lum Davis, by and through her counsel, James A. Bryant of the Cochran Firm California, and William C. McCorriston and David J. Minkin of McCorriston Miller Mukai Mackinnon LLP, and moves this Court for an order disqualifying Assistant United States Attorney John D. Keller and any other United States attorneys the Court find cause to disqualify from representing the United States of America in this matter. The grounds for the disqualification are that (1) Mr. Keller violated the Hawaii Rules of Professional Conduct 3.3 in conspiring with Abbe Lowell to deceive the Court by making false representations or making affirmative misrepresentations through omissions or failure of disclosure, and (2) Mr. Keller conspired with Abbe Lowell to violate Ms. Davis' Sixth Amendment Right to conflict free counsel.

In addition, Defendant moves this Court for an order granting judicial relief for an immediate and expedited investigation into the allegations of misconduct by Mr. Keller and any other U.S. attorneys who may have been involved in the allegations set forth in this Motion.

Finally, Defendant moves this Court to issue a stay on Ms. Davis' sentencing and any further cooperation with the government by her pending the determination and outcome of the investigation.

These motions comply with Local Rule 7.4(a) in that each of the three motions do not exceed 25 pages in length, and the motions have been consolidated for the purpose of judicial economy as they are based upon the same facts, evidence and circumstances.

These motions are based on the files and records of this case, and is supported by the attached memorandum, Declaration of James A. Bryant, the Index of Exhibits and such argument as the Court may entertain.

DATED: Honolulu, Hawai'i, April 25, 2022.

<u>/s/ James A. Bryant</u>  
JAMES A. BRYANT  
WILLIAM C. McCORRISTON  
DAVID J. MINKIN  
Attorneys for Defendant  
NICKIE MALI LUM DAVIS