# MINUTE ORDER

CASE NUMBER:      CRIMINAL NO. 20-00068 LEK

CASE NAME:        USA vs. Nickie Mali Lum Davis

JUDGE:   Leslie E. Kobayashi          DATE:          04/27/2022

COURT ACTION:  EO: ORDER SETTING BRIEFING SCHEDULE.

On 4/26/2022 the defendant, Nicki Mali Lum Davis, filed a First [47] MOTION to Disqualify Counsel; Motion to Stay Sentencing; Motion for Judicial Relief.  The Court hereby sets the matter for a motion hearing and the following briefing schedule:

Response Memorandum is due: 5/4/2022.
Reply Memorandum is due: 5/11/2022.

Motion hearing is set for 5/18/2022 at 11:00 AM in Aha Nonoi before Judge Leslie E. Kobayashi.

Submitted by: Agalelei Elkington, Courtroom Manager