McCORRISTON MILLER MUKAI MacKINNON LLP

WILLIAM C. McCORRISTON #995-0
DAVID J. MINKIN #3639-0
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawai`i  96813
Telephone:  808.529.7300
Facsimile:  808.535.8056
E-Mail:  mccorriston@m4law.com; minkin@m4law.com

JAMES A. BRYANT (*pro hac vice*)
The Cochran Firm California
4929 Wilshire Blvd., Suite 1010
Los Angele, CA 90010
Telephone:  323-435-8205
Facsimile:  310-802-3829
E-mail:  jbryant@cochranfirm.com

Attorneys for Defendant
NICKIE MALI LUM DAVIS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | CR. NO. 20-00068 LEK |
|---|---|
| Plaintiff, | DEFENDANT NICKIE MALI LUM DAVIS' *EX PARTE* MOTION TO STAY SENTENCING STATEMENT UNTIL COURT'S RESOLUTION OF DEFENDANT'S MOTION TO DISQUALIFY, MOTION TO STAY SENTENCING AND MOTION FOR JUDICIAL RELIEF, FILED APRIL 26, 2022; DECLARATION OF WILLIAM C. McCORRISTON; ORDER GRANTING DEFENDANT NICKIE MALI LUM DAVIS' *EX PARTE* MOTION TO STAY SENTENCING |
| vs. | |
| NICKIE MALI LUM DAVIS, | |
| Defendant. | |

430695.1

STATEMENT UNTIL COURT'S RESOLUTION OF DEFENDANT'S MOTION TO DISQUALIFY, MOTION TO STAY SENTENCING AND MOTION FOR JUDICIAL RELIEF, FILED APRIL 26, 2022; CERTIFICATE OF SERVICE

DEFENDANT NICKIE MALI LUM DAVIS' *EX PARTE* MOTION TO STAY SENTENCING STATEMENT UNTIL COURT'S RESOLUTION OF DEFENDANT'S MOTION TO DISQUALIFY, MOTION TO STAY SENTENCING AND MOTION FOR JUDICIAL RELIEF, FILED APRIL 26, 2022

Defendant NICKIE MALI LUM DAVIS ("Davis"), by and through her attorneys undersigned, hereby respectfully requests that the Court stay sentencing statements in this matter until resolution of Defendant's Motion to Stay Sentencing, filed April 26, 2022, which is part of Defendant's Motion to Disqualify; Motion to Stay Sentencing; and Motion to for Judicial Relief ("Omnibus Motion"). This Motion seeks the stay as the content of the Sentencing Memorandum will, in part, be dependent on the Court's ruling on the omnibus motion set for May 18, 2022.

The Sentencing Statement for Defendant Davis is currently due on May 3, 2022.

This motion is brought pursuant to FED. R. CIV. P. 7 and LR 6.2 and 7.1, and is based upon the attached declaration of counsel, the record and files herein

430695.1

2

and such other and further matters as may be presented to the Court at any hearing on the Omnibus Motion.

DATED:  Honolulu, Hawai`i, April 28, 2022.

*/s/ William C. McCorriston*
WILLIAM C. McCORRISTON
DAVID J. MINKIN
JAMES A. BRYANT

Attorneys for Defendant
NICKIE MALI LUM DAVIS