IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>NICKIE MALI LUM DAVIS,<br><br>        Defendant. | CR. NO. 20-00068 LEK<br><br>DECLARATION OF WILLIAM C. McCORRISTON |

<u>DECLARATION OF WILLIAM C. McCORRISTON</u>

I, WILLIAM C. McCORRISTON, hereby declare:

1.    I am licensed to practice law in all courts of the State of Hawai`i and this Court.

2.    I am an attorney with the law firm McCorriston Miller Mukai MacKinnon LLP, co-counsel for Defendant NICKIE MALI LUM DAVIS ("Davis"), in this matter.

3.    I submit this declaration in support of Davis' *Ex Parte* Motion to Stay Sentencing Statement until the Court's Resolution of Defendant's Motion to Disqualify, Motion to Stay Sentencing and Motion for Judicial Relief, filed on April 26, 2022.

4. Ms. Davis is continuing with her cooperation with the Government and anticipates being a trial witness in a pending case and is coordinating with the Government's counsel for further meetings with them.

5. The content of Defendant Davis' Sentencing Memorandum will, in part, depend upon the rulings issued by this Court on the Omnibus Motion to be heard on May 18, 2022.

I, WILLIAM C. McCORRISTON, declare under penalty of law that the foregoing is true and correct.

Executed this 28th day of April 2022 at Honolulu, Hawai`i.

/s/ William C. McCorriston
WILLIAM C. McCORRISTON