IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>  vs.<br><br>NICKIE MALI LUM DAVIS,<br><br>                Defendant. | CR. NO. 20-00068 LEK<br><br>ORDER GRANTING DEFENDANT NICKIE MALI LUM DAVIS' *EX PARTE* MOTION TO STAY SENTENCING STATEMENT UNTIL COURT'S RESOLUTION OF DEFENDANT'S MOTION TO DISQUALIFY, MOTION TO STAY SENTENCING AND MOTION FOR JUDICIAL RELIEF, FILED APRIL 26, 2022 |

ORDER GRANTING DEFENDANT NICKIE MALI LUM DAVIS'
*EX PARTE* MOTION TO STAY SENTENCING STATEMENT
UNTIL COURT'S RESOLUTION OF DEFENDANT'S MOTION TO
DISQUALIFY, MOTION TO STAY SENTENCING AND
MOTION FOR JUDICIAL RELIEF, FILED APRIL 26, 2022

      This Court having read the foregoing *Ex Parte* Motion to Stay Sentencing Statement Until the Court's Resolution of Defendant's Motion to Stay Sentencing, filed April 26, 2022, and the Declaration of William C. McCorriston, and good cause appearing therefrom;

      IT IS HEREBY ORDERED that Defendant Nickie Mali Lum Davis' *Ex Parte* Motion to Stay Sentencing Statement Until the Court's Resolution of Defendant's Motion to Stay Sentencing, filed April 26, 2022, is granted until such

time as the Court rules on Defendant's Motion to Disqualify, Motion to Stay Sentencing and Motion for Judicial Relief, currently set for May 18, 2022.

    DATED: Honolulu, Hawai`i, _____.

---

*United States of America v. Nickie Mali Lum Davis*, CR. No. 20-00068 LEK; ORDER GRANTING DEFENDANT NICKIE MALI LUM DAVIS' MOTION TO STAY SENTENCING STATEMENT UNTIL COURT'S RESOLUTION OF DEFENDANT'S MOTION TO STAY SENTENCING, FILED APRIL 26, 2022