McCORRISTON MILLER MUKAI MACKINNON LLP

| | |
|---|---|
| WILLIAM C. McCORRISTON | #995-0 |
| DAVID J. MINKIN | #3639-0 |

Five Waterfront Plaza, 4th Floor500 Ala Moana Boulevard Honolulu, Hawai'i 96813
Telephone:  808.529.7300
Facsimile:  808.535.8056

E-Mail:    mccorriston@m4law.com;  minkin@m4law.com

JAMES A. BRYANT *(pro hac vice)*
The Cochran Firm California
4929 Wilshire Blvd., Suite 1010
Los Angele, CA 90010
Telephone: 323-435-8205
Facsimile:  310-802-3829
E-mail:    jbryant@cochranfirm.com

Attorneys for Defendant
NICKIE MALI LUM DAVIS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. 20-00068 LEK |
| Plaintiff, | DECLARATION OF JAMES A. BRYANT IN SUPPORT OF DEFENDANT'S MOTION FOR LEAVE TO FILE *EX PARTE* AND *IN CAMERA* DECLARATION OF COUNSEL AND INDEX OF EXHIBITS A-DD |
| vs. | |
| NICKIE MALI LUM DAVIS; | |
| Defendant. | |

## DECLARATION OF JAMES A. BRYANT

I, James A. Bryant, do hereby state and declare as follows:

1. I am the declarant, and make all of the statements herein on my personal knowledge, except as to those matters stated on information and belief, and as to those matters, I believe them to be true, and if called as a witness, could and would testify competently thereto.

2. I am a Partner at the Cochran Firm California, I have been admitted to practice in this Court through local counsel William McCorriston, and I am co-counsel along with Mr. McCorriston and we represent Defendant Nickie Davis in this case.

3. The Declaration of James A. Bryant and the Index of Exhibits A – DD in support of Defendant Nickie Davis' Motion to Disqualify, Motion to Stay Sentencing and Motion for Judicial Relief, are primarily based upon attorney-client communications.

4. Ms. Davis has not waived her attorney-client privilege as it relates to any communications between her and her current and former attorneys, and in fact asserts that privilege.

5. I have informed the counsel for the United States that I intend to file the Declaration of James A. Bryant and the Index of Exhibits *ex parte in camera* on the grounds that the statements and communications are primarily attorney-client

privileged information.

    I do declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

    DATED: Los Angeles, California, April 25, 2022.

                                          JAMES A. BRYANT