McCORRISTON MILLER MUKAI MACKINNON LLP

WILLIAM C. McCORRISTON     #995-0
DAVID J. MINKIN            #3639-0
Five Waterfront Plaza, 4th Floor500 Ala Moana Boulevard Honolulu, Hawai'i 96813
Telephone:  808.529.7300
Facsimile:  808.535.8056

E-Mail:    mccorriston@m4law.com;  minkin@m4law.com

JAMES A. BRYANT *(pro hac vice)*
The Cochran Firm California
4929 Wilshire Blvd., Suite 1010
Los Angele, CA 90010
Telephone: 323-435-8205
Facsimile:  310-802-3829
E-mail:    jbryant@cochranfirm.com

Attorneys for Defendant
NICKIE MALI LUM DAVIS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br>NICKIE MALI LUM DAVIS;<br><br>  Defendant. | CR. NO. 20-00068 LEK<br><br>ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE TO FILE EX PARTE AND IN CAMERA DECLARATION OF COUNSEL AND INDEX OF EXHIBITS A-DD |

<u>[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE TO FILE EX PARTE AND IN CAMERA DECLARATION OF COUNSEL AND INDEX OF EXHIBITS A-DD</u>

Upon consideration of Defendant Nickie Davis' *Motion for Leave to File Ex Parte and In Camera Declaration of Counsel and Index of Exhibits A-DD* in support of her Motion to Disqualify, Motion to Stay Sentencing and Motion for Judicial Relief, the files and records herein, and good cause appearing therefor;

IT IS HEREBY ORDERED that the *Ex Parte* Motion is GRANTED. The Court will review in Camera the Declaration of James A. Bryant and Index of Exhibits A-DD, and to keep them confidential.

As such Defendant requests that the Court grant Defendant leave to file the Declaration of James A. Bryant and the Index of Exhibits A-DD *in camera*.

DATED AT HONOLULU, HAWAII, April 28, 2022.



/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge

2