| | |
|---|---|
| CLARE E. CONNORS #7936<br>United States Attorney<br>District of Hawaii | COREY R. AMUNDSON<br>Chief, Public Integrity Section<br>United States Department of Justice |
| KENNETH M. SORENSON<br>Chief, Criminal Division<br>Room 6-100, PJKK Federal Bldg.<br>300 Ala Moana Boulevard<br>Honolulu, Hawaii    96850<br>Telephone: (808) 541-2850<br>Facsimile: (808) 541-2958<br>Email:   ken.sorenson@usdoj.gov | JOHN D. KELLER<br>Principal Deputy Chief<br><br>SEAN F. MULRYNE<br>Deputy Director, Election Crimes<br>NICOLE R. LOCKHART<br>Trial Attorney<br>Public Integrity Section |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 20-00068 LEK |
| Plaintiff, | )<br>)<br>) | DECLARATION OF<br>JOHN KELLER |
| vs. | )<br>) | |
| NICKIE MALI LUM DAVIS, | )<br>) | |
| Defendant. | )<br>) | |

### DECLARATION OF JOHN KELLER

I, John D. Keller, declare under penalty of perjury that the facts set forth in the Government's RESPONSE IN OPPOSITION TO MOTIONS TO DISQUALIFY, STAY SENTENCING, AND FOR JUDICIAL RELIEF are true and correct to the best of my knowledge and belief.

1

DATED:   May 4, 2022, at Honolulu, Hawaii.

                                                            */s/ John D. Keller*
                                                            JOHN D. KELLER