# MINUTE ORDER

| | |
|---|---|
| CASE NUMBER: | CRIMINAL NO. 20-00068 LEK |
| CASE NAME: | USA vs. Nickie Mali Lum Davis |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | DATE: | 05/10/2022 |

COURT ACTION:  EO: COURT ORDER VACATING THE HEARING ON DEFENDANT'S MOTION TO DISQUALIFY; MOTION TO STAY SENTENCING; AND MOTION FOR JUDICIAL RELIEF AND SETTING BRIEFING SCHEDULE FOR THE GOVERNMENT'S MOTION FOR JUDICIAL FINDING OF WAIVER OF ATTORNEY-CLIENT PRIVILEGE

On April 26, 2022, Defendant Nickie Mali Lum Davis ("Davis") filed a Motion to Disqualify; Motion to Stay Sentencing; and Motion for Judicial Relief ("Davis's Motion"). [Dkt. nos. 47 (motion), 48 (mem. in supp.).]  On May 4, 2022, Plaintiff United States of America ("the Government") filed its response to Davis's Motion ("Response") and a Motion for Judicial Finding of Waiver of Attorney-Client Privilege ("Government's Motion").  [Dkt. nos. 55, 56.]

This Court concludes that the hearing on Davis's Motion cannot proceed until the Government's Motion is resolved.  Therefore, the hearing on Davis's Motion, currently scheduled for May 18, 2022, and Davis's May 11, 2022 deadline for her optional reply in support of her motion are VACATED.

Davis is ORDERED to file her response to the Government's Motion by **May 17, 2022**. The Government may file an optional reply in support of its motion by **May 20, 2022**.  The Government's Motion will be taken under advisement thereafter and decided without a hearing.

After this Court has ruled on the Government's Motion, this Court will issue a new date for the hearing on Davis's Motion, as well as a new deadline for Davis's optional reply in support of her motion.

IT IS SO ORDERED.

Submitted by: Agalelei Elkington, Courtroom Manager