McCORRISTON MILLER MUKAI MACKINNON LLP

WILLIAM C. McCORRISTON #995-0
DAVID J. MINKIN #3639-0
Five Waterfront Plaza, 4th
Floor500 Ala Moana
Boulevard Honolulu, Hawai'i
96813
Telephone: 808.529.7300
Facsimile: 808.535.8056

E-Mail: mccorriston@m4law.com; minkin@m4law.com

JAMES A. BRYANT *(pro hac vice)*
The Cochran Firm California
4929 Wilshire Blvd., Suite 1010
Los Angele, CA 90010
Telephone: 323-435-8205
Facsimile: 310-802-3829
E-mail: jbryant@cochranfirm.com

Attorneys for Defendant
NICKIE MALI LUM DAVIS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>NICKIE MALI LUM DAVIS;<br><br>Defendant. | CR. NO. 20-00068 LEK<br><br>DEFENDANT'S MOTION FOR LEAVE TO FILE *EX PARTE* UNDER SEAL EXHIBIT H |

DEFENDANT'S MOTION FOR LEAVE TO FILE EX PARTE UNDER SEAL EXHIBITS

Pursuant to Local Rule 83.12(a), Defendant Nickie Mali Lum Davis hereby moves the Court to allow Defendant to file certain materials *ex parte* under seal in connection with Defendant's Opposition to Plaintiff's Motion of Judicial Finding of Waiver of Attorney-Client Privilege. Specifically, Defendant seeks to file the following materials:

- *Exhibit H – January 19, 2021 email communication between Ian Richardson and John Keller*

The exhibit sought to be filed under seal consist of communications between internal unredacted communications between Department of Justice officials with the Public Integrity Division and the National Security Division. This information was shared by Plaintiff on the basis that the documents may not be directly quoted from or published to the public unless expressly agreed upon by Plaintiff.

"Any party may seek leave to file under seal any pleading, declaration, affidavit, document, picture, exhibit, or other matter if it contains confidential, restricted, or graphic information and/or images." L.R. 83.12(a). This rule requires that motions to file under seal include "the applicable standard for sealing the information" and a discussion of "how that standard has been met." L.R. 83.12(b).

"[C]ourts have recognized a 'general right to inspect and copy public records and documents, including judicial records and documents.'" *Kamakana v. City &*

*Cnty of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006). However, a court may seal judicial records when it finds a compelling reason exists. *Auto Safety v. Chrysler Group, LLC* 809 F.3d 1092, 1096-1097 (9th Cir. 2016). "The court must then conscientiously balance the competing interests of the public who seeks to keep certain judicial records secret....and the party What constitutes a 'compelling reason' is best left to the sound discretion of the trial court." Id. Further, if the motion is more than "tangentially related" to the underlying action, the "good cause" standard may apply instead. See Id. at 1101 (recognizing that "public access will turn on whether the motion is more than tangentially related to the merits of a case.").

    As such Defendant requests that the Court grant Defendant leave to file the Exhibit H under seal.

    DATED: Honolulu, Hawai'i, May 17, 2022.

*Isl James A. Bryant*
JAMES A. BRYANT
WILLIAM C. McCORRISTON
DAVID J. MINKIN
Attorneys for Defendant
NICKIE MALI LUM DAVIS

McCORRISTON MILLER MUKAI MACKINNON LLP

WILLIAM C. McCORRISTON #995-0
DAVID J. MINKIN #3639-0
Five Waterfront Plaza, 4th
Floor500 Ala Moana
Boulevard Honolulu, Hawai'i
96813
Telephone: 808.529.7300
Facsimile: 808.535.8056

E-Mail: mccorriston@m4law.com; minkin@m4law.com

JAMES A. BRYANT *(pro hac vice)*
The Cochran Firm California
4929 Wilshire Blvd., Suite 1010
Los Angele, CA 90010
Telephone: 323-435-8205
Facsimile: 310-802-3829
E-mail: jbryant@cochranfirm.com

Attorneys for Defendant
NICKIE MALI LUM DAVIS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>NICKIE MALI LUM DAVIS;<br><br>Defendant. | CR. NO. 20-00068 LEK<br><br>DECLARATION OF JAMES A. BRYANT IN SUPPORT OF DEFENDANT'S MOTION FOR LEAVE TO FILE *EX PARTE* UNDER SEAL EXHIBIT H |

DECLARATION OF JAMES A. BRYANT

I, James A. Bryant, do hereby state and declare as follows:

1. I am the declarant, and make all of the statements herein on my personal knowledge, except as to those matters stated on information and belief, and as to those matters, I believe them to be true, and if called as a witness, could and would testify competently thereto.

2. I am a Partner at the Cochran Firm California, I have been admitted to practice in this Court through local counsel William McCorriston, and I am co-counsel along with Mr. McCorriston and we represent Defendant Nickie Davis in this case.

3. Exhibit H of the Index of Exhibits in support of Defendant Nickie Davis' Opposition to Motion for Judicial Finding of Waiver of Attorney-Client Privilege is based upon internal DOJ communications regarding a FARA investigation in Mr. Lowell.

4. Based upon an agreement between myself and the Government, in exchange for them producing the communication, I agreed that I would not quote directly from the document or make such document available for public review.

I do declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: Los Angeles, California, May 17, 2022.

/s/ James A. Bryant
JAMES A. BRYANT