McCORRISTON MILLER MUKAI MACKINNON LLP

WILLIAM C. McCORRISTON   #995-0
DAVID J. MINKIN   #3639-0
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawai'i 96813
Telephone: 808.529.7300
Facsimile: 808.535.8056

E-Mail:   mccorriston@m4law.com;  minkin@m4law.com

JAMES A. BRYANT *(pro hac vice)*
The Cochran Firm California
4929 Wilshire Blvd., Suite 1010
Los Angele, CA 90010
Telephone: 323-435-8205
Facsimile: 310-802-3829
E-mail:   jbryant@cochranfirm.com

Attorneys for Defendant
NICKIE MALI LUM DAVIS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>NICKIE MALI LUM DAVIS;<br><br>Defendant. | CR. NO. 20-00068 LEK<br><br>ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE TO FILE EX PARTE UNDER SEAL EXHIBIT H |

<u>[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE TO FILE EX PARTE UNDER SEAL EXHIBIT H</u>

Upon consideration of Defendant Nickie Davis' Exhibit H of *Index of Exhibits* in support of her Opposition to Motion of Judicial Finding of Waiver of Attorney-Client Privilege, the files and records herein, and good cause appearing therefor;

IT IS HEREBY ORDERED that the *Ex Parte* Motion is GRANTED. The Court grants Defendant leave to file Exhibit H of the Index of Exhibits under seal.

DATED AT HONOLULU, HAWAII, May 19, 2022.



/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge