# Exhibit 1

| | |
|---|---|
| CLARE E. CONNORS #7936<br>United States Attorney<br>District of Hawaii | COREY R. AMUNDSON<br>Chief, Public Integrity Section<br>United States Department of Justice |
| KENNETH M. SORENSON<br>Chief, Criminal Division<br>Room 6-100, PJKK Federal Bldg.<br>300 Ala Moana Boulevard<br>Honolulu, Hawaii 96850<br>Telephone: (808) 541-2850<br>Facsimile: (808) 541-2958<br>Email:  ken.sorenson@usdoj.gov | JOHN D. KELLER<br>Principal Deputy Chief<br><br>SEAN F. MULRYNE<br>Deputy Director, Election Crimes<br>NICOLE R. LOCKHART<br>Trial Attorney<br>Public Integrity Section |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 20-00068 LEK |
| | ) | |
| Plaintiff, | ) | DECLARATION OF |
| | ) | SCOTT A. CLAFFEE |
| vs. | ) | |
| | ) | |
| NICKIE MALI LUM DAVIS, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

### DECLARATION OF SCOTT A. CLAFFEE, TRIAL ATTORNEY, U.S. DEPARTMENT OF JUSTICE, NATIONAL SECURITY DIVISION

I, Scott A. Claffee, hereby declare the following:

1. I am a Trial Attorney in the Counterintelligence and Export Control Section ("CES") of the National Security Division of the U.S. Department of Justice. I have served in this role since April 2016.

2. My duties as a CES Trial Attorney include the investigation and prosecution of criminal offenses involving national security. Though the Foreign Agents Registration Act ("FARA") Unit sits within CES, I am not a member of that unit.

3. In 2019, I became aware of certain facts pertaining to Abbe Lowell that led me to engage with the FARA Unit regarding whether Mr. Lowell had a potential registration obligation.

4. I proceeded to work with FARA Unit attorneys responsible for the civil administration of FARA on a Letter of Inquiry to Mr. Lowell. On or about April 6, 2020, I sent a Letter of Inquiry to Mr. Lowell via e-mail in accordance with FARA's civil enforcement authority and practice.

5. The facts that led me to engage with the FARA Unit were unrelated to the above-captioned case, and were not provided by, coordinated with, and did not otherwise involve any personnel from the Public Integrity Section ("PIN") of the Criminal Division of the U.S. Department of Justice. Further, no personnel from PIN were involved in directing, influencing, or participating in the drafting of the Letter of Inquiry.

6. According to a search of my electronic records, my first correspondence with PIN regarding the FARA inquiry to Mr. Lowell was an e-mail

exchange on or about January 19, 2021, through which I provided PIN with a copy of the Letter of Inquiry that I sent on April 6, 2020.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on the 20th day of May, 2022.

                                              /s/ Scott A. Claffee
Scott A. Claffee
Trial Attorney
Counterintelligence & Export Control Section
National Security Division
U.S. Department of Justice