# Exhibit 5

From: Keller, John (CRM)
Sent: Wednesday, August 12, 2020 11:05 PM
To: Lowell, Abbe
Subject: RE: Update

I would ask that you not relate anything to other counsel until the day that we file. If you and I are able to reach a final agreement on these documents--even if I am waiting for final approval from one office or another--I will then give you notice before filing so that you can provide notice to other counsel before the Information is actually filed.

-----Original Message-----
From: Lowell, Abbe
Sent: Wednesday, August 12, 2020 10:49 PM
To: Keller, John (CRM)
Subject: Re: Update

Thanks and of course looking only for anything that is "wrong." We will need to discuss what other counsel should know before Friday then

Abbe David Lowell

Partner

Winston & Strawn LLP
1700 K Street, N.W.<x-apple-data-detectors://0/1>
Washington, DC 20006-3817<x-apple-data-detectors://0/1>

D: +<tel:+1                  >

F: +1                  <tel                      >


200 Park Avenue<x-apple-data-detectors://1/0>
New York, NY 10166-4193<x-apple-data-detectors://1/0>

D: +1<tel:+1%

F: +1                  <tel:+1

VCard<https://protect2.fireeye.com/v1/url?k=3195ac1a-6ded0137-319288ff-ac1f6b0176b0-6419acbfd9bc68e0&q=1&e=c9b66582-52ea-4950-b493-

1

72978b7ceddc&u=http%3A%2F%2Fcontent.winston.com%2Fsitefiles%2Fwsvcards%2F19389.vcf> |
Email<mailto:adlowell@winston.com> | winston.com<https://protect2.fireeye.com/v1/url?k=1d1da0d1-41650dfc-1d1a8434-ac1f6b0176b0-b69368af2438d55f&q=1&e=c9b66582-52ea-4950-b493-72978b7ceddc&u=http%3A%2F%2Fwww.winston.com%2F>
[Winston & Strawn LLP]