| | |
|---|---|
| CLARE E. CONNORS #7936 | COREY R. AMUNDSON |
| United States Attorney | Chief, Public Integrity Section |
| District of Hawaii | United States Department of Justice |
| | |
| KENNETH M. SORENSON | JOHN D. KELLER |
| Assistant U.S. Attorney | Principal Deputy Chief |
| Room 6-100, PJKK Federal Bldg. | |
| 300 Ala Moana Boulevard | SEAN F. MULRYNE |
| Honolulu, Hawaii    96850 | Deputy Director, Election Crimes |
| Telephone: (808) 541-2850 | NICOLE R. LOCKHART |
| Facsimile: (808) 541-2958 | Trial Attorney |
| Email:ken.sorenson@usdoj.gov | Public Integrity Section |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CR. NO. 20-00068 LEK |
| | ) |
| | ) MOTION FOR LEAVE TO FILE |
| Plaintiff, | ) UNOPPOSED MOTION FOR |
| | ) PROTECTIVE ORDER & |
| vs. | ) PROPOSED PROTECTIVE ORDER |
| | ) |
| NICKIE MALI LUM DAVIS | ) JUDGE: Leslie E. Kobayashi |
| | ) |
| | ) |
| Defendant. | ) |

**UNITED STATES' MOTION FOR LEAVE TO FILE AN UNOPPOSED MOTION FOR PROTECTIVE ORDER & PROPOSED PROTECTIVE ORDER**

1

The United States of America (the "Government"), through its undersigned attorneys, moves this Court for leave to file the attached Unopposed Motion for Protective Order and Proposed Protective Order governing discovery in this matter.

Since the filing of the defendant's Motion for Judicial Relief and Memorandum in Support, ECF Nos. 47, 48, the defendant has made multiple requests for documents from the government including, but not limited to, search warrants and grand jury subpoenas from the underlying investigation. The Government has already provided extensive communications between the investigative and filter teams and the defendant's prior counsel, Mr. Lowell. The government does not concede that there is a basis for discovery of the additionally requested search warrant and subpoena materials, but in good faith, the government has agreed to provide the defendant subpoenas issued by the Public Integrity Section and search warrants sought by the Public Integrity Section in this matter. For the reasons set forth in the attached Unopposed Motion for Protective Order, sensitive information included in the subpoena and search warrant materials require a protective order. Pursuant to the Court's Order Granting Motion for Judicial Finding of Waiver of Attorney-Client Privilege, ECF No. 65, the Government seeks leave of Court to file the Unopposed Motion for Protective Order and the Proposed Protective Order as these filings are "other than the filings described in [the] Order."

Counsel for the defendant have indicated that they have no objections to the proposed protective order.

Respectfully submitted,

COREY R. AMUNDSON
Chief, Public Integrity Section
United States Department of Justice

| | |
|---|---|
| */s/ John D. Keller* | */s/ Kenneth M. Sorenson* |
| By: JOHN D. KELLER | KENNETH M. SORENSON |
| Principal Deputy Chief | Chief, Criminal Division |
| Sean F. Mulryne | |
| Director of Enforcement & Litigation, Election Crimes | |
| Nicole R. Lockhart | |
| Trial Attorney | |
| Public Integrity Section | |

## CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

<u>Served Electronically through CM/ECF</u>:

    James A. Bryant, Esq.
    William McCorriston, Esq.

Attorneys for Interested Party
NICKIE MALI LUM DAVIS

DATED:   June 13, 2022

                                             */s/ John D. Keller*
                                             John D. Keller