McCORRISTON MILLER MUKAI MACKINNON LLP

WILLIAM C. McCORRISTON          #995-0
DAVID J. MINKIN                 #3639-0
Five Waterfront Plaza, 4th
Floor500 Ala Moana
Boulevard Honolulu, Hawai'i
96813
Telephone:  808.529.7300
Facsimile:  808.535.8056

E-Mail:       mccorriston@m4law.com;   minkin@m4law.com

JAMES A. BRYANT *(pro hac vice)*
The Cochran Firm California
4929 Wilshire Blvd., Suite 1010
Los Angele, CA 90010
Telephone: 323-435-8205
Facsimile:  310-802-3829
E-mail:       jbryant@cochranfirm.com

Attorneys for Defendant
NICKIE MALI LUM DAVIS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                   Plaintiff,<br><br>        vs.<br><br>NICKIE MALI LUM DAVIS;<br><br>                   Defendant. | CR. NO. 20-00068 LEK<br><br>[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE TO FILE EX PARTE AND IN CAMERA DECLARATION OF COUNSEL AND INDEX OF EXHIBITS A-DD |

<u>[PROPOSED] GRANTING DEFENDANT'S EX PARTE EX PARTE MOTION</u>

<u>TO EXCEED THE PAGE LIMIT STATED IN THE COURT'S MAY 25, 2022</u>

<u>ORDER FOR DEFENDANT'S REPLY BRIEF</u>

The Court, having reviewed Defendant's *Ex Parte Motion* To Exceed The Page Limit Stated In The Court's May 25, 2022 Order For Defendant's Reply Brief, and good cause appearing therefor, Defendant's Reply Brief shall be permitted to exceed the page limit set forth in the Court's May 25, 2022 Order from 8-pages to

_____.

####