McCORRISTON MILLER MUKAI MacKINNON LLP

WILLIAM C. McCORRISTON          #995-0
DAVID J. MINKIN          #3639-0
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawai'i  96813
Telephone:  808.529.7300
Facsimile:  808.535.8056
E-Mail: mccorriston@m4law.com; minkin@m4law.com

JAMES A. BRYANT (*pro hac vice*)
The Cochran Firm California
4929 Wilshire Blvd., Suite 1010
Los Angele, CA 90010
Telephone:  323-435-8205
Facsimile:  310-802-3829
E-mail: jbryant@cochranfirm.com

Attorneys for Defendant
NICKIE MALI LUM DAVIS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>NICKIE MALI LUM DAVIS;<br><br>    Defendant. | CR. NO. 20-00068 LEK<br><br>ORDER GRANTING DEFENDANT'S EX PARTE MOTION TO EXCEED THE PAGE LIMIT STATED IN THE COURT'S MAY 25, 2022 ORDER FOR DEFENDANT'S REPLY BRIEF |

421232.1

      Defendant NICKIE MALI LUM DAVIS' Ex Parte Motion to Exceed The Page Limit Stated In The Court's May 25, 2022 Order For Defendant's Reply Brief was filed on June 15, 2022, the Court having reviewed the moving paper, finds good cause therefor to grant Defendant's Ex Parte Motion.

      IT IS HEREBY ORDERED that Defendant NICKIE MALI LUM DAVIS shall be granted permission to exceed the page limit set forth in the Court's May 25, 2022 Order from 8-pages to to 20-pages.  In light of the extended pages, the Court hereby VACATES the July 7, 2022 motion hearing and reschedules it for August 5, 2022 at 1:30 p.m.

      DATED:  Honolulu, Hawai'i, June 16, 2022.



/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge

USA v. Nickie Mali Lum Davis; Criminal No. 20-00068 LEK; Exceed The Page Limit Stated In The Court's May 25, 2022 Order For Defendant's Reply Brief

421232.1