IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF A11ERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>NICKIE MALI LUM DAVIS;<br><br>　　　　　　Defendant. | CR. NO. 20-00068 LEK<br><br>CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on the date and methods indicated below, a true and correct of the foregoing document was served on the following attheir last known addresses:

Served Electronically through CM/ECF:

John D. Keller, Esq.　　　　　　John.Keller2@usdoj.gov
Nicole R. Lockhart, Esq.　　　　Nicole.Lockhart@usdoj.gov
Kenneth R. Sorenson, Esq.　　　Ken.Sorenson@usdoj.gov
James C. Mann, Esq.　　　　　　James.Mann@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF A11ERICA

Served Electronically through E-Mail:

Christen Rudd　　　　　　　　Christen_Rudd@cacp@uscourts.gov
Diane Arima-Linscott　　　　　Diane_Arima-Linscott@hipt.uscourts.gov

DATED: Los Angeles, California, June 16, 2022.

                                                  */s/ James A. Bryant*
                                                  WILLIAM C. McCORRISTON
                                                  DAVID J. MINKIN
                                                  JAMES A. BRYANT
                                                  Attorneys for Defendant
                                                  NICKIE MALI LUM
                                                  DAVIS