CLARE E. CONNORS #7936
United States Attorney
District of Hawaii

KENNETH M. SORENSON
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, Hawaii    96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email:ken.sorenson@usdoj.gov

COREY R. AMUNDSON
Chief, Public Integrity Section
United States Department of Justice

JOHN D. KELLER
Principal Deputy Chief

SEAN F. MULRYNE
Director of Enforcement & Litigation
NICOLE R. LOCKHART
Trial Attorney
Public Integrity Section

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. NICKIE MALI LUM DAVIS, Defendant. | CR. NO. 20-00068 LEK<br><br>MOTION FOR LEAVE TO FILE RESPONSE IN OPPOSITION TO MOTION FOR EXTENSION OF TIME<br><br>JUDGE: Leslie E. Kobayashi |

**UNITED STATES' MOTION FOR LEAVE TO FILE RESPONSE IN OPPOSITION TO MOTION FOR EXTENSION OF TIME**

The government, through its undersigned attorneys, moves this Court for leave to file the attached Response in Opposition to the defendant's Motion for

1

Extension of Time, ECF No. 71, and one exhibit in support. For the reasons stated in the attached Response, the government opposes the defendant's motion.

Because an extension of time and additional discovery are unwarranted, the government seeks leave to file the attached Response in Opposition to the defendant's Motion.

Respectfully submitted,

COREY R. AMUNDSON
Chief, Public Integrity Section
United States Department of Justice

| | |
|---|---|
| */s/ John D. Keller* | */s/ Kenneth M. Sorenson* |
| By: JOHN D. KELLER | KENNETH M. SORENSON |
| Principal Deputy Chief | Chief, Criminal Division |
| Sean F. Mulryne | |
| Director of Enforcement & Litigation, Election Crimes | |
| Nicole R. Lockhart | |
| Trial Attorney | |
| Public Integrity Section | |

CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served Electronically through CM/ECF:

 James A. Bryant, Esq.
 William McCorriston, Esq.

Attorneys for Interested Party
NICKIE MALI LUM DAVIS

DATED:  June 17, 2022

             /s/ John D. Keller
             John D. Keller