# MINUTE ORDER

| | |
|---|---|
| CASE NUMBER: | CRIMINAL NO. 20-00068 LEK |
| CASE NAME: | USA vs. Nickie Mali Lum Davis |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | DATE: | 06/17/2022 |

COURT ACTION:  EO: COURT ORDER REGARDING THE UNITED STATES' MOTION FOR LEAVE TO FILE AN UNOPPOSED MOTION FOR PROTECTIVE ORDER & PROPOSED PROTECTIVE ORDER

    On June 13, 2022, Plaintiff United States of America ("the Government") filed its Motion for Leave to File an Unopposed Motion for Protective Order & Proposed Protective Order ("Motion").  [Dkt. no. 67.]  In light of the Government's representation that Defendant Nickie Mali Lum Davis ("Davis") does not oppose the Government's underlying motion for a protective order, the parties are DIRECTED to submit a stipulated protective order for this Court's review and approval.  Assuming that the stipulated protective order is substantively identical to the proposed protective order attached to the Government's Motion, the Court is inclined to approve the stipulated protective order.

    The proposed protective order shall be submitted to kobayashi_orders@hid.uscourts.gov by **June 24, 2022**.  If the parties' stipulated protective order is approved and filed by the Court, the Government's Motion will be denied as moot.

    IT IS SO ORDERED.

Submitted by: Agalelei Elkington, Courtroom Manager