# MINUTE ORDER

| | |
|---|---|
| CASE NUMBER: | CRIMINAL NO. 20-00068 LEK |
| CASE NAME: | USA vs. Nickie Mali Lum Davis |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | DATE: | 06/21/2022 |

COURT ACTION:   EO: COURT ORDER GRANTING REQUEST FOR EXTENSION OF TIME AND DENYING REQUEST FOR DISCOVERY

  Defendant Nickie Mali Lum Davis ("Davis") filed her ex parte motion on June 16, 2022 seeking an extension of time and referring to a request for discovery. [Dkt. no. 71.] Davis has failed to file a motion for discovery, and there is no pending motion for discovery before the Court. Her counsel is reminded to follow the Local Rules for the District of Hawai`i and that continued failure to do so may result in sanctions. The ex parte motion is GRANTED to the extent that the reply memorandum is now due on **July 1, 2022**, and is DENIED in all other respects.

  IT IS SO ORDERED.

Submitted by: Agalelei Elkington, Courtroom Manager