CLARE E. CONNORS #7936
United States Attorney
District of Hawaii

KENNETH M. SORENSON
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, Hawaii     96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email:ken.sorenson@usdoj.gov

COREY R. AMUNDSON
Chief, Public Integrity Section
United States Department of Justice

JOHN D. KELLER
Principal Deputy Chief

SEAN F. MULRYNE
Director of Enforcement & Litigation
NICOLE R. LOCKHART
Trial Attorney
Public Integrity Section

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>NICKIE MALI LUM DAVIS,<br><br>Defendant. | CR. NO. 20-00068 LEK<br><br>MOTION FOR LEAVE TO FILE MOTION FOR EXPEDITED HEARING<br><br>JUDGE: Leslie E. Kobayashi<br><br>DATE: August 5, 2022<br>TIME: 1:30 p.m.<br>JUDGE: Leslie E. Kobayashi |

UNITED STATES' MOTION FOR LEAVE TO FILE MOTION FOR EXPEDITED HEARING

The government, through its undersigned attorneys, moves this Court for leave to file the attached Motion for Expedited Hearing. For the reasons stated in

1

the attached Motion, the government requests an expedited hearing on the defendant's Motion to Disqualify and in accordance with the Court's Order, ECF No. 65, seeks leave of Court to file the motion.

DATED: June 23, 2022.

Respectfully submitted,

COREY R. AMUNDSON
Chief, Public Integrity Section
United States Department of Justice

| | |
|---|---|
| */s/ John D. Keller* | */s/ Kenneth M. Sorenson* |
| By: JOHN D. KELLER | KENNETH M. SORENSON |
| Principal Deputy Chief | Chief, Criminal Division |

Sean F. Mulryne
Director of Enforcement & Litigation, Election Crimes
Nicole R. Lockhart
Trial Attorney
Public Integrity Section

CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served Electronically through CM/ECF:

    James A. Bryant, Esq.
    William McCorriston, Esq.

Attorneys for Interested Party
NICKIE MALI LUM DAVIS

DATED:   June 23, 2022

                                            */s/ John D. Keller*
                                            John D. Keller