CLARE E. CONNORS #7936
United States Attorney
District of Hawaii

KENNETH M. SORENSON
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, Hawaii    96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email: ken.sorenson@usdoj.gov

COREY R. AMUNDSON
Chief, Public Integrity Section
United States Department of Justice

JOHN D. KELLER
Principal Deputy Chief

SEAN F. MULRYNE
Director of Enforcement & Litigation
NICOLE R. LOCKHART
Trial Attorney
Public Integrity Section

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. NICKIE MALI LUM DAVIS, Defendant. | CR. NO. 20-00068 LEK <br><br> MOTION FOR LEAVE TO FILE EXHIBITS TO LOWELL DECLARATION <br><br> JUDGE: Leslie E. Kobayashi <br><br> DATE: August 5, 2022 <br> TIME: 1:30 p.m. <br> JUDGE: Leslie E. Kobayashi |

UNITED STATES' MOTION FOR LEAVE TO FILE EXHIBITS TO THE
LOWELL DECLARATION

The government, through its undersigned attorneys, moves this Court for leave to file the twenty-four exhibits attached to Lowell's declaration, which was

1

previously submitted as an exhibit to the government's Supplemental Response in Opposition to the Defendant's Motion to Disqualify.  ECF No 66-1.  Because of the twenty-page limit for the Government's Supplemental Response in Opposition to the defendant's Motion to Disqualify as set forth in the Court's order, ECF No. 65, the government attached only Lowell's declaration, without the supporting exhibits.  The Response and Lowell's declaration totaled fifteen pages.  In its Supplemental Response, the government sought leave to file the additional roughly thirty pages of exhibits, largely in the form of emails, attached to Lowell's declaration.  ECF No. 66 at 9.  Because the government did not file a formal motion seeking such relief, and to ensure that this matter is raised in the appropriate procedural manner, the government now files a Motion seeking leave of the Court to file the twenty-four exhibits attached to Lowell's declaration, in advance of the hearing set for August 5, 2022.

    DATED: July 21, 2022.

Respectfully submitted,

COREY R. AMUNDSON
Chief, Public Integrity Section
United States Department of Justice

| | |
|---|---|
| */s/ John D. Keller* | */s/ Kenneth M. Sorenson* |
| By: JOHN D. KELLER | KENNETH M. SORENSON |
| Principal Deputy Chief | Chief, Criminal Division |
| Sean F. Mulryne | |
| Director of Enforcement & Litigation, Election Crimes | |
| Nicole R. Lockhart | |
| Trial Attorney | |
| Public Integrity Section | |

3

## CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

<u>Served Electronically through CM/ECF</u>:

    James A. Bryant, Esq.
    William McCorriston, Esq.

Attorneys for Interested Party
NICKIE MALI LUM DAVIS

DATED:  <u>July 21, 2022</u>

                                                      <u>/s/ John D. Keller</u>
                                                      John D. Keller