# MINUTE ORDER

CASE NUMBER:     CRIMINAL NO. 20-00068 LEK

CASE NAME:       USA vs. Nickie Mali Lum Davis

JUDGE:  Leslie E. Kobayashi        DATE:       07/21/2022

COURT ACTION:  EO: ORDER GRANTING THE GOVERNMENT'S MOTION FOR LEAVE TO FILE EXHIBITS TO THE LOWELL DECLARATION

On April 26, 2022, Defendant Nickie Mali Lum Davis ("Davis") filed her Motion to Disqualify; Motion to Stay Sentencing; and Motion for Judicial Relief ("Motion to Disqualify"). [Dkt. nos. 47 (Motion to Disqualify), 48 (mem. in supp.).] Plaintiff United States of America ("the Government") filed its Response to Motions to Disqualify, Stay Sentencing, and for Judicial Relief on May 4, 2022 ("Response"), and it filed a supplement to the Response on June 6, 2022 ("Supplemental Response"). [Dkt. nos. 55, 66.] Davis filed Defendant's Reply Brief on July 1, 2022 ("Reply"). [Dkt. no. 80.]

On July 21, 2022, the Government filed a motion seeking leaving to file exhibits that were referred to in the Declaration of Abbe David Lowell that was submitted with the Supplemental Declaration ("Lowell Declaration"). [United States' Motion for Leave to File Exhibits to the Lowell Declaration, filed 7/21/22 (dkt. no. 81) ("Motion for Leave").] The exhibits were not filed with the Lowell Declaration because of the twenty-page limit that applied to the Government's Supplemental Response. See id. at 2. The Government's Motion for Leave is GRANTED and the Government is ORDERED to file the exhibits to the Lowell Declaration ("Lowell Exhibits") by **July 25, 2022**.

Because it appears that the Lowell Exhibits were previously provided to the defense, and that Davis had the opportunity to address them in the Reply, Davis will not be permitted to file further briefing regarding the Motion to Disqualify after the filing of the Lowell Exhibits. If the Lowell Exhibits that the Government files in response to this entering order are not identical to the exhibits that were previously provided to the defense, Davis may file a motion seeking leave to file a response regarding the Lowell Exhibits. Davis's motion for leave must be filed within two business days after the Government files the Lowell Exhibits.

The hearing on the Motion to Disqualify will proceed as scheduled on **August 5, 2022, at 1:30 p.m.**

IT IS SO ORDERED

Submitted by: Agalelei Elkington, Courtroom Manager