# EXHIBIT 1

| | |
|---|---|
| **From:** | nickielumdavis |
| **To:** | Lowell, Abbe David; park@▇▇▇▇; mccorriston@▇▇▇▇; James Bryant |
| **Subject:** | Nickie Davis Hawaii attorney |
| **Date:** | Wednesday, July 11, 2018 11:32:55 PM |

Abbe- I've copied on this email James Bryant ( my la atty) — and now please meet Shanlyn Park and Bill McCorriston from Hawaii who are familiar w the judge and us attorney here in Hawaii.

Thank you,
Nickie

Sent from ProtonMail Mobile