# EXHIBIT 3

| | |
|---|---|
| **From:** | Sorenson, Ken (USAHI) |
| **To:** | Lowell, Abbe David; wmccorriston@ |
| **Cc:** | Mann, James (CRM); Ellersick, Ryan (CRM) |
| **Subject:** | FW: Currency Pick Up |
| **Date:** | Friday, July 13, 2018 10:13:55 PM |

Gents:

    This correspondence will serve to acknowledge the receipt of the $40,000 in U.S. currency with Bank of America currency bands.  The attached photos show what I have been told to be approximately $90,000 total marked with the BOA bands at the time of the July 9 search.  This was comprised of

$70,000 in unbroken bands
$9,700 in a stack wrapped with a broken band
$10,300 in loose cash with a broken band in the bag
Total: $90k

    Please advise your position regarding the remaining BOA funds.  And by the way, thank you for what I consider a good faith production of the $40,000 and your efforts to comply with the terms of the search warrant.

    Regarding the phones.  As I told Mac, as it turns out we cannot completely process the phones here because of the presence of certain "apps".  However, I have asked FBI to expedite their processing by Fed Ex'ing them to San Diego.  FBI San Diego has apparently assured us they can prioritize processing of the phones.  With respect to the mother's phone, I have received information from Mac on that and will talk with agents and my colleagues back east to determine a course of action.  I should have an answer for you on Monday.

    Have a great weekend and I'm sure we'll be back in touch next week.  TX!  Ken

**Ken Sorenson**
**Chief, Criminal Division**
**United States Attorney's Office**
**District of Hawaii**
**W:**
**C:**

