# **EXHIBIT 4**

| | |
|---|---|
| **From:** | James Bryant |
| **To:** | Lowell, Abbe David |
| **Subject:** | RE: Lum |
| **Date:** | Thursday, September 13, 2018 4:36:04 PM |
| **Attachments:** | Document Production.zip |

Abbe:

Please find attached documents that we discussed.

Best,

James A. Bryant II
The Cochran Firm - California
4929 Wilshire Blvd Suite 1010
Los Angeles, CA 90010
Ph.                Cell                Fax.                Jbryant@

*ATTORNEY WORK PRODUCT - PRIVILEGED & CONFIDENTIAL*
The information contained in this message from The Cochran Firm California and any attachments are privileged and confidential and intended only for the named recipient(s). If you have received this message in error, you are prohibited from reviewing, copying, distributing or using the information. Please contact the sender immediately by return email and delete the original message and attachments.