# EXHIBIT 5

| | |
|---|---|
| **From:** | James Bryant |
| **To:** | Lowell, Abbe David |
| **Cc:** | Kramer, Ross M. |
| **Subject:** | RE: COMMON INTEREST PRIVILEGE, JOINT DEFENSE PRIVILEGE |
| **Date:** | Friday, September 14, 2018 2:39:32 PM |
| **Attachments:** | Image-1.png |
| | IMG_0666.png |
| | IMG_0667.png |

Abbe:

Please see three screen shots of text conversations relating to Pras. Again they are very limited and I do not see any issue with them.

Thanks,

James A. Bryant II

The Cochran Firm - California

4929 Wilshire Blvd Suite 1010

Los Angeles, CA 90010

Ph. ▮▮▮▮▮   Cell ▮▮▮▮▮   Fax. ▮▮▮▮▮   Jbryant▮▮▮▮▮

*ATTORNEY WORK PRODUCT - PRIVILEGED & CONFIDENTIAL*
The information contained in this message from The Cochran Firm California and any attachments are privileged and confidential and intended only for the named recipient(s). If you have received this message in error, you are prohibited from reviewing, copying, distributing or using the information. Please contact the sender immediately by return email and delete the original message and attachments.