# EXHIBIT 6

| | |
|---|---|
| **From:** | Lowell, Abbe |
| **To:** | nickielumdavis |
| **Cc:** | Man, Christopher; Porter, Jennie; "mccorriston@███████" |
| **Subject:** | ATTORNEY CLIENT PRIVILEGE, ATTORNEY WORK PRODUCT |
| **Date:** | Friday, July 24, 2020 11:06:00 AM |
| **Attachments:** | Memo re July 23, 2020 Call with DOJ.DOCX |

Nickie and Mac,

Here is a file memo of our call yesterday.  Today Jennie and I spoke with and will speak again to DOJ to tell them orally our concerns with various paragraphs.  The time difference among us makes it difficult (as I am also trying to get some time off in the afternoons), but we need to catch up.

Abbe

### Abbe David Lowell
**Partner**

Winston & Strawn LLP
1901 L Street, N.W.
Washington, DC 20036

D: +1 ███████
F: +1 ███████

200 Park Avenue
New York, NY 10166-4193

D: +1 ███████
F: +1 ███████

VCard | Email | winston.com

**WINSTON & STRAWN** LLP