# EXHIBIT 7

| | |
|---|---|
| **From:** | nickielumdavis |
| **To:** | Lowell, Abbe David |
| **Subject:** | (No Subject) |
| **Date:** | Tuesday, August 27, 2019 2:54:34 PM |

Dear Abbe,

I understand the Justice Department raised for the first time on Monday your representation of me and your prior representations of ▓▓▓▓ and ▓▓▓▓▓▓▓.

This will confirm, as I did when our recent representation began, that I am aware that you advised ▓▓▓▓ in the past on various matters and that you have also provided advice to ▓▓▓▓▓▓▓. Neither of these representations involved or concerned me or any of the issues I am addressing with the DOJ.  And my information on actions or conversations with them do not include any wrongdoing on their part.  Moreover, I understand that you are not providing them with any information about my representation or information with the DOJ.   I stated then and confirm again now that I have no conflicts with either of them and that I will not raise those representations in any proceedings in which I am involved.  I have consulted with separate counsel on this matter at the time we started and again now.

Mahalo,
Nickie


Sent with ProtonMail Secure Email.