# EXHIBIT 8

8/30/19

Dear Mr. Lowell:

I understand that the Justice Department has raised the issue of your representation of Nickie Lum Davis and any areas in which her actions and conversations involved me. Because they have raised the topic, let me confirm as I did before that I have no conflict with Ms. Davis or your representation of her. Your advice to me is separate from any of the issues in which you are advising her. You have made it clear and I agree that you have no duty to disclose information from your representation of her to me or vice versa and that you have not done so. I would not raise your representation of her in any action or in any claim or defense in any existing or future case. I have spoken with my own counsel on these issues before making this confirmation.

Sincerely,