# EXHIBIT 9

**From:** ▮
**To:** Lowell, Abbe David
**Subject:** CONFIRMATION
**Date:** Monday, September 2, 2019 1:38:40 AM

Dear Mr. Lowell:

On behalf of ▮, I would like to confirm with you that ▮ understands that the Justice Department has raised the issue of your representation of Nickie Lum Davis and any areas in which her actions and conversations involved him. Because they have raised the topic, he confirms as he did before that he has no conflict with Ms. Davis or your representation of her. Your advice to ▮ is separate from any of the issues in which you are advising her. You have made it clear and ▮ agrees that you have no duty to disclose information from your representation of her to him or vice versa and that you have not done so. He would not raise your representation of her in any action or in any claim or defense in any existing or future case. He had an opportunity to speak with his own counsel on these issues before making this confirmation.

Sincerely,

▮