# EXHIBIT 10

| | |
|---|---|
| **From:** | William C. McCorriston |
| **To:** | Lowell, Abbe |
| **Cc:** | nickielumdavis@▇▇▇▇▇▇▇▇; David J. Minkin |
| **Subject:** | Nickie Davis [Attorney-Client Privilege] |
| **Date:** | Tuesday, August 25, 2020 10:32:31 PM |
| **Attachments:** | image001.png |

**Attorney-Client Privilege**

Abbe,

This confirms that I have spoken to Ms. Davis about your representation of ▇▇▇▇ and ▇▇▇▇▇▇▇. She has confirmed to me that your representation, and the context of such representation, of these individuals was fully disclosed to her and she has consented to your representation of her (Ms. Davis) with full knowledge of the foregoing. As independent counsel for Ms. Davis, I was able to confirm the foregoing with her and, in my opinion, her consent to your representation of her under such circumstance was fully informed and voluntary.

Very truly yours,



William C. McCorriston
Founding Partner
**McCorriston Miller Mukai MacKinnon LLP**
Five Waterfront Plaza, 4th floor
500 Ala Moana Boulevard
Honolulu, Hawaii  96813
☎ ▇▇▇▇▇▇▇▇  |  🖨 ▇▇▇▇▇▇▇▇  |  ✉ WMcCorriston@▇▇▇▇▇▇▇

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law.  If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please notify us immediately by e mail or telephone, and return the original message.  THANK YOU.

Anyone communicating to or from this office by means of an electronic device (including computers, smart phones, tablets or others) and using electronic communication (including e-mail, text messages, instant messages, chat rooms, comments on blogs or websites or others) is advised that such communications may not be confidential, particularly in instances where you are transmitting personal information using your employer's devices or networks or where you are using you are using public computers (such as libraries or hotels) or using a public wireless internet connection.  The effect of the loss of confidentiality will be the loss of attorney-client privilege and the possibility that such communications may not be protected from disclosure in any legal procedure in which you are involved.  You are cautioned to act accordingly.