# EXHIBIT 11

Case 1:20-cr-00068-LEK   Document 83-10   Filed 07/22/22   Page 2 of 6     PageID #: 919



**U.S. Department of Justice**

National Security Division

---

*Counterintelligence and Export Control Section*      *Washington, DC  20530*

April 6, 2020

**By Electronic Mail**
Abbe David Lowell, Esq.
Partner
Winston & Strawn LLP
1700 K Street, N.W.
Washington, D.C.  20006-3817

      Re: Possible Obligation to Register Pursuant to the Foreign Agents Registration Act

Dear Mr. Lowell:

      We are seeking information to help us determine whether you have an obligation to register under the Foreign Agents Registration Act of 1938, as amended, 22 U.S.C. § 611 *et seq.* ("FARA" or the "Act"), by virtue of your activities directed towards agencies and officials of the Government of the United States, on behalf of [REDACTED] all of whom are foreign principals under the Act.

      FARA requires the registration of certain "agents of foreign principals" engaged in political activities or other activities specified under the Act.  The registration requirement does not apply to "[a]ny person qualified to practice law, insofar as he engages or agrees to engage in the legal representation of a disclosed foreign principal before any court of law or any agency of the Government of the United States," but this exemption from the registration requirement is limited to attempts to influence or persuade agency personnel or officials "in the course of judicial proceedings, criminal or civil law enforcement inquiries, investigations, or proceedings, or agency proceedings required by statute or regulation to be conducted on the record." 22 U.S.C. § 613(g).  Additionally, an attorney engaged in such covered "legal representation" must disclose "the identity of his principal … to each of the agency's personnel or officials before whom and at the time his legal representation is undertaken."  28 C.F.R. § 5.306(b).

      The FARA Unit of the National Security Division administers and enforces the Act.  In carrying out our responsibilities, we routinely review information provided to us by other U.S. Government agencies and officials for indications of activities by entities or individuals that may require registration under the Act. Where such information indicates that a registration obligation may exist, we send a letter advising the entity or person of the existence of FARA and the possible obligations thereunder, and seek additional information to evaluate whether a registration obligation exists.

Abbe David Lowell, Esq.
April 6, 2020
Page 2



In order to properly assess whether you, your current law firm, or your former law firm, Norton Rose Fulbright US LLP (formerly known as Chadbourne & Parke LLP) (collectively, "the law firms") may have an obligation to register under FARA, and/or have complied with the requirements under FARA, please provide the Unit with responses to the following:



Abbe David Lowell, Esq.
April 6, 2020
Page 3



Abbe David Lowell, Esq.
April 6, 2020
Page 4



The time period for these requests is ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇.

    Any information furnished in response to this letter must include a certification that the information contained therein is a true, correct, and complete disclosure with respect to the conduct under inquiry.  This certification must also include, subject to the penalties of Title 18, United States Code, Section 1001, and Title 22, United States Code, Section 618(a)(2), an affirmative statement that you have produced all of the information and documents within your possession, custody, or control that is responsive to this request.



Abbe David Lowell, Esq.
April 6, 2020
Page 5



Please provide this office with the above-requested information within 30 days of the date of this letter. If you have any questions, please contact Heather Hunt in the FARA Unit at ▮▮▮▮▮▮▮▮ or Scott Claffee in the Counterintelligence and Export Control Section at ▮▮▮▮. We look forward to your prompt and thorough response to our inquiry.

Sincerely,

*Brandon Van Grack /sjc*

Brandon L. Van Grack
Chief, FARA Unit