# EXHIBIT 12

| | |
|---|---|
| **From:** | Lowell, Abbe |
| **To:** | nickielumdavis |
| **Cc:** | McCorriston William |
| **Subject:** | ATTORNEY CLIENT PRIVILEGE |
| **Date:** | Wednesday, August 26, 2020 10:00:00 AM |

To address my representation of others and the letter I received from the DOJ FARA unit in April (for some of that work), Keller suggested ridiculous language to be added to the plea agreement. I changed it and this is my version for you to review and we can discuss it and the issues:

"The defendant understands that one of her attorneys, Abbe D. Lowell, has previously represented other individuals with whom Ms. Davis also has had contact or interactions and whose names have or might come up during her cooperation. Ms. Davis also understands that Mr. Lowell has been asked by the United States Department of Justice for information concerning his representation of certain clients on matters unrelated to Ms. Davis. Ms. Davis has discussed these issues and the resulting potential for conflicts of interest with Mr. Lowell and with third-party counsel and knowingly and intelligently waives any potential or actual conflict of interest as to Mr. Lowell and affirms that she wishes to proceed with Mr. Lowell as one of her attorneys in this matter."

**Abbe David Lowell**
**Partner**

Winston & Strawn LLP
1901 L Street, N.W.
Washington, DC 20036

D: +1
F: +1

200 Park Avenue
New York, NY 10166-4193

D: +1
F: +1

VCard | Email | winston.com

WINSTON
&STRAWN
LLP