# EXHIBIT 13

| | |
|---|---|
| **From:** | Keller, John (CRM) |
| **To:** | Lowell, Abbe |
| **Subject:** | RE: Conflict Provision |
| **Date:** | Wednesday, August 26, 2020 3:21:56 PM |

Abbe,

After your call with the filter side this afternoon, we should move quickly to try to finalize this language so that we can get a revised signature page to you Ken and Mike in the USAO and you, Mac, and Ms. Lum Davis for signature.

-John

**From:** Keller, John (CRM)
**Sent:** Tuesday, August 25, 2020 10:02 PM
**To:** Lowell, Abbe <ADLowell@​█​>
**Subject:** RE: Conflict Provision

Thank you. Potential alternative language highlighted below.

**From:** Lowell, Abbe <ADLowell@​█​>
**Sent:** Tuesday, August 25, 2020 9:53 PM
**To:** Keller, John (CRM) <John.Keller@​█​>
**Subject:** RE: Conflict Provision

Thank you for the clarification.  I will talk with Ms. Davis, Mac, and now others and talk with you tomorrow.

### Abbe David Lowell
**Partner**

Winston & Strawn LLP
1901 L Street, N.W.
Washington, DC 20036

D: +1 █
F: +1 █

200 Park Avenue
New York, NY 10166-4193

D: +1 █
F: +1 █

VCard | Email | winston.com

WINSTON & STRAWN LLP