# EXHIBIT 14

| | |
|---|---|
| **From:** | Lowell, Abbe |
| **To:** | Keller, John (CRM) |
| **Cc:** | mccorriston@ |
| **Subject:** | Status |
| **Date:** | Wednesday, August 26, 2020 3:35:00 PM |

John

With all these issues being raised by you yesterday late in the day and especially with your first language for the FARA letter and now the taint team issue which I will not be able to speak with them until the end of the day and with the time difference and Mac being in court, I will not be able to talk with him and Ms. Davis until late eastern time.   Then we can figure out the status of all this tomorrow.   Depending on all of that, we might have to delay further depending on whether Mac and I can still continue.

Abbe

**Abbe David Lowell**
**Partner**

Winston & Strawn LLP
1901 L Street, N.W.
Washington, DC 20036

D: +1 ████████
F: +1 ████████

200 Park Avenue
New York, NY 10166-4193

D: +1 ████████
F: +1 ████████

VCard | Email | winston.com

WINSTON
&STRAWN
LLP