# EXHIBIT 15

| | |
|---|---|
| **From:** | William C. McCorriston |
| **To:** | Lowell, Abbe |
| **Cc:** | David J. Minkin; nickielumdavis |
| **Subject:** | Re: Nickie Mali Lum Davis |
| **Date:** | Thursday, August 27, 2020 2:38:56 PM |
| **Attachments:** | image003.png |

Abbe, thank you for again disclosing in detail your prior representations of and/ or contacts with individuals brought to your attention by the government to Nickie as well as to David Minkin and me. As I stated in my earlier email to you, Ms Davis acknowledges your previous disclosures and wishes to proceed with your representation of her. David and I as independent counsel confirm that Ms Davis is making an informed and voluntary decision with assistance of independent counsel. Accordingly, please finalize the language with the government on this issue. WCM

Sent from my iPhone

On Aug 27, 2020, at 3:03 AM, Lowell, Abbe <ADLowell@█████████> wrote:

> At least for the optics and impact, I would like to get the court to wait on my PHV. I do not need that to be helpful to Nickie in what she needs now or even at debriefings esp. if the appearance, etc. is in Hawaii

**Abbe David Lowell**
**Partner**

Winston & Strawn LLP
1901 L Street, N.W.
Washington, DC 20036
D: +1 █████████
F: +1 █████████

200 Park Avenue
New York, NY 10166-4193
D: +1 █████████
F: +1 █████████

VCard | Email | winston.com