# EXHIBIT 16

| | |
|---|---|
| From: | nickielumdavis |
| To: | Lowell, Abbe |
| Subject: | Fwd: Re: Nickie Mali Lum Davis |
| Date: | Thursday, August 27, 2020 2:50:01 PM |
| Attachments: | image003.png |

Abbe
Please I want you to be PHV -
For me for my things even in Hawaii
Thanks
Nickie