# EXHIBIT 17

| | |
|---|---|
| **From:** | Lowell, Abbe |
| **To:** | William C. McCorriston |
| **Subject:** | RE: Nickie Mali Lum Davis |
| **Date:** | Thursday, August 27, 2020 5:41:00 PM |

Or suggest a side colloquy with the judge under seal – this is NOT a promise that undercuts Nickie's credibility as a witness.  It is a side issue

**Abbe David Lowell**
**Partner**

Winston & Strawn LLP
1901 L Street, N.W.
Washington, DC 20036

D: +1 ▮▮▮▮▮▮▮▮
F: +1 ▮▮▮▮▮▮▮▮

200 Park Avenue
New York, NY 10166-4193

D: +1 ▮▮▮▮▮▮▮▮
F: +1 ▮▮▮▮▮▮▮▮

VCard | Email | winston.com

**WINSTON & STRAWN LLP**

**From:** William C. McCorriston <WMcCorriston@▮▮▮▮▮▮▮>
**Sent:** Thursday, August 27, 2020 5:40 PM
**To:** Keller, John (CRM) <John.Keller2@▮▮▮▮▮▮▮>
**Cc:** Sorenson, Ken (USAHI) <Ken.Sorenson@▮▮▮▮▮▮▮>; Lowell, Abbe <ADLowell@▮▮▮▮▮▮▮>
**Subject:** Re: Nickie Mali Lum Davis

I can live with it. My greater concern is confidentiality. If the plea agreement becomes public it would affect both Nickie and Abbe. Is there a way to make this confidential, perhaps a different document?

Sent from my iPhone

> On Aug 27, 2020, at 11:27 AM, Keller, John (CRM) <John.Keller2@▮▮▮▮▮▮▮> wrote:
>
> Thanks, Bill.
>
> That language looks good to me and largely mirrors what I proposed to Abbe.  I have an edit to one sentence included below.  If we are all comforable with this language, I will add it to the plea agreement and send the revised signature page for signatures.  We also still need the signed waiver of indictment.
>
> -John

**From:** William C. McCorriston <WMcCorriston@███>
**Sent:** Thursday, August 27, 2020 3:12 PM
**To:** Keller, John (CRM) <John.Keller@███>; Sorenson, Ken (USAHI) <KSorenson@███>; Lowell, Abbe <ADLowell@███>
**Subject:** Nickie Mali Lum Davis

To expedite things I propose the following language:

"The defendant understands that one of her attorneys, Abbe D. Lowell, has previously represented other individuals with whom Ms. Davis also has had contact or interactions and whose names have or might come up during her cooperation.  Ms. Davis also understands that the United States Department of Justice has reviewed information concerning Mr. Lowell's representation of certain clients on matters unrelated to Ms. Davis and has raised those matters with Mr. Lowell.  Ms. Davis has discussed these issues and the resulting potential for conflicts of interest with Mr. Lowell and with third-party counsel and knowingly and intelligently waives any potential or actual conflict of interest as to Mr. Lowell and affirms that she wishes to proceed with Mr. Lowell as one of her attorneys in this matter."

Bill

**William C. McCorriston**
Founding Partner
**McCorriston Miller Mukai MacKinnon LLP**
Five Waterfront Plaza, 4th floor
500 Ala Moana Boulevard
Honolulu, Hawaii  96813
☎ ███ | 🖨 ███ | ✉ **WMcCorriston@███**

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law.  If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please notify us immediately by e mail or telephone, and return the original message.  THANK YOU.

Anyone communicating to or from this office by means of an electronic device (including computers, smart phones, tablets or others) and using electronic communication (including e-mail, text messages, instant messages, chat rooms, comments on blogs or websites or others) is advised that such communications may not be confidential, particularly in instances where you are transmitting personal information using your employer's devices or networks or where you are using you are using public computers (such as libraries or hotels) or using a public wireless internet connection.  The effect of the loss of confidentiality will be the loss of attorney-client privilege and the possibility that such communications may not be protected from disclosure in any legal procedure in which you are involved.  You are cautioned to act accordingly.