# EXHIBIT 18

**From:** Lowell, Abbe
**To:** "mccorriston@▮▮▮▮▮"
**Subject:** RE: Nickie Mali Lum Davis
**Date:** Thursday, August 27, 2020 5:46:00 PM

Or then it has to be watered down so that Nickie, USAO and you all know what it refers to but the words in the provision are way more benign.

**Abbe David Lowell**
**Partner**

Winston & Strawn LLP
1901 L Street, N.W.
Washington, DC 20036

D: +1 ▮▮▮▮▮▮▮▮▮▮
F: +1 ▮▮▮▮▮▮▮▮▮▮

200 Park Avenue
New York, NY 10166-4193

D: +1 ▮▮▮▮▮▮▮▮▮▮
F: +1 ▮▮▮▮▮▮▮▮▮▮

VCard | Email | winston.com

**WINSTON & STRAWN LLP**

---

**From:** Lowell, Abbe
**Sent:** Thursday, August 27, 2020 5:45 PM
**To:** 'mccorriston@▮▮▮▮▮' <mccorriston@▮▮▮▮▮>
**Subject:** FW: Nickie Mali Lum Davis

Wow – then there has to be a place (I like my sidebar colloquy) for this to occur. It cannot be on the public docket and if so, I really will have to not do this, right?

**Abbe David Lowell**
**Partner**

Winston & Strawn LLP
1901 L Street, N.W.
Washington, DC 20036

D: +1 ▮▮▮▮▮▮▮▮▮▮
F: +1 ▮▮▮▮▮▮▮▮▮▮

200 Park Avenue
New York, NY 10166-4193

D: +1 ▮▮▮▮▮▮▮▮▮▮
F: +1 ▮▮▮▮▮▮▮▮▮▮

VCard | Email | winston.com