# EXHIBIT 19

| From: | William C. McCorriston |
|---|---|
| To: | Kenneth M. Sorenson (ken.sorenson@        ); Keller, John (CRM); Lowell, Abbe |
| Subject: | Nickie Mali Lum Davis |
| Date: | Thursday, August 27, 2020 6:19:27 PM |
| Attachments: | image001.png |

If it has to be in a public document, maybe the following, more benign language, works:

"The defendant understands that the United States Department of Justice has raised with one of her attorneys, Abbe D. Lowell, his previous representation of certain individuals with whom Ms. Davis also has had contact or interactions and whose names have or might come up during her cooperation and of certain other individuals on matters unrelated to Ms. Davis. Ms. Davis has discussed these issues and the resulting potential for conflicts of interest with Mr. Lowell and with third-party counsel and knowingly and intelligently waives any potential or actual conflict of interest as to Mr. Lowell and affirms that she wishes to proceed with Mr. Lowell as one of her attorneys in this matter."

Bill



William C. McCorriston
Founding Partner
**McCorriston Miller Mukai MacKinnon LLP**
**Five Waterfront Plaza, 4th floor**
**500 Ala Moana Boulevard**
**Honolulu, Hawaii 96813**

☎            | 🖷            | ✉ WMcCorriston@

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by e mail or telephone, and return the original message. THANK YOU.

Anyone communicating to or from this office by means of an electronic device (including computers, smart phones, tablets or others) and using electronic communication (including e-mail, text messages, instant messages, chat rooms, comments on blogs or websites or others) is advised that such communications may not be confidential, particularly in instances where you are transmitting personal information using your employer's devices or networks or where you are using you are using public computers (such as libraries or hotels) or using a public wireless internet connection. The effect of the loss of confidentiality will be the loss of attorney-client privilege and the possibility that such communications may not be protected from disclosure in any legal procedure in which you are involved. You are cautioned to act accordingly.