# EXHIBIT 20

| From: | Lowell, Abbe |
|---|---|
| To: | William C. McCorriston |
| Subject: | RE: Nickie's emails not getting through to me for waiver. Can you try contact her? Not picking up my calls/texts |
| Date: | Thursday, August 27, 2020 10:19:00 PM |

BTW -- one aside that I might want to raise with Keller at some point-

I had no idea that there was a taint team, that it found emails in which I was included, that they were reviewing as maybe someone's LDA violation, etc. SO how the F could it have influenced any of my advice to Nickie to give the DOJ want they wanted?


Abbe David Lowell
Partner
Winston & Strawn LLP
1901 L Street, N.W.
Washington, DC 20036
D: +1 ███████
F: +1 ███████

200 Park Avenue
New York, NY 10166-4193

D: +1 ███████

F: +1 ███████

VCard | Email | winston.com



-----Original Message-----
From: William C. McCorriston <WMcCorriston@███████>
Sent: Thursday, August 27, 2020 10:04 PM
To: Lowell, Abbe <ADLowell@███████>
Subject: Nickie's emails not getting through to me for waiver. Can you try contact her? Not picking up my calls/texts


Sent from my iPhone