# EXHIBIT 21

| From: | Lowell, Abbe |
|---|---|
| To: | nickielumdavis; mccorriston@▮▮▮▮▮; David J. Minkin |
| Subject: | ATTORNEY CLIENT PRIVILEGE |
| Date: | Saturday, August 29, 2020 10:29:00 AM |

NEXT VERSION:

Your Honor, as the Information sets out in more detail:

1.      In 2017 and 2018, I started working with the others described in the Information to aid and assist their efforts to work for the foreign nationals also described in the Information to advance their issues having to do with a DOJ case and requests to     return a foreign national..

2.      I knew that work would include the others contacting officials in the U.S. government, something I did not do.

3.      I also knew that the Foreign Agent Registration Act requires disclosure of such contacts unless some exception applies.

4.      Knowing that, I raised the issue with the others I was working with and was told that FARA did not apply.

5.      It surely seemed to me that FARA did apply and that the others did not want their efforts to be disclosed.

6.      And so I went along with that, deliberately avoiding raising the issue again so as to avoid that registration.

**Abbe David Lowell**
**Partner**
Winston & Strawn LLP
1901 L Street, N.W.
Washington, DC 20036
D: +1 ▮▮▮▮▮
F: +1 ▮▮▮▮▮

200 Park Avenue
New York, NY 10166-4193
D: +1 ▮▮▮▮▮
F: +1 ▮▮▮▮▮

VCard | Email | winston.com