# EXHIBIT 22

| From: | William C. McCorriston |
|---|---|
| To: | Lowell, Abbe |
| Date: | Wednesday, January 6, 2021 4:43:04 PM |
| Attachments: | Gmail - Abbe Lowell"s ethical conflicts_Redacted.pdf |

Abbe,

Nickie has received unsolicited emails from a self-described "whistleblower" which, mildly put, are disturbing.  Do you have time after 1:30 p.m. (HST) to discuss this matter with David and me.

Nickie has retained, at my suggestion, independent counsel to advise her as I am co-counsel with you.  They have given me permission to send the whistleblower communications herewith to you and discuss them with you.  Also, if you recorded our (Nickie, you, and me) conversation during our video chat I would appreciate a copy.  Let me know your availability.

Mac

Nickie Davis <nickielumdavis@​█████>

## Abbe Lowell's ethical conflicts

Mon, Dec 14, 2020 at 11:43 AM

To: "nickielumdavis@█████" <nickielumdavis@█████>

Nickie, did you know that you can have your guilty plea vacated? Abbe Lowell had a massive conflict. He was too ethically conflicted to negotiate your plea deal. His conduct was so beyond the pale that your judge should vacate your guilty plea.

Did Abbe tell you this summer that he was being investigated by Public Integrity? He knew early this summer that he was investigation, long before you agreed to plead guilty.

The fact that he kept representing you after he knew that Public Integrity was investigating him could be seen as malpractice. DOJ also was wrong to allow him to continue representing you:

https://www.wsj.com/articles/bribery-for-pardon-investigation-involved-prominent-washington-lawyer-11607131323?mod=mhp

If neither DOJ nor he told you *and* have you sign a waiver, you have grounds for an automatic dismissal of your case. Even if DOJ or Abbe did have you sign a waiver, your judge should still wipe out your guilty plea.

If you want more, reply to this email.