# EXHIBIT 23

Hello James.  Unfortunately, the article and press inquiries and, therefore, your questions are based upon some fundamental misperceptions: (1) I was never told, nor have I ever understood, that I was somehow under any investigation in connection with the Baras clemency issue; (2) I did not hire a lawyer in June in connection with that inquiry and knew nothing about it then; and (3) I did disclose (and discuss) it when I learned something about it in late August.  So, as you can see there appears to be a lot of misreporting and misunderstanding.  I do think a call to go over all of this is a good idea.

Best,


**Abbe David Lowell**

**Partner**

Winston & Strawn LLP
1901 L Street, N.W.
Washington, DC 20036

D: +1 ▮▮▮▮▮▮▮▮
F: +1 ▮▮▮▮▮▮▮▮

200 Park Avenue
New York, NY 10166-4193

D: +1 ▮▮▮▮▮▮▮▮
F: +1 ▮▮▮▮▮▮▮▮

VCard | Email | winston.com

WINSTON
&STRAWN
LLP

---

**From:** James Bryant <jbryant@▮▮▮▮▮▮▮▮>
**Sent:** Saturday, May 22, 2021 1:53 PM
**To:** Lowell, Abbe <ADLowell@▮▮▮▮▮▮▮>
**Cc:** William C. McCorriston <WMcCorriston@▮▮▮▮▮▮>
**Subject:** Re: Politico Article

Abbe:

Before I engage in any further discussions I have three questions that need be answered:

1. When exactly do you claim to have disclosed to Nickie that you were involved, in some way shape or form, in a bribery for pardon investigation involving you, Elliott Broidy and PIN (Keller?)?

2. Is it true that in June 2020 you retained an attorney to represent you regarding this investigation?

3. If 1 and 2 are true, why didn't you withdraw or at a minimum disclose this potential conflict?

I hate to be curt but I need these questions answered. If I can't get answers there is nothing further to discuss.

Best,

James A. Bryant II
Partner
The Cochran Firm - California
4929 Wilshire Blvd Suite 1010
Los Angeles, CA 90010
Ph. ███████  Cell ████████  Fax. █████████  Jbryant@██████████

*ATTORNEY WORK PRODUCT - PRIVILEGED & CONFIDENTIAL*
The information contained in this message from The Cochran Firm California and any attachments are privileged and confidential and intended only for the named recipient(s). If you have received this message in error, you are prohibited from reviewing, copying, distributing or using the information. Please contact the sender immediately by return email and delete the original message and attachments.