MCCORRISTON MILLER MUKAI MACKINNON LLP

WILLIAM C. McCORRISTON  #995-0
DAVID J. MINKIN  #3639-0
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawai`i  96813
Telephone:  808.529.7300
Facsimile:  808.535.8056
E-Mail:  mccorriston@m4law.com; minkin@m4law.com

JAMES A. BRYANT (*pro hac vice*)
The Cochran Firm California
4929 Wilshire Blvd., Suite 1010
Los Angele, CA 90010
Telephone:  323-435-8205
Facsimile:  310-802-3829
E-mail:  jbryant@cochranfirm.com

Attorneys for Defendant
NICKIE MALI LUM DAVIS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>     vs.<br><br>NICKIE MALI LUM DAVIS,<br><br>              Defendant. | CR. NO. 20-00068 LEK<br><br>DEFENDANT NICKIE MALI LUM DAVIS' *EX PARTE* MOTION FOR JUDICIAL NOTICE OF AN ADJUDICATIVE FACT; DECLARATION OF WILLIAM C. McCORRISTON; EXHIBIT "A"; ORDER GRANTING DEFENDANT NICKIE MALI LUM DAVIS' *EX PARTE* MOTION FOR JUDICIAL NOTICE OF AN ADJUDICATIVE FACT; CERTIFICATE OF SERVICE |

433036.1

DEFENDANT NICKIE MALI LUM DAVIS' *EX PARTE* MOTION
FOR JUDICIAL NOTICE OF AN ADJUDICATIVE FACT

Defendant NICKIE MALI LUM DAVIS ("Davis"), by and through her attorneys undersigned, pursuant to Rule 201 to Federal Rules of Evidence, respectfully requests this Honorable Court to take judicial notice of the attached filing by the Government in the case of *United States v. Matthew Grimes, Criminal Docket No. 21-317 (S-1)(BMC), EDNY* as an adjudicative fact; for the purpose of the hearing on Defendant Nickie Mali Lum Davis' Motion to Disqualify; Motion to Stay Sentencing; and Motion for Judicial Relief.

DATED: Honolulu, Hawai`i, August 1, 2022.

                         */s/ William C. McCorriston*
                         WILLIAM C. McCORRISTON
                         DAVID J. MINKIN
                         JAMES A. BRYANT

                         Attorneys for Defendant
                         NICKIE MALI LUM DAVIS