IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>NICKIE MALI LUM DAVIS,<br><br>　　　　　　Defendant. | CR. NO. 20-00068 LEK<br><br>DECLARATION OF WILLIAM C. McCORRISTON |

DECLARATION OF WILLIAM C. McCORRISTON

I, WILLIAM C. McCORRISTON, hereby declare:

1.　　I am licensed to practice law in all courts of the State of Hawai`i and this Court.

2.　　I am an attorney with the law firm McCorriston Miller Mukai MacKinnon LLP, co-counsel for Defendant NICKIE MALI LUM DAVIS ("Davis"), in this matter.

3.　　I submit this declaration in support of Davis' *Ex Parte* Motion for Judicial Notice of an Adjudicative Fact.

4.　　Attached hereto as Exhibit A is a true and correct copy of a filing by the U.S. Attorney for the Eastern District of New York in a cased styled *United States v. Matthew Grimes, Criminal Docket No. 21-317 (S-1)(BMC), EDNY,* concerning Defendant Davis and Mr. Lowell.

433036.1

I, WILLIAM C. McCORRISTON, declare under penalty of law that the foregoing is true and correct.

Executed this 1st day of August 2022 at Honolulu, Hawai`i.

*/s/ William C. McCorriston*
WILLIAM C. McCORRISTON
