IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>NICKIE MALI LUM DAVIS,<br><br>Defendant. | CR. NO. 20-00068 LEK<br><br>ORDER GRANTING DEFENDANT NICKIE MALI LUM DAVIS' *EX PARTE* MOTION FOR JUDICIAL NOTICE OF AN ADJUDICATIVE FACT |

ORDER GRANTING DEFENDANT NICKIE MALI LUM DAVIS'
*EX PARTE* MOTION FOR JUDICIAL NOTICE OF AN ADJUDICATIVE FACT

This Court having read the foregoing *Ex Parte* Motion for Judicial Notice of an Adjudicative Fact, and the Declaration of William C. McCorriston, and good cause appearing therefrom;

IT IS HEREBY ORDERED that Defendant Nickie Mali Lum Davis' *Ex Parte* Motion for Judicial Notice of an Adjudicative Fact, is granted until such time as the Court rules on Defendant's Motion to Disqualify, Motion to Stay Sentencing and Motion for Judicial Relief, currently set for August 4, 2022.

DATED: Honolulu, Hawai`i, _____ .

---

*United States of America v. Nickie Mali Lum Davis*, CR. No. 20-00068 LEK; ORDER GRANTING DEFENDANT NICKIE MALI LUM DAVIS' *EX PARTE* MOTION FOR JUDICIAL NOTICE OF AN ADJUDICATIVE FACT

433036.1