CLARE E. CONNORS #7936
United States Attorney
District of Hawaii

KENNETH M. SORENSON
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, Hawaii    96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email:ken.sorenson@usdoj.gov

COREY R. AMUNDSON
Chief, Public Integrity Section
United States Department of Justice

JOHN D. KELLER
Principal Deputy Chief

SEAN F. MULRYNE
Director of Enforcement & Litigation
NICOLE R. LOCKHART
Trial Attorney
Public Integrity Section

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA | ) | CR. NO. 20-00068 LEK |
|---|---|---|
|  | ) |  |
|  | ) | MOTION FOR LEAVE TO FILE |
| Plaintiff, | ) | EXHIBITS |
|  | ) |  |
| vs. | ) | JUDGE: Leslie E. Kobayashi |
|  | ) |  |
| NICKIE MALI LUM DAVIS | ) | DATE: August 5, 2022 |
|  | ) | TIME: 1:30 p.m. |
|  | ) | JUDGE: Leslie E. Kobayashi |
| Defendant. | ) |  |

UNITED STATES' MOTION FOR LEAVE TO FILE EXHIBITS

On August 1, 2022, in anticipation of the hearing set in this matter for August 5, 2022, counsel for the defendant filed a Motion for Judicial Notice of an

1

Adjudicative Fact. ECF No. 85. The Motion references a letter filed in United States District Court for the Eastern District of New York in *United States v. Matthew Grimes*, No. 21-317 (S-1) (BMC), in which the prosecutors in that case alerted the court in that matter—in which Lowell is counsel for the defendant—about the allegations of an undisclosed conflict of interest in this matter. ECF No. 85-3. The purpose of the letter was to ensure that the court in EDNY was aware of this ongoing litigation and could fully advise the defendant in that matter of the potential conflict that this litigation could present for Lowell. *Id.*

The EDNY court denied the request for a conflicts hearing and ruled that there was not even "a potential argument that there might be a conflict," and that "[w]hat's happening in Hawaii has all the indications of being a frivolous motion practice."[1] Defense counsel here omitted the EDNY court's ruling on the potential conflicts issue and Lowell's response to the initial letter.

---

1 Ex. A, Transcript of July 27, 2022 Status Conference at 6.

To ensure a complete record, the government seeks leave to file the transcript of the EDNY court's ruling on the letter for a conflicts hearing as Exhibit A and Lowell's response to the letter as Exhibit B.

DATED: August 03, 2022.

Respectfully submitted,

COREY R. AMUNDSON
Chief, Public Integrity Section
United States Department of Justice

| | |
|---|---|
| */s/ John D. Keller* | */s/ Kenneth M. Sorenson* |
| By: JOHN D. KELLER | KENNETH M. SORENSON |
| Principal Deputy Chief | Chief, Criminal Division |
| Sean F. Mulryne | |
| Director of Enforcement & Litigation, Election Crimes | |
| Nicole R. Lockhart | |
| Trial Attorney | |
| Public Integrity Section | |

CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served Electronically through CM/ECF:

James A. Bryant, Esq.
William McCorriston, Esq.

Attorneys for Interested Party
NICKIE MALI LUM DAVIS

DATED: August 03, 2022

*/s/ John D. Keller*
John D. Keller