# MINUTE ORDER

| | | | |
|---|---|---|---|
| CASE NUMBER: | CRIMINAL NO. 20-00068 LEK | | |
| CASE NAME: | United States vs. Nickie Mali Lum Davis | | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | DATE: | 08/03/2022 |

COURT ACTION:  EO: ORDER SETTING BRIEFING DEADLINES FOR DEFENDANT'S *EX PARTE* MOTION FOR JUDICIAL NOTICE OF AN ADJUDICATIVE FACT AND DENYING AS UNNECESSARY THE GOVERNMENT'S MOTION FOR LEAVE TO FILE EXHIBITS

  On August 1, 2022, Defendant Nickie Mali Lum Davis ("Davis") filed her *Ex Parte* Motion for Judicial Notice of an Adjudicative Fact ("Judicial Notice Motion").  [Dkt. no. 85.]  First, the Judicial Notice Motion was improperly designated as an *ex parte* motion.  Cf. Local Rule LR7.10 ("Any ex parte application must include a declaration that states why a stipulation or motion could not be submitted and sets forth the positions of other parties with respect to the request, if known."); see also Judicial Notice Motion, Certificate of Service (dkt. no. 85-4) (stating the motion was served on counsel for Plaintiff United States of America ("the Government")).  The Court therefore will not consider the Judicial Notice Motion on an *ex parte* basis.

  The Government is DIRECTED to file a response to the Judicial Notice Motion by **August 17, 2022**.  Because the Government will have the opportunity to file a response to the Judicial Notice Motion, with any appropriate exhibits, the Government's Motion for Leave to File Exhibits, [filed 8/3/22 (dkt. no. 86),] is DENIED AS UNNECESSARY.

  Davis may file an optional reply in support of the Judicial Notice Motion by **August 31, 2022**.  The Court will take the Judicial Notice Motion under advisement thereafter and will decide the motion without a hearing.

  The hearing on Davis's Motion to Disqualify; Motion to Stay Sentencing; and Motion for Judicial Relief ("Motion to Disqualify"), [filed 4/26/22 (dkt. no. 47),] will proceed as scheduled on **August 5, 2022, at 1:30 p.m.** by video-teleconference.  Because the Judicial Notice Motion is still pending, during the hearing on the Motion to Disqualify,

the parties may not refer to or rely upon the letter that is the subject of the Judicial Notice Motion.

    IT IS SO ORDERED.

Submitted by: Agalelei Elkington, Courtroom Manager