CLARE E. CONNORS #7936
United States Attorney
District of Hawaii

SEAN F. MULRYNE
Director of Enforcement and Litigation, Election Crimes Branch
United States Department of Justice, Criminal Division
Public Integrity Section
1301 New York Ave., NW
Washington, DC  20530
Telephone: (202) 598-2816
Email:  Sean.Mulryne@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 20-00068 LEK |
| | ) | |
| Plaintiff, | ) | NOTICE OF APPEARANCE ON BEHALF OF THE UNITED STATES; CERTIFICATE OF SERVICE |
| vs. | ) | |
| NICKIE MALI LUM DAVIS, | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE ON BEHALF OF THE UNITED STATES

COMES NOW, Sean F. Mulryne, Director of Enforcement and Litigation, Election Crimes Branch of the Public Integrity Section, Criminal Division, United

States Department of Justice, and hereby enters his appearance before the U.S. District Court, District of Hawaii, on behalf of the United States for the above-captioned case.

DATED: August 4, 2022, at Washington, District of Columbia.

CLARE E. CONNORS
United States Attorney
District of Hawaii

By  */s/ Sean F. Mulryne*
_____
SEAN F. MULRYNE
Director of Enforcement
and Litigation

CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served Electronically through CM/ECF:

    William McCorriston, Esq.
    David Minkin, Esq.
    James Bryant, Esq.

    Attorneys for Defendant
    NICKIE MALI LUM DAVIS

    DATED: August 4, 2022, at Washington, District of Columbia.

                                            /s/ Sean F. Mulryne