# MINUTES

| | |
|---|---|
| CASE NUMBER: | CRIMINAL NO. 20-00068 LEK |
| CASE NAME: | USA vs. Nickie Mali Lum Davis |
| ATTYS FOR PLA: | John Keller * <br> Sean Mulryne <br> Nicole Lockhart <br> Kenneth Sorrenson |
| ATTYS FOR DEFT: | James Bryant* <br> William McCorriston |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | Debi Read |
| DATE: | 8/5/2022 | TIME: | 1:30 PM - 1:50 PM |

COURT ACTION: EP: Defendant Nickie Mali Lum Davis' [4] MOTION to Disqualify Counsel; held by video teleconference ("VTC").

Defendant present, not in custody by VTC.

Court confirms that the parties have received and reviewed it's inclination and ask the parties to first address the questions in the inclination as part of their arguments.

Counsel: James Bryant addresses the Court regarding the questions posed in it's inclination and advises the Court that the defendant, Nickie Mali Lum Davis does intend to file a Motion to set aside her Memorandum of Plea Agreement (MOPA). Discussion held.

For reasons stated on the record, the Court Orders:

[47] Defendants MOTION to Disqualify counsel is DENIED without prejudice.

[91] Defendants MOTION to Compel is DENIED without prejudice

[85] Defendants MOTION for judicial Notice of an Adjudicative Fact is GRANTED.

[89] Governments REQUEST (in it's Response to [85]) for leave to include the transcript of EDNY court's ruling on the letter for conflicts hearing as Exhibit A and Lowell's

response to the letter as Exhibit B is GRANTED.

Court sets sentencing for Thursday 10/27/2022 at 2:30 PM in Aha Nonoi before Judge Leslie E. Kobayashi.

Submitted by: Agalelei Elkington, Courtroom Manager