# MINUTE ORDER

CASE NUMBER: CRIMINAL NO. 20-00068 LEK

CASE NAME: United States vs. Nickie Mali Lum Davis

JUDGE: Leslie E. Kobayashi    DATE: 09/02/2022

COURT ACTION:  EO: COURT ORDER REGARDING THIRD-PARTY OBJECTIONS TO, AND MOTIONS TO UNSEAL, FILINGS IN THIS CASE

The Clerk's Office is DIRECTED that, when a third-party initiates a miscellaneous case to raise objections to a filing in the instant case or to move to unseal filings in the instant case: 1) the objection or motion to unseal is to be re-filed in the instant case; and 2) upon the filing of the objection or motion to unseal in the instant case, the miscellaneous case is to be closed because the objection or motion to unseal will be addressed and ultimately resolved in the instant case.

The Clerk's Office is DIRECTED to provide a copy of this entering order to counsel for Civil Beat Law Center for the Public Interest ("Civil Beat"), which filed a Motion to Unseal Defendant's Sentencing Statement and Exhibits [Dkt. 97] ("Motion to Seal") in In re: Civil Beat Law Ctr. for the Pub. Int., MC 22-00431 LEK-WRP, [filed 8/31/22 (dkt. no. 1)].  The Clerk's Office is also DIRECTED to follow the above procedure as to Civil Beat's Motion to Seal.  The Court emphasizes that this entering order applies to all future objections or motions to seal filed by Civil Beat or any other third-party.

IT IS SO ORDERED.

Submitted by: Agalelei Elkington, Courtroom Manager