IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| IN RE: CIVIL BEAT LAW CENTER FOR THE PUBLIC INTEREST,<br><br>Movant. | MISC. NO. 22-431<br>[CR NO. 20-00068 LEK]<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below a true and correct copy of the foregoing was served on the following at their last known addresses:

Served Electronically:

| | | |
|---|---|---|
| James A. Bryant | jbryant@cochranfirm.com | August 31, 2022 |
| David J. Minkin | minkin@m4law.com | August 31, 2022 |
| William C. McCorriston | mccoriston@m4law.com | August 31, 2022 |
| Sean F. Mulryne | Sean.Mulryne@usdoj.gov | August 31, 2022 |
| John D. Keller | John.Keller2@usdoj.gov | August 31, 2022 |
| Kenneth M. Sorenson | ken.sorenson@usdoj.gov | August 31, 2022 |
| Nicole R. Lockhart | Nicole.Lockhart@usdoj.gov | August 31, 2022 |

DATED: Honolulu, Hawai`i, August 31, 2022

/s/ Robert Brian Black
ROBERT BRIAN BLACK
Attorney for Movant Civil Beat Law Center for the Public Interest