# MINUTE ORDER

CASE NUMBER:   CRIMINAL NO. 20-00068 LEK

CASE NAME:   United States vs. Nickie Mali Lum Davis

JUDGE:   Leslie E. Kobayashi   DATE:   09/02/2022

COURT ACTION:  EO: ORDER SETTING BRIEFING SCHEDULE.

On 8/31/2022 Civil Beat filed a Motion to Unseal Defendant's Sentencing Statement and Exhibits [97] in MISC NO. 22-431LEK-WRP.  On 9/2/2022 the Court directed that the Motion be refiled in this case (Dkt. No. [99], [100]).  The Court hereby sets the matter for a motion hearing and the following briefing schedule:

Response Memorandum is due: 9/22/2022.
Reply Memorandum is due: 10/6/2022.

Motion hearing is set for 10/13/2022 at 2:30 PM by video conference before Judge Leslie E. Kobayashi.

The Courtroom manager will provide participants with the instructions and information to connect by video in advance of the scheduled video conference. Participants must connect to the conference at least five (5) minutes prior to the scheduled start time of the hearing.

Submitted by: Agalelei Elkington, Courtroom Manager