McCORRISTON MILLER MUKAI MacKINNON LLP

| | |
|---|---|
| WILLIAM C. McCORRISTON | #995-0 |
| DAVID J. MINKIN | #3639-0 |

Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawai'i  96813
Telephone:  808.529.7300
Facsimile:   808.535.8056
E-Mail:       mccorriston@m4law.com; minkin@m4law.com

JAMES A. BRYANT (*pro hac vice*)
The Cochran Firm California
4929 Wilshire Blvd., Suite 1010
Los Angele, CA 90010
Telephone:  323-435-8205
Facsimile:   310-802-3829
E-mail:       jbryant@cochranfirm.com

Attorneys for Defendant
NICKIE MALI LUM DAVIS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>NICKIE MALI LUM DAVIS;<br><br>Defendant. | CR. NO. 20-00068 LEK<br><br>DEFENDANT NICKIE MALI LUM DAVIS' MEMORANDUM IN PARTIAL OPPOSITION TO MOVANT CIVIL BEAT LAW CENTER FOR THE PUBLIC INTEREST'S MOTION TO UNSEAL DEFENDANT'S SENTENCING STATEMENT (SEALED); CERTIFICATE OF SERVICE |

433974.1

DEFENDANT NICKIE MALI LUM DAVIS' MEMORANDUM IN PARTIAL OPPOSITION TO MOVANT CIVIL BEAT LAW CENTER FOR THE PUBLIC INTEREST'S MOTION TO UNSEAL DEFENDANT'S SENTENCING STATEMENT (SEALED)

Defendant NICKIE MALI LUM DAVIS ("Davis"), by and through her attorneys undersigned, hereby objects to Movant Civil Beat Law Center for the Public Interest's ("Civil Beat") Motion to Unseal Defendant's Sentencing Statement (Sealed) [CR. No. 20-00068. ECF No. 100].

The Criminal Local Rules of Practice for the United States of District Court for the District of Hawaii on August 11, 2011. Rule 32.1(j) of the Criminal Local Rules requires that "[f]ilings that disclose the contents of the proposed or completed presentence report, including but not limited to the sentencing statements, are to be filed under seal." CrimLR32.1(j).

In this case the Presentence Investigation Report ("PSR") is attached to Defendant Davis' Sentencing Statement ("DSS") as Exhibit C.  The PSR and DSS contain the following types of private and confidential information:

       1)    Ms. Davis' confidential personal and health information;

       2)    Ms. Davis' confidential financial and business information;

       3)    Ms. Davis' confidential personal information concerning her child and husband.

The specific requests being made by Civil Beat for Disclosure are set forth in the Civil Beat Memorandum on page 10.  They are <u>limited</u>, and include <u>only</u> the following:

    1)    Factual corrections to the PSR

    2)    Letters of Support

    3)    Position statements about sentencing factors, guideline adjustments and departures.

Notwithstanding CrimLR32.1(j), Davis does not oppose the disclosure of factual corrections to the PSR which are set forth in her DSS, as set forth in the Sealed Appendix filed herein.

Davis does not object to the disclosure of letters of support, subject to the deletion of her minor daughter's name, as set forth in the Sealed Appendix filed herewith.

The PSR in paragraph 83 and 84 reflect the application of the 2018 Guidelines Manual and the guidelines in effect at the time of sentencing.  It concludes that "there is no offense level computation guideline in this case." Because no guidelines are stated there are no specific position statements responding to them.  Nonetheless, Defendant Davis is willing to produce her statements conveying mitigation factors as set forth in the Sealed Appendix filed herewith, subject to Court approval.

In consonance with the foregoing, Defendant Davis is providing to the Court in the attached Sealed Appendix a redacted copy of what she agrees to produce in the aforesaid Sealed Appendix filed herewith.  Otherwise, Defendant Davis objects to the Motion to Unseal for the following reasons:

1. Information beyond the scope of the motion's request should not be produced;

2. Confidential and privileged information should not be produced;

3. Personal information about the family, including Defendant's child's name, should not be produced;

4. Confidential financial and business information should not be produced, and

5. Information protected by Rule 32-2, USDC Hawaii Local Rules should not be produced except with items agreed to by Defendant Davis.

DATED:  Honolulu, Hawaiʻi, September 22, 2022.

/s/ William C. McCorriston
WILLIAM C. McCORRISTON
DAVID J. MINKIN
JAMES A. BRYANT

Attorneys for Defendant
NICKIE MALI LUM DAVIS

433974.1