McCORRISTON MILLER MUKAI MacKINNON LLP

WILLIAM C. McCORRISTON  #995-0
DAVID J. MINKIN  #3639-0
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawai'i  96813
Telephone:  808.529.7300
Facsimile:  808.535.8056
E-Mail:  mccorriston@m4law.com; minkin@m4law.com

JAMES A. BRYANT (*pro hac vice*)
The Cochran Firm California
4929 Wilshire Blvd., Suite 1010
Los Angele, CA 90010
Telephone:  323-435-8205
Facsimile:  310-802-3829
E-mail:  jbryant@cochranfirm.com

Attorneys for Defendant
NICKIE MALI LUM DAVIS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. NICKIE MALI LUM DAVIS; Defendant. | CR. NO. 20-00068 LEK<br><br>DEFENDANT NICKIE MALI LUM DAVIS' MOTION TO SEAL APPENDIX IN SUPPORT OF ITS MEMORANDUM IN PARTIAL OPPOSITION TO MOVANT CIVIL BEAT LAW CENTER FOR THE PUBLIC INTEREST'S MOTION TO UNSEAL DEFENDANT'S SENTENCING STATEMENT (SEALED); CERTIFICATE OF SERVICE |

434182.1

DEFENDANT NICKIE MALI LUM DAVIS' MOTION TO SEAL APPENDIX IN SUPPORT OF ITS MEMORANDUM IN PARTIAL OPPOSITION TO MOVANT CIVIL BEAT LAW CENTER FOR THE PUBLIC INTEREST'S MOTION TO UNSEAL DEFENDANT'S SENTENCING STATEMENT (SEALED)

Defendant NICKIE MALI LUM DAVIS ("Davis"), by and through her attorneys undersigned, moves to file under seal the Appendix in response to Movant Civil Beat Law Center for the Public Interest's Motion to Unseal Defendant's Sentencing Statement (Sealed). The Appendix is a sealed document that contains personal, financial and business information that has not heretofore been filed publicly. Accordingly, Defendant moves for an order permitting her to file Appendix under seal unless and until approved for release in redacted form by the Court.

DATED: Honolulu, Hawaiʻi, September 22, 2022.

        */s/ William C. McCorriston*
        WILLIAM C. McCORRISTON
        DAVID J. MINKIN
        JAMES A. BRYANT

        Attorneys for Defendant
        NICKIE MALI LUM DAVIS

# APPENDIX

*Response of Defendant Davis*

*Filed Under Seal Unless/Until*

*Released by Judge Kobayashi*