# MINUTES

| | |
|---|---|
| CASE NUMBER: | CRIMINAL NO. 20-00068 LEK |
| CASE NAME: | USA vs. Nickie Mali Lum Davis |
| ATTYS FOR PLA: | Kenneth Sorrenson |
| ATTYS FOR DEFT: | William McCorriston |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | Debi Read |
| DATE: | 10/13/2022 | TIME: | 1:30 PM - 1:50 PM |

COURT ACTION:  EP:  [100] MOTION to Unseal Defendant's Sentencing Statement filed by Civil Beat Law, Center for the Public Interest ("Civil Beat"); held by video teleconference ("VTC").

Defendant present, not in custody by VTC.
Civil Beat counsel Brian Black, present by VTC.

Court addresses the parties regarding Motion filed by Civil Beat and the reply memorandum filed by Civil Beat, (Dkt. No. [104]).  Discussion held.

Court clarifies which portions of the defendant sentencing memorandum would be redacted.  Discussion held.

Court ORDERS, Defense to serve on the parties (including counsel Brian Black) copies of a new redacted defendant sentencing statement consistent with the discussions held by Monday 10/17/2022.

Court further directs that no one shall file anything under seal with regard to sentencing statements without prior court approval and any motion seeking to do so shall also be served on counsel Brian Black.

Submitted by: Agalelei Elkington, Courtroom Manager