# McCORRISTON MILLER MUKAI MacKINNON LLP
### ATTORNEYS AT LAW

WILLIAM C. McCORRISTON
ATTORNEY

PHONE - (808) 529-7300
FAX - (808) 524-8293
E-MAIL - MCCORRISTON@M4LAW.COM

August 22, 2022

*Via email to: Darsie_Ing-Dodson@hip.uscourts.gov*
Ms. Darsie Ing-Dodson
United States Probation Office
300 Ala Moana Blvd room 2300
Honolulu , HI 96850

> RE: NICKIE MALI LUM DAVIS CHARACTER INFORMATION
> *United States of America vs. Nickie Mali Lum Davis;*
> C.R. No. 20-00068 LEK (USDC Hawaii)

Dear Ms. Ing-Dodson:

On behalf of the above-named individual, I submit the following information:

## I. Introduction

Nickie Mali Lum Davis is an upstanding citizen, a dedicated mother, and a self-made businesswoman with an indefatigable passion for helping others and building community. See, generally, Exhibit B. Her friends and family describe her as generous, kind, magnetic, and the eternal optimist. Her charitable efforts and volunteer work have touched the lives of thousands of people across the globe, from A-list celebrities to impoverished refugees in war-torn corners of the Congo. Nickie pleaded guilty to the **unprecedented** single charge of aiding and abetting another's failure to register lobbying activities under the Foreign Agents Registration Act ("FARA") 22 U.S.C. § 611 *et seq.* in the above-referenced case. However, Nickie should be granted leniency for this aiding and abetting offense because of her proven record as an honorable and respected leader in her community, and in consideration of the immeasurable impact that her humanitarian work and charity have had on the lives of people across the world.

P. O. Box 2800 • Honolulu, Hawaii 96803-2800
Five Waterfront Plaza, 4th Floor • 500 Ala Moana Boulevard • Honolulu, Hawaii 96813
**Telephone: (808) 529-7300 • Fax: (808) 524-8293 • E-mail: info@m4law.com**

433288.2

EXHIBIT "A"

Additionally, Nickie's offense should be viewed in light of considerable defects in the FARA statute, which academics and government agencies alike have repeatedly criticized as vague, imprecise, and haphazardly enforced. Nickie's case is a prime example of FARA's arbitrary enforcement, in that her aiding and abetting activities pale in comparison to the more egregious and ongoing FARA violations of countless others that remain unprosecuted. To date, to our knowledge, Nickie is the only person who has ever been charged and convicted for a single offense of aiding and abetting FARA, a felony conviction that carries a sentence of up to $10,000 in fines and five years' imprisonment. These are disproportionate consequences, considering Nickie's secondary role in facilitating the communications at issue, her good faith attempts to comply with the law, and the lack of any harm caused to the United States or its officials as a result of her actions. Furthermore, Nickie is a true patriot with unfaltering loyalty to her country, and she has acted in the best interests of the United States at every turn. In fact, as a result of her involvement in this case, Nickie successfully negotiated the release of an American soon-to-be mother who was being held hostage in China—a feat that U.S. officials could not even achieve, despite their best efforts. In consideration of these and the other factors noted in the sentencing report, I humbly request that these factors be considered.

## II.      Nickie Lum Davis: Character

### a. An Island Girl with Dreams of a Bigger World

Nickie was born in Hawaii and grew up in the close-knit island community of Honolulu. She spent her childhood years in a happy home, with unconditional love and support from her parents and two sisters, and surrounded by a close network of aunts, uncles, and cousins who often gathered at her house on weekends for family events.

433288.2

Nickie comes from a patriotic military family, with a long line of distinguished service. Members of her family have answered duty's call and fought for the United States in numerous conflicts over the last century, including WWII and the Vietnam War. During WWII, Nickie's great uncle, Private Yukinori Nojima, served in the famed 442 battalion company composed almost entirely of second generation American soldiers of Japanese ancestry (Nisei). Private Nojima earned three Purple Hearts and two bronze stars for his service in the European theater.





*Nickie's great uncle, Private Yukinori Nojima, fought in the famed 442 Battalion during WWII*

433288.2

Another of Nickie's uncles, Major General Dennis Kamimura, was awarded a Purple Heart for his service in Vietnam and a bronze star when he successfully piloted a U.S. Army helicopter to safety, despite having been shot and severely injured. He later rose to the rank of a two-star general, and as the highest ranking officer in Hawaii, was appointed by the Pentagon to oversee and secure the entire Pacific Rim following the terrorist attacks on 9/11.



