McCORRISTON MILLER MUKAI MacKINNON LLP

| | |
|---|---|
| WILLIAM C. McCORRISTON | #995-0 |
| DAVID J. MINKIN | #3639-0 |

Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawai'i  96813
Telephone:  808.529.7300
Facsimile:  808.535.8056
E-Mail: mccorriston@m4law.com; minkin@m4law.com

JAMES A. BRYANT (*pro hac vice*)
The Cochran Firm California
4929 Wilshire Blvd., Suite 1010
Los Angele, CA 90010
Telephone:  323-435-8205
Facsimile:  310-802-3829
E-mail: jbryant@cochranfirm.com

Attorneys for Defendant
NICKIE MALI LUM DAVIS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>   vs.<br><br>NICKIE MALI LUM DAVIS;<br><br>      Defendant. | CR. NO. 20-00068 LEK<br><br>DEFENDANT NICKIE MALI LUM DAVIS' MOTION FOR PARTIAL RECONSIDERATION; MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF NICKIE MALI LUM DAVIS; DECLARATION OF LARRY DAVIS; CERTIFICATE OF SERVICE |

434954.1

DEFENDANT NICKIE MALI LUM DAVIS'
MOTION FOR PARTIAL RECONSIDERATION

Defendant NICKIE MALI LUM DAVIS ("Davis"), by and through her attorneys undersigned, respectfully seeks partial reconsideration of the Court's Order at ECF No. 105. ("Order"), which grants relief beyond what was sought by Movant Civil Beat Law Center for the Public Interest ("Civil Beat") in its Motion to Unseal Defendant's Sentencing Statement (Sealed) (CR. No. 20-00068. ECF No. 100) and allows for private financial information of Ms. Davis and her husband, Larry, to be made public.

This Motion is made pursuant to Federal Rules of Civil Procedure ("Rule") 59(e) and the Local Rules of Practice for the United States District Court for the District of Hawai'i ("LR") 60.1 and is further supported by the attached memorandum of law, the declarations attached hereto, all papers and pleadings on file herein, and any other evidence or information that may be presented before or at the hearing on this Motion.

DATED: Honolulu, Hawai'i, October 17, 2022.

/s/ William C. McCorriston
WILLIAM C. McCORRISTON
DAVID J. MINKIN
JAMES A. BRYANT

Attorneys for Defendant
NICKIE MALI LUM DAVIS

434954.1