IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | CR. NO. 20-00068 LEK |
|---|---|
| Plaintiff, | DECLARATION OF NICKIE MALI LUM DAVIS |
| vs. | |
| NICKIE MALI LUM DAVIS; | |
| Defendant. | |

DECLARATION OF NICKIE MALI LUM DAVIS

I, NICKIE MALI LUM DAVIS declare and state the following:

1. I am the Defendant in the above-captioned case and have personal knowledge of the matters stated here.

2. I have communicated with Darsie Ing-Dodson on financial matters she requested for her PSIR, which I supplied to her in confidence.

3. The information in paragraph 25 of my Presentence Report was a good faith effort on my part to update the information Ms. Ing-Dodson requested for the PSIR.

4. The financial information in paragraph 25 involves my husband, Larry, who is not a party to this case and does not want his personal financial information made public. For example, the financial information in paragraph 25 of my Presentence Report, filed under seal pursuant to Local CrimL.R. 32.1(j),

434954.1

involves my husband Larry as the assets stated therein, for the most part, are held jointly. The statement of assets also include Larry's personal savings account at Navy Federal Credit Union, contents in his personal storage locker, and his personal digital money account.

5. Only two of the assets in paragraph 25 of the Presentence Report are owned by me, individually.

6. The liabilities listed in paragraph 25 are also mostly joint with my husband as well, except for the car leases with associated insurance, utility bills and health insurance which are under my husband's name only.

7. The information in paragraph 25 was not intended to be a factor to mitigate my sentence and was not, to my mind, ever included the Civil Beat request for disclosure.

I, Nickie Mali Lum Davis, do declare under penalty of law that the foregoing is true and correct.

Dated: _Los Angeles_, California, _Oct 17_, 2022

_____
NICKIE MALI LUM DAVIS