IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>NICKIE MALI LUM DAVIS;<br><br>Defendant. | CR. NO. 20-00068 LEK<br><br>DECLARATION OF LARRY DAVIS |

### DECLARATION OF LARRY DAVIS

I, LARRY DAVIS declare and state the following:

1. I am a U.S. citizen currently with residences in Hawaii and California. My wife, Nickie, is the Defendant in the above-captioned case.

2. I make this declaration upon personal knowledge and information I believe to be true.

3. The information set forth in paragraph 25 of my wife's Presentence Report ("Report") contains financial information for our family, not just for my wife. The assets listed in paragraph 25 of the Presentence Report in most part are assets held jointly by my wife and I, and include assets held in my name only (storage unit, car leases with insurance, digital money account). The liabilities listed are also for the most part joint.

434954.1

4. I believe my constitutionally protected privacy rights are being violated by the public disclosure of my finances.

I, Larry Davis, do declare under penalty of law that the foregoing is true and correct.

DATED: Los Angeles, California, Oct 17th, 2022.

_____
LARRY DAVIS