## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on the date and methods indicated below, a true and correct of the foregoing document was served on the following at their last known addresses:

Served Electronically through CM/ECF:

| | |
|---|---|
| John D. Keller, Esq. | John.Keller2@usdoj.gov |
| Nicole R. Lockhart, Esq. | Nicole.Lockhart@usdoj.gov |
| Kenneth R. Sorenson, Esq. | Ken.Sorenson@usdoj.gov |
| James C. Mann, Esq. | James.Mann@usdoj.gov |
| Sean Mulryne, Esq. | Sean.Mulryne@usdoj.gov |

Attorneys for Plaintiff
UNITED STATES OF AMERICA

Served Electronically through E-Mail:

| | |
|---|---|
| Diane Arima-Linscott | Diane_Arima-Linscott@hip.uscourts.gov |
| Darsie Ing-Dodson | Darsie_Ing-Dodson@hip.uscourts.gov |

DATED:  Honolulu, Hawai'i, October 17, 2022.

/s/ William C. McCorriston
WILLIAM C. McCORRISTON
DAVID J. MINKIN
JAMES A. BRYANT

Attorneys for Defendant
NICKIE MALI LUM DAVIS

434954.1