CLARE E. CONNORS #7936
United States Attorney
District of Hawaii

COREY R. AMUNDSON
Chief, Public Integrity Section
United States Department of Justice

KENNETH M. SORENSON
Criminal Chief
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, Hawaii      96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email:ken.sorenson@usdoj.gov

JOHN D. KELLER
Principal Deputy Chief

SEAN F. MULRYNE
Director of Enforcement & Litigation
NICOLE R. LOCKHART
Trial Attorney
Public Integrity Section

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA | CR. NO. 20-00068 LEK |
| | |
| | MOTION TO SET DEADLINE |
| Plaintiff, | |
| | JUDGE: Leslie E. Kobayashi |
| vs. | |
| | DATE: October 27, 2022 |
| NICKIE MALI LUM DAVIS | TIME: 2:30 p.m. |
| | JUDGE: Leslie E. Kobayashi |
| | |
| Defendant. | |

UNITED STATES' MOTION TO SET DEADLINE

On August 5, 2022, at a hearing on the Defendant's Motion to Disqualify, defense counsel stated that the defendant intended to file a motion to set aside her guilty plea.  ECF No. 94.  Defense counsel has recently reaffirmed to the government that the defendant still intends to file such a motion.  Any such motion

at this late date would be an effort at gamesmanship to delay the upcoming sentencing hearing.  It has been over two months since the Court denied without prejudice the defendant's Motion to Disqualify at the hearing on August 5, 2022. Sentencing is set for October 27, 2022, just over one week from the date of this filing.  Sentencing memoranda are due in two days, on October 20, 2022.  *See* Criminal Local Rules of Practice for the United States District Court for the District of Hawaii 32.1(m).  The undersigned government attorneys will travel from Washington, D.C., to Honolulu, Hawaii, for the sentencing hearing on Tuesday, October 25, 2022.  Based on defense counsel's representations that they still intend to file a motion to set aside the defendant's guilty plea and the defendant's history of filing motions on the eve of deadlines and hearings, *see, e.g.*, Motion to Compel, ECF No. 91 (filed at 9:09 p.m. (HT) the night before the hearing on the Motion to Disqualify), the government moves the Court to set a deadline of 5:00 p.m. (HT) on October 20, 2022, for any motion to set aside the defendant's guilty plea.

The government requests this deadline to allow the Court to resolve any filed motion prior to the sentencing date so that sentencing may proceed as scheduled if the Court denies the motion.  Sentencing has already been delayed for over six months to permit the defendant to file her Motion to Disqualify and litigate that issue extensively.  *See* Stipulation to Continue Sentencing, ECF No. 45 at 2 (stipulating

to continue the sentencing from April 21, 2022, "to allow time for Defendant Davis to file her Motion to Disqualify"). The Court should impose this deadline in the interest of justice to avoid further intentional and unnecessary delay of the sentencing in this matter.

DATED: October 18, 2022.

Respectfully submitted,

COREY R. AMUNDSON
Chief, Public Integrity Section
United States Department of Justice


*/s/ John D. Keller*                                    */s/ Kenneth M. Sorenson*
By: JOHN D. KELLER                          KENNETH M. SORENSON
Principal Deputy Chief                          Chief, Criminal Division
Sean F. Mulryne
Director of Enforcement & Litigation, Election Crimes
Nicole R. Lockhart
Trial Attorney
Public Integrity Section

## CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served Electronically through CM/ECF:

  James A. Bryant, Esq.
  William McCorriston, Esq.

Attorneys for Interested Party
NICKIE MALI LUM DAVIS

DATED: October 18, 2022

          */s/ John D. Keller*
          John D. Keller

4