McCORRISTON MILLER MUKAI MacKINNON LLP

WILLIAM C. McCORRISTON #995-0
DAVID J. MINKIN #3639-0
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawai'i  96813
Telephone:  808.529.7300
Facsimile:  808.535.8056
E-Mail: mccorriston@m4law.com; minkin@m4law.com

JAMES A. BRYANT (*pro hac vice*)
The Cochran Firm California
4929 Wilshire Blvd., Suite 1010
Los Angele, CA 90010
Telephone:  323-435-8205
Facsimile:   310-802-3829
E-mail: jbryant@cochranfirm.com

Attorneys for Defendant
NICKIE MALI LUM DAVIS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  vs.<br><br>NICKIE MALI LUM DAVIS;<br><br>    Defendant. | CR. NO. 20-00068 LEK<br><br>DEFENDANT NICKIE MALI LUM DAVIS' MOTION TO CONTINUE SENTENCING HEARING; MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF JAMES A. BRYANT; CERTIFICATE OF SERVICE |

435047.1

DEFENDANT NICKIE MALI LUM DAVIS'
MOTION TO CONTINUE SENTENCING HEARING

Defendant NICKIE MALI LUM DAVIS ("Davis"), by and through her attorneys undersigned, respectfully seeks a continuation of the scheduled sentencing hearing on October 27, 2022 to December 22, 2022 or thereafter on a date convenient to the Court, to allow the opportunity for the Court to hear the forthcoming motion to withdraw the plea agreement and the grounds set forth in the supporting memorandum.

This Motion is made pursuant to the Criminal Local Rules of Practice for the United States District Court for the District of Hawai'i ("LR") 32.1 and is further supported by the attached memorandum of law, the declaration attached thereto, all papers and pleadings on file herein, and any other evidence or information that may be presented before or at the hearing on this Motion.

DATED:  Honolulu, Hawai'i, October 18, 2022.

*/s/ William C. McCorriston*
WILLIAM C. McCORRISTON
DAVID J. MINKIN
JAMES A. BRYANT

Attorneys for Defendant
NICKIE MALI LUM DAVIS

435047.1