McCORRISTON MILLER MUKAI MacKINNON LLP

WILLIAM C. McCORRISTON        #995-0
DAVID J. MINKIN               #3639-0
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawai'i  96813
Telephone:  808.529.7300
Facsimile:  808.535.8056
E-Mail:     mccorriston@m4law.com; minkin@m4law.com

JAMES A. BRYANT (*pro hac vice*)
The Cochran Firm California
4929 Wilshire Blvd., Suite 1010
Los Angele, CA 90010
Telephone:  323-435-8205
Facsimile:  310-802-3829
E-mail:     jbryant@cochranfirm.com

Attorneys for Defendant
NICKIE MALI LUM DAVIS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>     vs.<br><br>NICKIE MALI LUM DAVIS;<br><br>              Defendant. | CR. NO. 20-00068 LEK<br><br>DEFENDANT NICKIE MALI LUM DAVIS' REPLY TO THE UNITED STATES' OPPOSITION TO MOTION TO CONTINUE [DKT 111] AND OPPOSITION TO THE UNITED STATES MOTION TO SET DEADLINE [DKT 109]; CERTIFICATE OF SERVICE |

435103.1

DEFENDANT NICKIE MALI LUM DAVIS' REPLY TO THE UNITED
STATES' OPPOSITION TO MOTION TO CONTINUE [DKT 111]
AND OPPOSITION TO THE UNITED STATES
<u>MOTION TO SET DEADLINE [DKT 109]</u>

The continuance requested by Defendant Nickie Mali Lum Davis' ("Davis") Motion to Continue Sentencing Hearing ("MTC") is brief (two months). While consequential to Defendant Davis, no prejudice is shown by the Government for the short delay.

Notice of the issues giving rise to the continuance request was timely given. The circumstances for the short delay requested was given to the Government and Court via the MTC <u>sub judice</u> just days after the incident occurred. (See Bryant Declaration paragraph 14-21).

The Government's speculation that Mr. Bryant has (or had) sufficient information by reason of the past filing regarding Mr. Keller's disqualification is false. The information for the Motion to Vacate Plea ("MTVP") will be based on information Mr. Bryant has found well past the Motion to Disqualify Mr. Keller (much of it in the last few months), both factually and legally. It is <u>not</u> a repeat of the Keller motion at all. As presented by the Bryant Declaration, it is <u>not</u> possible to recreate the MTVP by the current Sentencing hearing date.

Mr. Bryant was initially scheduled to be available for the Sentencing Hearing date. He did not know then that his current trial would be extended. That

435103.1

happens. In fact it happens often. The short delay requested for unforeseen circumstances is, in context, reasonable.

Rule 11(d)(2), FRCRP, provides that a defendant may withdraw a guilty plea "before the Court imposes sentence". The MTVP does not involve the grounds of "change of heart" or "lack of understanding". It involves newly discovered evidence found after the entry of the plea and intervening circumstances which are recognized grounds for a change of plea. See, *United States v. Ensminger,* 567 F.3d 587, 593 (2009).

In light of the circumstances set forth in the Declaration of Mr. Bryant, the short continuance requested, and the lack of prejudice to the Government, the interests of justice favor allowing the brief continuance requested by Davis.

DATED: Honolulu, Hawai'i, October 19, 2022.

*/s/ William C. McCorriston*
WILLIAM C. McCORRISTON
DAVID J. MINKIN
JAMES A. BRYANT

Attorneys for Defendant
NICKIE MALI LUM DAVIS