## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that, on the date and methods indicated

below, a true and correct of the foregoing document was served on the following at

their last known addresses:

<u>Served Electronically through CM/ECF</u>:

John D. Keller, Esq.                John.Keller2@usdoj.gov
Nicole R. Lockhart, Esq.            Nicole.Lockhart@usdoj.gov
Kenneth R. Sorenson, Esq.          Ken.Sorenson@usdoj.gov
James C. Mann, Esq.                 James.Mann@usdoj.gov
Sean Mulryne, Esq.                  Sean.Mulryne@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

<u>Served Electronically through E-Mail</u>:

Diane Arima-Linscott             Diane_Arima-Linscott@hip.uscourts.gov
Darsie Ing-Dodson                Darsie_Ing-Dodson@hip.uscourts.gov

DATED:  Honolulu, Hawaiʻi, October 19, 2022.

*/s/ William C. McCorriston*
WILLIAM C. McCORRISTON
DAVID J. MINKIN
JAMES A. BRYANT

Attorneys for Defendant
NICKIE MALI LUM DAVIS

435103.1