# MINUTE ORDER

| | |
|---|---|
| CASE NUMBER: | CRIMINAL NO. 20-00068 LEK |
| CASE NAME: | United States vs. Nickie Mali Lum Davis |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | DATE: | 10/19/2022 |

COURT ACTION:   EO:  COURT ORDER: DENYING DEFENDANT'S MOTION TO CONTINUE SENTENCING HEARING; AND DENYING AS MOOT THE GOVERNMENT'S MOTION TO SET DEADLINE

On October 18, 2022, Defendant Nickie Mali Lum Davis ("Davis") filed her Motion to Continue Sentencing Hearing ("Motion to Continue"). [Dkt. no. 110.] Plaintiff United States of America ("the Government") filed its opposition to the Motion to Continue on October 19, 2022. [Dkt. no. 111.]

The primary basis for Davis's request for a continuance is to allow this Court to consider "the forthcoming motion to withdraw the plea agreement . . . ." [Motion to Continue at PageID.1409.] The current sentencing date – October 27, 2022, at 2:30 p.m. – has been scheduled for over two months. See Minutes - EP: Defendant Nickie Mali Lum Davis' [4] Motion to Disqualify Counsel, filed 8/5/22 (dkt. no. 94), at PageID.1107. During that hearing, Davis's counsel stated on the record that Davis intended to file a motion to set aside her plea agreement. See id. at PageID.1106. However, since the August 5, 2022 hearing, no motion to set aside has been filed.

The parties have filed their sentencing statements in preparation for the October 27, 2022 sentencing date. See Government's Sentencing Statement, filed 8/22/22 (dkt. no. 96); Davis's Sentencing Statement, filed under seal 8/22/22 (dkt. no. 97). Every indication has been given that the parties intended to go forward with the October 27, 2022 sentencing, until the eleventh-hour Motion to Continue. Notably, although Davis continues to state that a motion to set aside is forthcoming, she does not state precisely when she intends to file such motion. The Court finds that no valid reason has been given to continue the October 27, 2022 hearing date for Davis's sentencing, and the Motion to Continue is therefore DENIED.

Davis is CAUTIONED that this Court will only consider continuing the October 27, 2022 sentencing date if the motion to set aside her plea agreement is filed by **October 21, 2022**. In

light of the foregoing, the Government's Motion to Set Deadline, [filed 10/18/22 (dkt. no. 109),] is DENIED AS MOOT.

    IT IS SO ORDERED.

Submitted by: Agalelei Elkington, Courtroom Manager