# MINUTE ORDER

CASE NUMBER:     CRIMINAL NO. 20-00068 LEK

CASE NAME:       United States vs. Nickie Mali Lum Davis

JUDGE:   Leslie E. Kobayashi        DATE:        10/20/2022

COURT ACTION:  EO:  COURT ORDER REGARDING DEFENDANT'S MOTION FOR PARTIAL RECONSIDERATION

    On August 31, 2022, Civil Beat Law Center for the Public Interest ("Civil Beat") filed a Motion to Unseal Defendant's Sentencing Statement and Exhibits [Dkt. 97] ("Motion to Unseal").  [Dkt. no. 100.]  A hearing on the Motion to Unseal was held on October 13, 2022.  This Court directed Defendant Nickie Mali Lum Davis ("Davis") to serve a new redacted version of her sentencing statement, and this Court stated the minutes of the hearing would serve as the order on the Motion to Unseal.  See Minutes - EP: [100] Motion to Unseal Defendant's Sentencing Statement, filed 10/13/22 (dkt. no. 105).

    On October 17, 2022, Davis filed: her Presentencing Statement (Redacted) Pursuant to Court's Order of October 13, 2022; and a motion seeking partial reconsideration of the October 13, 2022 order ("Motion for Reconsideration").  [Dkt. nos. 107, 108.]  This Court FINDS that the Motion for Reconsideration is suitable for disposition without a hearing and without further briefing.  The Motion for Reconsideration is therefore taken under advisement.

    IT IS SO ORDERED.

Submitted by:  Agalelei Elkington, Courtroom Manager