# Elliott Broidy
## Biographical Information

Mr. Elliott Broidy served as the Finance Vice Chairman of the Trump Victory Campaign, and is the Vice Chairman of the Presidential Inaugural Committee. He also is advising the Trump Transition Team with respect to nominees for key cabinet positions and Deputy Secretaries, Undersecretaries, and Assistant Secretaries of various Departments.

Mr. Broidy has had a long association with the Republican National Committee (also known as the Republican Party) and served as the Finance Chairman of the Republican National Committee from 2006 through 2008 under President George W. Bush.

Elliott is the Chairman and CEO of Broidy Capital Management, LLC ("BCM"), a private investment firm, founded in 1991 and based in Los Angeles that specializes in marketable securities and private equity investments. BCM has invested in numerous hedge funds and private equity funds and has made direct investments in approximately 120 companies.

Mr. Broidy currently serves on the Board of Advisors of the USC Marshall School of Business. He joined YPO as a member of the newly established Bel Air chapter in 2002. He is a member of the Angeleno Chapter of WPO.

From 2002-2009, he served as a Commissioner of the Los Angeles City Fire and Police Pension Fund and was a member of the Board of Directors of the Los Angeles Police Foundation.

In 2005, he was appointed by Secretary Michael Chertoff to serve on the United States Homeland Security Advisory Council, as well as the Terrorism Task Force and the New Technology Task Force.

Mr. Broidy has focused his charitable efforts on law enforcement needs, veteran, at-risk and seriously ill children, and the arts, including the Wounded Warrior Project, Los Angeles Police Foundation, the Congressional Medal of Honor Society, and Aviva Family and Children's Services. He was one of the major donors of the new command center built at the headquarters for the LA Police Department.

In 2006 Mr. Broidy was appointed by President George W. Bush and served on the Board of Trustees of the Kennedy Center for three years. He has served for the past 15 years on the Council of Guardians for Aviva Family and Children's Services and has served on the Board of Governors of Cedars Sinai Medical Center.

Elliott and his wife, Robin, reside in Los Angeles with their three children.

GRAND JURY EXHIBIT NLD-3

- Single largest fundraiser for Trump – raised the most money of any other person

- Finance Vice Chair of the Trump Victory Campaign and was Vice Chairman of the Presidential Inaugural committee. Also advising Trump transition with respect to nominees for key cabinet and deputy secretaries, undersecretaries and other appointments.

- Was finance chair of RNC for Bush and has just recently agreed to be deputy finance chair again for RNC.

- Has long standing relationship with Sec of Justice Dept – Jeff Sessions that goes back 15 years

- Great relationship with the White House counsel – and we believe solution will be a collaboration between Dept of Justice and Atty General Sessions, US atty in LA, and the White House counsel.

- He has long standing relationship with the incoming US attorney for the central district of CA (which is handling the case now); you were aware of the firings of Eileen Decker that were going to come down before they were announced publicly –

- He is an actual resident of LA and also has good relationship with the mid level tier of the US atty office that will also be instrumental in pushing this to an agreeable solution; stop seizure of assets here in the US and turn case over to the other country.

- Looking at 4 months probably to get this settled but leaving extra time in case of usual delays etc.

- Looking to craft a solution that makes sense for all parties

- Defense sales that will also bolster US manufacturers and companies

- Congressional delegation made up of Senators and Congressmen to visit the country and raise its profile as a friend and ally immediately; Visit by the boss in the Fall

- One of two people who are close to the boss that were instrumental in boss getting there – that did not take a job in the administration

- So when you talk about Jared and / or Steve Bannon – you have to understand that those folks with official government capacity cannot move without scrutiny and will be uninterested or unwilling to assist. Example of General Flynn and also even Jared Kushner and the Chinese company looking to buy his family's building in NYC.