| | |
|---|---|
| **From:** | Nickie Lum Davis <nickielumdavis@gmail.com> |
| **Sent:** | Monday, March 13, 2017 6:40 PM |
| **To:** | Pras Michel |
| **Subject:** | See attached |
| **Attachments:** | Untitled attachment 00026.txt |

Attachment: COLFAX - LOW TAEK JHO - Retainer Agt for Legal Services.1.docx



1

**From:** Nickie Lum Davis <nickielumdavis@gmail.com>
**To:** Larry Davis
**Subject:** Fwd: DRAFT Litigation Retainer Agreement for LOW TAEK JHO and relevant companies and DRAFT Consulting Agt for you.