I.  **Currently 8 CASES CURRENTLY UNDER PROSECUTION with _OUTSTANDING ARREST WARRANTS_ for GUO WEN GUI (and conspirators).**

### Case No. 1: KIDNAPPING, FALSE IMPRISONMENT

**At the direction of Guo Wen Gui, Guo Wen Cun and Zhao Guang Dong illegally confined Xu Zhao Hui**

On March 9, 2014 around 19:00, due to suspension of encroachment of Guo Wen Gui's assets by Xu Zhao Hui, under the direction of Guo Wen Gui, criminal suspect Zhao Guang Dong, after consultation with Guo Wen Gui, obtained information about Xu Zhao Hui's whereabouts in advance, directed Yang Yong and others to forcefully compelled Xu Zhao Hui into a car at Jinan Airport and drove him to Pangu 7 Star Hotel Beijing and further directed hotel security, Li Xiao Qiang and others, to illegally confined his freedom of movement in Room 1016 of the hotel and Room 703 of the Security Department at unit 2 of Pangu Apartments for over 50 hours before they release Xu Zhao Hui to the public security authorities for handling.

The conducts of criminal suspects **Guo Wen Gui, Guo Wen Cun and Zhao Guang Dong** violated Section 238 of _Criminal Law of the People's Republic of China_, which involves illegal confinement, the criminal facts are clear and the evidence is concrete and sufficient.

To date, the case has been prosecuted. Criminal suspect **Guo Wen Gui is at large. Guo Wen Cun and Zhao Guang Dong have been arrested and are currently being held at the detention center in Dalian City.**

### Case No.2: KIDNAPPING, FALSE IMPRISONMENT, ASSAULT, CONSPIRACY, EXTORTION OF SIGNATURE

**At the direction of Guo Wen Gui, Guo Wen Cun and Zhao Guang Dong illegally confined Huang Zheng**

On November 22, 2012, criminal suspects Zhao Guang Dong and Guo Wen Cun, after knowing Huang Zheng, a former employee of Henan Yuda Company, made postings of statements adverse to Guo Wen Gui on the Internet, consulted with each other and Guo Wen Cun made a phone call to Huang Zheng to entice him to Beijing from Guangzhou. On November 23, 2012 around 11:00, Zhao Guang Dong and Guo Wen Cun directed the driver, Li Chuang, to provide transportation to Huang Zheng from Beijing Capital Airport to Room 91612 on the 16th floor of Pangu 7 Star Hotel Beijing, and Zhao Guang Dong, Guo Wen Cun, Li Chuang and others searched Huang Zheng and beat him up, causing him several bruises on the body. After Huang Zheng admitted making the posting on the Internet, they forced him to delete the posting from the Internet and forced him to sign a repentance. Around 18:00 on the same day, to keep Huang Zheng from calling the police, Zhao Guang Dong and Guo Wen Cun arranged hotel security, Li Xiao Qiang and others, to force him to Beijing Capital Airport to take the flight around 19:00 to return to Guangzhou.

The conducts of criminal suspects **Guo Wen Gui, Guo Wen Cun and Zhao Guang Dong** violated Section 238 of _Criminal Law of the People's Republic of China_, which involves kidnapping, assault, illegal confinement, the criminal facts are clear and the evidence is concrete and sufficient.

To date, the case has been prosecuted. Criminal suspect **Gui Wen Gui is at large. Guo Wen Cun and Zhao Guang Dong have been arrested.**


GRAND JURY EXHIBIT
NLD-11

### Case No.3:   Destruction of evidence – spoliation of evidence

**Guo Wen Cun, Ma Cheng and Sheng Rui Gang intentionally destroyed accounting receipts, accounting books and financial statements of Pangu 7 Star Hotel Beijing**

In August 2013, when the staff of Central Commission for Discipline Inspection was investigating the condition of high consumption by government officials at Pangu 7 Star Hotel Beijing, the criminal suspect Ma Cheng, after seeking the consent of criminal suspect Guo Wen Cun, directed criminal suspect Sheng Rui Gang to destroy all accounting books and records of Pangu 7 Star Hotel Beijing to avoid the examination of accounting books and records and the revelation of evidence of Pangu 7 Star Hotel Beijing card holders being involved in corruption. In the same month, Sheng Rui Gang arranged hotel security and drivers to transport all accounting receipts, accounting books and records and financial statements since hotel opening in 2008 to 2013 stored in the warehouse at levels B2 and B3 of the hotel to the vicinity of Jinlun Weiye Logistics Yuan in Shunyi District in Beijing and burn the same for three times.

