**From:** Nickie Lum Davis <nickielumdavis@gmail.com>
**Sent:** Thu, 4 May 2017 20:55:52 -1000
**Subject:** Hey any news?????
**To:** Pras Michel <prasmichel@gmail.com>

Sent from my iPhone



GRAND JURY EXHIBIT
NLD-12