**Sent:** Fri, 12 May 2017 13:21:52 -0400
**From:** Pras Michel <prasmichel@gmail.com>
**To:** Nickie Davis <nickielumdavis@gmail.com>

This all I can find with his name, he's no where to be found.

http://www.upi.com/Top_News/World-News/2017/04/24/Chinese-fugitive-billionaire-vows-to-expose-corrupt-officials/9501493060778/

--
Pras Michel
Prasperity Group



GRAND JURY EXHIBIT
NLD-14