**From:** Nickie Lum Davis <nickielumdavis@gmail.com>
**Sent:** Monday, May 15, 2017 12:59 PM
**To:** erica@broidy-capital.com; Broidy Capital Management
**Subject:** Itinerary and passport

Please send me a copy of Elliott's passport for arrangements of protocal on arrival in Hong Kong.
Thank you.
I know you need to work on the itinerary-
But it should be fine to take Cathay pacific nonstop after midnight Thursday (Friday morning) -- arrive sat morn around 630 am and

Sent from my iPhone



GRAND JURY EXHIBIT
NLD-15

1