**Bcc:** elliott@broidy-capital.com
**From:** Nickie Lum Davis <nickielumdavis@gmail.com>
**Subject:** See attached letter
**To:** Robin broidy New email <rbroidy5@gmail.com>
IMG_8892.PNG

---

Sent from my iPhone





**Embassy of the People's Republic of China**

Cui Tiankai
Ambassador Extraordinary and Plenipotentiary

May 19, 2017

The Honorable Jefferson B. Sessions
Attorney General of the United States
Department of Justice
Washington, D.C.

Dear Attorney General Sessions,

I hope you are doing well as the summer approaches. We had a great discussion about China-U.S. relations late February when you were sworn in as the 84th Attorney General. I was deeply impressed by your insightful views.

I am writing to introduce to you Mr. Sun Lijun, Vice Minister of Public Security of China. He will visit Washington, D.C. from May 24 to 26 in a special envoy of State Councilor and Minister of Public Security Guo Shengkun. As you know, State Councilor Guo will co-chair the Law Enforcement and Cyber Security Dialogue with you and Secretary of Homeland Security John F. Kelly. He has instructed Vice Minister Sun to work closely with his U.S. colleagues to prepare for the inaugural Dialogue.

As an important deputy to State Councilor Guo, Mr. Sun is in charge of counterterrorism, and has a wealth of experience in public security. We hope that you will take time out of your busy schedule to meet him. Mr. Sun will share with you our suggestions for the first round of the Dialogue, and he will be very glad to listen to your thoughts on promoting law enforcement cooperation between the two countries.

Thank you for your consideration of the meeting request. I hope to see you again soon.

With best wishes,

Yours sincerely,

Cui Tiankai
Ambassador