| | |
|---|---|
| From: | Elliott Broidy |
| Sent: | Monday, August 7, 2017 5:10 PM PDT |
| To: | Erica Hilliard |
| Subject: | Re: Call with Nickie Aug 7 |

Priority # 1: North Korea
1. North Korea out weighs most WH priorities in the East Asian region. WH Wants to isolate North Korea.
2. Secretary Tillerson may Elliott Broidy's name. If he does, I will confirm that I know Elliot and that he wants a closer relationship between the USA and Malaysia.
3. Malaysia is committed to doing its part to reducing North Koreas threat to the region and the US; Malaysia is ready help in anyway it can
4. Malaysia wants to cooperate more closely with the US to reduce the threat
5. Malaysia has already removed two North Korean business from the country registry
6. Malaysia and the US have close intelligence sharing and close cooperation, which should continue.
7. Malaysia came out strongly against July 28th ICMB launch in North Korea
8. Fully endorses the recent Security Council's sanctions against North Korea
9. Malaysia acted decisively against the murderers of Kim Jong Nam. North Korea wanted the body, ship tried to come in to Malaysia to retrieve it and was stopped by Malaysia.
10. High court has set a date in October for trial of the two women accused for Kim's murder
11. US Embassy expressed support of Malaysia handling of the murder. Other groups also praised Malaysia for transparency and cooperation of the investigation.

Priority #2 -Counterterrorism efforts and cooperation
1. Malaysia stopped Visa free travel
2. We hope the US will continue to support the AISON(?) Region
3. Strong partner in the fight on global terror
4. Called for more cooperation with the US
5. Led multi nation collation against ISIS
6. Malaysia with US assistance set up communication center to combat the message radicalization
7. Set up preventing and combating serious crime agreement with US to allow exchange of data including biometric and DNA data
8. Has thwarted 14 terror attacks
9. Established a Joint Counterterrorism Task Force with Indonesia and the Philippines
10. Improve our open source technology/capabilities and working with Elliott to build an OISNT center in Malaysia.
11.

Priority #3- Economy
1. Several US companies operate in Malaysia
2. Committed to Free and Fair Trade
3. Want to do everything we can to help improve the USA economy
4. Want to work with Secretary Wilbur Ross and Elliott to send a business delegation to the US to look for investments.



CONFIDENTIAL TREATMENT
REQUESTED

B0008232

Priority # 4 MBD
1. 1MDB message on all levels this is being handles by Saudia Arabia and Abu Dhabi, and Malaysia.
2. No American has been harmed by any 1MDB
3. The involvement of US prosecutors involvement has caused unnecessary tension American, and could cause a negative reaction among Malaysia
4. Attorney general have publically announced no harm has been caused to any investors
5. I will send my Attorney General ahead of my visit in September to meet President Trump. I would like an introduction to Attorney General Sessions.

**CONFIDENTIAL TREATMENT REQUESTED**

B0008233

| | |
|---|---|
| From: | Erica Hilliard |
| Sent: | Monday, August 7, 2017 5:13 PM PDT |
| To: | Elliott Broidy |
| Subject: | Memo- Malaysia |

Priority # 1: North Korea
1. North Korea out weighs most WH priorities in the East Asian region. WH Wants to isolate North Korea.
2. Secretary Tillerson may Elliott Broidy's name. If he does, I will confirm that I know Elliot and that he wants a closer relationship between the USA and Malaysia.
3. Malaysia is committed to doing its part to reducing North Koreas threat to the region and the US; Malaysia is ready help in anyway it can
4. Malaysia wants to cooperate more closely with the US to reduce the threat
5. Malaysia has already removed two North Korean business from the country registry
6. Malaysia and the US have close intelligence sharing and close cooperation, which should continue.
7. Malaysia came out strongly against July 28th ICMB launch in North Korea
8. Fully endorses the recent Security Council's sanctions against North Korea
9. Malaysia acted decisively against the murderers of Kim Jong Nam. North Korea wanted the body, ship tried to come in to Malaysia to retrieve it and was stopped by Malaysia.
10. High court has set a date in October for trial of the two women accused for Kim's murder
11. US Embassy expressed support of Malaysia handling of the murder. Other groups also praised Malaysia for transparency and cooperation of the investigation.

