



- Low Taek Jho ("Jho Low")
- Prakazrel "Pras" Michel
- Elliott Broidy
- Robin Rosenzweig
- Sun Lijun



GRAND JURY EXHIBIT NLD-20