# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA

3    - - - - - - - - - - - - - - - - )

4    IN RE:                          *

5    PRAKAZREL MICHEL AND JHO LOW     *

6                                     *

7    - - - - - - - - - - - - - - - - )

8                       Grand Jury 21-2

9                       United States District Courthouse
                        333 Constitution Avenue, NW
10                      Washington, DC 20001

11                      Thursday, May 6, 2021

12

13         The testimony of NICKIE LUM DAVIS was taken in the

14   presence of a full quorum of the Grand Jury, commencing at

15   12:55 p.m., before:

16              JOHN KELLER
                Attorney, Department of Justice
17
                SEAN MULRYNE
18              Attorney, Department of Justice

19

20

21

22

23

24        Reported by:

25        Roxanne Parsons

<u>E X H I B I T S</u>

| Exhibit No. | Description | Marked |
|---|---|---|
| NLD-1 | Plea agreement | 4 |
| NLD-2 | Email to Hilliard, 3/7/17 | 13 |
| NLD-3 | Elliott Broidy bio | 14 |
| NLD-4 | Email to Hilliard, 3/12/17 | 15 |
| NLD-5 | Email from Robin Broidy, 3/12/17 | 20 |
| NLD-6 | Retainer agreement | 24 |
| NLD-7 | Texts between Davis and Michel | 26 |
| NLD-8 | Email about Bangkok trip, 4/30/17 | 31 |
| NLD-9 | Email about hotel rooms, 5/1/17 | 32 |
| NLD-10 | Email to Pras about hotel, 5/1/17 | 33 |
| NLD-11 | Information about Guo | 40 |
| NLD-12 | Email to Michel, 5/4/17 | 42 |
| NLD-13 | Texts between Davis and Elliott Broidy | 44 |
| NLD-14 | Email from Michel, 5/12/17 | 43 |
| NLD-15 | Email to Hilliard, 5/15/17 | 50 |
| NLD-16 | Email to Robin Broidy with attachment | 68 |
| NLD-17 | Email from Elliott Broidy to Hilliard, 8/7/17 | 84 |
| NLD-18 | Email to Elliott Broidy, 9/11/17 | 86 |
| NLD-19 | Escrow agreement | 89 |
| NLD-20 | Photo of Jho Low and others | 6 |

1          P R O C E E D I N G S

2     (Whereupon

3                      NICKIE LUM DAVIS

4     was called as a witness and, after first being duly sworn

5     by the Foreperson of the Grand Jury, was examined and

6     testified as follows:)

7                        EXAMINATION

8          BY MR. KELLER:

9          Q.   Ms. Lum Davis, can you state your name for the

10    record?

11         A.   Nickie Davis -- Nickie Lum Davis.

12         Q.   And how do you spell your name?

13         A.   N-i-c-k-i-e.

14         Q.   Ms. Davis, you understand you've been called here

15    to testify as a witness before a federal grand jury

16    investigating potential violations of a number of federal

17    offenses but including violations of the Foreign Agents

18    Registration Act?

19         A.   Yes.

20         Q.   And it's my understanding that you have counsel

21    who's representing you?

22         A.   Yes.

23         Q.   And your counsel's here today?

24         A.   Yes.

25         Q.   If any point during your testimony today you have

1  a question for your lawyer, you want to take a break, you

2  want to discuss something with your lawyer, just let me

3  know.  And you'll be provided an opportunity to step outside

4  and talk with your lawyer.

5       A.   Okay.

6       Q.   Ms. Lum Davis, I'm showing you what's been

7  previously marked as Grand Jury Exhibit NLD-1.

8            (Grand Jury Exhibit NLD-1 marked for

9  identification.)

10           BY MR. KELLER:

11      Q.   Do you recognize this as the plea agreement from

12 your case?

13      A.   Yes.

14      Q.   And that was a plea in a case in U.S. District

15 court, so federal court in the District of Hawaii; is that

16 right?

17      A.   Yes.

18      Q.   And, Ms. Lum Davis, your plea agreement provides

19 that you pled guilty to violating Title 18, United States

20 Code, Section 2, which is aiding and abetting, violations of

21 Title 22, United States Code, Section 612 and 618, which are

22 part of the Foreign Agents Registration Act, or FARA.  Is

23 that the offense that you pled guilty to?

24      A.   Yes.

25      Q.   And that offense is punishable by up to five

1  years' imprisonment, correct?

2      A.   Yes.

3      Q.   As part of your plea agreement, did you agree to

4  certain facts that occurred to which you were admitting as

5  part of your guilty plea?

6      A.   Yes.

7      Q.   And are all the factual stipulations contained in

8  this plea agreement true?

9      A.   Yes.

10     Q.   As part of your conduct in this matter, you were

11 paid approximately 3 million dollars through Elliott Broidy

12 and Colfax Law Firm, correct?

13     A.   Yes.

14     Q.   And looking at page 36 of your plea agreement, as

15 part of your plea agreement, you agreed to forfeit 3 million

16 dollars reflecting the minimum that proceeds from your

17 involvement in the offense; is that right?

18     A.   Yes.

19     Q.   And then finally, Ms. Lum Davis, on the subject of

20 your plea agreement, contained within your plea agreement is

21 a cooperation agreement.  Is that your understanding?

22     A.   Yes.

23     Q.   And just showing you page 41 of your plea

24 agreement, this is where the cooperation section begins.

25 And what's your understanding of what your cooperation

1  agreement requires you to do?

2      A.   To cooperate truthfully on ongoing investigations.

3      Q.   And in exchange for your cooperation, your

4  truthful information that you provide, is it your

5  understanding that the Government will take that into

6  consideration at your sentencing and may file a motion to

7  reduce your sentence to reflect your cooperation or

8  otherwise make the court aware of your cooperation so that

9  the court can consider that in deciding what an appropriate

10 sentence should be?

11     A.   Yes.

12     Q.   Ms. Lum Davis, I'm going to show you what's been

13 previously marked as Grand Jury Exhibit NLD-20.

14          (Grand Jury Exhibit NLD-20 marked for

15 identification.)

16          BY MR. KELLER:

17     Q.   So do you recognize the individuals in the top row

18 of this exhibit?

19     A.   Yes.

20     Q.   And starting on the top left corner, the man with

21 glasses, who is that?

22     A.   Jho Low.

23     Q.   And then immediately to his right?

24     A.   Pras.

25     Q.   And when you say Pras, that's Pras Michel?

1       A.    Yes.

2       Q.    And to Mr. Michel's right?

3       A.    Elliott Broidy.

4       Q.    And to Mr. Broidy's right?

5       A.    Robin Broidy -- Robin Rosenzweig Broidy.

6       Q.    And for the record, when I'm saying to the

7  individual's right, I mean to the right of their photo as

8  we're looking at it.  And on the bottom row, we'll get to

9  him later.  So when did you first learn about this

10  individual in the top left corner, Jho Low?  When was the

11  first time you heard about him or any issues that he might

12  have in the United States?

13      A.    What I can remember, the first time I

14  significantly heard about him was probably the beginning of

15  2017.

16      Q.    And how did you hear about him?

17      A.    Through Pras.

18      Q.    What was the context in which Mr. Michel brought

19  him up?  Did Mr. Michel reach out to you specifically to

20  talk to you about Jho Low?

21      A.    Yes, he reached out to say that his friend,

22  Jho Low, had some legal issues and was looking to find legal

23  representation or somebody who could help him with his case.

24      Q.    Did you know Mr. Michel socially and

25  professionally prior to this conversation?

1          A.    Yes.

2          Q.    Did he give you any other context or any other

3    information in that initial conversation about Jho Low or

4    about his relationship with Jho Low or about the legal

5    issues that Jho Low was facing?

6          A.    No, he told me I could Google it.

7          Q.    Did Mr. Michel say why he was reaching out to you?

8          A.    He didn't specifically say why he was reaching out

9    to me.

10          Q.    Did you have a reputation in social circles or in

11    the business industry for having political connections or

12    having been politically active?

13          A.    Yes, so I had a reputation -- a good reputation

14    being, you know, highly educated and successful in business.

15    I was known in the entertainment industry as well as I was

16    politically active in the community.  I would host a lot of

17    events at my house for various members of Congress.

18          Q.    And the entertainment industry is how you knew

19    Pras initially; is that right?

20          A.    Yes.

21          Q.    Mr. Michel was an artist -- a music artist, a

22    member of the successful hip-hop group, the Fugees.  And you

23    were also involved in the music industry in production; is

24    that right?

25          A.    Yeah, but we met in early 2000s because, you know,

1  being both in the entertainment industry, we had mutual

2  friends.

3      Q.  So after this conversation in early 2017 with

4  Mr. Michel where he references Jho Low and he says that you

5  could Google the matter, did you do some independent

6  research?

7      A.  Yes.

8      Q.  What did you learn?

9      A.  That he had pending cases against him related to

10  1MDB.

11      Q.  Do you remember what the basic allegations were?

12  Was it a crime of violence?  Was it a financial crime?  What

13  were the basics, if you remember, from what you read?

14      A.  I think there were allegations, what I remember,

15  of, you know, financial crimes.  And a lot of the research

16  showed that he had a lot of forfeitures -- property taken.

17      Q.  In the United States?

18      A.  Yes.

19      Q.  So after that conversation, after the initial

20  research, what did you do?

21      A.  I believe what I did was I forwarded -- I spoke to

22  Mr. Broidy.  And I forwarded some information to he and his

23  wife.

24      Q.  Did Mr. Michel specifically ask you in that first

25  conversation to reach out to Mr. Broidy?

1    A.   I can't remember if it was he who specifically

2 mentioned Mr. Broidy or if it was me who said there may be

3 someone who can help you, Mr. Broidy and his wife, Robin.

4    Q.   And why did you think that Mr. Broidy and his wife

5 could be helpful to Jho Low?

6    A.   Robin is a very well-educated attorney.  And I

7 knew her as a smart woman.  And her husband, Elliott, was

8 very well politically connected.

9    Q.   Did you know at that point, early 2017, what the

10 nature of Mr. Broidy's political connections were, what he

11 had done to develop those connections?

12    A.   Yes, I think so.

13    Q.   What was your understanding of that, generally?

14    A.   Elliott Broidy was known as a philanthropist and

15 throughout the community as a big fundraiser and supporter

16 of a number of different causes.

17    Q.   Do you know whether he had been involved in

18 fundraising during the 2016 presidential election cycle?

19    A.   Yes, he had been.

20    Q.   And was it your understanding that based on those

21 activities, he had connections with the Trump administration

22 -- the incoming administration in early 2017?

23    A.   Yes, he had raised a lot of money for the Trump

24 campaign.

25    Q.   Do you have any idea how much?  Over a million

1  dollars?

2       A.   Yes, but I don't know how much exactly.

3       Q.   And when you mentioned his wife, Robin, being an

4  attorney, do you know whether or not she had a law firm?

5       A.   Yes, she did.

6       Q.   And what was the name of that law firm?

7       A.   Colfax.

8       Q.   With respect to Colfax, do you know whether it

9  employed any other attorneys other than Ms. Rosenzweig?

10      A.   I don't believe so.

11      Q.   And with respect to Ms. Rosenzweig's legal

12  practice, was it your understanding that she actually

13  represented clients in court, showed up, argued motions,

14  filed pleadings?  Or did she have some other type of legal

15  practice?

16      A.   No, it was my understanding that she was an

17  attorney who had retired from working at MGM studios as lead

18  counsel there and was just kind of serving as an attorney

19  for, like, their business interests, the Broidys.

20      Q.   For Mr. Broidy's business companies, business

21  ventures that he was involved in?

22      A.   Yes.

23      Q.   What was Mr. Broidy's response when you initially

24  reached out to him about Jho Low and the legal issues he was

25  facing?

1    A.   Just that he was going to -- not much.  I mean, at

2  this point, they just -- I forwarded some articles.  And

3  they were reviewing it at this point.

4    Q.   Did Mr. Michel, in that first conversation or in a

5  subsequent conversation shortly thereafter, give you a sense

6  of, you know, what his idea was?  Was this just to help a

7  friend out of his in Malaysia?  Or was this a business

8  proposition where he thought there was a substantial amount

9  of money to be made?

10    A.   In the first conversation, we didn't talk about

11  specifically money.  But I know -- I figured in Pras's head,

12  obviously there was financial upside there.

13    Q.   Why did you figure that?

14    A.   Pras is always -- he's a business man.  And he's

15  always hustling to try to make money.

16    Q.   And so fairly shortly thereafter, still in early

17  2017 February, March, did it become apparent to you that

18  Mr. Michel specifically discussed the amount of money that

19  could be involved in trying to help Jho Low with his legal

20  issues?

21    A.   Yes, not in that immediate first conversation.

22  But somewhere in the beginning of 2017, I believe we had

23  that discussion.

24    Q.   And was it your understanding, either based on

25  explicit referenced to numbers or just the general

1  discussion, that Mr. Michel believed Jho Low would be

2  willing to pay millions of dollars for assistance in trying

3  to resolve these legal issues?

4      A.   Yes.

5      Q.   You talked a little bit about Mr. Broidy's

6  political connections and you and Mr. Michel's first

7  conversation about Mr. Broidy and his connections.  Did

8  Mr. Michel ask you, at some point, to get photos of

9  Mr. Broidy that would demonstrate his political connections?

10     A.   Yes.

11     Q.   And did you do that?

12     A.   Yes.

13     Q.   Showing you what's been previously marked as

14 NLD-2.

15         (Grand Jury Exhibit NLD-2 marked for

16 identification.)

17         BY MR. KELLER:

18     Q.   Do you recognize this as an email from you to

19 Erica Hilliard on March 7th, 2017?

20     A.   Yes, I see I responded to her.  Yes.

21     Q.   And is this a back and forth -- is this email

22 chain a back-and-forth about getting photos of

23 Elliott Broidy and President Trump?

24     A.   Yes.

25     Q.   And was Ms. Hilliard able to actually obtain a

1  photo for you?

2      A.  Yes.

3      Q.  Flipping to the fourth page of this exhibit, I

4  know it's in black and white, but is this at least one of

5  the photos that Ms. Hilliard was able to provide to you of

6  Mr. Broidy and the president, I guess, from a CNN feed?

7      A.  Yes.

8      Q.  Showing you what's been marked as Grand Jury

9  Exhibit NLD-3.

10         (Grand Jury Exhibit NLD-3 marked for

11  identification.)

