

| ☆ | +13104131413 Joe & Nickie Shapira | 3/3/2017 6:37:15 PM(UTC-8) |
| --- | --- | --- |
| | Take some good casual photos! | |

| ☆ | +13104131413 Joe & Nickie Shapira | 3/3/2017 7:40:08 PM(UTC-8) |
| --- | --- | --- |
| | Can you send me the name of the incoming us attorney for Los Angeles district? | |

| ☆ | +13106135151 Elliott Broidy | 3/4/2017 6:03:01 AM(UTC-8) |
| --- | --- | --- |
| Nathan Hochman | | |
| Not announced yet | | |

| ☆ | +13104131413 Joe & Nickie Shapira | 3/4/2017 9:03:55 AM(UTC-8) |
| --- | --- | --- |
| | Call me when u have a moment- | |

| ☆ | +13104131413 Joe & Nickie Shapira | 3/4/2017 12:18:16 PM(UTC-8) |
| --- | --- | --- |
| | Call me please. Thank you | |

| ☆ | +13106135151 Elliott Broidy | 3/5/2017 10:55:49 AM(UTC-8) |
| --- | --- | --- |
| Negative article on DRC in WSJ. | | |

| ☆ | +13104131413 Joe & Nickie Shapira | 3/5/2017 10:58:40 AM(UTC-8) |
| --- | --- | --- |
| | Send me link.pls | |

| ☆ | +13104131413 Joe & Nickie Shapira | 3/5/2017 12:36:02 PM(UTC-8) |
| --- | --- | --- |
| | Call me when u have a moment please. Thank you | |

| ☆ | +13106135151 Elliott Broidy | 3/5/2017 12:44:11 PM(UTC-8) |
| --- | --- | --- |
| On plane. Will call you when I land. | | |

| ☆ | +13106135151 Elliott Broidy | 3/5/2017 12:46:22 PM(UTC-8) |
| --- | --- | --- |
| Landing around 2pm pst | | |

| ☆ | +13104131413 Joe & Nickie Shapira | 3/5/2017 12:47:32 PM(UTC-8) |
| --- | --- | --- |
| | Sounds good | |

| ☆ | +13104131413 Joe & Nickie Shapira | 3/5/2017 2:21:31 PM(UTC-8) |
| --- | --- | --- |
| | FaceTime audio | |

| ☆ | +13104131413 Joe & Nickie Shapira | 3/5/2017 2:22:33 PM(UTC-8) |
| --- | --- | --- |
| | When u are free, call me on FaceTime AUDIO ... | |

| ☆ | +13104131413 Joe & Nickie Shapira | 3/5/2017 3:23:13 PM(UTC-8) |
| --- | --- | --- |
| | http://www.freemalaysiatoday.com/category/nation/2016/07/31/doj-action-legally-flawed-says-lawyer/ | |
| | Attachments: | |
| | 66CA07FB-BD20-4C24-9853-<br>FED9EE283888.pluginPayloadAttachment | |



GRAND JURY
EXHIBIT
NLD-13

CONFIDENTIAL TREATMENT
REQUESTED

E0000006



+13104131413 Joe & Nickie Shapira                                    3/5/2017 3:24:18 PM(UTC-8)

http://www.hollywoodreporter.com/news/leonardo-dicaprio-dragged-growing-wolf-912941

Attachments:

F9BCCF01-8985-4D12-926C-
DB39270F8F03.pluginPayloadAttachment

7D175FAA-6EA5-40D6-96BC-
AC1SE68524B9.pluginPayloadAttachment

+13104131413 Joe & Nickie Shapira                                    3/5/2017 3:26:09 PM(UTC-8)

http://mobile.reuters.com/article/idUSKCN1001FA

Attachments:

EB1653CA-2094-46DA-BD2E-
3CC00A2492A0.pluginPayloadAttachment

0068FBEF-E82B-4A30-5595-
320C4F7A3F45.pluginPayloadAttachment

+13104131413 Joe & Nickie Shapira                                    3/5/2017 3:27:00 PM(UTC-8)

http://mobile.reuters.com/article/idUSKCN1002AX?mod=related&channelName=

Attachments:

D56B06C3-0F9A-4D96-6864-
27219E43E447.pluginPayloadAttachment

1BA8B89E-CD0B-4529-A8BA-
FF5E961568/2.pluginPayloadAttachment

+13104131413 Joe & Nickie Shapira                                    3/5/2017 3:39:48 PM(UTC-8)

Your email has the court filing

+13104131413 Joe & Nickie Shapira                                    3/5/2017 3:42:43 PM(UTC-8)

http://news.asiaone.com/News/Latest%2BNews/Showbiz/Story/A1Story20120901-368973.html

Attachments:

2DFE8C5E-BBF1-4E29-B2DB-
57588791AD3B.pluginPayloadAttachment

0A8F35F8-089B-47DC-81F6-
164A48D88C6F.pluginPayloadAttachment

+13106135151 Elliott Broidy                                          3/5/2017 4:10:49 PM(UTC-8)

Thx. Will review

+13104131413 Joe & Nickie Shapira                                    3/5/2017 4:26:36 PM(UTC-8)

Call me when u can– thank you

+13106135151 Elliott Broidy                                          3/5/2017 4:32:16 PM(UTC-8)

Yes. 5 min

+13104131413 Joe & Nickie Shapira                                    3/5/2017 5:09:09 PM(UTC-8)

Forwarded: For Vietnam — F-16 A/B fighter jets, refurbished P-3C Orion maritime patrol aircraft and unarmed unmanned aerial vehicles (UAVs) to monitor the country's territorial waters and radar/surveillance equipment.

I've been told that sales to Vietnam would be done under the Excess Defense Articles program, which offers used U.S. military hardware to partner nations at a reduced price and is run by the Pentagon.

Also that Vietnam's Coast Guard is already in the process of purchasing six U.S.-made Metal Shark Defiant 75 patrol vessels for which the United States provided $18 million in loans.

+13104131413 Joe & Nickie Shapira                                    3/5/2017 5:09:32 PM(UTC-8)

We can also suggest hardware

12

CONFIDENTIAL TREATMENT
REQUESTED                                                                          E0000007



☆  +13106135151 Elliott Broidy                                    3/5/2017 6:06:07 PM(UTC-8)

Thx

☆  +13104131413 Joe & Nickie Shapira                             3/6/2017 11:30:46 AM(UTC-8)

Can u send photos asap?

☆  +13104131413 Joe & Nickie Shapira                             3/6/2017 11:51:20 AM(UTC-8)

Call me when you are able - thanks

☆  +13106135151 Elliott Broidy                                    3/6/2017 8:41:16 PM(UTC-8)

Hi Nicki
Just left you a message. Please call me when you have a min

☆  +13104131413 Joe & Nickie Shapira                             3/6/2017 9:12:29 PM(UTC-8)

Tried to call - did u find any photos u liked?

☆  +13106135151 Elliott Broidy                                    3/6/2017 9:16:01 PM(UTC-8)

Yes. I asked Erica to send to you. Did you not receive?

☆  +13104131413 Joe & Nickie Shapira                             3/6/2017 9:16:42 PM(UTC-8)

Oh no! No, I didn't get anything yet

☆  +13104131413 Joe & Nickie Shapira                             3/6/2017 10:12:14 PM(UTC-8)

Ok thank you

☆  +13104131413 Joe & Nickie Shapira                             3/7/2017 7:22:01 AM(UTC-8)

Good morning please remind Erica - thank you

☆  +13106135151 Elliott Broidy                                    3/7/2017 7:25:13 AM(UTC-8)

Yes

☆  +13104131413 Joe & Nickie Shapira                             3/8/2017 8:35:13 AM(UTC-8)

Are you in la to meet on the 16th w Pras prior to his travel that weekend to Asia?

☆  +13106135151 Elliott Broidy                                    3/8/2017 9:31:44 AM(UTC-8)

I think so.  Let's speak later.

☆  +13104131413 Joe & Nickie Shapira                             3/8/2017 12:01:56 PM(UTC-8)

Got news. Call me

☆  +13106135151 Elliott Broidy                                    3/8/2017 2:25:29 PM(UTC-8)

Just called you

☆  +13104131413 Joe & Nickie Shapira                             3/8/2017 8:11:11 PM(UTC-8)

How about 1130 am on Tuesday 14th ? For mtg in la at your office

☆  +13104131413 Joe & Nickie Shapira                             3/8/2017 8:11:26 PM(UTC-8)

I'm trying to get Mtg earlier

☆  +13104131413 Joe & Nickie Shapira                             3/8/2017 8:40:40 PM(UTC-8)

Can u do 12 noon ny time call Thursday ?

13

CONFIDENTIAL TREATMENT
REQUESTED



☆ +13106135151 Elliott Broidy        3/12/2017 2:21:50 PM(UTC-7)

Hi Nickie,
I need to head back to D.C. On red eye tomorrow night. Meeting with KSA deputy crown prince, KSA generals and their advisors.  Can we meet with your friend late tomorrow; anytime is fine.

☆ +13104131413 Joe & Nickie Shapira        3/12/2017 2:30:01 PM(UTC-7)

What time are u flying out?

☆ +13106135151 Elliott Broidy        3/12/2017 2:35:20 PM(UTC-7)

Around 10 pm

☆ +13104131413 Joe & Nickie Shapira        3/12/2017 3:01:32 PM(UTC-7)

So can u meet at 230? 3? Monday

☆ +13106135151 Elliott Broidy        3/12/2017 3:20:52 PM(UTC-7)

Absolutely. Or later

☆ +13104131413 Joe & Nickie Shapira        3/13/2017 9:38:39 AM(UTC-7)

He's in politburo mtg and about to do a presentation so will call us when finished

☆ +13106135151 Elliott Broidy        3/13/2017 10:15:38 AM(UTC-7)

Good

☆ +13104131413 Joe & Nickie Shapira        3/13/2017 1:30:20 PM(UTC-7)

http://www.aljazeera.com/news/2017/03/united-nations-workers-kidnapped-drc-170313155946024.html
Attachments:

6CF42651-7F0F-444B-A055-
E5A95EAB889B.pluginPayloadAttachment

6E3D82D5-E655-4B6C-834B-
6BD0DF1AUD75.pluginPayloadAttachment

☆ +13106135151 Elliott Broidy        3/13/2017 1:37:10 PM(UTC-7)

Not good

☆ +13104131413 Joe & Nickie Shapira        3/13/2017 2:05:08 PM(UTC-7)

He's been killed

☆ +13104131413 Joe & Nickie Shapira        3/13/2017 9:13:16 PM(UTC-7)

Good luck with your meeting and with your travel... hope to have great news tomorrow

☆ +13106135151 Elliott Broidy        3/13/2017 9:55:20 PM(UTC-7)

Thank you my friend.
I'm excited about our business prospects.
Let me know on NG. Interesting turn of events....

☆ +13106135151 Elliott Broidy        3/15/2017 9:38:57 AM(UTC-7)

Saw your email from the Amb. Hope he stays on the case. He could also enlist support from other advisors to the President.

☆ +13106135151 Elliott Broidy        3/15/2017 9:38:45 AM(UTC-7)

Anything new on NG or Pras' Associate?

☆ +13104131413 Joe & Nickie Shapira        3/15/2017 9:58:42 AM(UTC-7)

Prays mtg in person tomorrow w the "promoter" and they hope to travel within the next few week

CONFIDENTIAL TREATMENT
REQUESTED

E0000009



+13104131413 Joe & Nickie Shapira                                                   3/15/2017 9:59:41 AM(UTC-7)

Ng is good. Now discussion I'm having is how to coordinate w his atty in NYC -- how he wants to do that. I will update u on this in next 24 hours

+13106135151 Elliott Broidy                                                         3/15/2017 10:11:55 AM(UTC-7)

Sounds good. I can meet or speak with with NG attorney this week. I am in DC. I am now very involved in southern district of NY US Attorney nomination.  Attorney should come see me if NG is interested. We can add large value for NG here.

+13106135151 Elliott Broidy                                                         3/16/2017 7:16:18 PM(UTC-7)

Anything new?

+13104131413 Joe & Nickie Shapira                                                   3/16/2017 7:31:42 PM(UTC-7)

Yes. Can I call u in 45 minutes?

+13106135151 Elliott Broidy                                                         3/16/2017 7:36:55 PM(UTC-7)

Sure

+13106135151 Elliott Broidy                                                         3/18/2017 4:47:40 PM(UTC-7)

FYI, I'm in DC through Tues.

+13104131413 Joe & Nickie Shapira                                                   3/18/2017 7:55:59 PM(UTC-7)

Ok I'm back in la. We should have answers from 2 people (not congo) Monday

+13106135151 Elliott Broidy                                                         3/18/2017 8:00:56 PM(UTC-7)

Great.

+13104131413 Joe & Nickie Shapira                                                   3/20/2017 7:36:58 PM(UTC-7)

Call when u can -

+13106135151 Elliott Broidy                                                         3/20/2017 7:49:30 PM(UTC-7)

30 min or less

+13104131413 Joe & Nickie Shapira                                                   3/21/2017 9:47:12 AM(UTC-7)

He said give him one more day

+13106135151 Elliott Broidy                                                         3/21/2017 10:59:17 AM(UTC-7)

Thanks

+13104131413 Joe & Nickie Shapira                                                   3/21/2017 9:36:15 PM(UTC-7)

http://www.nonfictionfilm.com/blog/in-praise-of-pras-the-ex-fugee-recognized-the-disruptive-potential-of-trump-long-before-the-experts-did

Attachments:

980C871C-95A9-4F1A-6EE5-78C14B032A57.pluginPayloadAttachment

A93F0C7C-B9BF-4AC6-83B8-23ABA82F1085.pluginPayloadAttachment

+13104131413 Joe & Nickie Shapira                                                   3/21/2017 9:37:09 PM(UTC-7)

Needing to update u... let me know Thursday or Friday when we can come see u. I know Wednesday u are probably crazy busy

+13106135151 Elliott Broidy                                                         3/22/2017 2:45:57 AM(UTC-7)

I return on Thurs. I can meet
around 2:30 pm Thurs or on Friday morning.  I thought Pras is going overseas?

CONFIDENTIAL TREATMENT
REQUESTED

E0000010



☆ +13104131413 Joe & Nickie Shapira                                    4/2/2017 2:24:28 PM(UTC-7)

http://www.straitstimes.com/business/banking/jho-low-family-allowed-to-fight-us-forfeiture-lawsuits

Attachments:

3D68FB54-23EF-4BD0-BA92-
6D71101DC5BB.pluginPayloadAttachment

D3AB2634-1A8A-410F-8227-
3348468C7327.pluginPayloadAttachment

☆ +13106135151 Elliott Broidy                                         4/2/2017 2:47:22 PM(UTC-7)

Good

☆ +13106135151 Elliott Broidy                                         4/4/2017 7:04:36 PM(UTC-7)

Hi Nicki,
Just missed your call. Okay if I call you in 15?

☆ +13104131413 Joe & Nickie Shapira                                   4/4/2017 7:04:59 PM(UTC-7)

Yes

☆ +13106135151 Elliott Broidy                                         4/5/2017 7:28:27 PM(UTC-7)

Just tried you back. Call me when you have a min

☆ +13104131413 Joe & Nickie Shapira                                   4/5/2017 8:24:23 PM(UTC-7)

Call me

☆ +13104131413 Joe & Nickie Shapira                                   4/5/2017 8:24:47 PM(UTC-7)

Sorry no need to call me yet wrong text

☆ +13104131413 Joe & Nickie Shapira                                   4/5/2017 11:55:12 PM(UTC-7)

Will confirm when received

☆ +13104131413 Joe & Nickie Shapira                                   4/7/2017 10:33:44 AM(UTC-7)

Call when u can talk- thanks

☆ +13106135151 Elliott Broidy                                         4/13/2017 9:16:19 AM(UTC-7)

Any word from Pras?

