IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>NICKIE MALI LUM DAVIS;<br><br>               Defendant. | CR. NO. 20-00068 LEK<br><br>DECLARATION OF DAVID J. MINKIN |

DECLARATION OF DAVID J. MINKIN

I, DAVID J. MINKIN declare and state the following:

1. During an August 26, 2020 video call that included me, Mr. McCorriston, Ms. Davis and Mr. Lowell, Mr. Lowell vaguely described the FARA letter that he had received from the DOJ, but never represented to any of us during the video conference that the FARA letter was an inquiry into whether *he* (Lowell) was required to register under the FARA Act.

2. Mr. Lowell did not at any point inform me, Mr. McCorriston or Ms. Davis that he himself was being investigated by the DOJ's PIN Unit for criminal, civil or other purposes.

3. At no point did Mr. Lowell ever inform us that the government was possibly investigating *him* personally for bribery or other violations.

I, David J. Minkin, do declare under penalty of law that the foregoing is true and correct.

DATED: Honolulu, Hawaiʻi, October 22, 2022.

*/s/ David J. Minkin*
DAVID J. MINKIN