# MINUTE ORDER

| | |
|---|---|
| CASE NUMBER: | CRIMINAL NO. 20-00068 LEK |
| CASE NAME: | United States vs. Nickie Mali Lum Davis |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | DATE: | 10/24/2022 |

COURT ACTION:  EO: COURT ORDER VACATING THE SENTENCING HEARING AND SETTING A BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO WITHDRAW GUILTY PLEA AND MEMORANDUM OF PLEA AGREEMENT

On October 21, 2022, Defendant Nickie Mali Lum Davis ("Davis") filed a Motion to Withdraw Guilty Plea and Memorandum of Plea Agreement ("Motion to Withdraw"). [Dkt. no. 117.]  In light of the filing of the Motion to Withdraw, Davis's sentencing hearing, which is currently scheduled for October 27, 2022, is HEREBY VACATED, pending the resolution of the Motion to Withdraw.

The briefing schedule for the Motion to Withdraw will be as follows:

-By **October 28, 2022**, Davis shall file a statement specifying whether she is requesting an evidentiary hearing.  If Davis is requesting an evidentiary hearing, her statement must list the witnesses she anticipates calling and provide an estimate of the time needed for each witness's testimony.

-By **November 7, 2022**, Plaintiff United States of America ("the Government") shall file its response to the Motion to Withdraw.  If Davis requests an evidentiary hearing, the Government's response must include the name and estimated length of testimony for any witness the Government intends to call.

-If Davis chooses to file an optional reply in support of the Motion to Withdraw, Davis must do so by **November 14, 2022**.

After reviewing the parties' filings, this Court will determine whether an evidentiary hearing or a nonevidentiary hearing is necessary.

IT IS SO ORDERED.

Submitted by: Agalelei Elkington, Courtroom Manager