*Nickie's uncle, Major General Dennis Kamimura*

Nickie inherited the family values of patriotism, hard work, and civic duty. She took an early interest in promoting democracy and participating in the political process and organized a community voter registration drive with her friends when she was a teenager, before she could even vote herself. She was also a stellar student and graduated high school with honors from Punahou School, where she was honored with numerous awards and accolades, and was the captain of the speech team and president of her class. After spending her youth surrounded by the gentle waters of the Pacific, Nickie's curiosity about the people and places beyond her island home began to grow. She enrolled in college on the mainland at Princeton University, where she majored in politics and economics and completed her Bachelor of Arts degree with high honors.

433288 2

### b. The Self-Made Entrepreneur

Nickie knew from a young age that she was meant to be an entrepreneur. During her senior year at Princeton, she decided to make this dream a reality. While most of her peers were celebrating their impending graduation, Nickie started her own record label, Tiger Records, out of her dorm room. Following her graduation, Nickie moved to Los Angeles without any connections or knowledge of the entertainment industry and learned the business from the ground up. After months of networking, hard work, and disappointments, Nickie finally signed her first artist to Tiger Records. Under her leadership, the first single released by this group achieved top 25 Billboard chart success, paving the way for Nickie's continued involvement in the entertainment industry. In the years that followed, Nickie went on to found her own musical-licensing company, production-company, and took on leadership positions in numerous worldwide charitable organizations.

### c. The Humanitarian: Bringing New Hope to the Congo Through Music

Nickie is a woman of strong faith who has always believed that one of her major purposes in life is to uplift and serve others in need. In 2006, Nickie traveled to the Congo, where she witnessed first-hand the toll that decades of violence had taken on the Congolese people. Determined to help, she organized programs to deliver food, water, and supplies to struggling communities, and created scholarships for deserving students without the financial means to pursue an education. But perhaps her greatest and least expected contribution to the Congo arose from her efforts to share her passion for music with the country's population of 80 million people.

Nickie worked with Vodacom, a local telecom company, to produce the Congo's first ever live-music reality TV show, *Vodacom Superstars* (similar to *American Idol* in the United States), which ultimately became the most popular show in the country. With a shoestring budget and against the recommendations of her industry colleagues in Hollywood, Nickie searched for

433288 2

talented singers all over the Congo, including in war-torn areas without running water or basic sanitation facilities. Nickie and her team trained the talent they recruited to perform, sing, dance, and speak English on national TV.



*Nickie visiting a refugee camp in Eastern Congo*

The winner of the first season of the show, Innoss'B, is now one of the most popular artists from Africa with hundreds of millions of views on YouTube and was nominated in 2020 for a BET award in the United States. Before he joined the show, he spent his childhood living in Eastern Congo, one of the poorest areas of the Congo that was most impacted by decades of war and violence.

While each season of *Vodacom Superstars* had only one official winner, the show produced a class of talented musicians, many of whom went on to have successful careers and continue to make a living in music. And beyond the performers featured on the show, Nickie trained and opened doors for a whole generation of Congolese editors, camera operators, producers, and directors that now make a living throughout the African continent as production personnel and executives. In short, Nickie's efforts in the Congo reshaped the lives of thousands

433288 2

of people by creating opportunities for them to escape hopeless cycles of poverty and violence to become artists, musicians, and professionals in a burgeoning entertainment industry.



*Contestants on Vodacom Superstars*

### d.  The Philanthropist: Raising Funds for Worthy Causes

In addition to her work in the Congo, Nickie also applied her passion for volunteering and serving others to assist communities in Israel. After learning about Israeli schools that could not afford meals or after school programs for students, Nickie rallied donors and local community members to create and fund programs to fulfill these needs. In another instance, she donated a fire truck to a community in Israel that had none. Nickie also raised funds to support the Yitzhak Rabin Hospital and sat on the hospital's Advisory Board.

Additionally, she has overseen fundraisers and held leadership positions for various other organizations supporting the Jewish community, such as the American Israel Public Affairs Committee, the Maccabi Games (the Jewish world Olympics), and was elected president of the World Alliance for Israel (WAIPAC). Nickie also continues to support her former high school in Hawaii, Punahou School, and regularly volunteers at the school's Alumni Luau and annual golf

433288 2

tournament fundraiser. She also regularly contributes to her college alma mater, Princeton University, and conducts interviews each year for perspective students from all over the world.