The conducts of criminal suspects **Guo Wen Gui, Guo Wen Cun, Ma Cheng and Sheng Rui Gang** have violated Section 162 of *Criminal Law of the People's Republic of China*, which involves destruction of accounting receipts, accounting books and financial statements, the criminal facts are clear and the evidence is concrete and sufficient.

To date, the case has been prosecuted and the court is in the process of deciding. Criminal suspect **Guo Wen Gui is at large. Guo Wen Cun, Ma Cheng and Sheng Rui Gang have been arrested and detained at the detention center in Dalian City.**

### Case No.4: WIRE FRAUD, MONEY LAUNDERING, FORGERY, FRAUD, CONSPIRACY, BLATANT VIOLATION OF FOREIGN EXCHANGE LAWS

**Lv Tao and Jie Hong Lin purchased foreign exchange for an amount of U$13.5 million under false pretence**

In 2012, Guo Wen Gui intended to purchase his second private jet under the name of Hong Kong Word Century Limited (hereinafter referred to as "WCL") and needed to obtain a loan from China Construction Bank (Asia), so he arranged criminal suspect Lv Tao to organize funding be paid in foreign exchange into the accounts of WCL maintained with such bank. In December 2012, criminal suspect Lv Tao called for several meetings among criminal suspect Jie Hong Lin, Yang Ying, the chief financial officer of Minzu Securities, Li Yu Shan, the bonded warehouse executive of Beijing Mileson Investment Inc. (hereinafter referred to as "Mileson") and others to discuss payment of foreign exchange related matters to WCL. When application for approval to pay foreign exchange in the name of aircraft leasing company to WCL was rejected, Lv Tao and Jie Hong Lin discussed and, with consents of Guo Wen Gui and Guo Qiang, the actual controlling person of Mileson, decided to fabricate contracts and invoices for the import of furniture so Mileson will pay foreign exchange to WCL for its purchase of furniture. The funds to purchase such foreign exchange was transferred by Lv Tao and Jie Hong Lin from accounts actually controlled by Guo Wen Gui at Minzu Securities, Beijing Jin Hao Tong Yuan Construction Decoration Company Limited, Beijing Ju Ding Jiu Investment Consulting Company Limited and others to Mileson. Lv Tao and Jie Hong Lin directed Li Yu Shan and

Liu Yu Min of Mileson to fabricate contracts and invoices for the import of furniture, who, after foreign exchange is paid to Mileson, in turn used such false contracts and invoices to purchase foreign exchange from the branch of Bank of Communications on Yu Hui East Road in Beijing for amounts of US$4.5 million, US$3 million, US$3 million and US$3 million on December 20, 2012, May 30, 2013, September 2, 2013 and October 22, 2013 with a total of US$13.5 million wired to the account of WCL maintained with China Construction Bank (Asia).

The conducts of criminal suspects **Guo Wen Gui, Guo Qiang, Lv Tao and Jie Hong Lin** have violated Sections 175 and 190 of *Criminal Law of the People's Republic of China* and Article 1 of the *Decision Regarding Punishment of Purchase of Foreign Exchange Under False Pretence, Avoidance of Foreign Exchange and Illegal Purchase, and Sale of Foreign Exchange* issued by the Standing Committee of the National People's Congress of the People's Republic of China, which involve obtaining loans under false pretence and purchasing foreign exchange under false pretence, the criminal facts are clear and the evidence is concrete and sufficient.