Priority #2: Counterterrorism efforts and cooperation
1. Malaysia stopped Visa free travel
2. We hope the US will continue to support the AISON(?) Region
3. Strong partner in the fight on global terror
4. Called for more cooperation with the US
5. Led multi nation collation against ISIS
6. Malaysia with US assistance set up communication center to combat the message radicalization
7. Set up preventing and combating serious crime agreement with US to allow exchange of data including biometric and DNA data
8. Has thwarted 14 terror attacks
9. Established a Joint Counterterrorism Task Force with Indonesia and the Philippines
10. Improve our open source technology/capabilities and working with Elliott to build an OISNT center in Malaysia.

Priority #3: Economy
1. Several US companies operate in Malaysia
2. Committed to Free and Fair Trade
3. Want to do everything we can to help improve the USA economy

4. Want to work with Secretary Wilbur Ross and Elliott to send a business delegation to the US to look for investments.

Priority #4: 1MBD
1. 1MDB message on all levels this is being handles by Saudia Arabia and Abu Dhabi, and Malaysia.
2. No American has been harmed by any 1MDB
3. The involvement of US prosecutors involvement has caused unnecessary tension American, and could cause a negative reaction among Malaysia
4. Attorney general have publically announced no harm has been caused to any investors
5. I will send my Attorney General ahead of my visit in September to meet President Trump. I would like an introduction to Attorney General Sessions.

**CONFIDENTIAL TREATMENT REQUESTED**

B0008235

| | |
|---|---|
| **From:** | Erica Hilliard |
| **Sent:** | Monday, August 7, 2017 5:19 PM PDT |
| **To:** | Elliott Broidy |
| **Subject:** | Malaysia Talking Points Final |

Priority # 1: North Korea
1. North Korea out weighs most WH priorities in the East Asian region. WH Wants to isolate North Korea.
2. Secretary Tillerson may Elliott Broidy's name. If he does, I will confirm that I know Elliot and that he wants a closer relationship between the USA and Malaysia.
3. Malaysia is committed to doing its part to reducing North Koreas threat to the region and the US; Malaysia is ready help in anyway it can
4. Malaysia wants to cooperate more closely with the US to reduce the threat
5. Malaysia has already removed two North Korean business from the country registry
6. Malaysia and the US have close intelligence sharing and close cooperation, which should continue.
7. Malaysia came out strongly against July 28th ICMB launch in North Korea
8. Fully endorses the recent Security Council's sanctions against North Korea
9. Malaysia acted decisively against the murderers of Kim Jong Nam. North Korea wanted the body, ship tried to come in to Malaysia to retrieve it and was stopped by Malaysia.
10. High court has set a date in October for trial of the two women accused for Kim's murder
11. US Embassy expressed support of Malaysia handling of the murder. Other groups also praised Malaysia for transparency and cooperation of the investigation.

Priority #2: Counterterrorism efforts and cooperation
1. Malaysia stopped Visa free travel
2. We hope the US will continue to support the AISON(?) Region
3. Strong partner in the fight on global terror
4. Called for more cooperation with the US
5. Led multi nation collation against ISIS
6. Malaysia with US assistance set up communication center to combat the message radicalization
7. Set up preventing and combating serious crime agreement with US to allow exchange of data including biometric and DNA data
8. Has thwarted 14 terror attacks
9. Established a Joint Counterterrorism Task Force with Indonesia and the Philippines
10. Improve our open source technology/capabilities and working with Elliott to build an OISNT center in Malaysia.

Priority #3: Economy
1. Several US companies operate in Malaysia
2. Committed to Free and Fair Trade
3. Want to do everything we can to help improve the USA economy

CONFIDENTIAL TREATMENT REQUESTED

B0008236

4. Want to work with Secretary Wilbur Ross and Elliott Broidy to send a Malaysian Business Delegation to the US to look for investments.