12         BY MR. KELLER:

13     Q.  Do you recognize this document?

14     A.  Yes.

15     Q.  I'm showing you the second page of the document as

16  well.  So what's this document?

17     A.  It's a bio of Elliott Broidy.

18     Q.  And does it emphasize Mr. Broidy's role as a

19  political fundraiser and vice chairman of the Trump victory

20  campaign?

21     A.  Yes.

22     Q.  And I should say finance vice chair of the Trump

23  victory campaign.  Why did you -- well, when was the first

24  time you saw this document, if you can remember?  Or what

25  was the context in which you first saw this document?

1    A.   I believe it was some time in the beginning of

2 2017.  And I received this document through his assistant --

3 Elliott's assistant.  And then I forwarded it on to Pras.

4    Q.   And, again, why did you want this document?  Why

5 were you sending it to Mr. Michel?

6    A.   So he would have a background of who Elliott

7 Broidy was.  And he could convey the information to his

8 friend, Jho Low.

9    Q.   So I'm showing you now what's been marked as Grand

10 Jury Exhibit NLD-4.

11        (Grand Jury Exhibit NLD-4 marked for

12 identification.)

13        BY MR. KELLER:

14    Q.   Do you recognize this as an email exchange between

15 you and, again, Erica Hilliard regarding a meeting between

16 you and Mr. Broidy and Mr. Michel?

17    A.   Yes.

18    Q.   And I don't know if I asked you specifically, but

19 I think you already testified to it.  Erica Hilliard was

20 Mr. Broidy's assistant?

21    A.   Yes.

22    Q.   What was the purpose of the meeting that you were

23 trying to set up in early March with Mr. Broidy and

24 Mr. Michel?

25    A.   I believe, if I can remember, this is the first

1  face-to-face meeting between Pras, Elliott, and myself.

2      Q.   And it was about the potential to bring Jho Low on

3  as a client?

4      A.   Yes.

5      Q.   So just showing you the second page of that

6  exhibit to confirm this is on March 12th, you writing to

7  Mr. Broidy's assistant, Ms. Hilliard, "Erica, we had to

8  change this meeting due to Elliott's travel schedule.  Per

9  my conversation with Elliott, meeting with Pras will now be

10  at 8:30 a.m."

11          And this was all in relation to discussions about

12  bringing on Jho Low as a client?

13      A.   Yes.

14      Q.   Did Ms. Rosenzweig join that meeting?

15      A.   No.

16      Q.   And what happened at that meeting?

17      A.   At that meeting, Pras gave an introduction and

18  tried to explain to Elliott and me who is friend was.  So he

19  talked about, you know, how he knew him and the experiences

20  he's had with him and talked a little bit about his legal

21  issues in terms of -- I mean, Pras didn't get into detail

22  about, like, the actual legal issues but, you know, talked

23  about it generally.  And then Elliott spoke about his

24  connections and different things that he thought would be

25  helpful to the case.

1    Q.   Did Mr. Broidy reference any specific politicians

2  individually in that meeting that you can remember?

3    A.   If I can remember, I think he spoke more so about

4  the fact that there was going to be a new incoming U.S.

5  Attorney for the Central District, which is where Jho Low's

6  case was, and just, you know, his basic close relationship

7  within the Trump administration and to keep people within

8  that administration.

9    Q.   And when you say Central District, the district in

10 which Jho Low's case was pending, that's the Central

11 District of California?

12   A.   I believe so, yes.

13   Q.   And the incoming U.S. Attorney that you

14 referenced, do you remember was that Nathan Hochman?

15   A.   That was who Elliott Broidy thought I think was

16 going to be the incoming U.S. Attorney.

17   Q.   To your knowledge, though, did Mr. Hochman

18 actually -- was he actually nominated or confirmed as U.S.

19 Attorney?  Or was it somebody else?

20   A.   I don't know who it was.  But I don't believe it

21 was him.

22   Q.   But at that time, it wasn't clear?  And Mr. Broidy

23 had a relationship with Mr. Hochman and believed that he was

24 likely to be the next U.S. Attorney?

25   A.   Yes.

1    Q.   Did Mr. Broidy also reference his relationship

2  with Attorney General Jeff Sessions?

3    A.   I think he did, yes.

4    Q.   If not in that meeting --

5    A.   Right.

6    Q.   -- at other meetings shortly thereafter?

7    A.   Right.  Exactly.

8    Q.   And I know it was still relatively early on in

9  discussions at that point, but did Mr. Broidy say anything

10  about what he thought he could actually do, what resolution

11  he thought he could actually bring about for Jho Low based

12  on his political connections?

13    A.   Not specifically.  But he wanted to talk about

14  seeing if there was anything that could be done to either

15  lessen it or maybe even have it go away.

16    Q.   Okay.  So after that first meeting -- was there

17  anything else significant that occurred during those

18  discussions in that first meeting?

19    A.   There was conversation about how if Jho Low wanted

20  to retain Colfax and Elliott, how would he be able to pay

21  because we had read so many articles where all of his assets

22  had been seized.

23    Q.   What did Mr. Michel say about that?

24    A.   He said that Jho Low had hired a number of

25  attorneys throughout the country and also even in the UK,

1  and that he had a friend or friends who were helping him to

2  pay for his legal bills because of his financial issues.

3     Q.   And so the implication was if the money was coming

4  from Jho Low's friend instead of coming from Jho Low

5  directly, then it wouldn't be subject to seizure?

6     A.   Yes.

7     Q.   When Mr. Michel talked about the other lawyers

8  that Jho Low had hired, did he explain whether he thought

9  that Mr. Broidy, who's not a lawyer, and even Mr. Broidy's

10  wife, Robin Rosenzweig, who was, as you said, I think a

11  retired lawyer and was doing more kind of a business

12  consulting for Mr. Broidy, did Mr. Michel make clear whether

13  he thought Mr. Broidy and Ms. Rosenzweig would be added to

14  Jho Low's legal team or whether they would be working

15  separately?

16     A.   He said that they would be working in coordination

17  with Jho Low's existing legal team, that Jho Low already had

18  a set -- his main attorney would file all of the documents

19  and file any court proceedings.  So that wasn't what they

20  needed from Elliott and his wife, but that they would act

21  more in a consultancy manner with his main attorneys.

22     Q.   Did it seem like Mr. Michel was most interested

23  in, at least early on in this first meeting -- did it seem

24  at that point that Mr. Michel was most interested in

25  Mr. Broidy's political connections rather than Robin's legal

1  services?

2      A.   He said that he -- yeah, he felt that since the

3  case was a high profile case that, you know, there was a lot

4  of political implications and that Elliott would be very

5  helpful in being able to navigate the case.

6      Q.   So right around the time of that meeting, which I

7  think the last email we saw was March 12th or March 13th

8  where you were finalizing the scheduling of the meeting with

9  Ms. Hilliard, around that same time -- showing you what's

10  been marked as Grand Jury Exhibit NLD-5.

11          (Grand Jury Exhibit NLD-5 marked for

12  identification.)

13          BY MR. KELLER:

14      Q.   The date convention is listed day before month up

15  here.  So it's a little confusing.  But do you recognize

16  this as an email from Mr. Broidy's wife, Robin, to you on

17  March 12th, 2017?

18      A.   Yes.

19      Q.   And this email is referencing a retainer and fee

20  agreement between Ms. Rosenzweig's law firm, Colfax, and

21  Jho Low; is that right?

22      A.   Yes.

23      Q.   And then there's also a consulting agreement

24  between Colfax and you?

25      A.   Yes.

1     Q.   So turning to page 2 of this exhibit, do you

2  recognize this as being the draft retainer agreement that

3  was circulated among you and Robin, Mr. Broidy, and

4  Pras Michel between Colfax and Jho Low?

5     A.   Yes.

6     Q.   And Colfax is listed at the top?  And Jho Low is

7  listed as the client here at the top as well?

8     A.   Yes.

9     Q.   Skipping to the second page of the draft retainer

10  agreement, the third page of the exhibit, do you see the

11  section on fixed fees?

12     A.   Yes.

13     Q.   And under the section titled retainer fee, is the

14  retainer fee that's listed 8 million dollars?

15     A.   Yes.

16     Q.   And then the success fee that's listed if the

17  matter is resolved within 180 days, 75 million dollars?

18     A.   Yes.

19     Q.   And on the following page, still continuing in the

20  fees section, a secondary success fee if the matter is not

21  resolved within 180 days but is resolved within 365 days,

22  then the success fee would drop to 50 million dollars?

23     A.   Yes.

24     Q.   And then skipping back to the consulting services

25  agreement between Colfax and you, you see the document

1  titled Consulting Services Agreement?

2       A.   Yes.

3       Q.   And Colfax is listed.  And you're listed as well?

4       A.   Yes.

5       Q.   And the description of the services is fairly

6  generic.  But it essentially says you'll render services to

7  Colfax with regard to the matter.  And, actually, let me

8  skip back one page.  So the last page of the retainer

9  agreement, there's an Exhibit A which lays out the matter.

10  Do you see that page?

11       A.   Yes.

12       Q.   And it references a civil case, United States vs.

13  *The Wolf of Wall Street* motion picture, including any rights

14  to profits, royalties, proceeds, etc.?

15       A.   Yes.

16       Q.   What was your understanding of this matter and how

17  it related to Jho Low?

18       A.   That he had been one of the financiers for *The*

19  *Wolf of Wall Street* motion picture that won, I think, an

20  Academy Award.

21       Q.   And at the time -- you mentioned earlier in your

22  testimony that you had read that some of Jho Low's assets

23  were being forfeited in the United States.  Did you

24  understand that somehow this motion picture, because Jho Low

25  had financed it, some portion of it or the proceeds from it

1  were his assets and the United States was trying to forfeit

2  those proceeds?

3      A.    Yeah, something like that.

4      Q.    On the consulting services agreement, going back

5  to the agreement between you and Colfax -- so the consulting

6  services that I was referencing just generally say that

7  you'll provide consulting services with regard to the

8  matter.  And that's referring back to Jho Low's legal

9  matters; is that right?

10     A.    Yes.

11     Q.    And the fees that are agreed upon, 25 percent of

12 the amount equal to the retainer fee; is that right?

13     A.    Yes -- well, this agreement was never executed.

14     Q.    Right.  Right.

15     A.    Okay.

16     Q.    These are all draft agreements; is that your

17 understanding?  Or is that your --

18     A.    Yes, it was sent over from Ms. Robin to me.

19     Q.    Okay.  But in the draft at least, it was

20 contemplated that you would be paid 25 percent of the

21 retainer and then 25 percent of any success fee down here in

22 the subsequent paragraph?

23     A.    Yes.

24     Q.    You said that the agreement was never executed; is

25 that correct?

1    A.    Yes.

2    Q.    And why was that?

3    A.    My agreement was never executed because Colfax

4  never received a signed agreement with Jho Low.

5    Q.    And why was that, at least as your understood it?

6    A.    As far as I understood it, Pras said that he

7  wasn't going to execute an agreement with Colfax, Jho Low,

8  nor would Pras execute an agreement with Colfax.  It would

9  be all verbal.

10   Q.    So there would be no written agreement

11 memorializing the terms?  It would just be a verbal

12 agreement?

13   A.    Yes.

14   Q.    And then showing you what's been marked as Grand

15 Jury Exhibit NLD-6.

16         (Grand Jury Exhibit NLD-6 marked for

17 identification.)

18         BY MR. KELLER:

19   Q.    About the same time that you received that email

20 from Ms. Rosenzweig containing the draft agreements, did you

21 email the retainer agreement between Colfax and Jho Low to

22 Mr. Michel?

23   A.    Yes.

24   Q.    Did Mr. Michel say, in that first meeting between

25 you and him and Mr. Broidy around the time that these

1  documents were being circulated, what he wanted his role to

2  be in the arrangement if Jho Low did, in fact, hire

3  Mr. Broidy and Ms. Rosenzweig?

4      A.   Yes, he would be the in-between person.  And he

5  laid out and established a method of communication that he

6  said that was critical in order for him to recommend Colfax

7  to Jho Low.

8      Q.   Colfax and Mr. Broidy?

9      A.   Yes.

10     Q.   Broidy and Colfax.  And the way that it would be

11 is that he said that he would be in communication with Jho

12 Low and all Jho Low's people.  And then he would talk to me.

13 And I would speak to Elliott.  And no one should go around

14 each other, meaning Pras shouldn't speak to Elliott

15 directly.  Elliott shouldn't be trying to speak to Jho Low

16 directly.  So that was kind of laid out in that first

17 initial meeting.

18     Q.   And going forward, is that generally how things

19 worked?  You and Mr. Broidy received information from

20 Mr. Michel concerning Jho Low and what he wanted and what

21 was going on?  And there were not direct communications

22 between you and Mr. Broidy and Jho Low?

23     A.   Yes, Pras would tell me.  And then I would

24 communicate to Broidy.

25     Q.   Did you have more contact with Mr. Michel based on

1  your last answer, or Mr. Broidy?

2      A.   I spoke to both of them.  I was in the middle.

3      Q.   Sorry.  I didn't mean was your contact more

4  frequent with Mr. Michel or was your contact more frequent

5  with Mr. Broidy.  I meant were Mr. Michel's contacts about

6  Jho Low -- when he was relaying information about Jho Low,

7  did that contact most often come to you directly or to

8  Mr. Broidy or to both of you?

9      A.   No.  So to clarify, Pras would only speak to me.

10  And then I would convey the information to Mr. Broidy and/or

11  Robin.

12      Q.   So after that first meeting, Mr. Broidy and

13  Mr. Michel have now met, Mr. Broidy has talked about his

14  connections -- political connections in the Trump

15  administration and the new incoming or who he believed would

16  be the new incoming U.S. Attorney who might have authority

17  over Mr. Low's case.  Coming out of that meeting, what did

18  Mr. Michel say he was going to do?

19      A.   He was going to find a time or find a way to send

20  some information about Mr. Broidy and see if in fact Jho Low

21  was interested to hire Colfax and Mr. Broidy and engage

22  their services.

23      Q.   And so to just reflect that process, this Grand

24  Jury Exhibit NLD-7.

25          (Grand Jury Exhibit NLD-7 marked for

1    identification.)

2             BY MR. KELLER:

3        Q.   Do you recognize this as a string of text messages

4    between you and Mr. Michel?

5        A.   Yes.

6        Q.   And the top message is dated March 20th, 2017.  So

7    it would have been shortly after that March 12th or 13th

8    meeting.  There's just a message from you to Mr. Michel that

9    says, "Elliott Broidy."  Do you see that?