☆ +13104131413 Joe & Nickie Shapira                                   4/13/2017 3:43:59 PM(UTC-7)

Let me call you in 90 minutes

☆ +13104131413 Joe & Nickie Shapira                                   4/13/2017 3:44:04 PM(UTC-7)

If you are available

☆ +13104131413 Joe & Nickie Shapira                                   4/13/2017 5:32:52 PM(UTC-7)

I think u are in Nyc so feel free to call me any time you are free

☆ +13104131413 Joe & Nickie Shapira                                   4/15/2017 9:35:16 AM(UTC-7)

Call me when u can

☆ +13104131413 Joe & Nickie Shapira                                   4/18/2017 3:22:20 PM(UTC-7)

For 9 pm la time - just regular call in number

24

CONFIDENTIAL TREATMENT
REQUESTED



+13104131413 Joe & Nickie Shapira | 4/18/2017 3:22:23 PM(UTC-7)

Conference call in number

Access code ▮▮▮▮

+13106135151 Elliot Broidy | 4/18/2017 3:25:41 PM(UTC-7)

Yes, I will call in.

+13104131413 Joe & Nickie Shapira | 4/18/2017 8:22:38 PM(UTC-7)

Qin apologizes but he got called for a mtg during that time w government so he will contact us after to reschedule for another day and proposed times

+13106135151 Elliot Broidy | 4/18/2017 8:23:16 PM(UTC-7)

Thx

+13104131413 Joe & Nickie Shapira | 4/18/2017 10:15:58 PM(UTC-7)

Call me pls

+13104131413 Joe & Nickie Shapira | 4/18/2017 10:31:01 PM(UTC-7)

Can u do same time tomorrow Wednesday? He is calling to apologize and ask

+13104131413 Joe & Nickie Shapira | 4/18/2017 10:32:40 PM(UTC-7)

I will have interpreter paid to be here again at that time if it works for u

+13106135151 Elliot Broidy | 4/19/2017 4:42:49 AM(UTC-7)

Okay. Make it 9:15
Can I bring up his allegation that I received $ 9 mm?

+13104131413 Joe & Nickie Shapira | 4/19/2017 9:17:40 AM(UTC-7)

Of course!

+13104131413 Joe & Nickie Shapira | 4/19/2017 11:20:31 AM(UTC-7)

I will call u w interpreter at 913 or so and then you can call him so it's just a 3 way call w you guys and interpreter .... I did a conference call international yesterday and it wasn't great for hearing

+13104131413 Joe & Nickie Shapira | 4/19/2017 11:21:23 AM(UTC-7)

I'll be sure to send you the number before then to call him. He sent the mobile number he wants us to reach him on

+13106135151 Elliot Broidy | 4/19/2017 11:25:45 AM(UTC-7)

Sounds good

+13104131413 Joe & Nickie Shapira | 4/19/2017 12:00:49 PM(UTC-7)

Can u call when u have a chance?

+13104131413 Joe & Nickie Shapira | 4/19/2017 12:47:32 PM(UTC-7)

Spoke w him.

+13106135151 Elliot Broidy | 4/19/2017 12:58:03 PM(UTC-7)

3 min

+13106135161 Elliot Broidy | 4/19/2017 9:22:16 PM(UTC-7)

Can you believe this crap?

+13104131413 Joe & Nickie Shapira | 4/19/2017 9:27:07 PM(UTC-7)

Calling u in ten minutes

25



☆ +13104131413 Joe & Nickie Shapira | 4/22/2017 12:06:15 PM(UTC-7)
Call when you can for update on audio

☆ +13104131413 Joe & Nickie Shapira | 4/22/2017 6:30:12 PM(UTC-7)
Quick question if u can call when u have a minute

☆ +13106135151 Elliott Broidy | 4/25/2017 2:50:36 AM(UTC-7)
Call me

☆ +13106135151 Elliott Broidy | 4/25/2017 3:08:22 AM(UTC-7)
I'm in Paris on way to Romania.  Have a few if you want to call me

☆ +13104131413 Joe & Nickie Shapira | 4/26/2017 9:58:29 AM(UTC-7)
Just tried to call u. Looks good w Pras. Call me

☆ +13106135151 Elliott Broidy | 4/26/2017 9:59:38 AM(UTC-7)
Sorry 5 min

☆ +13104131413 Joe & Nickie Shapira | 4/26/2017 10:00:04 AM(UTC-7)
No problem... when u are able to talk. No rush

☆ +13106135151 Elliott Broidy | 4/26/2017 10:06:51 AM(UTC-7)
Just tried you

☆ +13104131413 Joe & Nickie Shapira | 4/28/2017 8:12:22 AM(UTC-7)
Please call me ASAP

☆ +13104131413 Joe & Nickie Shapira | 4/28/2017 8:44:12 AM(UTC-7)
Call me pls

☆ +13104131413 Joe & Nickie Shapira | 4/28/2017 9:37:04 AM(UTC-7)
Actually it will be 5 am your time. I will call u at 445 am

☆ +13106135151 Elliott Broidy | 4/28/2017 10:38:17 AM(UTC-7)
Great

☆ +13106135151 Elliott Broidy | 4/28/2017 8:37:03 PM(UTC-7)
I would like the funds to go to colfax

☆ +13104131413 Joe & Nickie Shapira | 4/28/2017 8:49:19 PM(UTC-7)
Ok

☆ +13106135151 Elliott Broidy | 4/29/2017 3:15:44 AM(UTC-7)
Any updates?

☆ +13106135151 Elliott Broidy | 4/29/2017 3:15:58 AM(UTC-7)
Should I work on reservations?

☆ +13106135151 Elliott Broidy | 4/29/2017 3:16:48 AM(UTC-7)
Does the principal want us in a particular hotel in either location?

☆ +13104131413 Joe & Nickie Shapira | 4/29/2017 3:56:59 PM(UTC-7)
Call me when u can talk

CONFIDENTIAL TREATMENT
REQUESTED



☆ +13104131413 Joe & Nickie Shapira — 4/29/2017 4:47:19 PM(UTC-7)

We should book at the shangri la hotels

☆ +13104131413 Joe & Nickie Shapira — 4/29/2017 4:51:36 PM(UTC-7)

It's my friend's chain - theyvwill take care of us.

☆ +13106135151 Elliott Broidy — 4/29/2017 4:59:06 PM(UTC-7)

Great.

☆ +13104131413 Joe & Nickie Shapira — 4/29/2017 11:28:17 PM(UTC-7)

Let's talk when u have time in the morning

☆ +13104131413 Joe & Nickie Shapira — 4/29/2017 11:28:38 PM(UTC-7)

Want u to be rested when we talk

☆ +13106135151 Elliott Broidy — 4/30/2017 5:34:20 AM(UTC-7)

Thank you

☆ +13104131413 Joe & Nickie Shapira — 4/30/2017 10:17:55 AM(UTC-7)

Let me know when u can talk

☆ +13106135151 Elliott Broidy — 4/30/2017 10:20:47 AM(UTC-7)

Call me in 5

☆ +13104131413 Joe & Nickie Shapira — 5/1/2017 12:24:36 PM(UTC-7)

http://thehill.com/business-a-lobbying/lobbying-hires/331385-congo-inks-56-million-lobbying-deal-amid-election-strife
Attachments:

43179A2E-F067-4D16-BBD9-
A6B95604C7F2.pluginPayloadAttachment
A88BAAF4-42C0-49F6-AB74-
83C3F7AAEAAB.pluginPayloadAttachment

☆ +13104131413 Joe & Nickie Shapira — 5/1/2017 12:31:29 PM(UTC-7)

http://www.mer-group.com/divisions/security/mer-system/
Attachments:

AEA500B0-98C6-492B-A44C-
A000510933E0.pluginPayloadAttachment
A88EB114-719F-45E1-98BA-
EA3B64D843FA.pluginPayloadAttachment

☆ +13106135151 Elliott Broidy — 5/1/2017 12:32:07 PM(UTC-7)

Really peculiar. Israelis for US work?  Joke. Reach out to ambassador. He's finished.

☆ +13104131413 Joe & Nickie Shapira — 5/1/2017 12:32:33 PM(UTC-7)

Dan gertler

☆ +13106135151 Elliott Broidy — 5/1/2017 12:49:19 PM(UTC-7)

Really naive. No chance for success

☆ +13104131413 Joe & Nickie Shapira — 5/2/2017 4:01:50 AM(UTC-7)

Don't worry about the hour- call when u wake

☆ +13106135151 Elliott Broidy — 5/2/2017 5:19:25 AM(UTC-7)

Calling you in 5

27

CONFIDENTIAL TREATMENT
REQUESTED



+13104131413 Joe & Nickie Shapira                                       5/3/2017 9:38:05 AM(UTC-7)

While on wifi- be selective

+13106135151 Elliott Broidy                                             5/3/2017 9:40:44 AM(UTC-7)

Agree

+13104131413 Joe & Nickie Shapira                                       5/3/2017 3:34:48 PM(UTC-7)

http://www.ibtimes.co.uk/icc-must-probe-murders-un-experts-drcs-kasai-says-rights-group-1619839
Attachments:

IBTIMES

3DD08CD8-7D4C-4032-8CFE-         67E1BD5B-FA92-4A32-B126-
38D0557E9500.pluginPayloadAttachment  ACC632C88B0A.pluginPayloadAttachment

+13106135151 Elliott Broidy                                             5/3/2017 3:35:42 PM(UTC-7)

Thx

+13104131413 Joe & Nickie Shapira                                       5/7/2017 10:29:31 PM(UTC-7)

If u are up- call me. Otherwise call me tomorrow

+13106135151 Elliott Broidy                                             5/8/2017 4:31:02 AM(UTC-7)

Just woke up. You up?

+13104131413 Joe & Nickie Shapira                                       5/8/2017 2:32:20 PM(UTC-7)

Wire in. Call me.

+13104131413 Joe & Nickie Shapira                                       5/8/2017 4:19:05 PM(UTC-7)

Both wires in colfax are from Pras. The remaining balance was dropped to your office 20 minutes ago -

+13104131413 Joe & Nickie Shapira                                       5/8/2017 4:19:35 PM(UTC-7)

702 total cashier check

+13106135151 Elliott Broidy                                             5/8/2017 4:22:49 PM(UTC-7)

Yes.

+13106135151 Elliott Broidy                                             5/8/2017 4:22:52 PM(UTC-7)

Great.

+13106135151 Elliott Broidy                                             5/8/2017 4:26:07 PM(UTC-7)

Thank you!  Please confirm meeting for tomorrow at 10:30.

+13104131413 Joe & Nickie Shapira                                       5/8/2017 4:59:35 PM(UTC-7)

Can you do 9 am or can u do noon? Even 830?

+13104131413 Joe & Nickie Shapira                                       5/8/2017 4:59:41 PM(UTC-7)

For tomorrow

+13104131413 Joe & Nickie Shapira                                       5/8/2017 5:01:28 PM(UTC-7)

Or Wednesday morning at 9?

+13104131413 Joe & Nickie Shapira                                       5/8/2017 5:01:47 PM(UTC-7)

I guess they have some other meetings here

28

CONFIDENTIAL TREATMENT
REQUESTED



☆ +13104131413 Joe & Nickie Shapira                    5/10/2017 8:44:21 AM(UTC-7)

Got it

☆ +13104131413 Joe & Nickie Shapira                    5/10/2017 7:46:15 PM(UTC-7)

Check Wickr

☆ +13106135151 Elliott Broidy                    5/10/2017 8:51:34 PM(UTC-7)

Just tried you

☆ +13104131413 Joe & Nickie Shapira                    5/11/2017 12:46:18 AM(UTC-7)

Hey are u still up?

☆ +13106135151 Elliott Broidy                    5/11/2017 3:05:07 AM(UTC-7)

Just woke up. You up?

☆ +13106135151 Elliott Broidy                    5/11/2017 6:33:42 AM(UTC-7)

Call me when you wake up.

☆ +13104131413 Joe & Nickie Shapira                    5/13/2017 2:39:06 PM(UTC-7)

Sorry for the delay - call me when u are available

☆ +13104131413 Joe & Nickie Shapira                    5/14/2017 11:10:28 AM(UTC-7)

Can u check Wickr?

☆ +13106135151 Elliott Broidy                    5/14/2017 11:10:43 AM(UTC-7)

Yes

☆ +13106135151 Elliott Broidy                    5/14/2017 11:11:10 AM(UTC-7)

Nothing recd yet

☆ +13104131413 Joe & Nickie Shapira                    5/15/2017 4:49:28 PM(UTC-7)

In a meeting may I call u in 20?

☆ +13104131413 Joe & Nickie Shapira                    5/17/2017 4:26:49 PM(UTC-7)

Did u get it?

☆ +13106135151 Elliott Broidy                    5/17/2017 4:31:17 PM(UTC-7)

Yes. Sent you Wickr
Sending wire to you in morning.

☆ +13106135151 Elliott Broidy                    5/17/2017 4:31:34 PM(UTC-7)

Did you get 2nd confirm?

☆ +13104131413 Joe & Nickie Shapira                    5/17/2017 4:34:50 PM(UTC-7)

When Asia opens

☆ +13104131413 Joe & Nickie Shapira                    5/17/2017 4:34:53 PM(UTC-7)

☆ +13104131413 Joe & Nickie Shapira                    5/17/2017 4:35:07 PM(UTC-7)

Baby steps at least moving forward now

☆ +13106135151 Elliott Broidy                    5/17/2017 4:39:16 PM(UTC-7)

Yes. Hammer them for the next 2 wires.

30

CONFIDENTIAL TREATMENT
REQUESTED

E0000016



☆ +13104131413 Joe & Nickie Shapira — 5/17/2017 8:01:22 PM(UTC-7)

When are u departing? Hk to Kate? What time?

☆ +13106135151 Elliott Broidy — 5/17/2017 8:44:59 PM(UTC-7)

I think around midnight. Assuming second 3 is in and confirmation that last 2 is being sent. Please ask Erica.

☆ +13104131413 Joe & Nickie Shapira — 5/18/2017 7:04:38 AM(UTC-7)

Are u awake? Please call me

☆ +13106135151 Elliott Broidy — 5/18/2017 7:18:40 AM(UTC-7)

Yes. Tried you. Went to voice mail

☆ +13104131413 Joe & Nickie Shapira — 5/18/2017 12:08:31 PM(UTC-7)

http://www.malaysia-chronicle.com/u-s-govt-turns-up-the-heat-on-jho-low-family-najibs-son-riza-to-squeal-on-1mdb-mastermind-as-he-tries-to-strike-deal-with-doj/

Attachments:

895FCD2B-4A2A-49E1-88A7-55F76CD71D65.pluginPayloadAttachment

811FBFB0-C291-4148-A730-87847DBCDB5C.pluginPayloadAttachment

☆ +13104131413 Joe & Nickie Shapira — 5/18/2017 12:50:38 PM(UTC-7)

En route to la and will be on your flight tonight. Will text when I land

☆ +13106135151 Elliott Broidy — 5/18/2017 12:50:55 PM(UTC-7)

Great.