Nickie has received numerous awards and accolades in recognition of her service. She was honored, along with Vice President Al Gore, for her philanthropy and leadership by the Nobel Laureate's Circle for the Jewish Cancer Research Fund. She also received a Certificate of Honor from the United States Congress, an Achievement Proclamation from the California State Assembly, and a Certificate of Merit and Accomplishment from Mayor Antonio Villaraigosa of the City of Los Angeles for her charitable deeds.

### e. The Pillar of Her Family

Although she is a successful businesswoman, humanitarian, and philanthropist, Nickie's most important priority is her family. She always dreamed of becoming a mother, and when she learned that she and her husband were going to have a child, she slowed her fast-paced professional lifestyle to focus on raising her daughter. Now, her daughter is eight years old, and together they like to film and "produce" music videos for family and friends, and bake creative concoctions in the kitchen. When her daughter began preschool at the Central Union Church in Hawaii, Nickie volunteered as room mom for the class, and was eventually selected to be on the church's board as chair for the preschool. In addition to her daughter, Nickie also takes care of her elderly parents and aunt. The three generations of family enjoy reading together, playing card games, and cooking traditional family meals together for special occasions.



*Nickie with her husband, Larry, and daughter,*  *Nickie making New Year's dumplings, a family tradition, with her mother, aunt, and daughter*

### III. Aiding and Abetting FARA Offense

#### a. The FARA Violation

Nickie has always held the law in the highest respect and has no criminal history whatsoever. However, in August of 2020, DOJ charged her via criminal information with aiding and abetting a violation of the Foreign Agents Registration Act, 22 U.S.C. § 611 *et seq.*, a statute that had largely fallen into disuse until recently. *See* Criminal Information as to Nickie Mali Lum Davis, Case No. 1:20-cr-00068-LEK, ECF No. 1 (Aug. 17, 2020). Under FARA, any individual acting on behalf of a foreign principal to influence U.S. policy or public opinion is required to register with the U.S. Attorney General. 22 U.S.C. § 612(a). FARA does not criminalize acting on behalf of a foreign individual in itself; rather, it criminalizes the failure to register with the government. FARA violations are punishable by fines of up to $10,000, and up to five years' imprisonment. 22 U.S.C. § 618(a).

433288 2

Nickie has cooperated with the DOJ's investigations for more than 4 years by meeting with prosecutors testifying before grand juries and agents and otherwise providing information. As soon as she was informed that charges were being considered, upon advice of her attorney at the time, Abbe D. Lowell, who she then trusted, she decided not to contest those charges and to continue her cooperation. She waived indictment and entered a guilty plea. Case No. 1:20-cr-00068-LEK, ECF No. 13 (Aug. 31, 2020).

### b. FARA's vague language and selective enforcement convolutes the statute's registration requirements.

Congress enacted FARA in 1938, and as amended over the years, it broadly applies to anyone who acts on behalf of a "foreign principal" to influence U.S. policy or public opinion. It remained a relatively obscure statute until recent years, with just seven prosecutions between 1966 and 2016. To our knowledge, none of these seven prosecutions involved a charge of aiding and abetting FARA, and to date, prosecution for a single charge of aiding and abetting a FARA violation remains unprecedented.

The language of the FARA statute is written so broadly that it arguably requires registration of even the most routine business activities of law firms, nonprofits, advocacy groups, charities, universities and other commercial enterprises. For example, a mere "request" from a foreign person or entity (such as a foreign company, government official or individual) for help in obtaining information or organizing meetings with U.S. government officials or agencies triggers the registration requirement under FARA, as written. The U.S. government itself has acknowledged that the breadth, scope, and selective enforcement of FARA are troubling. A 2016 report issued by the Office of the Inspector General (OIG) for DOJ found that the DOJ lacked a comprehensive strategy for FARA enforcement. *See* Office of the Inspector General, U.S. Department of Justice, *Audit of the National Security Division's Enforcement and Administration of the Foreign Agents Registration Act* at 11 (2016), *available at*

433288 2

https://oig.justice.gov /reports/2016/a1624.pdf. In reaching this conclusion, the report's criticisms highlighted a lack of FARA enforcement actions brought by DOJ, as well as issues of vagueness in the terms and breadth of the statute. *Id.* at 8.

The same report notes that there were only a total of 66 new FARA registrations in 2014, and that new FARA registrations peaked at 157 in 1986. *Id.* at 5. In light of FARA's broad scope, it is nearly impossible there were only 66, or even 157, activities in a given year requiring registration under the statute. This low number of annual registrations suggests that, as in Nickie's situation, many others are not making the required registrations to comply with FARA, likely due to the statute's convoluted language and the lack of consensus or guidance as to the types of activities requiring registration. These statistics further beg the question of why Nickie Davis, a highly respected and upstanding businesswoman, mother, philanthropist, and citizen, should be subject to a felony offense for the simple act of connecting a foreign individual with a lobbyist, while others continue to engage in more egregious and sustained activities in violation of FARA without consequence.