To date, the case has been prosecuted. Criminal suspect **Gui Wen Gui and Guo Qiang are at large. Lv Tao and Jie Hong Lin have been arrested.**

### Case No.5: FRAUD, MONEY LAUNDERING, CONSPIRACY

**Zhao Da Jian, Yang Ying and Others misappropriated RMB2.05 billion from Minzu Securities**

In September 2014, to pay for the debts of companies actually controlled by Guo Wen Gui, i.e., Beijing Pangushi Investment Company Limited (hereinafter referred to as "Pangushi Investment"), Beijing Zheng Quan Holding Company Limited (hereinafter referred to as "ZQ Holding") and others, Guo Wen Gui used his capacity as the controlling person of China Minzu Securities Company Limited (hereinafter referred to as "Minzu Securities", which became the wholly owned subsidiary of Fang Zheng Securities on August 11, 2014) to direct Zhao Da Jian, the Chairman of Minzu Securities, Yang Ying, the chief financial officer of Minzu Securities, Shan Wei Liang, the vice president and Lv Tao, the deputy general manager of Pangushi Investment to misappropriate funds from Minzu Securities for his personal use. To achieve this, criminal suspect Guo Wen Gui called for a meeting among criminal suspects Zhao Da Jian, Yang Ying, Lv Tao and others at the 49th Floors of the Bank of China Building in Hong Kong in August 2014 to direct them to figure out ways to misappropriate funds from Minzu Securities for his personal use.

From September to December 2014, without the consent of Fang Zheng Securities as a shareholder of Minzu Securities, under the direction of criminal suspect Guo Wen Gui, criminal suspects Zhao Da Jian, Yang Ying, Shan Wei Liang and Lv Tao conspired to misappropriate RMB2.05 billion from Mizu Securities by way of "Channel Business", i.e., for Minzu Securities to transfer RMB2.05 billion in seven instalments to Hengfeng Bank under the name of "Inter-bank Deposit" while simultaneously entering into a *General Agreement on Authorization of Directed Investment Business Cooperation* as a "drawer agreement" whereby Hengfeng Bank shall transfer funds to Sichuan Trust to purchase single trust product upon instruction of Minzu Securities. Concurrently, Sichuan Trust will transfer funds to Guang Ming Stone Industry Company Limited (in three instalments totalling RMB850 million), a company affiliated with Guo Wen Gui, Zhengzhou Jin Hui Company (in two instalments totalling RMB350 million), Zhengzhou Lan Huai Company (totalling RMB420 million) and Zhengzhou Heng Hai Company (RMB430 million), three shell companies actually controlled by Guo Wen Gui, as loans provided to these companies. For RMB2.05 billion

3

funds at stake, other than RMB100 million retained by Guang Ming Stone Industry Company Limited, the remaining funds have all been transferred from the lender to various shell companies controlled by Guo Wen Gui, such as Pangushi Investment and ZQ Holding, to effect the purpose of misappropriation of the funds of Minzu Securities for his personal use. To date, other than RMB308.5 million recovered by Minzu Securities, the remaining RMB1.7415 billion are not recovered.

The conducts of criminal suspects **Guo Wen Gui, Yang Ying, Lv Tao, Zhao Da Jian and Shan Wei Liang** violated Section 272 of *Criminal Law of the People's Republic of China*, which involves misappropriation of funds, the criminal facts are clear and the evidence is concrete and sufficient.

To date, the case has been prosecuted. Criminal suspect **Gui Wen Gui is at large. Yang Ying, Lv Tao, Zhao Da Jian and Shan Wei Liang have been approved to be arrested.**

### Case No.6: FRAUD, FALSIFYING DOCUMENTS, PROVIDING FALSE DOCUMENTS TO OBTAIN LOANS, CONSPIRACY

**Pangu Company obtained RMB3.2 billion of loans from Agricultural Bank of China under false pretence**

In October 2010, Guo Wen Gui, Yang Ying, Jie Hong Lin and Lv Tai conspired to forge construction contracts, land use rights transfer payment proof and other materials between Pangu Company and Beijing Chengjian Wu Construction Engineering Co., Ltd. (hereinafter referred to as "CJW") and provided such materials to the branch of Agricultural Bank of China at Asian Games Village to obtain loans totalling RMB3.2 billion knowing renovation of Pangu Company was not undertaken by CJW. As of the end of 2014, Pangu Company had fully repaid RMB3.2 billion as principal and interests.

The conducts of criminal suspected unit **Beijing Pangushi Investment Company Limited** and criminal suspects **Guo Wen Gui, Lv Tai, Jie Hong Lin and Yang Ying** have violated Sections 175 and 30 of *Criminal Law of the People's Republic of China*, which involves obtaining loans under false pretence (corporate crimes), and the evidence is concrete and sufficient.