Priority #4: 1MBD
1. 1MDB message on all levels this is being handles by Saudia Arabia and Abu Dhabi, and Malaysia.
2. Malaysian Attorney General has publically announced that no American has been harmed by any 1MDB transaction
3. The involvement of US prosecutors involvement has caused unnecessary tension American, and could cause a negative reaction among Malaysia
4. Attorney general have publically announced no harm has been caused to any investors
5. I will send Malaysian Attorney General ahead of my visit in September to meet President Trump. I would like an introduction to Attorney General Sessions.

CONFIDENTIAL TREATMENT
REQUESTED

B0008237

| | |
|---|---|
| From: | Elliott Broidy |
| Sent: | Monday, August 7, 2017 5:30 PM PDT |
| To: | Erica Hilliard |
| Subject: | Malaysia Talking Points *Final* |

Priority # 1: North Korea
1. North Korea out weighs most WH priorities in the East Asian region. WH Wants to isolate North Korea.
2. Secretary Tillerson may mention Elliott Broidy's name. If he does, I will confirm that I know Elliot and that he wants a closer relationship between the USA and Malaysia.
3. Malaysia is committed to doing its part to reducing North Koreas threat to the region and the US; Malaysia is ready help in anyway it can
4. Malaysia wants to cooperate more closely with the US to reduce the threat
5. Malaysia has already removed two North Korean businesses from the country registry
6. Malaysia and the US have close intelligence sharing and close cooperation, which should continue.
7. Malaysia came out strongly against the July 28th ICMB launch in North Korea
8. Malaysia fully endorses the recent UN Security Council's sanctions against North Korea
9. Malaysia acted decisively against the murderers of Kim Jong Nam. North Korea wanted the body, ship tried to come in to Malaysia to retrieve it and was stopped by Malaysia.
10. High court has set a date in October for trial of the two women accused for Kim's murder
11. US Embassy expressed support of Malaysia handling of the murder. Other groups also praised Malaysia for transparency and cooperation of the investigation.

Priority #2: Counterterrorism efforts and cooperation
1. Malaysia stopped Visa-free travel
2. Malaysia hopes the US will continue to support the ASEAN Nations
3. Malaysia is a strong partner in the fight on global terror
4. Malaysia has called for more cooperation with the US
5. Malaysia has led a multi nation collation against ISIS
6. Malaysia with US assistance set up communication center to combat the message radicalization
7. Malaysia has set up an agreement with the US to prevent and combat serious crime agreement with US to allow exchange of data including biometric and DNA data
8. Malaysia has thwarted 14 terror attacks
9. Malaysia stablished a Joint Counterterrorism Task Force with Indonesia and the Philippines
10. Improve our open source technology/capabilities and working with Elliott to build an OISNT center in Malaysia.

Priority #3: Economy
1. Several US companies currently operate in Malaysia
2. Malaysia is committed to Free and Fair Trade
3. Malaysia wants to do everything we can to help improve the USA economy

CONFIDENTIAL TREATMENT
REQUESTED

B0008238

4. Malaysia wants to work with Secretary Wilbur Ross and Elliott Broidy to send a Malaysian Business Delegation to the US to look for investments.

Priority #4: 1MDB

1. 1MDB message on all levels this is being handles by Saudia Arabia and Abu Dhabi, and Malaysia.
2. Malaysian Attorney General has publically announced that no American has been harmed by any 1MDB transaction
3. The involvement of US prosecutors has caused unnecessary tension American, and could cause a negative reaction among Malaysians
4. Malaysian Attorney General have publically announced no harm has been caused to any investors
5. Finally, I will send Malaysian Attorney General ahead of my visit to the US in September to meet President Trump. I would like an introduction to Attorney General Sessions.

**CONFIDENTIAL TREATMENT REQUESTED**

B0008239