10       A.   Yes.

11       Q.   And then the next message sent immediately after

12   says, "He also raised the most money of any person for Trump

13   and was the finance chair for President George W. Bush."

14   Why were you sending those messages to Mr. Michel at this

15   time?

16       A.   What it seems like is he asked me who this guy is

17   again even though they met.  You know, I'm reminding him who

18   he is and giving him a short sentence description of who

19   Mr. Broidy is.

20       Q.   And did you understand that to be for the purpose

21   of Mr. Michel being able to relay that to Jho Low?

22       A.   Yes.

23       Q.   And then you're following up the next day.  It

24   says, "Any movement?"  What's that in reference to?  Any

25   movement on what?

1       A.    Well, remember we had had the meeting on the 12th.

2    And now this is the 21st of March.  So I'm saying has he

3    heard from Jho Low or gotten any feedback.

4       Q.    And his response:  "Yes, I didn't want to call

5    you.  They hit me at 5 a.m."?

6       A.    Yes, that's what it says.

7       Q.    So did he relay to you around that time that he

8    had, in fact, been able to discuss Mr. Broidy with Jho Low

9    and that Jho Low was interested?

10      A.    Yes.

11      Q.    And additional context?  Or any additional

12   information you remember?

13      A.    Yeah, I remember Pras saying that he had a number

14   of different people and attorneys' names that he recommended

15   to Jho Low but that Jho Low was interested in engaging with

16   Elliott.

17      Q.    So after -- you know, around that time, late

18   March, while there's some back and forth and you're waiting

19   to hear whether Jho Low is going to want to hire Mr. Broidy,

20   do you and Mr. Michel and Mr. Broidy meet again?  Do you

21   have further discussions about the potential business

22   relationship with Jho Low?

23      A.    I think we may have met one more time, if I can

24   remember.

25      Q.    And then at some point -- well, at some point, is

1  the issue raised that there would be a meeting, or that Jho

2  Low wanted to have a meeting with Mr. Broidy?

3      A.   Yes, of course.  He wanted to meet Mr. Broidy in

4  person.

5      Q.   What was Mr. Broidy's response to that?

6      A.   I don't remember if he conveyed it.  He was happy.

7  But I don't remember if he conveyed what he later conveyed

8  through me and I conveyed to Pras, which is that he didn't

9  want to fly to have a meeting a Jho Low so far away unless

10 there was, like, proof that this guy, Jho Low, was a serious

11 guy and could actually pay some type of money before they

12 left.

13     Q.   And from what Mr. Michel told you, where was Jho

14 Low based?  Where did he live?

15     A.   We weren't sure where he would be.  It would be

16 somewhere in Asia.  We knew that.

17     Q.   And is that because that's where he was from?  Did

18 you understand that he was from Malaysia?

19     A.   No, that's what Pras said.  He said he didn't know

20 where the meeting exactly would be at that point in time.

21 But it would be in Asia that he traveled frequently, Jho Low

22 did.

23     Q.   And did Mr. Michel mention whether he had had any

24 prior trips to meet with Jho Low in Asia?

25     A.   Yes.

1    Q.   Did he say that those trips had been recent?

2    A.   Yes.

3    Q.   And did he say what those trips were about?

4    A.   Well, from what he conveyed even as soon as that

5    first meeting was that he and Jho Low were very good friends

6    and they would party together and spend a lot of time

7    together.  So I know that he had a meeting with Jho Low in

8    person before Elliott and I actually met Jho Low.  But I

9    can't remember exactly what the time frame was, like what

10   month or anything like that.

11   Q.   So where does Mr. Michel eventually tell you that

12   the meeting is going to take place?

13   A.   This is all the way toward the end of April or

14   beginning of May.  He tells us the meeting is going to take

15   place in Thailand.

16   Q.   And had Mr. Broidy received the upfront money that

17   he wanted before he would agree to travel at that point?  Do

18   you remember?

19   A.   Yeah, it was very difficult to get together

20   because Pras originally thought that Jho Low would be

21   sending over the 1 million for Elliot Broidy to travel per

22   his stipulation.  But the money never came.  And so as far

23   as I know, what Pras told me is that he was trying to gather

24   the money together on his own from his own funds to be able

25   to provide a million dollars for Elliott to be able to

1  travel and meet Jho Low in person.

2      Q.   Ultimately, did you make travel reservations and

3  plan for the trip for you and Mr. Broidy and Mr. Michel to

4  go over to Thailand and meet with Jho Low?

5      A.   We all made our own travel arrangements to get

6  there, yes.

7      Q.   Showing you what's been marked as NLD-8.

8          (Grand Jury Exhibit NLD-8 marked for

9  identification.)

10          BY MR. KELLER:

11     Q.   Do you recognize this document as an email from

12  you, again, to Mr. Broidy's assistant, Erica Hilliard, on

13  April 30th, 2017?

14     A.   Yes.

15     Q.   And is this email about travel arrangements for

16  that Bangkok trip?

17     A.   Yeah, it was a proposed itinerary.  But it

18  actually never -- that's not the itinerary I ended up using.

19     Q.   But you and Mr. Broidy and Mr. Michel did all fly

20  to Bangkok around that time, late April, early May?

21     A.   Yes.

22     Q.   And you met with Jho Low?

23     A.   Yes.

24     Q.   What happened when you first landed in Bangkok?

25  Who met you there, if anyone?

1          A.    I suppose it's people who worked with Jho Low

2     because they met us at the -- when we landed, they met us at

3     the gate.  And they helped us to get through customs and all

4     of that.

5          Q.    And who was the one, leading up to the trip and

6     even on the trip, who was in contact with Jho Low and his

7     people?

8          A.    Pras.

9          Q.    And was Pras also the one telling you and

10    Mr. Broidy, you know, when to go, when the meeting would

11    take place, where the meeting would take place, where you

12    should say while in Bangkok, those kinds of things?

13         A.    Yes, we had no communication directly with

14    Jho Low, me nor the Broidys.  So Pras told us where we

15    should get our airplane tickets too and that he handled the

16    accommodation and everything else.  So we just needed to be

17    there a certain date.

18         Q.    And showing you on this point what's been marked

19    as NLD-9.

20              (Grand Jury Exhibit NLD-9 marked for

21    identification.)

22              BY MR. KELLER:

23         Q.    Do you recognize this as an email from you to,

24    again, Erica Hilliard, this time on May 1st, 2017, where

25    you're referencing the hotel rooms for the trip?

1    A.    Yes.

2    Q.    And you say the rooms are booked by Pras already?

3    A.    Yes.

4    Q.    That same day, May 1st -- I'm going to show you

5    what's been marked as Grand Jury Exhibit NLD-10.

6          (Grand Jury Exhibit NLD-10 marked for

7    identification.)

8          BY MR. KELLER:

9    Q.    Do you recognize this as an email from you to Pras

10   Michel with the subject line hotel?

11   A.    Yes.

12   Q.    And just for clarification, do you recognize this

13   name at the top?

14   A.    No.

15   Q.    Do you understand -- and if you don't, it's fine.

16   But do you understand that some of these documents were

17   printed out by a DOJ criminal division employee?  And so

18   because they were printed from her Outlook account, they

19   have her name listed at the top?

20   A.    I mean, I'm learning that now -- you're telling

21   us.

22   Q.    In this email to Mr. Michel, you're providing wire

23   info for Robin and Elliott Broidy; is that right?

24   A.    Yes.

25   Q.    Was there -- at this point, May 1st, on the eve of

1   this trip, had there been an agreement as to payment or

2   payment amount?  Or do you know whether, according to

3   Mr. Michel, Jho Low had agreed to the retainer agreement

4   that had been circulated?

5       A.    No, this is with regards to Pras giving 1 million

6   dollars so that Elliott would agree to get on the airplane

7   and travel.

8       Q.    So at this point, this is not for payment for

9   services for Jho Low.  This is just the upfront money so

10  that Mr. Broidy will get on a plane?

11      A.    Yes.

12      Q.    Okay.  So you're met at the airport by who you

13  understood to be people that work for Jho Low, associates of

14  Jho Low --

15      A.    Well, wait.  Let me clarify something.

16      Q.    Sure.

17      A.    Pras thought that the 1 million dollars that he

18  paid was actually going to be applied toward the initial 8

19  million that Elliott Broidy and Colfax requested in the

20  retainer agreement.  And there was an argument later on

21  because Broidy tries to say, no, it was in addition.  So --

22      Q.    Okay.  So then at the airport in Bangkok, you,

23  Mr. Broidy, Mr. Michel, you guys all arrive on the same

24  flight?

25      A.    We all come differently.  But at a certain point,

1  I think in Korea, in South Korea or something like that,

2  we're on the last leg together, all of us.

3      Q.  So you arrive in Bangkok.  What happens after

4  Jho Low's people meet you at the airport?

5      A.  We're taken to a hotel.

6      Q.  What happens at the hotel?

7      A.  We have a couple of hours to just relax.  And

8  we're waiting, basically, for Jho Low to arrive so we can

9  have a meeting.  Or that's what I think.  I don't know if

10 there were other meetings going on or something.  But they

11 told me just wait in my room.  We each had separate rooms.

12 And --

13     Q.  Did eventually Mr. Broidy, Mr. Michel, and Jho Low

14 and some of Jho Low's people all come to your room?

15     A.  Yes.

16     Q.  What happened when you all met?

17     A.  Jho Low, Pras, and Elliott, and a number of other

18 people who seemed to be with Jho Low, come into the room.

19 And it's a big suite.  So there's a big table, like, a

20 conference table in the living room.  So we sit down.  And

21 we start to talk.  And Jho Low basically, you know, starts

22 to give a background on his case to Elliott.

23     Q.  What is Mr. Broidy's response?

24     A.  He's listening.  And, you know, basically Jho Low

25 is trying to explain why he feels that it's not fair and

1  that he's being wrongfully charged and kind of giving his

2  take on everything.  And then Mr. Broidy's just listening

3  sympathetically to him at that point.  And then Mr. Broidy,

4  you know, talks about some possible suggestions that he

5  could be helpful with with regards to trying to find some

6  type of better resolution for Jho Low with his cases that

7  are ongoing.

8      Q.    What did Mr. Broidy say he think he can do?

9      A.    The same thing that he was saying at the earlier

10 meeting with Pras, talking about, you know, I have a good

11 relationship with the administration.  We can try to talk to

12 the Attorney General's office.  Also, I think I know the

13 incoming U.S. Attorney that will be handling your case.  So

14 that can be helpful as well, the relationships.

15     Q.    What was Jho Low's response?

16     A.    Just listening to him, saying okay, that's good.

17     Q.    Was there any agreement at that meeting whether or

18 not Jho Low was actually going to hire Mr. Broidy?

19     A.    Yeah, at the very end of the meeting,

20 Elliott mentions to him something about, you know, we never

21 received any money prior to traveling here from you.  And we

22 all paid for our own tickets.  And we all came here just,

23 like, to meet you.  Like, are we going to go forward?  Or

24 what's going to happen?  And that's when Jho Low said yes,

25 you know, we met.  I do want to engage you.  But I can't --

1   Elliott raised the issue of you've had so many of your

2   assets forfeited, so how are you going to pay?  And Jho Low

3   said I have a friend who's helping me to pay for my bills.

4   And you'll also coordinate through my attorneys in the UK

5   and work with them since they're my main attorneys.

6           Q.   To arrange for payment?

7           A.   No, he said, just in general, I'm going to put you

8   in contact with my main attorney who's the one filing all of

9   the briefs and everything.  And we're going to put you in

10  contact with them so that he can give you more of a, you

11  know, thorough description of where the case is at.

12          Q.   I see.

13          A.   It's a complicated situation.

14          Q.   Ms. Rosenzweig was not at this meeting; is that

15  right?

16          A.   No.

17          Q.   And Mr. Broidy's not a lawyer; is that right?

18          A.   No.

19          Q.   And the end of the meeting, was there an

20  additional issue beyond Jho Low's legal matters -- legal

21  cases against him that was raised?

22          A.   Yes.  Well, there was two other issues.  One was a

23  business issue with regards to doing business in Malaysia.

24  And the third issue was with regards to a fugitive who was

25  in the United States that Jho Low mentioned, you know, this

1  guy who it seemed like China wanted sent back to China.

2      Q.   Do you remember the name if Mr. Michel said it at

3  that meeting?

4      A.   Yes.

5      Q.   And who was it?

6      A.   He did say -- Guo Wen Gui?

7      Q.   And that's Guo, G-u-o --

8      A.   Yes.

9      Q.   -- Wen Gui, W-e-n  G-u-i?

10     A.   Yes, I think he has a number of different names

11  and aliases.  But that's how I refer to him as Guo.

12     Q.   Was one of the other aliases that you heard

13  Miles Kwok?

14     A.   Yes.  No, no, I didn't hear it that night, I don't

15  believe.  But later when I did Google research, he's

16  referred to by a number of different names.

17     Q.   And other than just saying, basically, that China

18  wanted him back, was there any other discussion of kind of

19  who Guo was or what he had done or why he was important?

20     A.   Not so much.  But it came up as they talked about

21  Mr. Elliott Broidy's business interest in the UAE.  And

22  somehow -- it was complicated.  And it seemed like something

23  in addition to everything we had already discussed because

24  the main point of that meeting was to talk about Jho Low's

25  legal situation.  But it was -- supposedly Guo owed some

1  money from China but then went to -- ran away and went to

2  the UAE, I believe.  And then he owed them, still, money.

3  And Elliott had a business relationship with the UAE.  So

4  Elliott said, you know what, I'm going to talk to them.

5  Maybe what we can do is the UAE can request for him to be

6  extradited back to the UAE.  And then China can pay back

7  some of the money to the UAE that they lost.  And then

8  Elliott, of course, was saying then he could take a

9  percentage of that money.  And he would make money that way.

10     Q.   You've talked about Mr. Broidy's business

11  connections in the UAE.  And you also said that there was

12  mention at this meeting with Jho Low and Mr. Michel in

13  Bangkok of Mr. Broidy's business interest in Malaysia.  Just

14  briefly, did you have an understanding of what Mr. Broidy's

15  business model was that he was marketing to the UAE or to

16  Malaysia or other foreign countries or foreign governments?

17     A.   Yes.

18     Q.   What was it?

19     A.   His company was called Circinus or Threat

20  Deterrence.  I think it operated under both names.  And it

21  was -- he was trying to set up different excellency centers,

22  they would call it, like, open source intelligence gathering

23  in different countries which would take the intelligence

24  from, like, social media or -- I don't know how else.  I

25  mean, I'm not an expert on that.  But what he explained to

1  me is that it would analyze that data so that different, you

2  know, countries could get a pulse on what the people in the

3  populations were chattering about or talking about online.