☆ +13106135151 Elliott Broidy — 5/18/2017 12:51:02 PM(UTC-7)

Have a good flight

☆ +13104131413 Joe & Nickie Shapira — 5/18/2017 12:51:08 PM(UTC-7)

Thank you

☆ +13104131413 Joe & Nickie Shapira — 5/18/2017 8:36:01 PM(UTC-7)

Just landed. Check Wickr

☆ +13104131413 Joe & Nickie Shapira — 5/20/2017 5:44:42 AM(UTC-7)

I'm on the runway and am delayed 2 hours – so crazy

☆ +13104131413 Joe & Nickie Shapira — 5/20/2017 5:45:57 AM(UTC-7)

So frustrating

☆ +13106135151 Elliott Broidy — 5/20/2017 6:18:47 AM(UTC-7)

So sorry.  These airlines are so poorly run. It's disgusting. Most of this are operational problems. I've still got another 30 min to wait to board

☆ +13104131413 Joe & Nickie Shapira — 5/20/2017 6:19:52 AM(UTC-7)

It sucks. I'm sorry it happened to u too

☆ +13106135151 Elliott Broidy — 5/20/2017 6:22:24 AM(UTC-7)

Thanks you. Have a nice flight. Get some rest.  I'll try to make this a big week for us with Jeff

☆ +13104131413 Joe & Nickie Shapira — 5/21/2017 11:04:40 PM(UTC-7)

Check Wickr

31

CONFIDENTIAL TREATMENT
REQUESTED



☆ +13104131413 Joe & Nickie Shapira                          5/22/2017 6:27:02 PM(UTC-7)

Wickr

☆ +13104131413 Joe & Nickie Shapira                          5/23/2017 12:11:29 PM(UTC-7)

http://www.theindependent.sg/park-lane-goes-on-sale-as-jho-lows-fortune-disintegrates/

Attachments:

620251A2-4E3C-44BE-81DB-          B0F99C10-41EC-4281-AE4B-
2BE970B6DDA3.pluginPayloadAttachment   4A24F7261140.pluginPayloadAttachment

☆ +13104131413 Joe & Nickie Shapira                          5/23/2017 12:11:55 PM(UTC-7)

https://mobile.nytimes.com/2017/05/23/nyregion/park-lane-hotel-jho-low.html?referer=https://www.google.com/

Attachments:

80E2D804-80F5-4DA7-B406-          594F9AE7-0F4F-49BD-913D-
D9C506008EB5.pluginPayloadAttachment   A76C33373B09.pluginPayloadAttachment

☆ +13104131413 Joe & Nickie Shapira                          5/23/2017 8:07:06 PM(UTC-7)

Call me when u can talk

☆ +13106135151 Elliott Broidy                                5/23/2017 7:56:18 PM(UTC-7)

Just tried you

☆ +13104131413 Joe & Nickie Shapira                          5/23/2017 9:03:50 PM(UTC-7)

May I call u in 15?

☆ +13104131413 Joe & Nickie Shapira                          5/23/2017 9:03:59 PM(UTC-7)

So sorry in mtg

☆ +13106135151 Elliott Broidy                                5/23/2017 9:40:30 PM(UTC-7)

Now is okay

☆ +13104131413 Joe & Nickie Shapira                          5/23/2017 9:46:40 PM(UTC-7)

10 minutes

☆ +13104131413 Joe & Nickie Shapira                          5/23/2017 9:46:45 PM(UTC-7)

Will call

☆ +13104131413 Joe & Nickie Shapira                          5/23/2017 10:21:55 PM(UTC-7)

Tried to call

☆ +13104131413 Joe & Nickie Shapira                          5/23/2017 10:22:08 PM(UTC-7)

I'm available

☆ +13104131413 Joe & Nickie Shapira                          5/24/2017 11:37:52 AM(UTC-7)

Call me when u have a minute

CONFIDENTIAL TREATMENT
REQUESTED

E0000018

+13104131413 Joe & Nickie Shapira

Are u in D.C.? — 5/30/2017 8:14:38 AM(UTC-7)

+13104131413 Joe & Nickie Shapira

Good morning... call me please — 5/30/2017 8:29:49 AM(UTC-7)

+13104131413 Joe & Nickie Shapira

Is China the key to confront N Korea? Topic on fox outnumbered right now — 5/30/2017 9:13:52 AM(UTC-7)

+13106135151 Elliott Broidy

See Wickr — 5/30/2017 10:43:33 AM(UTC-7)

+13104131413 Joe & Nickie Shapira

Yes — 5/30/2017 10:55:27 AM(UTC-7)

+13104131413 Joe & Nickie Shapira

Check Wickr- all clear now for meetings — 5/30/2017 11:12:37 AM(UTC-7)

+13106135151 Elliott Broidy

Yes. All set — 5/30/2017 11:29:31 AM(UTC-7)

+13104131413 Joe & Nickie Shapira

He got his Mtgs reinstated — 5/30/2017 11:31:27 AM(UTC-7)

+13104131413 Joe & Nickie Shapira

Great. Are u in air still? — 5/30/2017 11:32:06 AM(UTC-7)

+13108135151 Elliott Broidy

I'm in DC since 7 am today — 5/30/2017 11:34:05 AM(UTC-7)

+13104131413 Joe & Nickie Shapira

Great. — 5/30/2017 11:34:27 AM(UTC-7)

+13104131413 Joe & Nickie Shapira

Can u call me pls — 5/30/2017 2:56:31 PM(UTC-7)

+13104131413 Joe & Nickie Shapira

Wickr — 5/30/2017 4:25:01 PM(UTC-7)

+13104131413 Joe & Nickie Shapira

Did u see my Wickr message? My messages disappear after 1 hour so not sure if u saw it — 5/30/2017 6:05:01 PM(UTC-7)

+13108135151 Elliott Broidy

Yes. Will call you shortly — 5/30/2017 6:09:36 PM(UTC-7)

+13104131413 Joe & Nickie Shapira

Just tried back - call me pls — 5/30/2017 6:38:12 PM(UTC-7)

+13106135151 Elliott Broidy

Sorry, stuck in a mtg. Will call you asap. — 5/30/2017 7:08:18 PM(UTC-7)

+13104131413 Joe & Nickie Shapira

Ok. — 5/30/2017 7:08:35 PM(UTC-7)

CONFIDENTIAL TREATMENT
REQUESTED

E0000019



+13106135151 Elliott Broidy      5/30/2017 7:40:51 PM(UTC-7)

Make it 11:40

+13104131413 Joe & Nickie Shapira      5/30/2017 7:43:03 PM(UTC-7)

K

+13104131413 Joe & Nickie Shapira      5/31/2017 8:07:35 AM(UTC-7)

In principal Kelly us ok- just a schedule issue?

+13106135151 Elliott Broidy      5/31/2017 8:08:59 AM(UTC-7)

Just a short notice scheduling issue. Still might hear in next hour or so. There is no issue with VM.

+13104131413 Joe & Nickie Shapira      5/31/2017 8:13:14 AM(UTC-7)

Ok great

+13106135151 Elliott Broidy      5/31/2017 8:14:38 AM(UTC-7)

Please pass along my good wishes to the VM.  Wait a little while longer

+13104131413 Joe & Nickie Shapira      5/31/2017 8:15:33 AM(UTC-7)

Yes I'm telling him that.

+13106135151 Elliott Broidy      5/31/2017 8:17:26 AM(UTC-7)

Great

+13106135151 Elliott Broidy      5/31/2017 8:18:12 AM(UTC-7)

Tell him I'm telling WH and Sessions what happened.

+13104131413 Joe & Nickie Shapira      5/31/2017 8:18:51 AM(UTC-7)

Ok.

+13104131413 Joe & Nickie Shapira      5/31/2017 8:44:12 AM(UTC-7)

Isn't general kelly scheduled to be in Haiti this afternoon?

+13106135151 Elliott Broidy      5/31/2017 8:45:18 AM(UTC-7)

Scheduler did not mention this??  Are you sure?

+13106135151 Elliott Broidy      5/31/2017 8:45:41 AM(UTC-7)

Neither did Sessions people

+13104131413 Joe & Nickie Shapira      5/31/2017 8:45:59 AM(UTC-7)

It's on DHS website

+13104131413 Joe & Nickie Shapira      5/31/2017 8:46:07 AM(UTC-7)

He's there for the afternoon

+13104131413 Joe & Nickie Shapira      5/31/2017 8:46:29 AM(UTC-7)

Just spoke w VM and he sounded like he was crying

+13104131413 Joe & Nickie Shapira      5/31/2017 8:46:34 AM(UTC-7)

Really sad

+13106135151 Elliott Broidy      5/31/2017 8:47:41 AM(UTC-7)

Terrible.  What a mess.  Bottom line not our fault. Normally their Amb would handle. This is a cluster fuck

37

CONFIDENTIAL TREATMENT
REQUESTED

| | +13104131413 Joe & Nickie Shapira | 5/31/2017 9:37:34 AM(UTC-7) |
|---|---|---|
| ☆ | Wickr | |

| | +13104131413 Joe & Nickie Shapira | 5/31/2017 9:48:00 AM(UTC-7) |
|---|---|---|
| ☆ | Any word on a date? | |

| | +13104131413 Joe & Nickie Shapira | 5/31/2017 9:48:14 AM(UTC-7) |
|---|---|---|
| ☆ | Let's focus on other thing | |

| | +13104131413 Joe & Nickie Shapira | 5/31/2017 9:48:31 AM(UTC-7) |
|---|---|---|
| ☆ | Distract and redirect our client | |

| | +13106135151 Elliott Broidy | 5/31/2017 10:15:06 AM(UTC-7) |
|---|---|---|
| ☆ | I will get | |

| | +13104131413 Joe & Nickie Shapira | 6/1/2017 11:11:12 AM(UTC-7) |
|---|---|---|
| ☆ | Wickr | |

| | +13104131413 Joe & Nickie Shapira | 6/2/2017 11:03:03 AM(UTC-7) |
|---|---|---|
| ☆ | Wickr | |

| | +13106135151 Elliott Broidy | 6/2/2017 1:36:11 PM(UTC-7) |
|---|---|---|
| ☆ | Just tried you | |

| | +13104131413 Joe & Nickie Shapira | 6/5/2017 11:38:52 AM(UTC-7) |
|---|---|---|
| ☆ | Hi -Mazel tov! hope Rachel's wedding was amazing... please call me. Thank you | |

| | +13106135151 Elliott Broidy | 6/5/2017 11:39:36 AM(UTC-7) |
|---|---|---|
| ☆ | At an event. Will call you later tonight | |

| | +13104131413 Joe & Nickie Shapira | 6/5/2017 11:40:03 AM(UTC-7) |
|---|---|---|
| ☆ | Ok | |

| | +13104131413 Joe & Nickie Shapira | 6/5/2017 2:15:30 PM(UTC-7) |
|---|---|---|
| ☆ | Please call before u go to bed in ISRAEL if possible... jkeeps calling for news | |

| | +13106135151 Elliott Broidy | 6/5/2017 2:19:12 PM(UTC-7) |
|---|---|---|
| ☆ | Yes. Will call you.  I am heading to D.C. Tonight to work on J and Asian country | |

| | +13106135151 Elliott Broidy | 6/5/2017 5:47:26 PM(UTC-7) |
|---|---|---|
| ☆ | Is now good? | |

| | +13104131413 Joe & Nickie Shapira | 6/5/2017 5:49:13 PM(UTC-7) |
|---|---|---|
| ☆ | Yes | |

| | +13104131413 Joe & Nickie Shapira | 6/9/2017 9:53:45 AM(UTC-7) |
|---|---|---|
| ☆ | Good morning call me please | |

| | +13104131413 Joe & Nickie Shapira | 6/9/2017 5:16:09 PM(UTC-7) |
|---|---|---|
| ☆ | No news? | |

| | +13106135151 Elliott Broidy | 6/9/2017 5:27:14 PM(UTC-7) |
|---|---|---|
| ☆ | Nothing yet. It will happen | |

38

CONFIDENTIAL TREATMENT
REQUESTED



☆ 👤 +13104131413 Joe & Nickie Shapira       6/9/2017 6:18:18 PM(UTC-7)

☆ 👤 +13104131413 Joe & Nickie Shapira       6/9/2017 11:01:20 PM(UTC-7)

https://www.wsj.com/articles/china-cranks-up-heat-on-exiled-tycoon-guo-wengui-1497006242
Attachments:

**WSJ**

152088ED-29D3-495C-BB9D-
7219133F6900.pluginPayloadAttachment

F66DF42E-3429-4FB6-6579-
4F884235CC38.pluginPayloadAttachment

☆ +13108135151 Elliott Broidy       6/10/2017 6:05:39 AM(UTC-7)

Getting nasty

☆ 👤 +13104131413 Joe & Nickie Shapira       6/11/2017 10:07:43 AM(UTC-7)

Good morning- call me pls at your convenience

☆ +13108135151 Elliott Broidy       6/11/2017 10:18:49 AM(UTC-7)

Will do. In a meeting for a while.

☆ 👤 +13104131413 Joe & Nickie Shapira       6/11/2017 7:54:15 PM(UTC-7)

Call pls when u have a minute Congo question

☆ 👤 +13104131413 Joe & Nickie Shapira       6/12/2017 7:55:41 PM(UTC-7)

http://m.malaysiakini.com/news/385389
Attachments:

**m‹**

FB1AEBB0-48A3-4021-91B7-
221FB18E304A.pluginPayloadAttachment

F2F59B84-470C-4ED4-9F78-
5A40AEF9DD54.pluginPayloadAttachment

☆ 👤 +13104131413 Joe & Nickie Shapira       6/12/2017 7:56:32 PM(UTC-7)

http://www.foxbusiness.com/features/2017/06/12/u-s-lawsuit-links-2-2-billion-deal-to-malaysian-scandal.html
Attachments:

1B0352A1-0E65-4350-8495-
C41653E98082.pluginPayloadAttachment

94CA27EE-C580-4ECD-BE89-
32F06040E60F.pluginPayloadAttachment

☆ 👤 +13104131413 Joe & Nickie Shapira       6/12/2017 9:19:48 PM(UTC-7)

Call me so we can craft message

☆ +13108135151 Elliott Broidy       6/12/2017 9:55:29 PM(UTC-7)

Is this a good time to talk?

☆ 👤 +13104131413 Joe & Nickie Shapira       6/13/2017 9:54:18 AM(UTC-7)

Call me please - thank you

☆ 👤 +13104131413 Joe & Nickie Shapira       6/13/2017 4:37:16 PM(UTC-7)

Call on audio pls

☆ 👤 +13104131413 Joe & Nickie Shapira       6/13/2017 11:25:20 PM(UTC-7)

Everything ok??

39

CONFIDENTIAL TREATMENT
REQUESTED



| | +13104131413 Joe & Nickie Shapira | 6/14/2017 9:09:52 AM(UTC-7) |
|---|---|---|
| | Wickr. Where are you? | |

+13104131413 Joe & Nickie Shapira — 6/14/2017 9:15:15 AM(UTC-7)
La or D.C.? Call pls

+13106135151 Elliott Broidy — 6/14/2017 9:23:22 AM(UTC-7)
LA

+13104131413 Joe & Nickie Shapira — 6/14/2017 10:18:58 AM(UTC-7)
Can u get on a call at noon?

+13106135151 Elliott Broidy — 6/14/2017 10:25:41 AM(UTC-7)
PT? Yes

+13104131413 Joe & Nickie Shapira — 6/14/2017 10:57:24 AM(UTC-7)
Can you do 12:15 or 1230 pst? Sorry

+13104131413 Joe & Nickie Shapira — 8/14/2017 10:57:28 AM(UTC-7)
W Pras

+13106135151 Elliott Broidy — 6/14/2017 11:24:44 AM(UTC-7)
Yes. 12:30 pm
Let's you and I speak first at 12:20 pm

+13104131413 Joe & Nickie Shapira — 6/14/2017 11:32:12 AM(UTC-7)
Sounds good

+13104131413 Joe & Nickie Shapira — 6/15/2017 10:25:55 AM(UTC-7)
Urgent- please call asap j

+13104131413 Joe & Nickie Shapira — 6/15/2017 12:09:55 PM(UTC-7)
Attachments:
IMG_8944.JPG.jpeg      IMG_8945.JPG.jpeg      IMG_8948.JPG.jpeg

+13106135151 Elliott Broidy — 6/15/2017 12:16:31 PM(UTC-7)
Thx

+13104131413 Joe & Nickie Shapira — 6/15/2017 6:39:44 PM(UTC-7)
Hey he'd like to speak w you this evening. Are u able?