### c. Nickie did not contact any U.S. officials on behalf of a foreign individual, and no officials were influenced as a result of her actions.

The main purpose of FARA is to prevent foreign powers from exercising undue influence on U.S. officials through an undisclosed agent. Nickie never communicated with any U.S. officials in relation to the unregistered activities. She never facilitated meetings between any U.S. officials and foreign individuals, nor did she attempt to persuade any U.S. officials to take any type of action on behalf of a foreign individual. Nickie was simply a common contact who introduced Mr. Low and Mr. Broidy (neither of whom are government officials) and arranged for them to meet. At best, she acted as a liaison between Mr. Low and Mr. Broidy, but she never engaged in the conduct at the heart of a FARA violation: attempting to influence a U.S. government official.

433288 2

Even though Mr. Broidy should have registered his activities, his attempts to arrange meetings between foreign individuals and U.S. officials were ultimately unsuccessful and resulted in no harm to the United States or its interests. As such, the FARA violation at issue had no practical effect on any U.S. government official whatsoever and was in essence a "victimless crime." A felony conviction, thousands of dollars in fines, and possible jail time are disproportionate punishments for someone like Nickie, who was only tangentially involved in the violation of another's registration requirement and whose actions resulted in no harm to any person or interest of the United States.

### d.  Nickie did not realize that she could be covered by or her acts could violate FARA and even made good faith attempts to encourage the lobbyist to register his own activities.

At the time, Nickie did not realize that she could be held responsible for a failure to register under FARA since Mr. Broidy was the one contacting American officials. At one point, Nickie even suggested to Mr. Broidy that he should register his activities, but Mr. Broidy responded that he had consulted with his attorneys on the matter and was advised that registration was not required. Nickie's plea acknowledges that she should have known better than to accept Mr. Broidy's assurances at face value, but it should be noted that the DOJ recognized her diminished role by agreeing to an aiding and abetting violation, and there has *never* been such a novel singular charge in the history of the enforcement of FARA. In retrospect, Mr. Broidy may have had reasons he did not want publicity for his representations that might have caused him to give Nickie the advice he did, but Nickie did not have any reason not to register.

Nickie's commitment to upholding and obeying the law is even further evidenced by her unwavering cooperation with DOJ's investigation of the FARA violations during the year prior to her charge and even through her plea. In light of Nickie's good faith attempts to encourage compliance with the FARA registration requirements, her relatively minor role in facilitating

the communications that did not involve any U.S. officials, and her extensive and result-producing cooperation, should be considered in her sentencing.

  **e. Nickie communicated with foreign individuals in an attempt to assist U.S. citizens who were trapped in China.**

  In the criminal information, DOJ alleged that Nickie communicated with Chinese officials to organize the return of a fugitive Chinese citizen, Guo Wengui, to the People's Republic of China. Although DOJ informed Nickie that these communications were not the grounds for her FARA charges, allegations related to her communications with Chinese officials were included in the criminal information in her case. Nickie did speak with the Chinese officials noted in the criminal information, but she did so because she believed that she could broker the release of three American citizens being held hostage by the Chinese government, one of whom was pregnant, in exchange for the return of a Chinese fugitive, Guo Wengui, to China. Although U.S. officials had been unable to negotiate the release of these three American citizens through regular diplomatic channels, Nickie successfully secured release of one of the hostages, an expectant mother. At all times during her communications, Nickie acted to further the interests of the United States and to restore the liberty of American citizens in peril. Although Nickie regrets that she could not negotiate the release of all three American individuals, as a mother herself, Nickie maintains that restoring an expectant mother and her unborn child to safety in the United States is one of her proudest achievements to date.

**IV. Conclusion**

  Nickie Davis is many things: a mother, an entrepreneur, a philanthropist, and a true U.S. patriot. She is a woman of upstanding moral character with a spotless record who has dedicated her life to serving others. Through her good works and tireless dedication to improving the lives of those in need, Nickie has changed the lives of her neighbors, fellow Americans, and members of the global community at large for the better. Her humanitarian

433288 2

work and charitable acts alone far outweigh any harm caused by failure to comply with a statutory registration requirement.

Please contact the undersigned if you have any questions regarding this submission. Thank you in advance for your consideration of this matter.

        Respectfully,

        MCCORRISTON MILLER MUKAI MACKINNON LLP


        William C. McCorriston

433288 2