To date, the case has been prosecuted. Criminal suspect **Gui Wen Gui is at large. Lv Tao, Xie Hong Lin and Yang Ying have been approved to be arrested.**

### Case No.7: FRAUD, FALSIFYING AND FABRICATING EVIDENCE, TAMPERING WITH EVIDENCE

**Gao Song, Ma Nan, Cheng Xiu Hua were suspected of aiding to forge evidence**

In 2008, Guo Wen Gui directed Qu Long, Zhao Yun An and others to misappropriate over RMB400 million from Tianjin Hua Tai. In order not repay Yuan Run Holding (formerly Tianjin Hua Tai) while not subjecting him to criminal liabilities, Guo Wen Gui arranged a meeting among Gao Son, Ma Nan, Cheng Xiu Hua and others to discuss responsive measures in the second half of 2012. Cheng Xiu Hua fabricated a series of false agreements, used such agreements to file a lawsuit with the High People's Court in Henan Province and eventually transferred the debt over RMB400 million to Zhengzhou Hao Hang Company, a company actually controlled by Guo Wen Gui with no ability to repay.

The conducts of criminal suspects **Guo Wen Gui, Gao Song, Ma Nan and Cheng Xiu Hua** have violated Section 307 of *Criminal Law of the People's Republic of China*, which involves aiding to forge evidence, the criminal facts are clear and the evidence is concrete and sufficient.

To date, the case has been prosecuted. Criminal suspect Gui Wen Gui is at large. Gao Song and Ma Nan have been arrested and Cheng Xiu Hua is on bail pending trial.

### Case No.8: BRIBERY

#### Guo Wen Gui bribed government official, Ma Jian

Since 2010, to seek benefits, Guo Wen Gui requested favors from Ma Jian, including illegal intervention regarding the jurisdiction of the case involving Qu Long, handling of case involving Xie Jian Sheng, coordination to resolve the expansion of private residence in Houhai, coordination to reduce or exempt punishment arising from illegal building structures, deletion of adverse reporting, threatening journalists not to make adverse reports and investigation of the company accounts of Li You, requesting return of RMB160 million seized funds, acquisition of Minzu Securities, etc. To return Ma Jian's favors, Guo Wen Gui gave him over RMB60 million worth of properties and assets as bribes from time to time, which specifically include (1) around 2010, Guo Wen Gui provided a loan of RMB6 million to Ma Jian and his second sister, Ma Ling Ling, to purchase six properties at Jin Quan House Garden, a project developed by Guo Wen Gui; (2) around 2011, Guo Wen Gui provided a loan of RMB15 million to Ma Jian and Ma Ling Ling to purchase ten office units at Jin Quan Plaza, a project developed by Guo Wen Gui; (3) In 2013, Ma Ling Ling intended to sell ten office units at Jin Quan Plaza. After knowing such intent, Guo Wen Gui repurchased the units at RMB40,000 per square meter and transferred the funds to Ma Ling Ling after deduction of the RBM15 million loan; (4) around 2011, Guo Wen Gui spent over HKD30 million to purchase two properties with a total area of approximately 200 square meters at Taikoo Shing in Hong Kong for Ma Wan Xin, the daughter of Ma Ling Ling, under the name of Fu Ji Wen, the nephew of Ma Jian; (5) from 2010 to 2014, Guo Wen Gui gave Ma Jian approximately RMB3 million cash from time to time as Chinese New Year's red packet; (6) at the end of 2014, Ma Jian went to Hong Kong for shopping and spent over HKD90,000. Guo Wen Gui arranged his assistant to deliver HKD100,000 to Ma Jian; (7) around 2009 or 2010, Guo Wen Gui arranged for a vacation in Henan for Ma Jian and his family, during Chinese New Year holidays in 2012, Guo Wen Gui arranged for his family to visit Shanxi and spent a total over RMB100,000; (8) In November 2014, Ma Jian borrowed US$30,000 in Pakistan to purchase crafts, which were repaid by Guo Wen Gui. In May 2014, Ma Jian purchased crafts in the United Arab Emirates and Guo Wen Gui repaid around US$2,000 for Ma Jian; (9) Guo Wen Gui spent over a total of RMB900,000 to renovate two houses at Rose Royal Garden and Jin Quan House Garden for Ma Jian; (10) Guo Wen Gui took Ma Jian to Hong Kong and custom made two suits and five pairs of leather shoes worth RMB200,000; (11) When Ma Jian's daughter, Ma Wan Xin, went to university in New York, Guo Wen Gui rented an apartment near the campus for her to stay for over a year and the rental is US$3,500 per month.