4      Q.   Okay.

5      A.   Open source.  So meaning, like, you know, I guess,

6  Facebook --

7      Q.   Publicly available --

8      A.   -- and stuff like that.

9      Q.   So you understood that he had either had a

10  contract with UAE government or had at least had some

11  business relationships there related to that business

12  Circinus or Threat Deterrence.  And then he was also hoping

13  to get a contract with Malaysia?

14      A.   Yes.

15      Q.   So back to Guo briefly, I'm going to show you

16  what's been previously marked as Grand Jury Exhibit

17  NLD-11.

18          (Grand Jury Exhibit NLD-11 marked for

19  identification.)

20          BY MR. KELLER:

21      Q.   Do you recognize this document?

22      A.   Yes, but that wasn't presented to us at that first

23  meeting in Thailand.

24      Q.   Understood.  Where did you first see this

25  document?

1    A.    I first saw this document -- it was put onto my

2    computer after a second meeting with Jho Low and with Pras

3    and some other people from China.  This is later in the

4    month, a different trip.

5    Q.    So during that first meeting in Bangkok,

6    Mr. Michel, Jho Low didn't provide you or Mr. Broidy with

7    any background material on Guo other than just their

8    conversation and description?

9    A.    You know, not that I can remember.  And it was

10   more so praises of financial situation, like, that Guo had

11   stolen a lot of money and ran away from China.  So that was

12   kind of phrased.

13   Q.    Okay.  So after that meeting, I think the way you

14   said it kind of wrapped up was Mr. Broidy raised the issue

15   of payment.  Jho Low said I do want to move forward with

16   you, but I'll have to arrange payment through a third party

17   -- through a friend; I'll put you in contact with my lawyers

18   in the UK.  And that was essentially it.  There was some

19   conversation about Guo.  There was conversation about the

20   business interest.  Anything else that occurred at the

21   meeting?

22   A.    No, I think that's a good summary.  And then

23   Jho Low left.

24   Q.    And then what happened?

25   A.    And then we all went back to our rooms for a

1  little while.  And this was the middle of the night now,

2  given the time difference of when we landed.  And I met with

3  -- I believe I met with Elliott separately just to say let's

4  have something to eat, you know, let's get back together and

5  everything.  Everybody was trying to arrange their flights

6  since Jho Low had left.  He actually said he was leaving,

7  like, the country so there was no need for us to stay longer

8  than that.  So people were kind of trying to make

9  arrangements.  I went down.  I met with Pras as well.  And

10  then we all reconvened back in my room.  And we ordered room

11  service.  It was now morning.  And we ate.  And then after

12  that, we all separately went to the airport at our various

13  flight times and went back to wherever everybody was going.

14      Q.   And then in the days that followed, May 3rd,

15  May 4th, did you reach out to Mr. Michel to see if there was

16  any additional work from Jho Low?

17      A.   Yes.

18      Q.   I'm showing you Grand Jury Exhibit NLD-12.

19          (Grand Jury Exhibit NLD-12 marked for

20  identification.)

21          BY MR. KELLER:

22      Q.   Do you recognize this as an email from you to

23  Mr. Michel on May 4th just asking for any news?

24      A.   Yes.

25      Q.   And that was with respect to Jho Low?

1      A.   Yes.

2      Q.   So this is about a week later.  I'm showing you

3  now what's been marked as NLD-14.

4           (Grand Jury Exhibit NLD-14 marked for

5  identification.)

6           BY MR. KELLER:

7      Q.   Do you recognize this as an email from Mr. Michel

8  to you on May 12th, 2017?

9      A.   Yes.

10     Q.   And it's saying this is all I can find with his

11  name.  He's nowhere to be found.  And there's a link to an

12  article, "Chinese fugitive billionaire vows to expose

13  corrupt officials."  What was this in reference to?

14     A.   It had to do with Guo.

15     Q.   And if you remember, was Guo the Chinese fugitive

16  billionaire who was making claims about corruption in China?

17     A.   Yes.

18          MR. KELLER.   We've been going for about an hour

19  and a half.  Did any one of the grand jurors need a break?

20  I think we're a little bit more than halfway done.  But

21  we're probably going to go for at least another hour.

22          GRAND JUROR.   I think we could use a break.

23          MR. KELLER.   Take a break?  All right.

24          BY MR. KELLER:

25     Q.   Ms. Lum Davis, if you want to step down.

1      A.    Okay.

2      Q.    You know, you can also take a break, meet with

3  your attorney, use the restroom.  I'll come get you when

4  we're ready.

5           (Whereupon, at 1:57 p.m., the witness was excused

6  and was subsequently recalled at 2:09 p.m.)

7           BY MR. KELLER:

8      Q.    Ms. Lum Davis, you're still under oath.  And we

9  still have a quorum of grand jurors.  So before we broke, we

10  were talking about -- you were testifying about the end of

11  the Bangkok meeting with Jho Low coming back to the U.S., a

12  little bit of information about this Chinese foreign

13  national Guo Wen Gui and efforts to obtain background

14  information about him, some communications between you and

15  Mr. Michel about him.  I want to turn now to payments.  So

16  after that first trip to Bangkok, you guys come back.  It's

17  early May.  Were there payments that started to come in from

18  Jho Low in May of that year, May of 2017?

19      A.    I believe so.

20      Q.    And so I'm showing you another grand jury exhibit.

21  This one's been marked NLD-13.

22           (Grand Jury Exhibit NLD-13 marked for

23  identification.)

24           BY MR. KELLER:

25      Q.    Do you recognize this as a string of text messages

1  or chats between you and Elliott Broidy?

2      A.   Yes.

3      Q.   So I'm going to flip to -- and this is just an

4  excerpt of what's a longer, I think, comprehensive text

5  string.  And so all the page numbers at the bottom are not

6  -- let's see, in the bottom right, are not all sequential.

7  But flipping to page 28 on -- I don't know if you can read

8  that.  Do you see that as May 8th, 2017, in the text message

9  in the middle that I'm pointing to?

10      A.   Yes.

11      Q.   There's a reference both -- from you to

12  Mr. Broidy.  "Both wires in Colfax are from Pras.  The

13  remaining balance was dropped off to your office 20 minutes

14  ago."  That's followed by you texting "702 total cashier

15  check."  And Mr. Broidy responds "Yes."  What were those

16  text messages referencing?

17      A.   I believe that's with regards to the million

18  dollars prior to travel.

19      Q.   So you're just confirming that wires hit the

20  Colfax account for Broidy for that travel?  And then there's

21  also a reference to a 702 total cashier check.  Was that

22  $702,000 in cashier's checks?

23      A.   Yes.  And this is all money from Pras.

24      Q.   That Broidy --

25      A.   That was given to Broidy or wired or something

1  because Broidy had said he wouldn't travel for the meeting.

2      Q.    Right.

3      A.    Yes.

4      Q.    And then moving to what's marked as -- page 30 in

5  the bottom right here.  This is now May 17th 10 days later.

6  So there is a message from you.  "Yes, sent you Wickr.

7  Sending wire to you in the morning.  Did you get second

8  confirm?"  Oh -- I'm sorry.  Mr. Broidy says, "Yes, sent you

9  Wickr.  Sending wire to you in the morning.  Did you get

10 second confirm?"  Then you respond "When Asia opens."

11 What's that back and forth about?

12     A.    I believe this is the first amount of money that

13 actually came from Jho Low's associate into -- it would've

14 gone to Pras first.  And then Pras would've sent it to

15 Colfax.

16     Q.    And do you remember roughly how much money came

17 in, in the initial wire transfer?

18     A.    I think it was somewhere around 2 million dollars.

19     Q.    And then Mr. Broidy says yes -- your question,

20 "Did you get it?"  He answers "Yes, sent you Wickr.  Sending

21 wire to you in morning."  Why was Mr. Broidy sending you a

22 wire?

23     A.    Because he had agreed that whatever Colfax

24 received, he would give me a percentage of it.

25     Q.    And then at the bottom after you say, "When Asia

1  opens," you say, "Baby steps.  At least moving forward now."

2  And then he responds "Yes, hammer them for the next two

3  wires."  So that's a reference to them being Jho Low or

4  Jho Low's people to get the rest of the money in, the full 8

5  million dollars?

6       A.   Yes, well, for me to hammer Pras so that Pras

7  could then pressure whoever he needed to, to have wires

8  sent.

9       Q.   And up above when he says, "Sent you Wickr,"

10 what's Wickr?

11      A.   It's a secure messaging app similar to Signal or

12 WhatsApp.

13      Q.   And when you say secure, does that mean encrypted?

14      A.   Yeah, I believe so.  Just one of the secure apps.

15      Q.   So it's harder for anyone to intercept any

16 messages?  Is that the idea?

17      A.   Yes.

18      Q.   And then does Wickr or Signal or any of the secure

19 apps that you guys were using, did they also have features

20 where messages would auto-destruct after they were sent?

21      A.   Yes.

22      Q.   Did you use Wickr regularly before working with

23 Mr. Broidy and Mr. Michel on this Jho Low matter?

24      A.   I started to use Wickr with Elliott about the

25 beginning of 2017, I think.  And he had suggested -- I'd

1  never heard of it before.  But he owned an intelligence

2  company, you know, the open source intelligence company.  So

3  he said that we should be using Wickr to communicate.  It

4  was more secure.

5      Q.    And in addition to Wickr or Signal and regular

6  text messages, did you also have phone calls with

7  Mr. Broidy?

8      A.    Yes.

9      Q.    And what about Mr. Michel?  How did you most often

10  communicate with him?

11      A.    If we were in the same city in person, they we

12  would meet a lot in person.  Otherwise, yeah, verbally,

13  telephone, sometimes text.  But he would mostly call me.

14      Q.    Were you living in between Hawaii and LA at the

15  time?

16      A.    Yes, sorry.  Yes, I was living in between

17  Hawaii and Los Angeles.

18      Q.    Was Mr. Michel based in LA at that time?

19      A.    Yes.

20      Q.    And so was there, I guess, a fair amount of

21  opportunity for the two of you to meet in person in LA?

22      A.    If I was in LA, yes.

23      Q.    Okay.  So the money starts coming in.  Is there

24  then discussion about another trip?

25      A.    Yes.

1    Q.   And who raises the idea of taking another trip to
2  Asia to meet with Jho Low again?

3    A.   Pras.

4    Q.   Does he say why you would return to Asia just
5  weeks after you had just been to Bangkok to meet with
6  Jho Low?

7    A.   Yes.

8    Q.   What does he say?  Why?

9    A.   That Jho Low would like to discuss the case now
10 more fully, his situation with Elliott.  Because at the
11 first trip, although Jho Low by our understanding, was going
12 to send money before we traveled, he never did.  So even at
13 that first meeting, there had never been any type of money
14 exchanged or anything between Jho Low who wanted services
15 from Elliott and Colfax.  And so it was kind of a feeling
16 out type of meeting.  And now that some money had come in,
17 specifically, like, in the capacity that Elliott and Colfax
18 wanted, Jho Low was saying, okay, now we're serious; I want
19 to talk to you again.

20   Q.   Was there anything else that Mr. Michel said that
21 meeting would be about, the second trip -- the second
22 meeting would be about?

23   A.   Yes, Pras also said, and when we go there to Asia,
24 we'll meet with somebody else who'll give us more
25 information on that fugitive guy, Guo.

1      Q.    And that was Guo?

2      A.    Yes.  Somebody who would explain the situation

3  about Guo more fully.

4      Q.    And so then you guys started to make travel

5  arrangements to return to Asia to meet with Guo and whoever

6  this other person would be to talk about Low's issue and

7  then also talk about this Chinese individual, Guo Wen Gui?

8      A.    Yes.

9      Q.    Showing you what's been marked as Grand Jury

10  Exhibit NLD-15.

11          (Grand Jury Exhibit NLD-15 marked for

12  identification.)

13          BY MR. KELLER:

14      Q.    Do you recognize this as an email from you to

15  Erica Hilliard again, this time at the email address

16  Erica@BroidyCapital, where you're asking for a copy of

17  Elliott's passport for arrangements in Hong Kong?

18      A.    Yes.

19      Q.    And this is dated May 15th, 2017?

20      A.    Yes.

21      Q.    And so the return trip to Asia, did Mr. Michel

22  inform you that the destination would be Hong Kong?

23      A.    Yes.

24      Q.    Did he say who exactly you were going to meet with

25  in addition to Jho Low about the Guo Wen Gui matter?

1    A.    Yeah, I think he said the guy's name.  But it

2    didn't mean anything to us at that point in time.

3    Q.    Did he give you the guy's title or any background

4    about him?

5    A.    No, not at that point in time.  He tried to tell

6    us a little bit about him.  But it wasn't really -- I mean,

7    to be honest, I don't think that we were really focused on

8    it.  The main point in my mind, at least, and I think in

9    Elliott's mind for that second trip was to go there to meet

10   with Jho Low.

11   Q.    So after the emails and the travel arrangements,

12   the discussions with Mr. Michel, do you and Mr. Broidy and

13   Mr. Michel in fact return to Asia, travel to Hong Kong for

14   another meeting?

15   A.    Yes.

16   Q.    And was that in late May?

17   A.    Yes.

18   Q.    2017?

19   A.    Yes.

20   Q.    What happens when you arrive in Hong Kong?

21   A.    When we arrive in Hong Kong, we're greeted again

22   at the gate.  They help us to go through customs and

23   immigration.  And then we're put into separate cars.  I

24   think that I was in a car with Elliott.  There's a number of

25   different cars.  Pras is in a different car.  And there's a

1  bunch of people.  But Jho Low isn't there at the airport.

2  It must be like -- we assume it's his employees or people

3  who work with him.  There's a couple cars.  And then when

4  we're in the car -- I don't know if I was called or if Pras

5  tells me before we get in the car.  He says we're actually

6  going to meet Jho Low over the border.  Because I think it's

7  like 20 minutes or something.  But you cross into China into

8  -- it ended up being this area called Shenzhen which is

9  where we end up going for the meeting.

10      Q.   And Mr. Michel let you know that the meeting was

11  actually going to be in Shenzhen?