+13104131413 Joe & Nickie Shapira — 6/15/2017 6:39:54 PM(UTC-7)
Principal

+13106135151 Elliott Broidy — 6/15/2017 7:46:20 PM(UTC-7)
Yes

+13104131413 Joe & Nickie Shapira — 6/15/2017 8:11:42 PM(UTC-7)
Call me when u are free

+13106135151 Elliott Broidy — 6/15/2017 9:31:27 PM(UTC-7)
Is now good?

40



☆ +13104131413 Joe & Nickie Shapira                                                6/16/2017 12:00:48 AM(UTC-7)

http://www.theaustralian.com.au/business/prosecutors-target-miranda-kerr-jewellery-for-seizure-over-1mdb-fraud-scandal/news-story/1983fd1098c9487a7f5059dcb28ace33

Attachments:

911CFA47-9DC3-498C-B8DC-A41419819129.pluginPayloadAttachment

5ADABAFD-5524-4FC5-9C7A-54B8CEE9281A.pluginPayloadAttachment

☆ +13106135151 Elliott Broidy                                                      6/16/2017 5:43:50 AM(UTC-7)

I didn't know about this.  How well did J know her?

☆ +13104131413 Joe & Nickie Shapira                                                6/16/2017 8:09:40 AM(UTC-7)

http://www.hollywoodreporter.com/thr-esq/feds-look-seize-rights-dumb-dumber-1013783

Attachments:

2176208F-94FC-4266-8AEA-831E470DA673.pluginPayloadAttachment

F9DE11EE-4FBD-4A30-A811-AA12D11C6C46.pluginPayloadAttachment

☆ +13104131413 Joe & Nickie Shapira                                                6/16/2017 8:16:20 AM(UTC-7)

He was dating Kerr in 2014

☆ +13104131413 Joe & Nickie Shapira                                                6/16/2017 8:19:26 AM(UTC-7)

Call me when u are up

☆ +13106135151 Elliott Broidy                                                      6/16/2017 10:19:40 AM(UTC-7)

Sorry, I can't talk right now.

☆ +13106135151 Elliott Broidy                                                      6/16/2017 10:20:24 AM(UTC-7)

Will call you soon

☆ +13104131413 Joe & Nickie Shapira                                                6/16/2017 10:20:35 AM(UTC-7)

☆ +13104131413 Joe & Nickie Shapira                                                6/18/2017 9:25:50 AM(UTC-7)

Hey happy Father's Day!

☆ +13104131413 Joe & Nickie Shapira                                                6/18/2017 9:26:00 AM(UTC-7)

Call when u can

☆ +13104131413 Joe & Nickie Shapira                                                6/19/2017 5:59:29 PM(UTC-7)

Hey - call me pls- thank u!

☆ +13104131413 Joe & Nickie Shapira                                                6/19/2017 7:36:34 PM(UTC-7)

http://www.straitstimes.com/asia/se-asia/malaysia-pm-najibs-office-slams-latest-us-action-to-seize-1mdb-linked-assets

Attachments:

3A379A65-A30E-4940-8A2C-8B038B024931.pluginPayloadAttachment

03B4305C-0F9A-4D93-AD9F-B5D3E288EAB8.pluginPayloadAttachment

☆ +13106135151 Elliott Broidy                                                      6/21/2017 1:16:01 PM(UTC-7)

Sorry, I'm in North Carolina today. Back in DC tonight around 10:00 pm. I can speak then.

41

CONFIDENTIAL TREATMENT
REQUESTED



+13104131413 Joe & Nickie Shapira                                    6/25/2017 12:33:02 PM(UTC-7)

http://www.malaysia-chronicle.com/bombshell-ostracized-by-trump-all-eyes-on-najib-to-sneak-off-to-bali-to-beg-ex-best-pal-obama-as-doj-lawsuits-on-son-riza-jho-low-get-critical/

Attachments:

44B799AB-FD45-48D9-9073-9D61DD252133.pluginPayloadAttachment

EBB1EBBA-E057-4BD4-872F-B410D51432C0.pluginPayloadAttachment

---

+13106135151 Elliott Broidy                                         6/25/2017 2:45:53 PM(UTC-7)

Weird article.  What can we do?

---

+13104131413 Joe & Nickie Shapira                                   6/26/2017 4:33:16 PM(UTC-7)

Call pls. Got news

---

+13106135151 Elliott Broidy                                         6/26/2017 4:54:23 PM(UTC-7)

Shortly

---

+13106135151 Elliott Broidy                                         6/26/2017 5:02:58 PM(UTC-7)

Just tried you

---

+13104131413 Joe & Nickie Shapira                                   6/26/2017 5:22:27 PM(UTC-7)

What's app request sent

---

+13104131413 Joe & Nickie Shapira                                   6/26/2017 5:22:34 PM(UTC-7)

Pls respond

---

+13104131413 Joe & Nickie Shapira                                   6/26/2017 6:31:51 PM(UTC-7)

Date... what's up w them?

---

+13104131413 Joe & Nickie Shapira                                   6/27/2017 5:43:12 AM(UTC-7)

Chinese Fugitive Guo Wengui Lost $500 Million In UBS Margin Call

---

+13104131413 Joe & Nickie Shapira                                   6/27/2017 5:43:14 AM(UTC-7)

http://www.forbes.com/sites/nathanvardi/2017/04/25/chinese-fugitive-guo-wengui-lost-500-million-in-ubs-margin-call/#ec1776fdec43

Attachments:

Forbes

E8CB0AD6-D5B9-48A1-B3B9-252F703AA95E.pluginPayloadAttachment

7303DA91-AFAE-4B7F-8BF3-3450F41C0098.pluginPayloadAttachment

---

+13106135151 Elliott Broidy                                         6/27/2017 6:38:24 AM(UTC-7)

Good

---

+13106135151 Elliott Broidy                                         6/27/2017 11:14:18 AM(UTC-7)

Please call me asap

---

+13106135151 Elliott Broidy                                         6/27/2017 11:14:27 AM(UTC-7)

Good progress

---

+13106135151 Elliott Broidy                                         6/27/2017 2:10:47 PM(UTC-7)

More good news
Call me

43

CONFIDENTIAL TREATMENT
REQUESTED



☆ +13106135151 Elliott Broidy                                6/27/2017 9:22:57 PM(UTC-7)

Please call me back.

☆ +13104131413 Joe & Nickie Shapira                          6/27/2017 9:31:06 PM(UTC-7)

Sorry was in shower

☆ +13104131413 Joe & Nickie Shapira                          6/27/2017 9:31:12 PM(UTC-7)

Call me

☆ +13104131413 Joe & Nickie Shapira                          6/28/2017 9:21:56 AM(UTC-7)

E call me pls

☆ +13106135151 Elliott Broidy                                6/28/2017 9:22:17 AM(UTC-7)

5 min

☆ +13104131413 Joe & Nickie Shapira                          6/28/2017 2:09:00 PM(UTC-7)

E pls any news?

☆ +13104131413 Joe & Nickie Shapira                          6/28/2017 6:41:19 PM(UTC-7)

Check Wickr pls .

☆ +13106135151 Elliott Broidy                                6/28/2017 6:58:10 PM(UTC-7)

Yes.  Working on getting answers

☆ +13106135151 Elliott Broidy                                6/28/2017 9:20:09 PM(UTC-7)

Call me

☆ +13104131413 Joe & Nickie Shapira                          6/29/2017 9:43:55 AM(UTC-7)

Hi we're we able to check in w him ?

☆ +13104131413 Joe & Nickie Shapira                          6/29/2017 9:44:10 AM(UTC-7)

Are we able to check in w him... sorry typos

☆ +13106135151 Elliott Broidy                                6/29/2017 10:26:37 AM(UTC-7)

Will do

☆ +13104131413 Joe & Nickie Shapira                          6/29/2017 4:15:03 PM(UTC-7)

Call me pls

☆ +13106135151 Elliott Broidy                                6/29/2017 6:20:08 PM(UTC-7)

Is rejection or acceptance letter already generated?

☆ +13104131413 Joe & Nickie Shapira                          6/29/2017 6:27:19 PM(UTC-7)

I have no idea

☆ +13106135151 Elliott Broidy                                6/29/2017 6:35:19 PM(UTC-7)

Sorry always generated.
In others words each applicant eventually re wives a yes or no in writing

☆ +13106135151 Elliott Broidy                                6/29/2017 6:35:43 PM(UTC-7)

Sorry receive a yes or no in writing

☆ +13104131413 Joe & Nickie Shapira                          6/29/2017 6:36:19 PM(UTC-7)

Yes

44

CONFIDENTIAL TREATMENT
REQUESTED                                                    E0000026



+13104131413 Joe & Nickie Shapira                                      6/29/2017 6:36:50 PM(UTC-7)

Check Wickr

+13106135151 Elliott Broidy                                           6/29/2017 6:59:34 PM(UTC-7)

Thx

+13104131413 Joe & Nickie Shapira                                     6/30/2017 5:54:45 AM(UTC-7)

Wickr

+13104131413 Joe & Nickie Shapira                                     6/30/2017 6:03:32 AM(UTC-7)

You are the man right now. They are going to give you the President's medal of freedom award after what you will accomplish for this country by this July 4th

+13106135151 Elliott Broidy                                           6/30/2017 6:40:09 AM(UTC-7)

I'm going to slam until it's done

+13104131413 Joe & Nickie Shapira                                     6/30/2017 8:25:45 AM(UTC-7)

Let's make sure part 1 happens today. And date for m

+13104131413 Joe & Nickie Shapira                                     6/30/2017 8:26:03 AM(UTC-7)

Don't leave that dude until we do it

+13106135151 Elliott Broidy                                           6/30/2017 8:51:18 AM(UTC-7)

Agree

+13104131413 Joe & Nickie Shapira                                     6/30/2017 10:03:10 AM(UTC-7)

Let him know - if we get the letter confirming the denial today by close of business (as u need workers to generate that letter) then we will get the 2 Americans home by July 4

+13104131413 Joe & Nickie Shapira                                     6/30/2017 10:03:38 AM(UTC-7)

After other phase 2- we can do the 60 take back

+13106135151 Elliott Broidy                                           6/30/2017 10:08:27 AM(UTC-7)

Sounds good

+13106135151 Elliott Broidy                                           6/30/2017 10:37:16 AM(UTC-7)

Wynn calling me back shortly. On a call.

+13106135151 Elliott Broidy                                           6/30/2017 11:14:27 AM(UTC-7)

Please call me

+13104131413 Joe & Nickie Shapira                                     6/30/2017 11:49:28 AM(UTC-7)

Call me

+13104131413 Joe & Nickie Shapira                                     6/30/2017 12:10:04 PM(UTC-7)

Call me pls important

+13106135151 Elliott Broidy                                           6/30/2017 4:49:43 PM(UTC-7)

Heard from Steve. He reiterated to POTUS.

+13106135151 Elliott Broidy                                           6/30/2017 4:50:19 PM(UTC-7)

Separately, RP texted me that he got tied up but is on top of it.

CONFIDENTIAL TREATMENT
REQUESTED                                                             E0000027

☆ +13106135151 Elliott Broidy                                              8/30/2017 4:50:35 PM(UTC-7)

Will call you a little later.

☆ +13104131413 Joe & Nickie Shapira                                        6/30/2017 4:51:00 PM(UTC-7)

Can we get proof today about revoke?

☆ +13104131413 Joe & Nickie Shapira                                        6/30/2017 4:51:03 PM(UTC-7)

From RP?

☆ +13104131413 Joe & Nickie Shapira                                        6/30/2017 4:53:30 PM(UTC-7)

Can we get proof today about revoke?

☆ +13104131413 Joe & Nickie Shapira                                        6/30/2017 6:30:15 PM(UTC-7)

Are u on a flight?

☆ +13106135151 Elliott Broidy                                              7/1/2017 6:51:05 AM(UTC-7)

Spoke to RP at length.  Call me when you can

☆ +13104131413 Joe & Nickie Shapira                                        7/1/2017 8:36:57 AM(UTC-7)

Can u call?

☆ +13104131413 Joe & Nickie Shapira                                        7/1/2017 8:57:37 AM(UTC-7)

http://www.timesofisrael.com/despite-denials-tony-blair-reportedly-offered-to-aid-trump-on-mideast/
Attachments:

THE TIMES
OF ISRAEL
4013B2F7-3EBB-457A-90C7-
3B97246924E7.pluginPayloadAttachment

B2176550-B7BD-4E37-AFA5-
B6AE43298085.pluginPayloadAttachment

☆ +13104131413 Joe & Nickie Shapira                                        7/1/2017 11:41:30 PM(UTC-7)

http://www.politico.eu/article/trump-rex-tillerson-present-at-the-destruction-how-rex-tillerson-is-wrecking-the-state-
department/
Attachments:

P
74115D93-B1A2-4503-9708-
FE369C71EF63.pluginPayloadAttachment

635AABDD-D416-4727-A78D-
CA52601AF815.pluginPayloadAttachment

☆ +13104131413 Joe & Nickie Shapira                                        7/2/2017 5:19:49 AM(UTC-7)

There is a call Scheduled for today Sunday w Xi jiping about n Korea. He can ask and confirm about package. He can even
say he heard from Steve Wynn

☆ +13104131413 Joe & Nickie Shapira                                        7/2/2017 5:20:08 AM(UTC-7)

I think it's at 8 pm eastern time Sunday

☆ +13104131413 Joe & Nickie Shapira                                        7/2/2017 5:32:33 AM(UTC-7)

Pls call me asap- I'm going to be in a flight soon

☆ +13104131413 Joe & Nickie Shapira                                        7/2/2017 5:43:32 AM(UTC-7)

N Korea and steel

☆ +13104131413 Joe & Nickie Shapira                                        7/2/2017 5:43:44 AM(UTC-7)

Thoughts?

46

CONFIDENTIAL TREATMENT
REQUESTED



☆ +13106135151 Elliott Broidy                                    7/2/2017 5:54:14 AM(UTC-7)

Yes. I'm available. Call me

☆ +13104131413 Joe & Nickie Shapira                              7/2/2017 8:21:47 AM(UTC-7)

I'm going to jump off plane in la so we can close this out. I'm not giving up our shot. This is meant to be. I will text u when I land. I can't be over the pacific with no wifi when we have so much at stake.

☆ +13106135151 Elliott Broidy                                    7/2/2017 8:25:58 AM(UTC-7)

Great.

☆ +13104131413 Joe & Nickie Shapira                              7/2/2017 1:13:21 PM(UTC-7)

Check Wickr

☆ +13104131413 Joe & Nickie Shapira                              7/2/2017 2:22:27 PM(UTC-7)

Call me

☆ +13104131413 Joe & Nickie Shapira                              7/2/2017 7:33:41 PM(UTC-7)

Can u meet me for a drink this evening?

☆ +13104131413 Joe & Nickie Shapira                              7/2/2017 7:33:53 PM(UTC-7)

Like 930?

☆ +13104131413 Joe & Nickie Shapira                              7/2/2017 7:34:05 PM(UTC-7)

Just for 45 minutes

☆ +13104131413 Joe & Nickie Shapira                              7/2/2017 7:54:01 PM(UTC-7)

It's my bday tomorrow so u can buy me a drink

☆ +13106135151 Elliott Broidy                                    7/2/2017 9:02:14 PM(UTC-7)

Yes.   Sounds good. Beverly Wilshire Hotel in boulevard restaurant 9:45 pm.