To obtain favors and further his personal interests, Guo Wen Gui bribed Ma Jian, the then Deputy Minister of the Ministry of Public Security, in large amounts. The offense is serious. His conducts have violated Section 389 of *Criminal Law of the People's Republic of China*, which involves bribery.

To date, Criminal suspect **Gui Wen Gui is at large. Ma Jian prosecution is being handled in a separate case and Ma Jian has admitted to being bribed.**

5

## II. Cases with files established but no prosecution launched yet (3 of them)

**Case No.9: Pangu Company obtained RMB2 billion of loans from Ping An Bank under false pretence**

In May 2012, to resolve funding shortage issues, Guo Wen Gui, the controlling person of Beijing Pangushi Investment Company Limited, Lv Tao, Xie Hong Lin and other senior management of Pangushi Investment Company Limited obtained a loan of RMB2 billion from Ping An Bank using the office units from levels 24 through 39 at Tower A as collateral for the loan and the proceeds from the loan will be used to operate properties. During the course of applying for the loan, Guo Wen Gui directed Lv Tao, Xie Hong Lin and others to make the chop of others with such other persons' knowledge, used such forged chops to fabricate undertakings, falsify financial statements and other application materials to obtain a loan from the branch of Ping An Bank at Deshengmen in Beijing. After the branch at Deshengmen approved the loan based on such materials, Ping An Bank extended loans of RMB300 million and RMB1.7 billion on January 11, 2013 and January 17, 2013, respectively, of which RMB300 million was used to repay the loan from Agricultural Bank of China, RMB1 billion was used to Minzu Securities, RMB500 million was used to repay the debts of Beijing Zhi Cun Wen Qi Investment Company Limited, Pangu 7 Star Hotel Beijing and Xin Yue International Investment Company Limited, and the use of the remaining RMB200 million was inconsistent with the use of proceeds approved for the loan.

On January 17, 2017, our bureau established case files to investigate this case. After investigation, Beijing Pangushi Investment Company Limited is suspected of obtaining loan from a bank under false pretence. Its actual controlling person, Guo Wen Gui, planned and authorized Yang Ying, the vice president of Beijing Pangushi Investment Company Limited, Lv Tao and Xie Hong Lin, a finance staff, to arrange and implement obtaining of RMB2 billion loans from Ping An Bank under false pretence. Guo Wen Gui, Yang Ying, Lv Tao, Xie Hong Lin are suspected of obtaining bank loans under false pretence.

To date, the case is undergoing investigation. Criminal suspect **Gui Wen Gui is at large. Yang Ying, Lv Tao and Xie Hong Lin have been approved to be arrested.**

**Case No.10: Yuda Properties, Yuda Hotel obtained RMB3 billion of loans from Minsheng Bank under false pretence**

In mid-December 2014, Guo Wen Gui, the controlling person of Henan Yuda Properties Company Limited and Zhengzhou Yuda International Trade Hotel Management Company Limited, arranged Ma Cheng, Zhang Xin Cheng, Xiao Yen Ling and others to apply a loan of RMB3 billion from Minsheng Bank for these two companies. They provided false contracts relating to rental payments, internal renovation and purchase of equipment, a guarantee by letter of credit issued by the Hong Kong branch of Minsheng Bank in an amount of US$520 million and obtained a loan of RMB3 billion from the bank by way of domestic loan backed by a foreign guarantee.

On January 18, 2017, our bureau established case files to investigate this case. After investigation, Yuda Properties Company Limited and Zhengzhou Yuda International Trade Hotel Management Company Limited are suspected of obtaining loan from a bank under false pretence. Their actual controlling person, Guo Wen Gui, planned and authorized Ma Cheng, the vice president of Beijing Pangushi Investment Company Limited, to arrange and implement obtaining of RMB3 billion loans from Minsheng Bank under false pretence.