12      A.   Yes.

13      Q.   And do you remember -- did he say why?

14      A.   No, he didn't say why.  But what I said was, well,

15  we don't have visas to go into China.  How are we going to

16  be able to go into China?  He said, no, I think they'll take

17  care of it; don't worry; we'll be able to get over the

18  border.  And I said okay.

19      Q.   And was there any issue at the border?

20      A.   We had to just wait in our cars for a while.  They

21  had our passports.  And then we were able to cross.

22      Q.   So you go to Shenzhen.  Where do you go in

23  Shenzhen?  Do you go to another hotel?

24      A.   We go to another hotel.

25      Q.   What happens at the hotel?

1      A.    So almost similar to the last time.  We're each

2    given our own hotel rooms.  And then we -- after a little

3    while, we convene in, I think it's Elliott's room.  And we

4    have a short meeting.  Jho Low meets us there.  And we talk

5    for a little while.  But then he says, oh, the guy who I

6    want you to meet, who's going to explain more about Guo, is

7    here; so let's go meet with him first, and then we'll come

8    back up here and continue our meeting.  So then we go to

9    another hotel suite.  And we meet with a number of other

10   Chinese people.

11      Q.    Did you get anymore background from Jho Low in

12   that initial meeting about who you were going to meet with

13   in the other hotel suite?

14      A.    He just said this was someone, like, in the

15   security apparatus of China and that he was going to give us

16   more information about the Guo situation.  He wanted to talk

17   about it.

18      Q.    And did you learn at some point that this was the

19   Vice Minister for Public Security of China, Sun Lijun?

20      A.    Yes.

21      Q.    And is that who was actually present in the other

22   hotel room when you went for the meeting about Guo?

23      A.    Yes.

24      Q.    And you said he had other people with him, either

25   other government officials or just kind of, like, an

1  entourage with him?

2      A.   Yeah.  Yes, like an entourage.  But he also had an

3  interpreter.

4      Q.   And showing you again NLD Exhibit 20, if you

5  remember, if you recognize him, do you see Sun Lijun, the

6  individual you met with, in the bottom row here on NLD-20?

7  Do you recognize that photo as being Sun Lijun?

8      A.   I believe so.  I mean, this gentleman in the photo

9  that you have looks a lot younger.  But I think I met him

10 later.  And he was in normal clothes.  He didn't have, like,

11 on a uniform.

12     Q.   And when you say you met him later, you mean when

13 he was older?

14     A.   Later in life, yes.

15     Q.   Did Sun Lijun speak through an interpreter?  Or

16 did he speak English?  How did he communicate with you guys?

17     A.   He spoke through an interpreter at that meeting.

18     Q.   And what did he say?

19     A.   He was addressing Elliott most of the time.  And

20 he said that he, in his position in the security services,

21 that he had a longstanding good relationship with FBI

22 Director Comey.  But Comey had just recently gotten fired

23 during that period of time, I believe like a week or so

24 before our trip there.  And so he said he had planned

25 meetings to go to the United States.  And they were with

1  Comey to follow up on a number of strategic initiatives that

2  had been discussed at Mar-a-Lago.  But now that Comey was

3  fired, he didn't know who to meet with.  And he wanted

4  Elliott's suggestions as to how he should -- like, is there

5  any type of guidance because he said that they felt under

6  the Trump administration, things were not clear as they had

7  been in the past, like who they should be talking to, who

8  they should meet.

9       Q.   What did Mr. Broidy say?

10      A.   Mr. Broidy told him that there was somebody who

11  was acting there, that the person who would eventually take

12  Director Comey's place was not selected yet.  So he didn't

13  think it was worth it for Sun Lijun to meet with the acting

14  person and that he suggested maybe he could meet with

15  Jeff Sessions.

16      Q.   And did Mr. Broidy say that he could facilitate

17  and meeting between Lijun and AG Sessions?

18      A.   Yes.

19      Q.   And did Mr. Broidy talk about his connections to

20  the administration and his relationship with Sessions and

21  Trump and other administration officials?

22      A.   Yeah, the same spiel that he gives about, you

23  know, how he's connected and he has a good relationship with

24  a number of people in that administration, et cetera.

25      Q.   Did Lijun seem like he was satisfied, like he was

1    pleased by this?  What did he say back?

2         A.   So he said that there were a few issues he wanted

3    to discuss.  One was the follow-up on the cyber security and

4    different security initiatives that had begun when he was at

5    Mar-a-Lago in the meetings with Trump, President Trump and

6    the president from China.  Then he said he wanted to follow

7    up on also this matter.  He brought up the matter of Guo.

8         Q.   And did he suggest anything that Mr. Broidy should

9    relay back to U.S. Government officials, whether it be

10   Sessions or somebody at the FBI or somebody else in the

11   Trump administration?  Did Lijun tell Mr. Broidy things that

12   the Chinese government would be willing to do in exchange

13   for America sending Guo back to China?

14        A.   Yeah, so basically he gave some more background as

15   to why China wanted Guo extradited back to China, that he

16   was guilty of different crimes, that he had stolen a lot of

17   money.  But in addition to that, there were other issues,

18   like legal issues why they wanted him sent back to China.

19   And he said, you know, if the United States sends him back,

20   we would be willing to send back these hostages that are

21   being held -- American hostages that are being held here in

22   China as well as we could be more helpful with regards to,

23   like, security in general.  And then he also talked about --

24   I believe he talked in that meeting, or if not then, maybe a

25   little later.  But he said that there are a number of

1    prisoners that the Government -- the United States

2    Government had wanted China to take back.  And they were

3    Chinese nationals, I guess, who were in the United States

4    prison system.  And they would finally agree to take back

5    some of those prisoners.

6         Q.   Did Mr. Broidy have any reaction to the proposed

7    trades or the proposed things that China would be willing to

8    do to exchange for Mr. Guo being returned to China?

9         A.   Yes, I think we were all excited actually, and

10   through that that was -- it seemed maybe Mr. Broidy said,

11   you know maybe you're just not getting the message to the

12   right person.  So you should definitely meet with

13   Jeff Sessions and try to get your message through, that you

14   really want this fugitive returned to China and what you

15   guys are willing to offer in order to get make this happen.

16        Q.   And did Mr. Broidy also indicate that he would be

17   able to communicate directly with Jeff Sessions or others

18   upon your return to the U.S. to try and, A, deliver the

19   message about what China was willing to do and, B, set up

20   the meetings for Sun Lijun?

21        A.   Yes, I think he said Mr. Broidy told him there

22   needs to be a formal request since you're a government

23   official, government to government, so you need to put in a

24   formal request or a letter saying that you want to meet with

25   Attorney General Jeff Sessions.  And Sun Lijun, I think

1    said, I think that formal request has already been put in.

2    And then, you know, Elliott said, okay, if you can, send to

3    me a copy of that, and give me what other else information

4    you think would be helpful and I will try to pass it on to

5    the Attorney General, Jeff Sessions at the time, to be able

6    to help facilitate a meeting when you come to America.

7        Q.    Anything else that Mr. Lijun raised or Mr. Broidy

8    raised or anybody else during that meeting where Mr. Lijun

9    was present?

10       A.    Not that I can recall.

11       Q.    So then what happens then?  What happens after the

12   meeting with Vice Minister Lijun is over?

13       A.    We go back upstairs.  We leave.  And it's now

14   Pras, Jho Low, me, and Elliott.  And we go back upstairs to

15   Elliott's suite.  And we continue our meeting.  And we order

16   lunch and have lunch together.

17       Q.    Did Jho Low say or did you get an understanding or

18   a sense of why Jho Low was facilitating this meeting between

19   Broidy and Sun Lijun?  Did it seem like Jho Low had some

20   connection to China or Lijun or that, you know, he wanted

21   Broidy to help Lijun out as part of whatever Broidy was

22   doing for Jho Low?

23       A.    So it seemed like Lijun -- I mean, it seemed like

24   Pras and Jho Low has a pre-existing relationship or had

25   somehow known Lijun or met Lijun before Elliott and I met

1   him.  With regards to why he was bringing it up to Elliott,

2   it seemed, in our mind at that point in time, like he

3   thought Elliott was very well connected and could be helpful

4   to this issue.

5       Q.   So you went back up to another hotel room after

6   Mr. Lijun leaves.  And then do you all discuss more

7   specifics on Jho Low's issue as opposed to the Guo issue?

8   Do you return to Jho Low's cases and what's going on there?

9       A.   Yes, at that point in time, we're mostly focused

10   on Jho Low.  And Jho Low is talking again about his case and

11   wants to know what Elliott's ideas are about moving forward

12   to help get some type of positive resolution on his

13   situation.

14       Q.   And what does Mr. Broidy say?

15       A.   He again talks about the fact that he thinks he

16   knows the incoming U.S. Attorney.  He kind of reiterates

17   everything that he said before.  And then they also talk

18   about Malaysia.  And I believe it's at this meeting that

19   maybe Jho Low mentions -- there's supposed to be a meeting

20   between the prime minister of Malaysia and President Trump.

21   And they'd met before.  And they supposedly have a good

22   relationship.  But no date has been set yet.

23       Q.   And so does Jho Low ask Mr. Broidy to help try and

24   get a date set for a meeting between the Malaysian Prime

25   Minister and President Trump?

1     A.    Yes -- I don't remember if he asked or if

2 Mr. Broidy, on his side, says, oh, let me see if I can get

3 some clarification on that or try to see what the date is or

4 try to get a date set.   But that's agreed upon, that

5 Mr. Broidy will follow up on that.

6     Q.    And did Mr. Broidy also reference maybe bringing a

7 congressional delegation over to Malaysia to meet with some

8 Malaysian government officials?

9     A.    Yes, I believe that the first time he actually

10 mentioned that may have been in Thailand in the initial

11 meeting.   And then he brings it up again.

12     Q.    And was this in the context of the upcoming

13 Malaysian presidential election?

14     A.    I think it was -- in Elliott's mind, when he

15 proposed it, I think it was two-fold.   One, it would make

16 the prime minister, himself, maybe look good, like he had a

17 good relationship with the United States.   But secondly, I

18 think Elliott thought it would help make himself look good

19 so he could garner the business to establish an excellency

20 center in Malaysia.

21     Q.    As part of his Circinus business that you

22 referenced before?

23     A.    Yes.   Yes.

24     Q.    At the end of that meeting, that second meeting in

25 Hong Kong now where it's just you, Mr. Michel, Mr. Broidy,

1  and Jho Low, did Mr. Michel use a thumb drive to put a

2  document on your computer that I think I showed you earlier?

3       A.   Yes, so before we leave, it's almost, like, right

4  before Jho Low says, oh, I have to leave, I'm leaving, and

5  we say okay, nice to see you, Pras comes to me.  And I'm the

6  only one who has a computer.  He goes, hey, I have to put

7  something on your computer.  And then when we get back to

8  America, give it to Elliott and, you know, Robin.  And I

9  said okay.  So he puts it on.  I don't think that I looked

10  at it at that point in time.  It was just a file on my

11  desktop.

12       Q.   Did you look at it at some point?

13       A.   Yeah, when I got back to the United States, I

14  looked at it.

15       Q.   Showing you what's been marked as Grand Jury

16  Exhibit NLD-11.  Is this the document that Mr. Michel put on

17  your computer?

18       A.   Yes.

19       Q.   And it's multiple pages.  But is it essentially a

20  summary of different allegations against Guo Wen Gui for

21  things that he did in China?

22       A.   Yes, I think that it's, like, eight different

23  cases that are pending or something, it says.

24       Q.   Okay.  And this was information that Mr. Michel

25  said -- you just testified to this, I think -- but that

1  Mr. Michel said for you to give to Mr. Broidy to pass on to

2  Robin and U.S. Government officials when he got back?

3      A.   Yes.

4      Q.   So that is late May; is that right?  That Hong

5  Kong trip?

6      A.   Yeah, mid to late May.

7      Q.   Okay.  And then anything else happen in Hong Kong

8  with Jho Low or with Lijun before you guys return?

9      A.   No, we all go our separate ways once we get back

10 to Hong Kong.  They drop us off at the airport.  And we each

11 have different trips, different flights to depart out of

12 there.

13     Q.   Was there any more discussion with Low about

14 payment or additional wires or anything before the end of

15 that meeting, the second meeting with just you and

16 Mr. Michel and Mr. Broidy and Jho Low?

17     A.   Not that I can remember specifically.

18     Q.   And, again, Robin was not there for that meeting?

19     A.   No.

20     Q.   As far as you're aware, did Robin ever meet with

21 Jho Low?

22     A.   No.

23     Q.   Ever have any contact, phone calls, emails, any

24 contact with Jho Low?

25     A.   No, she just communicated with me, right?

1  Remember, there was a wall.

2      Q.   Right.  And then any contact that you're aware of

3  with Jho Low's legal team -- between Robin and Jho Low's

4  legal team you referenced in the UK or other lawyers that he

5  had hired?

6      A.   I don't know if she was on some of the meeting or

7  calls that Elliott had separately from me with the legal

8  team.  I was only on one time with Elliott and the legal

9  team, I believe one time when there was a conference call.

10     Q.   Was Robin on that call?

11     A.   No, I don't believe so.  No.

12     Q.   And no other calls that you're aware of?  No other

13  contacts between Robin and the legal team that you're aware

14  of?

15     A.   Not that I'm aware of.  And Elliott did have

16  contact with that legal team without me, with the UK legal

17  team.

18     Q.   Okay.

19     A.   He did contact them without me.

20     Q.   So you return to the United States.  I'm going to

21  go back to your communications with Mr. Broidy in Grand Jury

22  Exhibit NLD-13, this time looking at page 31, again,

23  according to the markings in the bottom right which, as I

24  said, for the record, are not sequential.  So on page 31,

25  this is going to be mid to late May, so on May 18th.  It

1   looks like you're texting about the flight here in the

2   middle. "En route to LA. Will be on your flight tonight.

3   Will send text when I land." Mr. Broidy responds "Great."

4   And then he says, "Have a good flight." You say, "Thank

5   you." And you say, "Just landed. Check Wickr. I'm on the

6   runway. Delay two hours. Frustrating." Mr. Broidy just

7   responds talking about the airlines. This is now -- it

8   looks like the text go from May 18th to May 20th. I'm

9   assuming that's because of the time difference and how long

10   the travel took from Hong Kong to get back to the United

11   States?

12      A.   Yeah, when I was saying, on the 20th, that I'm on

13   the runway in delay, that was leaving Hong Kong already.