☆ +13106136151 Elliott Broidy                                    7/2/2017 9:19:50 PM(UTC-7)

Or later if you prefer.

☆ +13106135151 Elliott Broidy                                    7/2/2017 9:34:54 PM(UTC-7)

Just left you a message

☆ +13104131413 Joe & Nickie Shapira                              7/2/2017 9:57:43 PM(UTC-7)

Hey sorry I just saw your message.

☆ +13106135151 Elliott Broidy                                    7/2/2017 9:58:50 PM(UTC-7)

10:30 pm?

☆ +13104131413 Joe & Nickie Shapira                              7/2/2017 10:00:24 PM(UTC-7)

Since it's so late maybe we can just meet first thing in morning as I know u wake up early to harass folks

☆ +13106135151 Elliott Broidy                                    7/2/2017 10:00:42 PM(UTC-7)

Great.

☆ +13104131413 Joe & Nickie Shapira                              7/3/2017 5:45:38 AM(UTC-7)

Good morning. ☀ are we harassing yet? it's my birthday so let's get this

☆ +13104131413 Joe & Nickie Shapira                              7/3/2017 5:45:41 AM(UTC-7)

All of it

CONFIDENTIAL TREATMENT
REQUESTED                                                              E0000029

☆ 🔲 +13104131413 Joe & Nickie Shapira                                      7/6/2017 7:15:43 AM(UTC-7)

McMaster and his deputy are on it, Jared, Wilbur Ross,

☆ 🔲 +13104131413 Joe & Nickie Shapira                                      7/6/2017 11:13:28 AM(UTC-7)

Call me I got u

☆ 🔲 +13106135151 Elliott Broidy                                            7/8/2017 3:17:59 PM(UTC-7)

Just tried you

☆ 🔲 +13104131413 Joe & Nickie Shapira                                      7/6/2017 3:24:00 PM(UTC-7)

Call me back pls

☆ 🔲 +13104131413 Joe & Nickie Shapira                                      7/6/2017 9:44:52 PM(UTC-7)

https://www.theguardian.com/world/2017/jul/06/father-of-modern-malaysia-backs-jailed-former-pm-in-attempt-to-oust-incumbent

Attachments:

🔲
25397E87-5988-4742-A95E-
38B3B5611E39.pluginPayloadAttachment

🔲 03F6FCE4-6D9F-4EAC-9780-
9C6B86A92520.pluginPayloadAttachment

☆ 🔲 +13104131413 Joe & Nickie Shapira                                      7/7/2017 12:11:23 PM(UTC-7)

Let's harass this dude again it's 3 pm.

☆ 🔲 +13106135151 Elliott Broidy                                            7/7/2017 2:28:03 PM(UTC-7)

Agree. Will do

☆ 🔲 +13104131413 Joe & Nickie Shapira                                      7/8/2017 9:46:22 AM(UTC-7)

Good morning- plscall me

☆ 🔲 +13104131413 Joe & Nickie Shapira                                      7/9/2017 12:28:09 AM(UTC-7)

Call me when u can- lots of things for u

☆ 🔲 +13104131413 Joe & Nickie Shapira                                      7/9/2017 7:26:04 PM(UTC-7)

Pls give me a call

☆ 🔲 +13104131413 Joe & Nickie Shapira                                      7/11/2017 9:05:12 AM(UTC-7)

Urgent. Call me pls

☆ 🔲 +13106135151 Elliott Broidy                                            7/11/2017 9:19:28 AM(UTC-7)

Sorry. At Dr. Will call you very shortly

☆ 🔲 +13104131413 Joe & Nickie Shapira                                      7/11/2017 10:06:24 AM(UTC-7)

Wickr

☆ 🔲 +13104131413 Joe & Nickie Shapira                                      7/11/2017 2:14:20 PM(UTC-7)

It's 5 pm ... I think we need to make a move. Date and otherwise. We're getting killed.

☆ 🔲 +13104131413 Joe & Nickie Shapira                                      7/11/2017 3:32:40 PM(UTC-7)

Call me please- thank you

☆ 🔲 +13104131413 Joe & Nickie Shapira                                      7/11/2017 5:28:01 PM(UTC-7)

Please call because we need to strategize -

50

+13104131413 Joe & Nickie Shapira — 7/11/2017 5:28:25 PM(UTC-7)

I'm getting inundated

+13106135151 Elliott Broidy — 7/11/2017 9:01:24 PM(UTC-7)

See wikr

+13106135151 Elliott Broidy — 7/11/2017 9:11:26 PM(UTC-7)

Now for a call?

+13106135151 Elliott Broidy — 7/12/2017 7:05:21 AM(UTC-7)

Send me text on wikr. I'm taking off and need to get to WH

+13106135151 Elliott Broidy — 7/12/2017 7:10:05 AM(UTC-7)

Taking off. Need now

+13104131413 Joe & Nickie Shapira — 7/12/2017 7:13:10 AM(UTC-7)

Done

+13106135151 Elliott Broidy — 7/12/2017 7:17:53 AM(UTC-7)

Got it. Thx

+13106135151 Elliott Broidy — 7/12/2017 7:18:10 AM(UTC-7)

Trying to get McMaster to do call asap

+13104131413 Joe & Nickie Shapira — 7/12/2017 7:18:29 AM(UTC-7)

+13104131413 Joe & Nickie Shapira — 7/12/2017 7:26:21 AM(UTC-7)

Trump flys to paris tonight and returns Friday.

+13104131413 Joe & Nickie Shapira — 7/12/2017 4:43:31 PM(UTC-7)

Wickr

+13104131413 Joe & Nickie Shapira — 7/12/2017 5:30:21 PM(UTC-7)

Ok pls call

+13104131413 Joe & Nickie Shapira — 7/13/2017 10:52:16 AM(UTC-7)

Pras met w FBI –

+13104131413 Joe & Nickie Shapira — 7/13/2017 10:52:46 AM(UTC-7)

Call me and I'll fill u in

+13104131413 Joe & Nickie Shapira — 7/13/2017 5:46:15 PM(UTC-7)

Please call when u can so we can talk- we gotta handle this so pls pls go to D.C. And sit at WH until u get it. I will keep u company if u worry about being lonely!

+13104131413 Joe & Nickie Shapira — 7/13/2017 5:46:38 PM(UTC-7)

I will fly from here in hawaii to there

+13104131413 Joe & Nickie Shapira — 7/13/2017 8:45:39 PM(UTC-7)

Call me asap

+13106135151 Elliott Broidy — 7/13/2017 8:46:08 PM(UTC-7)

5 min

51

CONFIDENTIAL TREATMENT
REQUESTED



+13104131413 Joe & Nickie Shapira
7/15/2017 10:12:28 AM(UTC-7)

http://www.globaltimes.cn/content/1056449.shtml

Attachments:

C2C9AD7B-54C2-48A8-8021-
31AC5B79BC9C.pluginPayloadAttachment

+13106135151 Elliott Broidy
7/15/2017 10:22:05 AM(UTC-7)

Thx

+13106135151 Elliott Broidy
7/15/2017 10:22:30 AM(UTC-7)

Working on getting meetings for tomorrow.

+13104131413 Joe & Nickie Shapira
7/16/2017 2:54:20 PM(UTC-7)

Call me pls thank you

+13106135151 Elliott Broidy
7/16/2017 3:09:46 PM(UTC-7)

5 min

+13104131413 Joe & Nickie Shapira
7/17/2017 10:54:54 AM(UTC-7)

Good day - call me when u can talk. Thank you

+13106135151 Elliott Broidy
7/17/2017 11:31:12 AM(UTC-7)

Just tried you

+13106135151 Elliott Broidy
7/17/2017 12:44:50 PM(UTC-7)

Tried you back

+13106135151 Elliott Broidy
7/17/2017 12:57:20 PM(UTC-7)

Yes. Shortly

+13104131413 Joe & Nickie Shapira
7/17/2017 1:35:36 PM(UTC-7)

Reince needs to give u this date now and ask him for update on other thing . We look impotent

+13106135151 Elliott Broidy
7/17/2017 1:45:52 PM(UTC-7)

Agree. Hammering away

+13104131413 Joe & Nickie Shapira
7/17/2017 2:58:05 PM(UTC-7)

Got an idea

+13106135151 Elliott Broidy
7/17/2017 3:40:12 PM(UTC-7)

Sorry. Please Wickr

+13104131413 Joe & Nickie Shapira
7/17/2017 9:46:23 PM(UTC-7)

https://www.bloomberg.com/news/articles/2017-07-17/deadly-enemies-becoming-allies-in-bid-to-oust-malaysia-s-najib

Attachments:

F805FA9A-3953-45B4-BECE-
C0E2B016460C.pluginPayloadAttachment

D5C6BECA-29F1-42E1-AB67-
0620SC8AFF89.pluginPayloadAttachment

+13104131413 Joe & Nickie Shapira
7/18/2017 6:48:28 AM(UTC-7)

Happy birthday

53

CONFIDENTIAL TREATMENT
REQUESTED



+13104131413 Joe & Nickie Shapira — 7/18/2017 6:57:49 AM(UTC-7)

https://mobile.nytimes.com/2017/07/17/us/politics/trump-iran-nuclear-deal-recertify.html?_r=0&referer=
Attachments:

6888B3C6-B5F0-496A-B93B-7341F7665D5D.pluginPayloadAttachment

099F5661-42F9-4ABE-81B0-1CE358553598.pluginPayloadAttachment

+13106135151 Elliott Broidy — 7/18/2017 7:26:37 AM(UTC-7)

Thank you! Will only be temporary. May go at it again within a couple months

+13104131413 Joe & Nickie Shapira — 7/18/2017 8:40:11 AM(UTC-7)

Call me

+13106135151 Elliott Broidy — 7/18/2017 8:54:26 AM(UTC-7)

Sorry at Hillcrest. Can only text for an hour

+13104131413 Joe & Nickie Shapira — 7/18/2017 8:54:55 AM(UTC-7)

Check Wickr

+13106135151 Elliott Broidy — 7/18/2017 8:55:02 AM(UTC-7)

Yes

+13104131413 Joe & Nickie Shapira — 7/18/2017 1:14:57 PM(UTC-7)

Can u check Wickr

+13104131413 Joe & Nickie Shapira — 7/18/2017 1:26:49 PM(UTC-7)

Really really need that date. It's been crazy for me all day w this. He's panicking

+13104131413 Joe & Nickie Shapira — 7/18/2017 1:27:04 PM(UTC-7)

This f head needs to make it happen

+13104131413 Joe & Nickie Shapira — 7/18/2017 1:27:58 PM(UTC-7)

This date is mandatory today- we're getting creamed

+13106135151 Elliott Broidy — 7/18/2017 1:30:19 PM(UTC-7)

Calling RP now

+13104131413 Joe & Nickie Shapira — 7/18/2017 1:31:00 PM(UTC-7)

Call everyone so they know u are raging mad

+13104131413 Joe & Nickie Shapira — 7/18/2017 1:31:41 PM(UTC-7)

Call Madeline too. We need this today

+13106135151 Elliott Broidy — 7/18/2017 1:34:40 PM(UTC-7)

Doing it now.

+13104131413 Joe & Nickie Shapira — 7/18/2017 1:54:38 PM(UTC-7)

Call me pls thank you

+13104131413 Joe & Nickie Shapira — 7/19/2017 4:37:31 PM(UTC-7)

Call was done. Sw probably tried to reach u

54

CONFIDENTIAL TREATMENT
REQUESTED

☆ +13104131413 Joe & Nickie Shapira | 7/19/2017 4:37:41 PM(UTC-7)

Secondly we need this date bad

☆ +13104131413 Joe & Nickie Shapira | 7/20/2017 6:46:52 AM(UTC-7)

Call me pls asap

☆ +13106135151 Elliott Broidy | 7/20/2017 11:14:08 AM(UTC-7)

Please bear with me. Getting some info on mtg

☆ +13104131413 Joe & Nickie Shapira | 7/20/2017 12:46:07 PM(UTC-7)

I get it but I still need to bring u up to date

☆ +13106135151 Elliott Broidy | 7/20/2017 12:47:00 PM(UTC-7)

I'm stuck with 12 people at a dinner

☆ +13104131413 Joe & Nickie Shapira | 7/20/2017 12:47:25 PM(UTC-7)

Do u have any movement on date?

☆ +13104131413 Joe & Nickie Shapira | 7/20/2017 2:24:40 PM(UTC-7)

Are u able to speak now???

☆ +13104131413 Joe & Nickie Shapira | 7/20/2017 2:58:15 PM(UTC-7)

You are leaving us hanging here- it's just not right

☆ +13106135151 Elliott Broidy | 7/20/2017 3:20:31 PM(UTC-7)

Just tried you

☆ +13104131413 Joe & Nickie Shapira | 7/20/2017 6:26:46 PM(UTC-7)

This guy didn't get to potus?

☆ +13104131413 Joe & Nickie Shapira | 7/20/2017 6:26:51 PM(UTC-7)

Sw?

☆ +13106135151 Elliott Broidy | 7/25/2017 2:11:31 AM(UTC-7)

Just tried you

☆ +13104131413 Joe & Nickie Shapira | 7/26/2017 8:38:22 AM(UTC-7)

Call pls

☆ +13106135151 Elliott Broidy | 7/26/2017 8:47:31 AM(UTC-7)

In a mtg

☆ +13106135151 Elliott Broidy | 7/26/2017 8:47:40 AM(UTC-7)

Working on everything

☆ +13104131413 Joe & Nickie Shapira | 7/26/2017 8:56:58 AM(UTC-7)

Really need confirm it was officially transmitted. At this point - he says no

☆ +13106135151 Elliott Broidy | 7/26/2017 9:09:20 AM(UTC-7)

Asked 3 different people to follow up

☆ +13104131413 Joe & Nickie Shapira | 7/26/2017 9:44:54 AM(UTC-7)

Yup. U know why it's important

55

CONFIDENTIAL TREATMENT
REQUESTED

E0000034

☆ +13106135151 Elliott Broidy          7/26/2017 10:06:49 AM(UTC-7)

Called Preibus. Seeing Wynn in an hour.

☆ +13104131413 Joe & Nickie Shapira          7/26/2017 1:32:18 PM(UTC-7)

Can u talk?

☆ +13106135151 Elliott Broidy          7/26/2017 1:33:33 PM(UTC-7)

Call me

☆ +13104131413 Joe & Nickie Shapira          7/27/2017 7:41:20 AM(UTC-7)

Any word on embassy??

☆ +13104131413 Joe & Nickie Shapira          7/27/2017 1:20:05 PM(UTC-7)

Hey any update about formal notice?

☆ +13106135151 Elliott Broidy          7/27/2017 2:41:41 PM(UTC-7)

I'm dealing with people in NSC. Emailing directly. Awaiting response

☆ +13104131413 Joe & Nickie Shapira          7/27/2017 7:53:25 PM(UTC-7)

Call me pls

☆ +13104131413 Joe & Nickie Shapira          7/27/2017 8:24:36 PM(UTC-7)

FYI scaramucci here this weekend too

☆ +13104131413 Joe & Nickie Shapira          7/28/2017 6:29:27 AM(UTC-7)

Wickr

☆ +13104131413 Joe & Nickie Shapira          7/28/2017 10:36:47 PM(UTC-7)

Wickr

☆ +13106135151 Elliott Broidy          7/29/2017 10:05:37 AM(UTC-7)

Just called

☆ +13104131413 Joe & Nickie Shapira          7/29/2017 9:34:58 PM(UTC-7)

They were told 12 sept is mtg. That's day that un general assembly starts- it's a Tuesday???? No golf??