6

To date, the case is undergoing investigation. Criminal suspect **Gui Wen Gui is at large. Ma Cheng has been approved to be arrested.**

### Case No.11: Zhao Yun An, Qu Long and others' encroachment while performing job duties

In May 2008, one of the shareholders of Tianjin Hua Tai Holding Group Company Limited (later changed its name to Yuan Run Holding Group Company Limited, hereinafter referred to as "Tianjin Hua Tai") relationship fell out with the other shareholders, Zheng Jie Pu and Li Ming Jiong, who whistleblowed on Zhao Yun An for encroachment while performing job duties and resulted in his detention. To release Zhao Yun An, his wife, Bai Yu, got in touch with Guo Wen Gui through Yu Xiao Feng, the classmate of Zhao Yun An and former Chairman of Pangu, who proposed borrowing of RMB100 million if he could free Zhao Yun An from detention. On June 26, 2008, Zhao Yun An was released on bail by the public security bureau in Tianjin. Because Zhao Yun An does not have RMB100 million of funds to lend to Guo Wen Gui, after joint consultation, Zhao Yun An agreed to transfer all his shares in Beijing He Da Innovation Technology Company Limited (hereinafter referred to as HDIT) actually controlled by him to Guo Wen Gui. Due to the fact that HDIT holds 70% interest in Beijing Century Tai He Investment Company Limited (hereinafter referred to as BCTH), of which 40% was held on behalf of Zheng Jie Pu, and HDIT and BCTH also respectively holds 11.39% and 61.81% interest in Tianjin Hua Tai, having the entire stake in HDIT is equivalent to gaining control over Tianjin Hua Tai. On July 14, 2008, Guo Wen Gui directed criminal suspect Qu Long and Guo Han Qiao to respectively enter into a share transfer agreement with the shareholders of HDIT, Chen Hong and Yu Xiao Zhi for Qu Long to acquire 16.78% interest in HDIT from Chen Hong and for Guo Han Qiao to acquire the remaining 83.2% interest in HDIT from Yu Xiao Zhi. On August 5, 2008, change of shareholding in HDIT was effected with the Administration for Industry and Commerce. At that time, Guo Wen Gui acquired control Tianjin Hua Tai through Qu Long and Guo Han Qiao. On the same day, Guo Wen Gui directed Qu Long and others to enter into the premises of Tianjin Hua Tai and took over management and control of Tianjin Hua Tai.

From August 8, 2008 to November 6, 2008, Guo Wen Gui directed Qu Long and others to transfer funds in the amount of RMB428.7 million from Tianjin Hua Tai to Zhong Yin Investment Development Company Limited (hereinafter referred to as "ZYID"), a company actually controlled by Qu Long, as investment management by ZYID (RMB29.7 million was transferred back to Tianjin Hua Tai from December 2, 2008 to March 7, 2009), of which RMB400.16 million was loaned to Zheng Quan Properties as investment management funds to be used to pay the construction payments and borrowings for the development by Zheng Quan Properties and Pangushi actually controlled by Guo Wen Gui.

To date, the case is undergoing investigation. Criminal suspect **Gui Wen Gui is at large. Zhao Yun An was released on bail pending trial. Qu Long is being handled in a separate case.**

### III.   Cases undergoing investigation with no establishment of case files (4 of them)

### Case No.12: Guo Wen Gui, Ma Jian, Gao Hui and others are suspected of forcing a trade

On December 8, 2009, during the course of acquiring 6.8% interest in Minzu Securities from Shijiazhuang Commercial Bank, to prevent Orient Group from competing for the acquisition, Guo Wen Gui directed Gao Hui and Man Yong Ping through Ma Jian, then Deputy Minister of the Ministry of Public Security, to locate Zhang Hong Wei, the Chairman of Orient Group and allege that Zheng

7

Quan Holding Company is a company working for the public security authorities and has won the bid for the acquisition of a stake in Minzu Securities from Shijiazhuang Commercial Bank so Orient Group is advised not to engage in competition with Zheng Quan for the acquisition and to give up its right of first offer. Zheng Hong Wei gave up the acquisition under such pressure.

From 2009 to December 2012, Guo Wen Gui conspired with Ma Jian and others to use the name of national ministries and committees to threaten and compel relevant responsible persons at Civil Aviation Administration and Capital Airport to impose "high threshold" transfer conditions to eliminate competing purchasers. Zheng Quan Holding Company was then given priority to acquire 61.25% interest in Minzu Securities from Capital Airport at an extremely low price of RMB1.6 billion.