14   The meeting had already taken place.

15      Q.   Oh, okay.

16      A.   Um-hum.

17      Q.   So this is the -- the text messages on the 18th

18   are on the incoming flight?

19      A.   Yes, that's coming -- I went from Hawaii to Los

20   Angeles. And then we flew overnight and landed in Hong

21   Kong, did the meeting, and as soon as the meeting was over,

22   we all tried to get back home.

23      Q.   Okay. So you're leaving on May 20th. And

24   Mr. Broidy says, "Thank you. Have a nice flight. Get some

25   rest. I'll try to make this a big week for us with Jeff."

1   He's referring to Attorney General Jeff Sessions there?

2       A.   Yes.

3       Q.   And that's a big week, meaning he's going to

4   discuss the Guo situation with the Attorney General?

5       A.   Well, both.  He was supposed to be able to talk to

6   Attorney Jeff Sessions on Jho Low and on Guo.

7       Q.   So shortly after that, then -- shortly after you

8   and Mr. Broidy and Mr. Michel return to the United States --

9   I know that during the meeting in Shenzhen, you testified

10  that Sun Lijun, the Vice Minister, said that he had upcoming

11  meetings scheduled that he was trying to figure out who to

12  meet with because Comey had been fired, the FBI director.

13  So did he actually come to the United States for those

14  meetings shortly after that?

15      A.   Yes.

16      Q.   Were you contacted about his trip to the U.S. or

17  once he arrived in the U.S. about his meetings?

18      A.   He contacted me.  I was caught off guard when he

19  called me saying that he was already in the United States.

20  And he called me directly on my mobile phone.

21      Q.   Had you provided that contact information to him

22  when you guys met in Hong Kong or in Shenzhen?

23      A.   No.  And actually, it fell outside of the

24  protocol, right?  Because he shouldn't be calling me

25  directly.  And it also was a little scary and weird to me

1   because he's from the security services somehow in China.

2   And he's calling me directly on my mobile phone.  And I

3   never gave him my mobile phone number.

4       Q.   So it made you uncomfortable that a Chinese

5   security official from the Government of China is calling

6   you directly and has been able to get your contact

7   information?

8       A.   Yes.

9       Q.   Did you ask Mr. Michel, who was supposed to be the

10  intermediary between Jho Low and Lijun and you and

11  Mr. Broidy, why you were being contacted directly?

12      A.   Yeah, so I kept trying to reach Pras during that

13  period of time after I received the phone call.  And his

14  phone was going straight to voicemail.  And eventually it

15  goes through.  But he's on an airplane.  He's flying back

16  from the Middle East back to the United States.  So I guess

17  they had Wi-Fi at a certain point.  So he says, hey, I'm on

18  the plane; I don't even know how your call came through.  I

19  said, well, the guy from China just called me on my phone.

20  What's going on?  How did he have my number?  Did you give

21  him my number?  He said, no, I'm sorry; I'll take care of

22  it; that's awful.  You know, he apologized to me.  But he

23  was still in the air at that point in time.

24      Q.   So did you respond -- well, I guess you said it

25  was a phone call.

1    A.    Um-hum.

2    Q.    So what did Mr. Lijun say to you during the call?

3    A.    He referred to Mr. Broidy as my boss.  And he said

4    was your boss able to set up a meeting with Sessions or any

5    meetings for me; I'm here in the United States.

6    Q.    What did you tell him?

7    A.    I told him that I would check and I would get back

8    to him; I would follow up with Elliott.

9    Q.    So then what did you do?  Did you contact

10   Mr. Broidy?

11   A.    Yeah, so then I contacted Elliott.  And I said,

12   Elliott, this guy, the guy we met in China, he's here.  And

13   he wants to know if you had any movement with setting up a

14   meeting with Attorney General Sessions or anybody.  And he

15   called me on my phone.  He has my number.  And he's in D.C.

16   So I knew that Elliott was on his way to D.C. or he was

17   there.  So I said let me give him your number and he can be

18   in contact directly with you.

19   Q.    And what did Mr. Broidy say?

20   A.    And Elliott said, please, please do not give him

21   my number.  I don't want him calling me either.  So since he

22   already has your number, can you just communicate and pass

23   the message that I'm working on it and that, you know, I'll

24   get back to him.

25   Q.    And did Mr. Broidy tell you that he was in fact

1  reaching out to Attorney General Sessions and other

2  government officials, the Secretary of the Department of

3  Homeland Security, John Kelly, and others to try and set up

4  meetings for Sun Lijun?

5      A.   Yes.  And he supposedly had sent over the

6  information that had been put on my computer that I had

7  forwarded to him and to Robin.  He had forwarded that to

8  Attorney General Sessions, he said, along with a memo.  But

9  I didn't see that memo.

10     Q.   And did he tell you whether he had met directly

11 with Attorney General Sessions for dinner or drinks?

12     A.   He said that he was trying to meet with

13 Attorney General Sessions for drinks.

14     Q.   Showing you what's been marked Grand Jury Exhibit

15 NLD-16.

16          (Grand Jury Exhibit NLD-16 marked for

17 identification.)

18          BY MR. KELLER:

19     Q.   Do you recognize this is an email from you to

20 Robin with an attachment -- an image attachment?

21     A.   Yeah, I mean I see that's from me.  I don't know

22 what the image would be.

23     Q.   Okay.  And then looking at the second page --

24     A.   Yes.  So --

25     Q.   Do you recognize the attachment?

1      A.   Yes, so this is the letter.  Remember I had said

2   that when we were in the hotel room, Mr. Broidy had

3   requested a formal letter that had been to request letter.

4   And Sun Lijun said, oh, I think one was already done or

5   something like that.  So this is a copy of a letter that had

6   been sent over to Attorney General Sessions from the Chinese

7   Embassy requesting meetings, I believe.

8      Q.   And it's difficult to read.  But there's at least

9   some referenced there to -- "I am wanting to introduce you

10  to Mr. Sun Lijun, Vice Minister of Public Security of

11  China."  Do you see that in the first sentence of the second

12  paragraph?

13     A.   Yes.

14     Q.   And then there's also reference below in that

15  paragraph about Secretary of Homeland Security John F.

16  Kelly.  He has instructed Vice Minister Sun to work closely

17  with his U.S. colleagues to prepare for their -- I'm not

18  sure, inaugural dialogue or something?

19     A.   Yes.

20     Q.   Was there a response from Attorney General

21  Sessions?

22     A.   To Elliott and Robin, I don't believe so.  But I

23  think that there was a response that the Attorney General

24  wrote back to -- in response to this letter -- to the

25  ambassador.

1     Q.   And how are you aware of that response?

2     A.   So once Pras landed into the United States, he

3 then did really take over as -- he went to go meet with Sun

4 Lijun and his delegation since they knew each other.  And I

5 think he met them in New York.  At this point we're already

6 in New York City.  And he was with them.  And he saw this

7 letter.  And he actually sent me a photo of it -- a

8 screenshot.  And then I forwarded it to Robin and Elliott.

9 And then he also -- he said that he couldn't send me a

10 screenshot.  They wouldn't let him take a picture of it.

11 But he read, out loud to me, what the letter said, the

12 response they received from Attorney General Jeff Sessions.

13     Q.   And this was something that Lijun and his people

14 had given to Michel saying this is what we got back from the

15 Attorney General or this is what our embassy got back -- the

16 Chinese Embassy got back?

17     A.   Yes.

18     Q.   And what was the gist of the response, if you

19 remember?

20     A.   Basically saying I don't think I'm going to be

21 able to meet with Minister Sun Lijun while he's here at this

22 point in time.  I look forward to, like, continuing the

23 dialogue with regards to security.  But there are three --

24 there's issues that, like, are very important to the United

25 States.  And one of them being the hostages -- three

1 American hostages. And in particular, one of the hostages

2 is pregnant. And we want her to be released as soon as

3 possible because soon she won't be able to travel.

4     Q. And so after you get some of this information from

5 Mr. Michel, he's back on the ground. Mr. Lijun is in

6 New York. At some point, does Mr. Lijun go to D.C.?

7     A. Yes.

8     Q. And Mr. Broidy is also in D.C.?

9     A. Yes. So I don't know exactly when he travels back

10 to D.C. But, like, I think it's the night before he's

11 leaving, somehow he contacts me again. He calls me and says

12 that he -- all his meetings, he wasn't successful. And he's

13 going to go back to China. And he wanted to meet with

14 Elliott at least one time before he left.

15     Q. And before that meeting with Elliott, did you and

16 Mr. Broidy, were you exchanging messages about Elliott's

17 efforts -- Mr. Broidy's efforts to set up meetings for

18 Lijun with U.S. Government officials?

19     A. Yes. So at this point in time, Pras had been on

20 the ground already. So it was me talking to Pras and Pras

21 talking to them. But I learned that a number of the

22 meetings that Sun Lijun even had scheduled through Pras, I

23 learned they got canceled once he landed in the United

24 States. And then Elliott said that he had been able to

25 reinstate or to schedule a meeting with Secretary Kelly who

1  was, at that time, head of Homeland Security.  But that

2  didn't happen because when I looked online, I saw that

3  Secretary Kelly was actually out of the country.

4      Q.   So just showing you page 37 of Grand Jury Exhibit

5  NLD-13, these are the text messages between you and

6  Mr. Broidy.  Looking here, the third message from the top,

7  this is on May 31st, 2017, you're saying "In principal,

8  Kelly us ok- just a schedule issue?"  Is that with respect

9  to a meeting between Lijun and Secretary Kelly?

10     A.   Yes.

11     Q.   And Mr. Broidy responds "Just a short notice

12  scheduling issue.  Still might hear in the next hour or so.

13  No issue with the [Vice Minister]"?

14     A.   Yes.

15     Q.   And Mr. Broidy's saying "Please pass along my good

16  wishes to the [Vice Minister].  Wait a little while longer."

17  You say, "Yes, I'm telling him that."  He says, "Great.

18  Tell him I'm telling [White House] and Sessions what

19  happened."  Is that what you understood WH to be?  White

20  House?

21     A.   Yes, um-hum.

22     Q.   And then you raised the fact that Secretary Kelly

23  was scheduled to be in Haiti.  Mr. Broidy said no one

24  mentioned that.  Then you say you "just spoke [with the Vice

25  Minister].  He sounded like he was crying.  It's really

1  sad."  Mr. Broidy says it's a mess; but it's not our fault.

2          So as you said, no meeting is able to be arranged

3  between the Vice Minister and Secretary Kelly?

4      A.   No.

5      Q.   But there was a meeting then between Mr. Broidy

6  and the Vice Minister?

7      A.   Yes.

8      Q.   What did Mr. Broidy tell you happened at that

9  meeting?

10     A.   He told me that they met.  I don't remember

11 exactly what they continued to discuss.  But I know that

12 Pras, me, and Elliott decided before that meeting that

13 Elliott should ask the Vice Minister to, in good faith even

14 though all his meetings were canceled, to at least release

15 the woman who was pregnant.

16     Q.   And did that actually happen?

17     A.   Yes, within a few days.  Pras sent me notice that

18 the woman, the hostage, the mom was on a flight back.

19     Q.   So looking at page 38 of that text exchange, so

20 this is a continuation of the conversations after Mr. Broidy

21 says it's not our fault that the meeting didn't happen.

22 Then you ask "Any word on a date?"  What is the date that

23 you're referencing there?

24     A.   I believe that's the date with regards to

25 Malaysia's prime minister with President Trump that had been

1   discussed in the earlier -- when we were in Hong Kong with

2   Jho Low.

3       Q.   And so you said, "Let's focus on other thing.

4   Distract and redirect our client."  Mr. Broidy says, "I will

5   get."  That's all in reference to the date and the meeting

6   between the Malaysian Prime Minister and President Trump?

7       A.   Yes.

8       Q.   So, essentially, the meetings didn't work out for

9   Lijun, but let's try and work on the Malaysian Prime

10  Minister-Trump meeting; maybe we can keep our client happy

11  that way?

12      A.   Yes.

13      Q.   So at this point -- and did Mr. Broidy indicate to

14  you that he was actually reaching out to various government

15  officials to try and get the date for the meeting between

16  the Malaysian Prime Minister and President Trump?

17      A.   Yes.

18      Q.   And one of those officials was the then White

19  House Chief of Staff, Reince Priebus?

20      A.   Yes.

21      Q.   So this is now late May 2017.  But even at the

22  beginning of this, in early 2017, January 2017 when

23  Mr. Michel first raises this potential issue, work on behalf

24  of Jho Low with you, were you aware of the Foreign Agents

25  Registration Act or FARA?

1      A.   Yes.

2      Q.   And then fast-forwarding to May -- late May, early

3  June, Mr. Broidy's working on this date.  He's contacting

4  the White House Chief of Staff trying to get a meeting for

5  the Malaysian Prime Minister.  He's been working to get

6  meetings for Sun Lijun.  Did you have a concern that based

7  on those contacts, he needed to register under FARA and

8  publicly disclose that he was working on behalf of Jho Low?

9      A.   It was more so -- yeah, that he was now in contact

10 with government officials trying to get, like, this date for

11 the prime minister and for -- together with President Trump.

12 And so I did ask him about it.  I said do you think that you

13 should register?

14     Q.   And what did he say?

15     A.   He said, no, because Jho Low is a client, and I'm

16 also trying to get this business in Malaysia, so it's kind

17 of just part of business development; I don't think I need

18 to register.

19     Q.   And did you have multiple conversations with him

20 about it?  Did you raise it multiple times kind of over the

21 course from early 2017, you know, through the end of the

22 summer or middle of summer 2017?

23     A.   Yeah, from May throughout the summer, we discussed

24 it.  Not like every day.  But I brought it up a number of

25 times.

1     Q.   And was he fairly emphatic or categorical that he

2   did not want to register and that he did not have to

3   register?

4     A.   He told me that he didn't need to register, and

5   that if he felt that he did need to register, then, you

6   know, he would.  And, yes, he was very emphatic about it.

7     Q.   At some point, did it even rise to a level of a

8   heated discussion or an argument?

9     A.   Yes, I told him don't you think maybe you should

10  register or that you need to register?  And he said, no; you

11  know, I got legal opinion on it, and they said I don't, so

12  I'm not; if I need to register, then I will.  And it got a

13  little heated.  So that was kind of the last time I brought

14  it up.