☆ +13104131413 Joe & Nickie Shapira          7/29/2017 9:35:51 PM(UTC-7)

Wickr

☆ +13106135151 Elliott Broidy          7/29/2017 10:09:39 PM(UTC-7)

May be two mtgs.  Amb should ask. Golf at Bedminster on Sat and tues at WH?

☆ +13104131413 Joe & Nickie Shapira          7/30/2017 7:09:40 PM(UTC-7)

Call me when u are able to talk

☆ +13104131413 Joe & Nickie Shapira          7/31/2017 11:54:50 AM(UTC-7)

Call as soon as you can please

☆ +13104131413 Joe & Nickie Shapira          7/31/2017 1:25:36 PM(UTC-7)

Wickr

☆ +13104131413 Joe & Nickie Shapira          7/31/2017 2:51:24 PM(UTC-7)

Wickr

56

CONFIDENTIAL TREATMENT
REQUESTED

| | +13104131413 Joe & Nickie Shapira | 7/31/2017 6:42:52 PM(UTC-7) |
|---|---|---|
| | If it doesn't happen before ten pm est they said it's done | |

| | +13104131413 Joe & Nickie Shapira | 7/31/2017 6:42:54 PM(UTC-7) |
|---|---|---|
| | Dead | |

| | +13104131413 Joe & Nickie Shapira | 7/31/2017 7:00:11 PM(UTC-7) |
|---|---|---|
| | Call me pls asap | |

| | +13104131413 Joe & Nickie Shapira | 7/31/2017 7:00:20 PM(UTC-7) |
|---|---|---|
| | We need to make a decision | |

| | +13104131413 Joe & Nickie Shapira | 8/1/2017 9:07:54 AM(UTC-7) |
|---|---|---|
| | Call me please | |

| | +13106135151 Elliott Broidy | 8/1/2017 9:58:11 AM(UTC-7) |
|---|---|---|
| | On a con call. Will do. | |

| | +13104131413 Joe & Nickie Shapira | 8/2/2017 7:12:13 AM(UTC-7) |
|---|---|---|
| | Good morning- Call me pls | |

| | +13104131413 Joe & Nickie Shapira | 8/2/2017 12:47:38 PM(UTC-7) |
|---|---|---|
| | Call when u can- | |

| | +13104131413 Joe & Nickie Shapira | 8/2/2017 1:35:11 PM(UTC-7) |
|---|---|---|
| | Call me asap | |

| | +13104131413 Joe & Nickie Shapira | 8/2/2017 5:58:57 PM(UTC-7) |
|---|---|---|
| | Call me when u can talk | |

| | +13104131413 Joe & Nickie Shapira | 8/3/2017 7:11:48 AM(UTC-7) |
|---|---|---|
| | Call me pls | |

| | +13106135151 Elliott Broidy | 8/3/2017 7:17:17 AM(UTC-7) |
|---|---|---|
| | 5 min | |

| | +13106135151 Elliott Broidy | 8/3/2017 8:05:30 AM(UTC-7) |
|---|---|---|
| | Just tried you | |

| | +13104131413 Joe & Nickie Shapira | 8/3/2017 10:44:03 AM(UTC-7) |
|---|---|---|
| | Call me pls | |

| | +13104131413 Joe & Nickie Shapira | 8/4/2017 3:25:02 PM(UTC-7) |
|---|---|---|
| | Call me pls | |

| | +13106135151 Elliott Broidy | 8/7/2017 2:17:36 PM(UTC-7) |
|---|---|---|
| | Please call me | |

| | +13104131413 Joe & Nickie Shapira | 8/7/2017 8:32:49 PM(UTC-7) |
|---|---|---|
| | Call when u can | |

| | +13106135151 Elliott Broidy | 8/7/2017 8:56:18 PM(UTC-7) |
|---|---|---|
| | Just called u | |

57

CONFIDENTIAL TREATMENT
REQUESTED

E0000036



+13104131413 Joe & Nickie Shapira                              8/9/2017 10:34:47 AM(UTC-7)

Call me

+13104131413 Joe & Nickie Shapira                              8/10/2017 9:07:29 AM(UTC-7)

Call me pls

+13106135151 Elliott Broidy                                   8/10/2017 9:09:43 AM(UTC-7)

In a call. Around 15 min.

+13104131413 Joe & Nickie Shapira                              8/10/2017 9:12:15 AM(UTC-7)

Pls ok

+13106135151 Elliott Broidy                                   8/10/2017 11:58:27 AM(UTC-7)

Just tried you back

+13104131413 Joe & Nickie Shapira                              8/10/2017 6:27:50 PM(UTC-7)

Check Wickr

+13106135151 Elliott Broidy                                   8/11/2017 6:01:02 AM(UTC-7)

Timing is good.  Need to be aggressive

+13104131413 Joe & Nickie Shapira                              8/11/2017 6:18:23 AM(UTC-7)

Are u in la ?

+13106135151 Elliott Broidy                                   8/11/2017 6:43:06 AM(UTC-7)

No. Europe

+13106135151 Elliott Broidy                                   8/11/2017 6:43:18 AM(UTC-7)

Flew last night.

+13104131413 Joe & Nickie Shapira                              8/11/2017 1:07:47 PM(UTC-7)

Please call

+13104131413 Joe & Nickie Shapira                              8/12/2017 7:57:35 AM(UTC-7)

Call me pls important

+13104131413 Joe & Nickie Shapira                              8/12/2017 8:58:02 AM(UTC-7)

Sent

+13104131413 Joe & Nickie Shapira                              8/14/2017 9:46:23 AM(UTC-7)

Call me pls

+13104131413 Joe & Nickie Shapira                              8/15/2017 10:18:14 PM(UTC-7)

What time should pras meet us tomorrow afternoon?

+13104131413 Joe & Nickie Shapira                              8/15/2017 10:19:14 PM(UTC-7)

How about 4?

+13106135151 Elliott Broidy                                   8/16/2017 12:02:54 AM(UTC-7)

Can we meet Thursday at 5:15 pm at my office?

+13104131413 Joe & Nickie Shapira                              8/16/2017 7:08:42 AM(UTC-7)

Pras really wants to see u today if possible since u leave Friday

58

CONFIDENTIAL TREATMENT
REQUESTED

| | |
|---|---|
| +13104131413 Joe & Nickie Shapira | 8/16/2017 7:08:59 AM(UTC-7) |
| If there are calls to make - we need to discuss | |

| | |
|---|---|
| +13106135151 Elliott Broidy | 8/16/2017 7:14:02 AM(UTC-7) |
| Sure, 2:30 pm. | |

| | |
|---|---|
| +13104131413 Joe & Nickie Shapira | 8/16/2017 7:30:28 AM(UTC-7) |
| See u then - let's get on phone prior | |

| | |
|---|---|
| +13106135151 Elliott Broidy | 8/16/2017 7:34:43 AM(UTC-7) |
| Yes. Let's speak around 11:45 am | |

| | |
|---|---|
| +13104131413 Joe & Nickie Shapira | 8/16/2017 9:25:07 AM(UTC-7) |
| Ok will call u then | |

| | |
|---|---|
| +13104131413 Joe & Nickie Shapira | 8/16/2017 9:38:15 AM(UTC-7) |
| Any way you can talk via phone at 11? | |

| | |
|---|---|
| +13104131413 Joe & Nickie Shapira | 8/16/2017 9:38:46 AM(UTC-7) |
| Instead of 1145? | |

| | |
|---|---|
| +13106135151 Elliott Broidy | 8/16/2017 9:44:44 AM(UTC-7) |
| Yes | |

| | |
|---|---|
| +13106135151 Elliott Broidy | 8/16/2017 11:00:46 AM(UTC-7) |
| Just called you | |

| | |
|---|---|
| +13106135151 Elliott Broidy | 8/16/2017 2:36:17 PM(UTC-7) |
| I have a meeting with McConnell at 3:00 pm across the street. We said 2:15 pm at my office. Let's all meet for a drink tonight after dinner. | |

| | |
|---|---|
| +13104131413 Joe & Nickie Shapira | 8/16/2017 2:37:47 PM(UTC-7) |
| Were here | |

| | |
|---|---|
| +13104131413 Joe & Nickie Shapira | 8/16/2017 2:37:47 PM(UTC-7) |
| We said 230 | |

| | |
|---|---|
| +13104131413 Joe & Nickie Shapira | 8/16/2017 2:39:55 PM(UTC-7) |
| I'm here in conference | |

| | |
|---|---|
| +13104131413 Joe & Nickie Shapira | 8/16/2017 2:39:57 PM(UTC-7) |
| Room | |

| | |
|---|---|
| +13104131413 Joe & Nickie Shapira | 8/17/2017 8:32:41 AM(UTC-7) |
| Call me pls | |

| | |
|---|---|
| +13104131413 Joe & Nickie Shapira | 8/17/2017 9:04:13 AM(UTC-7) |
| Call me | |

| | |
|---|---|
| +13104131413 Joe & Nickie Shapira | 8/17/2017 5:02:37 PM(UTC-7) |
| Call me pls. | |

| | |
|---|---|
| +13104131413 Joe & Nickie Shapira | 8/17/2017 10:52:28 PM(UTC-7) |
| Where are u- u ok??? Check Wickr | |

59

CONFIDENTIAL TREATMENT
REQUESTED

| | | |
|---|---|---|
| +13106135151 Elliott Broidy | 8/18/2017 4:38:52 AM(UTC-7) | |
| BH. Crazy busy. Can talk anytime now. | | |

| | | |
|---|---|---|
| +13104131413 Joe & Nickie Shapira | 8/18/2017 7:46:17 AM(UTC-7) | |
| Call me pls. Pras wants to conference in | | |

| | | |
|---|---|---|
| +13104131413 Joe & Nickie Shapira | 8/18/2017 7:46:17 AM(UTC-7) | |
| J | | |

| | | |
|---|---|---|
| +13106135151 Elliott Broidy | 8/18/2017 7:57:19 AM(UTC-7) | |
| I have an 8 am con call Will call you after. Before 9 am | | |

| | | |
|---|---|---|
| +13104131413 Joe & Nickie Shapira | 8/18/2017 8:06:50 AM(UTC-7) | |
| Sorry just saw this- ok | | |

| | | |
|---|---|---|
| +13106135151 Elliott Broidy | 8/18/2017 9:02:41 AM(UTC-7) | |
| Almost done. Calling you shortly | | |

| | | |
|---|---|---|
| +13106135151 Elliott Broidy | 8/18/2017 9:13:29 AM(UTC-7) | |
| Calling you shortly | | |

| | | |
|---|---|---|
| +13106135151 Elliott Broidy | 8/18/2017 9:13:29 AM(UTC-7) | |
| Calling you shortly | | |

| | | |
|---|---|---|
| +13106135151 Elliott Broidy | 8/19/2017 8:16:50 AM(UTC-7) | |
| Urgent. Call me. Good news | | |

| | | |
|---|---|---|
| +13106135151 Elliott Broidy | 8/19/2017 8:17:06 AM(UTC-7) | |
| Asap | | |

| | | |
|---|---|---|
| +13106135151 Elliott Broidy | 8/19/2017 8:19:34 AM(UTC-7) | |
| Where are u? | | |

| | | |
|---|---|---|
| +13106135151 Elliott Broidy | 8/19/2017 8:19:37 AM(UTC-7) | |
| Call me | | |

| | | |
|---|---|---|
| +13106135151 Elliott Broidy | 8/19/2017 8:23:47 AM(UTC-7) | |
| .im with Steve W. have break thru opportunity | | |

| | | |
|---|---|---|
| +13106135151 Elliott Broidy | 8/19/2017 8:27:02 AM(UTC-7) | |
| Wake up | | |

| | | |
|---|---|---|
| +13106135151 Elliott Broidy | 8/19/2017 8:35:18 AM(UTC-7) | |
| Where are you?  Urgent | | |

| | | |
|---|---|---|
| +13106135151 Elliott Broidy | 8/19/2017 8:40:48 AM(UTC-7) | |
| Call me | | |

| | | |
|---|---|---|
| +13106135151 Elliott Broidy | 8/19/2017 9:41:18 AM(UTC-7) | |
| When? | | |

| | | |
|---|---|---|
| +13106135151 Elliott Broidy | 8/19/2017 10:07:23 AM(UTC-7) | |
| When will you be back on the grid? | | |

60

CONFIDENTIAL TREATMENT
REQUESTED

E0000039

| | +13106135151 Elliott Broidy | 8/19/2017 11:30:56 AM(UTC-7) |
| --- | --- | --- |
| | Are you okay? | |

| | +13106135151 Elliott Broidy | 8/20/2017 6:42:14 AM(UTC-7) |
| --- | --- | --- |
| | Please check Wickr | |

| | +13106135151 Elliott Broidy | 8/20/2017 6:46:01 AM(UTC-7) |
| --- | --- | --- |
| | Have W call SW on boat now. See Wickr | |

| | +13106135151 Elliott Broidy | 8/20/2017 7:03:57 AM(UTC-7) |
| --- | --- | --- |
| | When is W calling boat. Standing by. | |

| | +13106135151 Elliott Broidy | 8/20/2017 8:52:30 AM(UTC-7) |
| --- | --- | --- |
| | FYI - No call yet | |

| | +13104131413 Joe & Nickie Shapira | 8/21/2017 1:24:20 AM(UTC-7) |
| --- | --- | --- |
| | Check Wickr | |

| | +13106135151 Elliott Broidy | 8/21/2017 1:39:17 AM(UTC-7) |
| --- | --- | --- |
| | Yes.  I'll discuss with Steve and handle. | |

| | +13106135151 Elliott Broidy | 8/21/2017 1:51:29 AM(UTC-7) |
| --- | --- | --- |
| | I can receive but not send Wickr.  I will handle | |

| | +13106135151 Elliott Broidy | 8/21/2017 9:09:36 AM(UTC-7) |
| --- | --- | --- |
| | Just tried you | |

| | +13106135151 Elliott Broidy | 8/21/2017 9:10:44 AM(UTC-7) |
| --- | --- | --- |
| | Should make the call | |

| | +13106135151 Elliott Broidy | 8/21/2017 9:11:52 AM(UTC-7) |
| --- | --- | --- |
| | Expecting call. Tell Madeleine that based on conversation with SW calling to arrange mtg.... | |

| | +13104131413 Joe & Nickie Shapira | 8/22/2017 7:24:46 AM(UTC-7) |
| --- | --- | --- |
| | Pls call urgent | |

| | +13104131413 Joe & Nickie Shapira | 8/22/2017 9:22:18 AM(UTC-7) |
| --- | --- | --- |
| | Call when u can | |

| | +13104131413 Joe & Nickie Shapira | 8/22/2017 10:41:47 AM(UTC-7) |
| --- | --- | --- |
| | Call me urgently | |

| | +13104131413 Joe & Nickie Shapira | 8/22/2017 11:01:51 AM(UTC-7) |
| --- | --- | --- |
| | Email sent. No reply. Pls call robin. | |

| | +13106135151 Elliott Broidy | 8/22/2017 11:02:06 AM(UTC-7) |
| --- | --- | --- |
| | Will do | |

| | +13106135151 Elliott Broidy | 8/22/2017 4:52:17 PM(UTC-7) |
| --- | --- | --- |
| | The call was made. Stick to calling GC office for follow up tomorrow | |

| | +13104131413 Joe & Nickie Shapira | 8/22/2017 6:37:54 PM(UTC-7) |
| --- | --- | --- |
| | They should call? | |