In August 2010, during the course of acquiring 61.25% interest in Minzu Securities by Zheng Quan Holding Company from Capital Airport, to prevent Orient Group from competing to acquire, Guo Wen Gui directed Ma Jian, Man Yong Ping, Gao Hui and others to use such reasons as "Guo Wen Gui's company works for the national security authorities", "Let Guo's company to acquire the interest is protecting national interest" to pressurize Zhang Hong Wei, the Chairman of Orient Group. Although Orient Group held board meetings for such acquisition, conducted sufficient preparatory work and was forced to give up its right of first offer and withdrew from the acquisition under the pressure of Ma Jain and others.

During September 2013, when Minzu Securities was in the process of increasing its capital, Guo Wen Gui used Zheng Quan Holding Company's name to request Orient Group not to increase its share of capital in Minzu Securities. When refused, Guo Wen Gui again asked Ma Jian from the Ministry of Public Security to apply pressure on Zhang Hong Wei, the Chairman of Orient Group, Orient Group was forced to give up increasing its share of capita in Minzu Securities.

To date, the case is undergoing investigation. Criminal suspect **Gui Wen Gui is at large. Ma Jian is being investigated by the prosecution. Gao Hui has deceased.**

**Case No.13: Zhao Da Jian, Yang Ying and others misappropriated funds in an amount of RMB1 billion from Minzu Securities**

During September and October in 2011, when encountered with funding shortage and debt issues, after senior management of Minzu Securities, Zhao Da Jian, Guo Han Qiao, Yang Ying and others, were unable to secure funding from legal sources, Guo Wen Gui conspired with Zhao Da Jian, Yang Ying and Lv Tao to cause Minzu Securities to purchase the office building of Pangu Plaza developed by Pangushi Investment Company Limited actually controlled by Guo Wen Gui for office use and entered into pre-sale contract for an amount of RMB1.2 billion according to which Minzu Securities must pay Pangushi an amount of RMB1 billion as prepayment on October 25, 2011. After Minzu Securities transfer such sum to Pangushi, it was used to pay the personal debts of Guo Wen Gui. In January 2013, Guo Wen Gui and Yang Ying repaid RMB1 billion to Minzu Securities under the pressure of China Securities Regulatory Commission and had misappropriated the funds for as long as one year.

To date, the case is undergoing investigation. Criminal suspect **Gui Wen Gui is at large. Yang Ying and Zhao Da Jian have been approved to be arrested.**

**Case No.14: Zhao Da Jian, Yang Ying and others misappropriated funds in an amount of RMB800 million from Minzu Securities**

In March 2013, when encountered with funding shortage and debt issues, Guo Wen Gui directed the senior management of Minzu Securities, Yang Ying, Zhao Da Jian and He Dong, to cause

8

Minzu Securities to authorize East Asia Trust to provide financing to Henan Yuda actually controlled by him. East Asia Trust then authorized Xing Da Securities to sell the trust product, eventually using Minzu Securities' own capital to purchase Xin Da Securities' trust plans, thereby misappropriating RMB800 million funds of Mizu Securities to fund the operating activities of Henan Yuda. These funds were repaid to Minzu Securities under the pressure of China Securities Regulatory Commission.

To date, the case is undergoing investigation. Criminal suspect **Gui Wen Gui is at large. Yang Ying and Zhao Da Jian have been approved to be arrested.**

**Case No.15: Zhao Da Jian, Yang Ying and others misappropriated funds in an amount of RMB300 million from Minzu Securities**

On September 20, 2014, to relieve personal funding shortage and debt issues, Guo Wen Gui, the actual controlling shareholder of Minzu Securities, conspired with Zhao Da Jian and Yang Ying, the senior management of Minzu Securities, to transfer RMB300 million from the accounts of Minzu Securities to Zheng Quan, a company actually controlled by Guo Wen Gui, to repay outstanding interests of Pangu. Such funds were returned.