15    Q.   And so after that, you left it alone and you guys

16  continued in your work for Jho Low and on the Guo piece as

17  well?

18    A.   Yes.

19    Q.   With respect to him saying he got a legal opinion

20  or legal advice, did he tell you where he got that legal

21  advice?  Did you have any understanding?  Was that from

22  Robin?  Was that from somebody else?  Did you know?

23    A.   I didn't know.

24    Q.   And do you know whether he even, for certain, got

25  any legal advice about FARA?

1     A.   No, I couldn't confirm that with you.

2     Q.   At some point, did you mention this ongoing or

3 some of these discussions or the issue of registration or

4 FARA to Mr. Michel?

5     A.   Just in terms of telling him in conversations

6 that, you know, Elliott felt that he did not need to

7 register.

8     Q.   But that you were concerned that maybe he should

9 register?

10     A.   Right.

11     Q.   And did Mr. Michel have any response?  Or did you

12 guys discuss it any further?  Or it was just common in

13 passing?

14     A.   I don't believe that Mr. Michel said anything

15 about it really.  I think it was something that I made a

16 comment on in one of our many conversations.

17     Q.   Okay.  So looking back at the text messages

18 between you and Mr. Broidy now, again, just to reset the

19 chronology, there's the trip to Bangkok in early May, then

20 the trip to Hong Kong in mid to late May.  You guys come

21 back.  Mr. Lijun -- Vice Minister Lijun shows up in late

22 May, early June.  Unsuccessful attempts to schedule the

23 meeting between him and Secretary Kelly or Attorney General

24 Sessions.  And then I assume after Mr. Broidy's meeting with

25 Sun Lijun, Lijun goes back to China, at least as far as you

1  guys know?

2       A.    Yeah, as far as we know.   Yes.

3       Q.    And so then in the rest of June and July, did the

4  efforts continue to try and, A, get Guo returned to China

5  and also to get try and help Jho Low resolve the 1MDB

6  matter?

7       A.    Yes, throughout the summer, Elliott is still

8  working on the 1MDB matter.   And he's also trying to secure

9  the date for the visit between Malaysia's Prime Minister and

10 Trump.   And he's also trying to get a golf date for the two

11 of them to play together.   In addition to that, there was a

12 mad scramble trying to get the other U.S. hostages released

13 before July 4th.   We did a big push for that.   But it didn't

14 happen.

15      Q.    And that was all in connection with --

16      A.    Guo.

17      Q.    Guo and the U.S. agreeing to return him to China?

18      A.    Yes.

19      Q.    So just as an example of that, now showing you

20 page 46 of the text chain, Grand Jury Exhibit NLD-13,

21 between you and Mr. Broidy, on June 30th, there's a text

22 message from you to Mr. Broidy:   "Can we get proof today

23 about revoke?"   "From RP?"   "Can we get proof today about

24 revoke?"   "Are you on a flight?"   A response from

25 Mr. Broidy, "Spoke to RP at length.   Call me when you can."

1          What's that exchange about?  Revoke what?

2      A.   That was about Guo.  It was like revoking his

3  visa, I think.

4      Q.   And who is RP?

5      A.   Reince Priebus.

6      Q.   Do you remember Mr. Broidy says, "Spoke to [Reince

7  Priebus] at length.  Call me when you can"?  Do you remember

8  getting a download from Mr. Broidy about his conversations

9  with Reince Priebus on revoking the visa?  Do you remember

10  what was said?

11      A.   Yeah, I believe -- what I can recall is that

12  Reince Priebus said that he was working on the date between

13  the Prime Minister and Trump and would see about even the

14  golf game.  And then with regards to Guo, I think he said --

15  well, Elliott told me that they were in the process of

16  revoking his visa.  It may have been revoking it.  Or it was

17  going to expire and they wouldn't, like, renew it.  I can't

18  remember exactly.  But something to do with that.

19      Q.   Okay.  And then page 50 of that same text chain,

20  now we're into July.  We're in late June in the last

21  exchange.  This is now 10 days later, July 11th.  You text

22  Mr. Broidy, "Wickr."  "It's 5 p.m.  I think we need to make

23  a move.  Date and otherwise.  We're getting killed."  "Call

24  me please --"  "Please call because we need to strategize."

25          Throughout the text chain -- and we talked about

1  this already.  But there are multiple references to Wickr.

2  Why would you send some messages on regular text and other

3  messages on Wickr?  When you were having a conversation over

4  regular text, why would there also be messages sent over

5  Wickr?

6      A.  Just for privacy reasons.

7      Q.  So were those message -- whatever was going to

8  Wick more sensitive whether it was screenshots or other

9  information that Mr. Michel had told you was coming from

10  Jho Low or Lijun?  It was more sensitive information that

11  you would convey over Wickr?

12      A.  Yes, I don't think you could do screenshots or

13  send attachments in Wickr.  But you could send messages.

14      Q.  Okay.  And you're saying, "I think we need to make

15  a move.  Date and otherwise.  We're getting killed."  What

16  is that in reference to?

17      A.  Pras was getting on me because now money had been

18  paid to Colfax.  A couple of wires had already been

19  received.  Not everything.  And Pras was on top of me saying

20  no progress had been made on Jho Low's case.

21      Q.  Or on the date for the Prime Minister, for a

22  meeting or for golf?

23      A.  Yeah, the date and golf thing was kind of like --

24  if you're not able to move and get a resolution on Jho Low's

25  case right now because it's so complicated and complex, then

1  at least -- this is what Pras was saying to me -- at least,

2  can you guys get a date for the visit at the White House or

3  golf game or something like that so that Jho Low is happy or

4  feels like, you know, stuff is happening.

5     Q.   And at this point, you were saying you guys had

6  received millions of dollars, you know, from a third party

7  on behalf of Jho Low.  And so Pras was telling you we really

8  need to show some results?

9     A.   Yeah, well, Colfax had received millions of

10  dollars at that point already, yes.

11     Q.   Sorry.  When I say you guys, I mean the money

12  comes into Pras first; is that right?

13     A.   Right.

14     Q.   And then money goes to Colfax.  And then money

15  goes to you and possibly to other Broidy entities from

16  Colfax?  I don't know if you know or not.

17     A.   Yeah, I don't know what happened after it went to

18  Colfax except for the money that he obviously transferred to

19  me.

20     Q.   And then the next page, just following up on that

21  message after you're saying "We're getting killed," you're

22  saying "I'm getting inundated."  He says, "See Wickr," "Now

23  for a call," "Send me a text on Wickr.  I'm taking off and

24  need to get to [White House]," "Taking off.  Need now."  So

25  inundated, again, it's the --

1    A.    Pras.

2    Q.    -- repeated contacts from Pras that needs to be

3    results?  Do you remember what Mr. Broidy's referencing when

4    he's saying I need something now -- he's going to the White

5    House, he needs something now?

6    A.    Yeah.

7    Q.    And then you say, "Done."

8    A.    So I don't remember exactly what he was talking

9    about.  But he must've need some type of information or

10   something like that.

11   Q.    Okay.  And you sent it over Wickr?

12   A.    Um-hum.

13   Q.    He says, "Trying to get McMaster to do a call

14   ASAP."  Do you remember who McMaster was?

15   A.    General McMaster.

16   Q.    Did he have some role on the National Security

17   Council or some other role in the Government?  Do you

18   remember?

19   A.    Yeah, I think he was in the National Security

20   Council.

21   Q.    Further down, there's another referenced to Wickr.

22   "Ok please call."  And then you say, "Pras met with FBI."

23   And this is July 13th, 2017.  Did Pras tell you that he met

24   with the FBI?

25   A.    Yes, Pras told me he went to meet with the FBI.

1    Q.   And did he tell you that he initiated the meeting,

2  that he reached out to meet with the FBI or that the FBI had

3  come to interview him or meet with him?

4    A.   He told me he had reached out to the FBI.

5    Q.   And why was he meeting with the FBI?  What was he

6  meeting with them about?  Was it Guo?  Was it Jho Low?  Was

7  it something else?

8    A.   He said that he -- well, we all were a little

9  perplexed as to why Guo wasn't being returned given what it

10 seemed like China was willing to give back.  So he said that

11 through his contacts at the FBI, he wanted to ask them about

12 Guo and see if, you know, everything that we had heard was

13 true or just try to get some feel on what the situation was

14 there.

15   Q.   And A, that would be able to better inform your

16 internal discussions about what you guys could do to try and

17 help get Guo returned to China.  And B, it would also,

18 perhaps, give Michel information that he could relay back to

19 Jho Low and Lijun about where Guo was, what FBI's

20 involvement was, kind of what the U.S. Government position

21 was on Guo?

22   A.   I don't know -- the first part of what you said is

23 what Pras told me why he was meeting with them.  I don't

24 know if he was also relaying that information back to Jho

25 Low and Sun Lijun.

1     Q.   And then the text messages about movement and

2  needing to show results kind of continue.  So this is now on

3  July 17th, 2017.  You texting Broidy, "Reince needs to give

4  you this date now and ask him for update on other thing.  We

5  look impotent."  Broidy says, "Agree.  Hammering away."

6          This is, again, referencing a date for the meeting

7  between the Malaysian Prime Minister and President Trump?

8     A.   Yes.

9     Q.   So from what Mr. Broidy tells you, and I think

10  what you testified to earlier, the efforts to get the White

11  House to provide an official date for the meeting with the

12  Malaysian Prime Minister and also to try and remove Guo,

13  extradite him, revoke his visa, whatever it was going to be,

14  get him sent back to China, and the efforts on 1MDB, that

15  all continues throughout June and July and August?

16     A.   Yes.

17     Q.   I'm showing you now what's been marked as NLD-17.

18          (Grand Jury Exhibit NLD-17 marked for

19  identification.)

20          BY MR. KELLER:

21     Q.   This is an email from Mr. Broidy to his assistant,

22  Erica Hilliard, on August 7th.  The subject line is "Re:

23  Call with Nickie [August 7th]."  And there appear to be

24  talking points here referencing Secretary Tillerson who --

25  did you understand Secretary Tillerson to be Rex Tillerson,

1  the Secretary of State at the time?

2      A.   Yes.

3      Q.   Did you discuss any kind of meeting between

4  Secretary Tillerson and the Malaysians with Mr. Broidy?  Or

5  do you recall seeing this document or parts of this document

6  being put together as talking points for the meeting between

7  Secretary of State Tillerson and either the Prime Minister

8  or somebody else from Malaysia?

9      A.   Yes, I think there was some kind of conference

10  going on in Southeast Asia during this period of time.  So

11  there was a scheduled meeting between Secretary Tillerson

12  and the Prime Minister from Malaysia that was going to

13  happen.

14      Q.   And the reference to the call with Nickie,

15  August 7th, is that -- if you remember, did that reference

16  some discussion that you and Mr. Broidy had about this

17  meeting between Secretary of State Tillerson and the

18  Malaysian Prime Minister, Najib Razak?

19      A.   I can't remember if it was specifically a call or,

20  you know, I saw him in person or what it may have been.

21  He's referencing it as a call.  But I don't remember that

22  call specifically on that date, you know?

23      Q.   Okay.  But you remember, at some point, discussing

24  the meeting between Tillerson and Najib?

25      A.   Right, that Elliott was going to have some type of

1  discussion.  He said that he knew somebody who was on the

2  team traveling with Secretary Tillerson.  And so he was

3  going to kind of, you know, push some points forward.

4      Q.   Okay.  And there are a variety of points here

5  including North Korea, counterterrorism, economy, and then

6  what's listed as number 4, MBD, "1MDB on all levels this is

7  being handled by Saudi Arabia and Abu Dhabi and Malaysia,"

8  "No American has been harmed by any 1MDB," "Involvement of

9  US prosecutors as caused unnecessary tension, could cause a

10  negative reaction among Malaysia."  This is all about Jho

11  Low's matters -- Jho Low's case; is that right?

12      A.   Yes.

13      Q.   At some point, did a date actually get set for the

14  Malaysian Prime Minister and President Trump to meet?

15      A.   Yeah, sometime in late summer.  I believe it's end

16  of July or beginning of August or something like that.

17  There's a date that gets set for September.

18      Q.   Showing you what's been marked as NLD-18.

19          (Grand Jury Exhibit NLD-18 marked for

20  identification.)

21          BY MR. KELLER:

22      Q.   Do you recognize this as an email that you sent to

23  Mr. Broidy on September 11th, 2017?

24      A.   Yes.  So this is when the Prime Minister of

25  Malaysia is already in Washington, D.C.  And he's staying at

1   the Trump Hotel.  I'm staying there.  Elliott's staying

2   there and so is Pras.  And Elliott ask me to -- because on

3   my computer -- to ask me to type up this letter and send it

4   to him so that he can arrange to have it delivered or try to

5   have it delivered to the White House in advance of the Prime

6   Ministers meeting with Trump.

7       Q.   And you said you and Mr. Broidy and Mr. Michel are

8   all in D.C. together at this point?

9       A.   Yes.

10      Q.   And are you meeting with the Prime Minister,

11  Najib?  Or you just know that he is also in town?

12      A.   We did meet him.

13      Q.   And that's the day before he's scheduled to meet

14  with President Trump?

15      A.   Yes.

16      Q.   And did you discuss 1MDB at that meeting at least

17  while you were present with Prime Minister Razak?

18      A.   Yes, he brings it up.

19      Q.   Do you know whether this letter was ever delivered

20  to the President?

21      A.   I thought it had been delivered.  But I've since

22  found out, in my discussions, that Elliott said that it was

23  not delivered.

24      Q.   So you reference some of the wire transfers.  Did

25  money continue to come in over the course of the spring and

1   the summer?

2          A.   Yes, mostly throughout the summer.

3          Q.   And eventually, did the full 8 million dollar

4   retainer that was contemplated in that draft agreement, even

5   though it was never executed, was it your understanding that

6   the full 8 million came in?

7          A.   Yes.

8          Q.   And Mr. Broidy paid you your percentage of that,

9   which ended up being roughly 3 million?

10         A.   Yes.

11         Q.   Did you understand that Mr. Michel was also trying

12  to get Jho Low or his associates to invest in an

13  entertainment venture that you and Mr. Michel had discussed,

14  an international entertainment venture, you know, at the

15  same time, spring and summer of 2017?