61

CONFIDENTIAL TREATMENT
REQUESTED

| ☆ | 👤 | +13104131413 Joe & Nickie Shapira | | 8/24/2017 4:33:07 PM(UTC-7) |
| | | Call | | |

| ☆ | 👤 | +13104131413 Joe & Nickie Shapira | | 8/25/2017 8:31:46 AM(UTC-7) |
| | | Check signal asap | | |

| ☆ | 👤 | +13104131413 Joe & Nickie Shapira | | 8/25/2017 8:34:18 AM(UTC-7) |
| | | Urgent call pls | | |

| ☆ | 👤 | +13104131413 Joe & Nickie Shapira | | 8/25/2017 8:34:32 AM(UTC-7) |
| | | Need robin call chairman asap | | |

| ☆ | 👤 | +13104131413 Joe & Nickie Shapira | | 8/25/2017 8:34:35 AM(UTC-7) |
| | | Bad | | |

| ☆ | 👤 | +13104131413 Joe & Nickie Shapira | | 8/26/2017 7:55:47 AM(UTC-7) |
| | | Please call me | | |

| ☆ | 👤 | +13104131413 Joe & Nickie Shapira | | 8/26/2017 11:26:38 AM(UTC-7) |
| | | Can I call u in 10? Can u check what's app | | |

| ☆ | | +13106135151 Elliott Broidy | | 8/26/2017 11:26:46 AM(UTC-7) | 👤 |
| | | Yes | | | |

| ☆ | | +13106135151 Elliott Broidy | | 8/26/2017 12:25:32 PM(UTC-7) | 👤 |
| | | No article recd | | | |

| ☆ | 👤 | +13104131413 Joe & Nickie Shapira | | 8/26/2017 1:52:05 PM(UTC-7) |
| | | Call when u can | | |

| ☆ | 👤 | +13104131413 Joe & Nickie Shapira | | 8/26/2017 6:54:34 PM(UTC-7) |
| | | Check your signal | | |

| ☆ | 👤 | +13104131413 Joe & Nickie Shapira | | 8/26/2017 6:55:07 PM(UTC-7) |
| | | Call me when u can talk as had something to tell u don't want to write | | |

| ☆ | 👤 | +13104131413 Joe & Nickie Shapira | | 8/27/2017 9:55:55 AM(UTC-7) |
| | | Breitbart article | | |

| ☆ | 👤 | +13104131413 Joe & Nickie Shapira | | 8/27/2017 9:56:01 AM(UTC-7) |
| | | What's app | | |

| ☆ | 👤 | +13104131413 Joe & Nickie Shapira | | 8/27/2017 12:24:28 PM(UTC-7) |
| | | They arrived already to dc. | | |

| ☆ | 👤 | +13104131413 Joe & Nickie Shapira | | 8/27/2017 12:24:35 PM(UTC-7) |
| | | At hotel just on standby | | |

| ☆ | | +13106135151 Elliott Broidy | | 8/27/2017 12:29:49 PM(UTC-7) | 👤 |
| | | Calling S again now. | | | |

| ☆ | | +13106135151 Elliott Broidy | | 8/27/2017 2:08:37 PM(UTC-7) | 👤 |
| | | Spoke to S | | | |

CONFIDENTIAL TREATMENT
REQUESTED



+13104131413 Joe & Nickie Shapira                                    9/3/2017 8:30:15 AM(UTC-7)

http://www.politico.com/tipsheets/politico-influence/2017/05/25/another-former-trump-staffer-adds-foreign-client-220517

Attachments:

9D574627-4A8E-4857-8C33-
9CE11BE48ECE.pluginPayloadAttachment

12DB79BD-535A-437F-B641-
E6E4BA62A121.pluginPayloadAttachment

+13104131413 Joe & Nickie Shapira                                    9/5/2017 8:59:04 AM(UTC-7)

Call me please

+13106135151 Elliott Broidy                                         9/5/2017 10:36:25 AM(UTC-7)

Just tried you

+13104131413 Joe & Nickie Shapira                                    9/5/2017 4:46:42 PM(UTC-7)

Any news? Tomorrow is Wednesday and they are in Asia so it's already Wednesday morning 745 am there ...

+13104131413 Joe & Nickie Shapira                                    9/5/2017 4:46:55 PM(UTC-7)

I know I'm a few hours we will get bombarded

+13104131413 Joe & Nickie Shapira                                    9/6/2017 9:13:38 AM(UTC-7)

Call me. They couldn't get in touch w guy.  Assistant said he's busy busy

+13106135151 Elliott Broidy                                         9/6/2017 10:51:55 AM(UTC-7)

Will call you in 45
Promised me golf or lunch/dinner

+13104131413 Joe & Nickie Shapira                                    9/7/2017 8:25:02 AM(UTC-7)

Call me

+13104131413 Joe & Nickie Shapira                                    9/8/2017 7:53:23 AM(UTC-7)

Good morning call me

+13104131413 Joe & Nickie Shapira                                    9/8/2017 11:08:49 AM(UTC-7)

E check signal urgent

+13106135151 Elliott Broidy                                         9/8/2017 11:14:04 AM(UTC-7)

Tried you back twice.

+13106135151 Elliott Broidy                                         9/8/2017 11:14:12 AM(UTC-7)

Call me when you can

+13104131413 Joe & Nickie Shapira                                    9/8/2017 9:55:14 PM(UTC-7)

Hey call me this evening pls

+13106135151 Elliott Broidy                                         9/8/2017 11:27:00 PM(UTC-7)

Sent lots of texts.  No returns yet. Let's speak in the morning.

+13106135151 Elliott Broidy                                         9/9/2017 8:36:19 AM(UTC-7)

staff changes last night. Johnny out as PPO.

+13104131413 Joe & Nickie Shapira                                    9/9/2017 8:16:17 AM(UTC-7)

Call me pls

65

CONFIDENTIAL TREATMENT
REQUESTED

| | +13106135151 Elliott Broidy | 9/12/2017 4:57:34 AM(UTC-7) |
|---|---|---|
| | Calling WH again now | |

| | +13106135151 Elliott Broidy | 9/12/2017 4:58:56 AM(UTC-7) |
|---|---|---|
| | Where do you see congressional dinner? | |

| | +13106135151 Elliott Broidy | 9/12/2017 4:59:15 AM(UTC-7) |
|---|---|---|
| | Calling Rick Dearborn now | |

| | +13104131413 Joe & Nickie Shapira | 9/12/2017 5:00:11 AM(UTC-7) |
|---|---|---|
| | Trump is hosting a congressional dinner to talk tax tonight | |

| | +13106135151 Elliott Broidy | 9/12/2017 5:00:24 AM(UTC-7) |
|---|---|---|
| | Thx | |

| | +13104131413 Joe & Nickie Shapira | 9/12/2017 5:00:39 AM(UTC-7) |
|---|---|---|
| | So u need lunch | |

| | +13106135151 Elliott Broidy | 9/12/2017 5:00:46 AM(UTC-7) |
|---|---|---|
| | Yes | |

| | +13104131413 Joe & Nickie Shapira | 9/12/2017 6:31:47 AM(UTC-7) |
|---|---|---|
| | Call me pls need to update u | |

| | +13104131413 Joe & Nickie Shapira | 9/12/2017 8:25:46 AM(UTC-7) |
|---|---|---|
| | 130 pm mtg w pras downstairs ok? | |

| | +13104131413 Joe & Nickie Shapira | 9/12/2017 10:10:51 AM(UTC-7) |
|---|---|---|
| | 140 ok? | |

| | +13106135151 Elliott Broidy | 9/12/2017 10:47:03 AM(UTC-7) |
|---|---|---|
| | I need to talk with you alone. I'm in lobby. | |

| | +13104131413 Joe & Nickie Shapira | 9/12/2017 7:11:09 PM(UTC-7) |
|---|---|---|
| | Can I call u in 15? | |

| | +13106135151 Elliott Broidy | 9/12/2017 7:11:23 PM(UTC-7) |
|---|---|---|
| | Yes | |

| | +13106135151 Elliott Broidy | 9/12/2017 7:32:47 PM(UTC-7) |
|---|---|---|
| | In lobby near concierge desks in 5? | |

| | +13104131413 Joe & Nickie Shapira | 9/13/2017 3:53:25 AM(UTC-7) |
|---|---|---|
| | Good morning call when u get up | |

| | +13106135151 Elliott Broidy | 9/13/2017 4:07:47 AM(UTC-7) |
|---|---|---|
| | Left you a message | |

| | +13104131413 Joe & Nickie Shapira | 9/13/2017 5:15:01 AM(UTC-7) |
|---|---|---|
| | Chair is not going to florida today | |

| | +13104131413 Joe & Nickie Shapira | 9/13/2017 5:15:05 AM(UTC-7) |
|---|---|---|
| | Chairman | |

67

CONFIDENTIAL TREATMENT
REQUESTED



☆ +13106135151 Elliott Broidy                                    9/13/2017 5:57:55 AM(UTC-7)

Okay. Fantastic

☆ +13104131413 Joe & Nickie Shapira                              9/13/2017 10:54:21 AM(UTC-7)

Call me pls... checking on status of 1o am mtg

☆ +13108135151 Elliott Broidy                                    9/13/2017 12:45:08 PM(UTC-7)

No

☆ +13104131413 Joe & Nickie Shapira                             9/13/2017 12:45:23 PM(UTC-7)

Can u call?

☆ +13106135151 Elliott Broidy                                    9/13/2017 1:11:57 PM(UTC-7)

Please text me asylum article. And other article

☆ +13104131413 Joe & Nickie Shapira                              9/13/2017 1:21:49 PM(UTC-7)

http://nypost.com/2017/09/11/chinese-dissident-billionaire-treated-me-as-sex-slave-suit/
Attachments:

5D5DCDBB-4686-49DA-A0FE-         78CA62C9-2BD5-4D8C-8278-
0A6870CC2223.pluginPayloadAttachment    0E4C1DAD920B.pluginPayloadAttachment

☆ +13104131413 Joe & Nickie Shapira                              9/13/2017 1:25:06 PM(UTC-7)

Attachments:

IMG_9543.PNG.png
(Empty File)

☆ +13104131413 Joe & Nickie Shapira                              9/13/2017 1:30:56 PM(UTC-7)

http://www.dailymail.co.uk/news/article-4877600/Chinese-dissident-50-repeatedly-raped-woman-NYC.html

☆ +13106135151 Elliott Broidy                                    9/13/2017 4:00:36 PM(UTC-7)

Whose article did you screenshot?

☆ +13106135151 Elliott Broidy                                    9/13/2017 4:13:47 PM(UTC-7)

Daily mail didn't come thru

☆ +13104131413 Joe & Nickie Shapira                              9/13/2017 4:20:31 PM(UTC-7)

http://www.dailymail.co.uk/news/article-4877600/Chinese-dissident-50-repeatedly-raped-woman-NYC.html

☆ +13104131413 Joe & Nickie Shapira                              9/13/2017 4:20:48 PM(UTC-7)

U get it now????

☆ +13106135151 Elliott Broidy                                    9/13/2017 4:36:46 PM(UTC-7)

Great

☆ +13104131413 Joe & Nickie Shapira                              9/13/2017 4:50:54 PM(UTC-7)

Friday.

☆ +13104131413 Joe & Nickie Shapira                              9/13/2017 4:51:23 PM(UTC-7)

We need someone to warn the chairman .  They are trying to Sabotage him

68

CONFIDENTIAL TREATMENT
REQUESTED

E0000044



☆ +13106135151 Elliott Broidy                                      9/17/2017 2:00:47 PM(UTC-7)

Here are wiring instructions:

        Farmers & Merchants Bank
        302 Pine Avenue
        Long Beach, CA  90802
        ABA Number: ▮
        Swift Code: ▮
        Account Name:    Tuort, Inc.
                      Los Angeles, CA  90067
        Account Number: ▮

☆ +13104131413 Joe & Nickie Shapira                               9/17/2017 2:01:30 PM(UTC-7)

Can u email it to me-it came over strange

☆ +13106135151 Elliott Broidy                                     9/17/2017 2:30:22 PM(UTC-7)

Yes

☆ +13104131413 Joe & Nickie Shapira                               9/18/2017 2:21:13 PM(UTC-7)

Call me

☆ +13106135151 Elliott Broidy                                     9/19/2017 10:34:49 AM(UTC-7)

Just tried you

☆ +13104131413 Joe & Nickie Shapira                               9/19/2017 5:06:56 PM(UTC-7)

Can u call me?

☆ +13104131413 Joe & Nickie Shapira                               9/20/2017 8:59:35 AM(UTC-7)

Hey

☆ +13104131413 Joe & Nickie Shapira                               9/20/2017 8:59:50 AM(UTC-7)

Good morning call me pls

☆ +13106135151 Elliott Broidy                                     9/20/2017 9:19:51 AM(UTC-7)

So Sorry. 45 min

☆ +13106135151 Elliott Broidy                                     9/20/2017 10:29:30 AM(UTC-7)

Just tried you.

☆ +13106135151 Elliott Broidy                                     9/20/2017 12:36:44 PM(UTC-7)

Call me asap. Do not call SW

☆ +13104131413 Joe & Nickie Shapira                               9/21/2017 8:40:34 AM(UTC-7)

Call me important

☆ +13104131413 Joe & Nickie Shapira                               9/24/2017 10:52:03 AM(UTC-7)

Call me pls

☆ +13104131413 Joe & Nickie Shapira                               9/24/2017 4:07:13 PM(UTC-7)

Hey

☆ +13106135151 Elliott Broidy                                     9/24/2017 4:21:28 PM(UTC-7)

Can we speak around 6:30 pacific?

CONFIDENTIAL TREATMENT
REQUESTED

E0000045

| ☆ | +13104131413 Joe & Nickie Shapira | 9/24/2017 4:50:57 PM(UTC-7) |
|---|---|---|
| | Yes! Let's talk then | |

| ☆ | +13104131413 Joe & Nickie Shapira | 9/24/2017 6:43:51 PM(UTC-7) |
|---|---|---|
| | Been trying to call u | |

| ☆ | +13106135151 Elliott Broidy | 9/24/2017 6:47:28 PM(UTC-7) |
|---|---|---|
| Stuck in a family dinner. | | |

| ☆ | +13106135151 Elliott Broidy | 9/24/2017 8:43:01 PM(UTC-7) |
|---|---|---|
| Is now good? | | |

| ☆ | +13104131413 Joe & Nickie Shapira | 9/24/2017 8:43:23 PM(UTC-7) |
|---|---|---|
| | Yes. | |

| ☆ | +13104131413 Joe & Nickie Shapira | 9/24/2017 8:43:33 PM(UTC-7) |
|---|---|---|
| | Calling u in 1 minute | |

| ☆ | +13106135151 Elliott Broidy | 9/24/2017 8:43:53 PM(UTC-7) |
|---|---|---|
| Great | | |

| ☆ | +13104131413 Joe & Nickie Shapira | 9/25/2017 6:06:18 PM(UTC-7) |
|---|---|---|
| | Are u able to talk? | |

| ☆ | +13106135151 Elliott Broidy | 9/25/2017 6:06:56 PM(UTC-7) |
|---|---|---|
| On plane to NYC. Landing around 11 eastern. Will call after I'm in car | | |

| ☆ | +13104131413 Joe & Nickie Shapira | 9/25/2017 6:07:06 PM(UTC-7) |
|---|---|---|
| | Ok cool | |

| ☆ | +13106135151 Elliott Broidy | 9/26/2017 6:24:09 PM(UTC-7) |
|---|---|---|
| Call me | | |

| ☆ | +13104131413 Joe & Nickie Shapira | 9/27/2017 4:43:17 AM(UTC-7) |
|---|---|---|
| | Check signal | |

| ☆ | +13106135151 Elliott Broidy | 9/27/2017 7:05:22 AM(UTC-7) |
|---|---|---|
| Just tried you | | |

| ☆ | +13104131413 Joe & Nickie Shapira | 9/27/2017 7:56:34 AM(UTC-7) |
|---|---|---|
| | Call me | |

| ☆ | +13104131413 Joe & Nickie Shapira | 9/28/2017 7:30:24 AM(UTC-7) |
|---|---|---|
| | Call me pls | |

| ☆ | +13106135151 Elliott Broidy | 9/28/2017 7:31:06 AM(UTC-7) |
|---|---|---|
| Sorry. In mtg. Will call | | |

| ☆ | +13104131413 Joe & Nickie Shapira | 9/28/2017 8:33:37 AM(UTC-7) |
|---|---|---|
| | Call me. | |

| ☆ | +13104131413 Joe & Nickie Shapira | 9/28/2017 8:33:46 AM(UTC-7) |
|---|---|---|
| | He wants to know how mtg went | |

71

CONFIDENTIAL TREATMENT
REQUESTED

E0000046



☆ +13104131413 Joe & Nickie Shapira — 9/28/2017 6:39:35 PM(UTC-7)
Let's decide response

☆ +13104131413 Joe & Nickie Shapira — 9/29/2017 6:26:09 AM(UTC-7)
U on flight?