To date, the case is undergoing investigation. Criminal suspect **Gui Wen Gui is at large. Yang Ying and Zhao Da Jian have been approved to be arrested.**

**IV.   Related cases not involving Guo Wen Gui (4 of them)**

**Case No.16: Guo Wen Cun and Gao Song involving forgery of evidence**

During April and May in 2012, criminal suspect Guo Wen Cun intended to transfer two residential units, Room 903 and 702 at Tower 3, unit 3 of Zheng Quan Garden developed by Zheng Quan Company under his name. Due to Beijing's policy restriction on the purchase of properties, Guo Wen Cun was unable to effect such transfer as he is not a resident in Beijing. Guo Wen Cun and Gao Song conspired for Gao Song to direct Cheng Xiu Hua, a staff in the legal department, and Qiu Yi Qing, manager at the sales department of Zheng Quan Company to fabricate false pre-sale contract and payment receipts. On July 25, 2012, Guo Wen Cun used such false contract to file for a civil lawsuit at the People's Court in Zhong Yuan District in Zhengzhou City on grounds of breach of contract and requested the court to cause Zheng Quan to effect the transfer registration. On August 8, 2012, the court ruled in favour of Guo Wen Cun who was able to effect transfer of the two properties under his name. Our group requested for a re-trial at the court in Zhong Yuan District in Zhengzhou City after investigation and revelation of the facts above. On November 17, 2016, the court in Zhong Yuan District conducted a re-trial, cancelled the judgment and overruled the plaintiff's application.

The conducts of criminal suspects **Guo Wen Cun, Gao Song and Qiu Yi Qing** have violated Section 307 of *Criminal Law of the People's Republic of China*, which involves forgery of evidence, the criminal facts are clear and the evidence is concrete and sufficient. Guo Wen Cun and Gao Song have been arrested and will be prosecuted soon.

**Case No.17: Lin Qiang, bribery by a non-government staff**

On February 13, 2007, criminal suspect Lin Qiang assisted Beijing Morgan Company to borrow RMB100 million from Qingdao International Commerce Center for a term of six months at a rate of 12% per annum. Upon expiration of the loan, Beijing Morgan Company failed to repay the loan so Yu Xi Hua, the legal representative of Qingdao International Commerce Center, requested Lin Qing to help asking Beijing Morgan Company for repayment for a number of times. With the

9

coordination of Lin Qiang, Pangu Company (formerly known as Beijing Morgan Company) paid Qingdao International Commerce Center RMB120 million as repayment of principal and interest on August 12, 2008. In December 2008, Lin Qiang asked Yu Xi Hua for commission of RMB1 million.

Criminal suspect Lin Qiang used the convenience while performing his job duties to request for properties and assets from others, the amount is substantial and such behavior has seriously the company and jeopardized the management orders. His conduct has violated Section 163 of *Criminal Law of the People's Republic of China*, which involves bribery by non-government staff, the criminal facts are clear and the evidence is concrete and sufficient. To date, suspect Lin Qiang has been approved to be arrested and the case has been prosecuted.

### Case No.18: Xu Ang Yang, bribery by a non-government staff

From 2013 to 2015, Xu Ang Yang used the convenience of performing his job duties while he was a manager at the legal department of Zheng Quan Holding Company Limited to provide litigation cases for handling by Fong Gang and Wang Jie Hong in return for payment from time to time by both of them totalling RMB793,000.

Criminal suspect Xu Ang Yang illegally received payments from two attorneys for personal gain, the amount is substantial and the offense is serious. His conduct has violated Section 163 of *Criminal Law of the People's Republic of China*, which involves receipt of bribery by non-government staff, the criminal facts are clear and the evidence is concrete and sufficient.

To date, suspect Xu Ang Yang has been approved to be arrested and the case will be prosecuted soon.

### Case No.19: Guo Wen Ping misappropriation of funds

During July and August in 2010, after joint consultation, Guo Wen Gui and Guo Wen Ping directed Ma Cheng, the finance manager at Henan Yuda, to transfer RMB16 million operating capital of Henan Yuda to the stock account of Guo Wen Ping maintained with China Construction Bank for him to purchase stocks of Shaanxi Aero-space Power Hi-Tech Co. Ltd. Afterwards, after the direction of Guo Wen Gui, Guo Wen Ping sold all his position in such stock, profited RMB1.3 million and transferred RMB17.3 million to the account of Guo Qiang (Zhengzhou) Investment Services Company Limited.