16         A.   Yes.  Way back in May, actually, when I first went

17  to Thailand, Pras had said to me on that trip that, hey, the

18  bigger picture is I got one of Jho Low's business associates

19  to agree to invest in my entertainment fund.  And I know

20  that you've always done entertainment.  And you've produced

21  stuff and things like that.  And you're my girl.  So I want

22  to give you -- you know, I'll invest into your entertainment

23  company with the money that I will be able to get.  It

24  hadn't been finalized yet.  But in principle, he said that

25  he had this guy who was interested to do it.

1      Q.   And so then, you know, over the summer, you guys

2    are doing this work on behalf of Jho Low and the work on

3    Guo, the work on the date for the meeting with

4    President Trump and the Malaysian Prime Minister.  In the

5    background, are you also talking to Mr. Michel that whole

6    time about trying to finalize the investment in the

7    entertainment venture?

8      A.   Yes, and he told me that he hadn't gotten the guy

9    to sign off on a contract yet to, like, solidify it.

10     Q.   And so did you understand that whatever you guys

11    were able to do during the summer that, you know, would be

12    beneficial that would deliver results on 1MDB, on the

13    Malaysian Prime Minister's visit, on Guo, that that, you

14    know, could help satisfy Jho Low and maybe help him just

15    build a good relationship with Jho Low and the potential

16    investor into the entertainment venture?

17     A.   Yes, of course.

18     Q.   Showing you what's been marked as Grand Jury

19    Exhibit NLD-19.

20          (Grand Jury Exhibit NLD-19 marked for

21    identification.)

22          BY MR. KELLER:

23     Q.   Do you recognize this as an escrow agreement that

24    you entered into with Mr. Michel's company, Anicorn, related

25    to this entertainment venture?

1     A.   Yes.

2     Q.   And it references a consulting agreement that's

3 actually attached here that provides that you'll be paid, as

4 the consultant, 25 million of, I guess, the initial

5 investment that comes in?

6     A.   Yes.  There was also a long form of an investment

7 agreement that was drafted as well.

8     Q.   And this was -- the investor was going to be this

9 individual you said was an associate of Jho Low,

10 Pheng Laogumnerd?

11    A.   Yes, well, that guy was going to invest into

12 Pras's entertainment entity.  And then Pras would then --

13 said that he was going to invest into, you know, my entity

14 because he didn't want me to be in direct partnership with

15 his contact in Asia.

16    Q.   Okay.  And Pheng Laogumnerd, that was also the

17 person that was sending the money for the Broidy work -- for

18 the Guo and 1MDB work -- or for the 1MDB work?

19    A.   Yes, he's a Thai businessman.

20    Q.   Did any money eventually come in from Pheng

21 Laogumnerd, at least according to what Mr. Michel told you?

22    A.   Supposedly from what Pras told me, all of the

23 monies that came in were from Pheng on behalf of his friend.

24    Q.   I'm sorry.  Let me clarify.  Did money

25 specifically for the entertainment venture as you understood

1  it, from what Mr. Michel was telling you, did money for the

2  entertainment venture eventually come in from

3  Mr. Laogumnerd?

4      A.   Well, eventually, Pras does send to me 7½ million

5  dollars for the entertainment venture.

6      Q.   And did he say whether or not he had gotten an

7  investment from Pheng Laogumnerd, you know, that resulted in

8  him sending you the 7½ million?

9      A.   Yes.

10     Q.   Did he say how much he got from Mr. Laogumnerd?

11     A.   No, not specifically.  Pras never told me

12 specifically how much money he was getting for anything.

13         MR. KELLER.   Any of the grand jurors have any

14 questions for Mr. Lum Davis before she's excused?  Sir?

15         GRAND JUROR.   Okay.  So this is very confusing

16 and sort of difficult, at least for me, to follow.  But I

17 want to see if I have it right.  The original meeting with

18 Broidy, Elliott Broidy, in the motel, I think it was you and

19 then Pras and Broidy, and that was the first time that Pras

20 would've met Broidy?

21         WITNESS.   No, the first time that Pras met Broidy

22 was in March in person.  And it happened in Los Angeles at

23 Mr. Broidy's office.

24         GRAND JUROR.   Well, what was the purpose of the

25 meeting in the hotel then?  Because I thought -- was it the

1   first time that you met?

2           WITNESS.   It was the first time we -- Broidy and

3   me met Jho Low, the principal, the --

4           GRAND JUROR.   So Jho Low was there too?

5           WITNESS.   Yes.

6           GRAND JUROR.   So that was the purpose of the

7   meeting.  So during that meeting, which was the first time,

8   where there discussion of what you were doing could be

9   illegal?

10          WITNESS.   No.

11          GRAND JUROR.   So was the thought that it was sort

12  of, like, a lobbying venture of some sort?

13          WITNESS.   In May, in the meeting that you're

14  talking about at the first meeting with Jho Low?

15          GRAND JUROR.   The very first meeting, yes,

16  with --

17          WITNESS.   Elliott thought that it was going

18  through Colfax so that it was more of a legal arrangement

19  that was protected.  That's what Elliott thought and what he

20  conveyed.  That's what he was thinking.

21          GRAND JUROR.   That's despite the fact that

22  Jho Low had his own set of lawyers engaged in the case?

23          WITNESS.   Yeah, Jho Low has lots of attorneys,

24  like, so many, including the person who actually finally

25  settled some of it is Chris Christie.

1    GRAND JUROR.  So I'm not understanding what the

2  purpose of that meeting in the hotel -- what did people

3  think they were doing getting together other than just

4  meeting people for the first time?

5    MR. KELLER.  If I can just jump in -- and I'm not

6  trying to step on your toes.  So you can re-ask the question

7  if I don't capture it.

8    BY MR. KELLER:

9  Q.  But I think you testified about that meeting in

10  Bangkok, the first time that you and Mr. Michel and

11  Mr. Broidy meet Jho Low.  And the idea was that you were

12  going over there to meet him to talk about how Mr. Broidy

13  and Colfax could help Jho Low with his legal matters.  And

14  Mr. Broidy was explaining to Jho Low all of his contacts in

15  the U.S. Government, his contacts with the Trump

16  administration, his contacts in DOJ, with Attorney General

17  Sessions, his relationship with who he thought would be the

18  new incoming U.S. Attorney who would be responsible for the

19  legal matter, and that he would be able to use those

20  contacts to try and arrange a better resolution for Jho Low.

21  Is that fair?

22  A.  Yes.

23    MR. KELLER.  Does that address where you're

24  getting at?  Or no?

25    GRAND JUROR.  Well, I want to back this up

1  because wasn't there another meeting which was the first

2  time -- your role was to bring Elliott Broidy into this

3  venture.

4          WITNESS.   Yes.

5          GRAND JUROR.   Because you knew him.  And Pras

6  knew Jho Low.  And so I thought I heard testimony at the

7  beginning that was the first time that Elliott Broidy meets

8  the others.  And it wasn't the meeting in Bangkok.  Was

9  there a meeting?

10          WITNESS.   I think you're referencing the first

11  time that Elliott Broidy met Pras.  And that would've been

12  in Los Angeles before the travel to Bangkok.

13          GRAND JUROR.   Yeah.  And who was there at that

14  meeting?

15          WITNESS.   Me, Pras, and Elliott.

16          GRAND JUROR.   Yes, that's the meeting I'm talking

17  about.  So that's kind of a crucial meeting because you're

18  explaining to people, you know -- or someone's explaining to

19  people what's going on.  And so that was my question.  Was

20  there discussion to be hush-hush because it might be

21  illegal?  Or was there a discussion that this is sort of,

22  like, a legal lobbying effort, you know?

23          WITNESS.   You mean that day?  I think that it --

24          GRAND JUROR.   That day, yeah.

25          WITNESS.   It was about engaging Colfax as the

1  attorney for Jho Low.  But the person -- the client wasn't

2  there.  So it was just Pras meeting Elliott because he was

3  referring Elliott to Jho Low.  So wanted to understand who

4  this guy is in person, talk to him, get a feeling for who he

5  is, and also for Elliott to hear from Pras who's Jho Low,

6  who's this guy.

7  GRAND JUROR.  Yeah.

8  WITNESS.  Yeah.

9  GRAND JUROR.  So I mean, to me that's a very

10 crucial meeting because people in the group, you know, are

11 first being explained to each other what's going on, in

12 other words what the goals are and where we're headed.  And

13 I don't know if that was intended to be a criminal

14 undertaking or if it was intended to be something like a

15 lobbying effort, you know that goes on all the time where

16 people, you know, want to influence the Government.  And I

17 think that's legal, like you say, if you register.  So did

18 people think that they were starting a criminal undertaking

19 at that time?

20 WITNESS.  No, I think that Elliott thought that

21 he was covered by doing it under Colfax at that time.

22 BY MR. KELLER:

23 Q.  So if I can ask a follow-up question:  Was there

24 any discussion of FARA or about registration at all in that

25 first meeting?

1      A.    No.

2      Q.    And before that first meeting, if you can remember

3  specifically, had you had any conversation with Broidy about

4  FARA or registering before that first March meeting with

5  Mr. Michel?

6      A.    No, not that I can recall.

7      Q.    And had you had any conversation with Mr. Michel,

8  before that first meeting, about FARA?

9      A.    No, not that I recall.

10     Q.    And so as the relationship -- the business

11 relationship with Jho Low developed and it became clear what

12 Jho Low was paying for -- well, you tell me.  Did it become

13 clear that what Jho Low was paying for was Mr. Broidy to use

14 his connections to U.S. Government officials to try and get

15 a better resolution for Jho Low?  At some point, did it

16 become clear that that's really what Jho Low was interested

17 in?

18     A.    I think that what became clear as the time went on

19 and the business relationship continued was that, just as

20 you've pointed out, that Robin wasn't continuing to be

21 involved from a legal point of view.  In May, she's very

22 involved in terms of drafting documents and legal paperwork

23 and stuff like that between the parties and advising.  But

24 as it goes on, the relationship becomes not that and just

25 about Elliott being in contact with different government

1  officials to try to get better outcomes.  And so that's why

2  the continued discussions about FARA that begin to happen

3  between me and Elliott.  Is that clear?

4      Q.    Yeah, I think so.  And you testified to this.  But

5  Robin isn't at that initial meeting with you and Mr. Michel

6  and Broidy, right?  She's not present?

7      A.    No.

8      Q.    And when you're sending Mr. Michel information

9  about Elliott Broidy's bio and his political fundraising and

10 his political connections and pictures of him with the

11 president, you're not sending Mr. Michel any information

12 about Robin, are you?

13     A.    No.  But I think that you can see from the emails

14 that went back and forth in the beginning.  You know, Robin

15 was essential to be able to draft -- we thought she would be

16 -- they would be working together and that she would be

17 involved from a legal standpoint.  But as it ends up, she

18 isn't.  She doesn't continue to be involved.  And so that's

19 why I start asking Elliott, don't you think you should

20 register, like, I think that there's, you know, the legal

21 work.  It becomes apparent that Robin is not so involved as

22 the relationship continues on.

23     Q.    And when Jho Low is talking to Mr. Broidy in

24 Bangkok about his situation and asking about, you know,

25 Mr. Broidy and his connections, the focus on the

1  conversation is on, you know, Mr. Broidy's access to DOJ

2  officials and to Trump administration officials; is that

3  right?

4       A.   Yes.

5       Q.   And so at some point, as the business relationship

6  continues, I think you testified you became concerned that

7  based on what was actually happening, not maybe what was

8  talked about in the very beginning but what was actually

9  happening, you became concerned that there was a need to

10  register under FARA?

11       A.   Yes.

12       Q.   And you raised that with Mr. Broidy?

13       A.   Yes.

14       Q.   And you mentioned it to Mr. Michel?

15       A.   Yes, I informed Mr. Michel about my conversations

16  with Mr. Broidy.  Yes.

17       Q.   And nobody registered?

18       A.   No

19       Q.   And Mr. Broidy kept contacting government

20  officials to set up a date between the Malaysian Prime

21  Minister and Trump, at least according to what he told you?

22       A.   Right.

23       Q.   And he kept contacting government officials about

24  1MDB and about Guo, and you guys kept getting paid millions

25  of dollars from Jho Low who is a foreign national; is that

1  right?

2     A.   Yes.

3     Q.   And nobody registered even though you guys had

4  discussed it and you had raised your concerns; is that

5  right?

6     A.   Yeah.  Now, looking back, I think that Mr. Broidy,

7  of course, should've registered.  And I raised those issues

8  and concerns with him during the time as were going through

9  the summer.  But he didn't.  And we now know better, right?

10    Q.   And from what Mr. Broidy told you, from what you

11 understood, part of how Mr. Broidy was able to be valuable

12 to Jho Low was based on his credibility, based on his

13 relationships with some of these government officials like

14 Jeff Sessions and President Trump; is that right?

15    A.   Yes.

16    Q.   And so it could've hurt his credibility -- it

17 would've kind of diluted whatever lobbying he was doing if

18 Attorney General Sessions knows, when he's talking to

19 Mr. Broidy, well, this is a guy who's being paid millions of

20 dollars by Jho Low to advocate on his behalf.  So it's not

21 really an unbiased, objective opinion that I'm getting from

22 my friend Mr. Broidy; is that fair?

23    A.   I mean, I don't know what Mr. Broidy, in his

24 brain, was actually thinking.  I just know what he told me,

25 you know?

1          MR. KELLER.  Any other questions?

2          GRAND JUROR.  So you asked had they been

3     registered.  Do you think to ask the attorney whether they

4     should or shouldn't have?

5          WITNESS.  Who?  Which attorney?

6          GRAND JUROR.  The attorney at the very beginning

7     of the --

8          GRAND JUROR.  Robin.

9          GRAND JUROR.  Robin.

10          WITNESS.  No, I didn't ask her because she just

11     drafted a legal document.  I had experience with her before.

12     And so she drafted this document that would engage Jho Low

13     as a client for her law firm.  So no, to answer your

14     question, no, I didn't.

15          GRAND JUROR.  Okay.  Thank you.

16          MR. KELLER.  Any other questions?

17          All right.  Ms. Lum Davis, you may step down.

18          Mr. Foreperson, may the witness be excused?

19          FOREPERSON.  Yes.

20          (Whereupon, the witness was excused at 3:37 p.m.

21     on May 6, 2021.)

22

23

24

25

# *C E R T I F I C A T E*

We hereby certify that the foregoing is a true and accurate transcript, to the best of our skill and ability, from my notes of this proceeding.

May 21, 2021_____
Date

_____
Maliq Singleton
Transcriber


COURT REPORTER: _____
Roxanne Parsons
Reporter