☆ +13104131413 Joe & Nickie Shapira — 9/30/2017 7:16:55 PM(UTC-7)
Call me pls

☆ +13106135151 Elliott Broidy — 9/30/2017 8:03:45 PM(UTC-7)
5 min

☆ +13106135151 Elliott Broidy — 9/30/2017 8:09:08 PM(UTC-7)
Just tried u

☆ +13104131413 Joe & Nickie Shapira — 9/30/2017 9:12:16 PM(UTC-7)
Attachments:
Audio Message.amr

☆ +13104131413 Joe & Nickie Shapira — 9/30/2017 9:14:40 PM(UTC-7)
Pls call me back

☆ +13106135151 Elliott Broidy — 9/30/2017 9:43:57 PM(UTC-7)
Didn't hear back from you. Send me name l

☆ +13104131413 Joe & Nickie Shapira — 9/30/2017 9:51:16 PM(UTC-7)
Signal

☆ +13104131413 Joe & Nickie Shapira — 10/1/2017 7:26:47 AM(UTC-7)
Want to meet at Starbucks by peninsula?

☆ +13106135151 Elliott Broidy — 10/1/2017 8:42:20 AM(UTC-7)
I'm heading to DC later and Robin going to Israel today. My meeting with Potus is tomorrow. Let's speak on mobile later

☆ +13104131413 Joe & Nickie Shapira — 10/1/2017 8:49:42 AM(UTC-7)
No problem.  Did u get atty name? His wife just got into some issues

☆ +13106135151 Elliott Broidy — 10/1/2017 8:52:37 AM(UTC-7)
I saw the attorney.  I have met him but don't know him
Who hire him?

☆ +13104131413 Joe & Nickie Shapira — 10/1/2017 8:53:11 AM(UTC-7)
Call and I'll explain

☆ +13106135151 Elliott Broidy — 10/2/2017 12:20:45 PM(UTC-7)
https://www.nytimes.com/2017/10/01/business/facebook-china-guo-wengui.html
Attachments:
004C1E10-F518-4ACC-9FB7-
D09F1EDED997.pluginPayloadAttachment
49ABACF1-B8A6-4BFD-9273-
3E15A85D46AC.pluginPayloadAttachment

72

CONFIDENTIAL TREATMENT
REQUESTED



+13106135151 Elliott Broidy — 10/7/2017 3:46:20 PM(UTC-7)
Call me. Thx

+13104131413 Joe & Nickie Shapira — 10/7/2017 4:16:49 PM(UTC-7)
Tried call. S

+13104131413 Joe & Nickie Shapira — 10/7/2017 4:18:44 PM(UTC-7)
Please call me have update

+13106135151 Elliott Broidy — 10/9/2017 9:07:36 AM(UTC-7)
Just spoke with SW. call me

+13106135151 Elliott Broidy — 10/9/2017 4:39:08 PM(UTC-7)
Sorry, I can't talk right now.

+13104131413 Joe & Nickie Shapira — 10/9/2017 4:39:28 PM(UTC-7)
Ok call me when u can- got info

+13104131413 Joe & Nickie Shapira — 10/11/2017 6:29:37 AM(UTC-7)
Attachments:

IMG_9849.PNG.png

+13106135151 Elliott Broidy — 10/11/2017 7:14:31 AM(UTC-7)
Shocking. Call me

+13104131413 Joe & Nickie Shapira — 10/12/2017 12:29:36 PM(UTC-7)
Hi call me

+13106135151 Elliott Broidy — 10/14/2017 3:27:17 PM(UTC-7)
Just tried you

+13106135151 Elliott Broidy — 10/14/2017 9:44:47 PM(UTC-7)
Just called you

+13104131413 Joe & Nickie Shapira — 10/16/2017 4:06:22 PM(UTC-7)
Are u available to do a call at 8 am tomorrow EJ atty team?

+13104131413 Joe & Nickie Shapira — 10/16/2017 4:06:37 PM(UTC-7)
For explaining Friday deadline

+13106135151 Elliott Broidy — 10/17/2017 5:46:03 AM(UTC-7)
Sorry missed you yesterday. I can do a call. Let's discuss.
Call me when you're up.

+13104131413 Joe & Nickie Shapira — 10/17/2017 7:15:50 AM(UTC-7)
Ok

+13104131413 Joe & Nickie Shapira — 10/17/2017 8:41:19 AM(UTC-7)
They want to discuss in person. Can I come see you at 1015? I'll come by your office and go through in person

74

CONFIDENTIAL TREATMENT
REQUESTED

E0000048

+13106135151 Elliott Broidy                                       10/17/2017 9:12:29 AM(UTC-7)

Sure. Make it 10:30.

+13104131413 Joe & Nickie Shapira                                10/17/2017 10:30:53 AM(UTC-7)

Pras wants to come see u so let's see him and then u and I speak privately later . I have to get to a dentist appt at 11 so just a drop in.

+13104131413 Joe & Nickie Shapira                                10/17/2017 1:03:51 PM(UTC-7)

The atty will fly here to meet u. He can get here Thursday.  Seems in person is important

+13106135151 Elliott Broidy                                       10/17/2017 1:14:17 PM(UTC-7)

Good.

+13106135151 Elliott Broidy                                       10/17/2017 1:15:12 PM(UTC-7)

Thurs morning is good.
9:00 am?
Or late thurs afternoon

+13104131413 Joe & Nickie Shapira                                10/17/2017 1:17:33 PM(UTC-7)

Let me check

+13104131413 Joe & Nickie Shapira                                10/17/2017 5:41:21 PM(UTC-7)

1 pm Thursday at your office.

+13106135151 Elliott Broidy                                       10/17/2017 5:55:41 PM(UTC-7)

See if 4:00 pm will work

+13104131413 Joe & Nickie Shapira                                10/18/2017 1:08:24 PM(UTC-7)

Ok confirmed 4 pm st your office.  I am coming but Pras said he probably can't make it

+13106135151 Elliott Broidy                                       10/18/2017 1:18:47 PM(UTC-7)

Yes. Tomorrow

+13106135151 Elliott Broidy                                       10/18/2017 1:58:26 PM(UTC-7)

Should Robin attend mtg?

+13104131413 Joe & Nickie Shapira                                10/18/2017 3:10:58 PM(UTC-7)

Your call.  No harm

+13106135151 Elliott Broidy                                       10/18/2017 3:12:33 PM(UTC-7)

I will include Robin.

+13104131413 Joe & Nickie Shapira                                10/18/2017 3:27:17 PM(UTC-7)

I think it's better

+13104131413 Joe & Nickie Shapira                                10/18/2017 3:27:23 PM(UTC-7)

She is there

+13106135151 Elliott Broidy                                       10/18/2017 3:27:56 PM(UTC-7)

Agree. Robin is confirmed

+13104131413 Joe & Nickie Shapira                                10/19/2017 4:04:05 PM(UTC-7)

1030 am Tuesday at trump hotel w atty confirmed

75

CONFIDENTIAL TREATMENT
REQUESTED                                                                E0000049

☆ +13106135151 Elliott Broidy — 12/31/2017 9:13:33 AM(UTC-8)

Will call you in 3 min

☆ +13104131413 Joe & Nickie Shapira — 1/1/2018 11:32:45 AM(UTC-8)

Happy new year! Call me pls!

☆ +13104131413 Joe & Nickie Shapira — 1/1/2018 2:55:41 PM(UTC-8)

Will u be in town this week? If yes, I will come for a day

☆ +13104131413 Joe & Nickie Shapira — 1/1/2018 3:05:37 PM(UTC-8)

I'm thinking Wednesday?

☆ +13106135151 Elliott Broidy — 1/1/2018 3:54:13 PM(UTC-8)

Not sure of my schedule yet. We have people over. I'll call you in 20.

☆ +13104131413 Joe & Nickie Shapira — 1/2/2018 10:36:08 AM(UTC-8)

I am getting in Thursday at 5.

☆ +13104131413 Joe & Nickie Shapira — 1/2/2018 10:36:34 AM(UTC-8)

Am.  So can we meet around 3? Pm Thursday

☆ +13104131413 Joe & Nickie Shapira — 1/2/2018 10:36:45 AM(UTC-8)

I can ask Pras to come at 330.

☆ +13104131413 Joe & Nickie Shapira — 1/2/2018 10:46:56 AM(UTC-8)

Actually now I have to do this dental thing at 3 so can we do 430? And Pras can join at 5?

☆ +13104131413 Joe & Nickie Shapira — 1/3/2018 9:06:21 AM(UTC-8)

Call me pls

☆ +13106135151 Elliott Broidy — 1/3/2018 10:15:19 AM(UTC-8)

Yes. Confirmed at my office.

☆ +13104131413 Joe & Nickie Shapira — 1/3/2018 10:15:53 AM(UTC-8)

Call when u can

☆ +13104131413 Joe & Nickie Shapira — 1/3/2018 10:52:42 PM(UTC-8)

Attachments:

IMG_0400.jpeg

☆ +13104131413 Joe & Nickie Shapira — 1/3/2018 10:55:12 PM(UTC-8)

https://www.gibsondunn.com/lawyer/hanna-nicola-t/

Attachments:

G

53955817-8578-4F88-B1A1-
CCF340A65D40.pluginPayloadAttachment

☆ +13106135151 Elliott Broidy — 1/4/2018 1:42:16 AM(UTC-8)

I know him well.

85

CONFIDENTIAL TREATMENT
REQUESTED



☆ +13104131413 Joe & Nickie Shapira      1/4/2018 4:43:11 AM(UTC-8)

Her?

☆ +13106135151 Elliott Broidy      1/4/2018 5:46:02 AM(UTC-8)

Lol
It's a guy

☆ +13104131413 Joe & Nickie Shapira      1/4/2018 10:59:34 AM(UTC-8)

Call me pls

☆ +13104131413 Joe & Nickie Shapira      1/4/2018 4:35:28 PM(UTC-8)

Arriving in 5- my dentist took forever !!

☆ +13106135151 Elliott Broidy      1/4/2018 6:00:32 PM(UTC-8)

Send me the video

☆ +13104131413 Joe & Nickie Shapira      1/4/2018 6:03:52 PM(UTC-8)

https://youtu.be/RiLZxkWpplw
Attachments:

6927A8CD-5F2F-4069-9AB5-
839187B2AF4A.pluginPayloadAttachment

F1D808A5-1C6E-476F-A8B8-
AAE640C821A5.pluginPayloadAttachment

☆ +13104131413 Joe & Nickie Shapira      1/4/2018 9:43:31 PM(UTC-8)

http://www.thegatewaypundit.com/2018/01/roger-stone-bannons-money-man-chinese-soros-operative-double-agent-video/
Attachments:

GP

98971BA3-33A0-430C-94A9-
ACED8D8Z42EE.pluginPayloadAttachment

9CC511C4-233B-4A82-AC0A-
C82FC4E48321.pluginPayloadAttachment

☆ +13104131413 Joe & Nickie Shapira      1/4/2018 10:35:23 PM(UTC-8)

Call me pls

☆ +13106135151 Elliott Broidy      1/5/2018 12:06:57 PM(UTC-8)

Send me more info on GUO involved in funding Dem politicians, Soros etc. ASAP

☆ +13106135151 Elliott Broidy      1/5/2018 2:25:59 PM(UTC-8)

Are you coming to my office for our 2:15 pm appt?  I need to leave by 2:50 pm for another meeting.

☆ +13104131413 Joe & Nickie Shapira      1/5/2018 2:26:20 PM(UTC-8)

I'm here. Coming up

☆ +13104131413 Joe & Nickie Shapira      1/6/2018 10:50:41 AM(UTC-8)

Hey can u call me?

☆ +13104131413 Joe & Nickie Shapira      1/6/2018 1:13:33 PM(UTC-8)

What time should we meet for 15 minutes?

☆ +13104131413 Joe & Nickie Shapira      1/6/2018 1:13:39 PM(UTC-8)

Pras is saying 5

CONFIDENTIAL TREATMENT
REQUESTED



☆ +13106135151 Elliott Broidy                                              1/6/2018 2:50:44 PM(UTC-8)

I have nothing new. Working on all fronts. Unless Pras has info, let's meet tomorrow at 5:00 pm

☆ +13104131413 Joe & Nickie Shapira                                        1/6/2018 2:55:55 PM(UTC-8)

Ok

☆ +13104131413 Joe & Nickie Shapira                                        1/6/2018 7:08:30 PM(UTC-8)

Elliott does ur son play basketball? My sis is at a basketball tournament w Brentwood playing ... Michael Jordan sponsored

☆ +13104131413 Joe & Nickie Shapira                                        1/6/2018 7:09:28 PM(UTC-8)

Or he plays football?

☆ +13106135151 Elliott Broidy                                              1/6/2018 7:43:33 PM(UTC-8)

He plays football, soccer and Lacrosse

☆ +13104131413 Joe & Nickie Shapira                                        1/6/2018 8:25:35 PM(UTC-8)

Ahhh ok! Wow

☆ +13104131413 Joe & Nickie Shapira                                        1/7/2018 1:25:30 PM(UTC-8)

6 pm regent Beverly Wilshire?

☆ +13106135151 Elliott Broidy                                              1/7/2018 1:43:26 PM(UTC-8)

Can we make it 6:30 pm In Blvd restaurant?
Does P have anything new?

☆ +13104131413 Joe & Nickie Shapira                                        1/7/2018 1:43:47 PM(UTC-8)

Yes 630 good and he should

☆ +13106135151 Elliott Broidy                                              1/7/2018 1:43:56 PM(UTC-8)

See you then

☆ +13106135151 Elliott Broidy                                              1/7/2018 3:57:18 PM(UTC-8)

CNBC reports Bannon met twice with GUO
You said 7X. Can you send proof

☆ +13104131413 Joe & Nickie Shapira                                        1/7/2018 3:58:47 PM(UTC-8)

It was 3x that I know for sure

☆ +13106135151 Elliott Broidy                                              1/7/2018 4:02:29 PM(UTC-8)

Send proof

☆ +13104131413 Joe & Nickie Shapira                                        1/7/2018 6:38:28 PM(UTC-8)

Attachments:

IMG_0405.jpeg            IMG_0406.png            IMG_0407.png

IMG_0408.png

☆ +13106135151 Elliott Broidy                                              1/8/2018 8:52:28 AM(UTC-8)

See email and question from reporter

87

CONFIDENTIAL TREATMENT
REQUESTED                                                                  E0000052