McCORRISTON MILLER MUKAI MACKINNON LLP

WILLIAM C. McCORRISTON    #995-0
DAVID J. MINKIN    #3639-0
Five Waterfront Plaza, 4th
Floor500 Ala Moana
Boulevard Honolulu, Hawai'i
96813
Telephone:  808.529.7300
Facsimile:   808.535.8056

E-Mail:    mccorriston@m4law.com;  minkin@m4law.com

JAMES A. BRYANT *(pro hac vice)*
The Cochran Firm California
4929 Wilshire Blvd., Suite 1010
Los Angeles, CA 90010
Telephone: 323-435-8205
Facsimile:   310-802-3829
E-mail:    jbryant@cochranfirm.com

Attorneys for Defendant
NICKIE MALI LUM DAVIS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | CR. NO. 20-00068 LEK |
|---|---|
| Plaintiff, | DEFENDANT NICKIE MALI LUM DAVIS' REQUEST FOR EVIDENTIARY HEARING RE: DEFENDANT'S MOTION TO WITHDRAW GUILTY PLEA AND MEMORANDUM OF PLEA AGREEMENT |
| vs. | |
| NICKIE MALI LUM DAVIS; | |
| Defendant. | |

1

## REQUEST FOR EVIDENTIARY HEARING

Defendant Nickie Lum Davis ("Davis"), through her undersigned counsel, hereby requests an evidentiary hearing regarding Defendant's Motion to Withdraw Guilty Plea and Memorandum of Guilty Plea. [Dkt No. 117].

The purpose of an evidentiary hearing related to a defendant's motion to withdraw a guilty plea is to resolve a material factual dispute. In other words, the hearing's purpose is to resolve inconsistent portrayals of a fact, the resolution of which will bear on this court's decision. Absent materiality and inconsistency, no evidentiary hearing need be held. Before a court can identify the existence of a material, factual dispute, however, each party must properly place its portrayal of that fact before the court. Thus, in order for a court to conduct an evidentiary hearing, the parties must properly place before the court inconsistent portrayals of a material fact. Although, there is no right to an evidentiary hearing, unlike a motion brought by a defendant under 28 U.S.C. § 2255, much like a motion brought under Section 2255, a pre-sentencing evidentiary hearing should be liberally granted where a defendant's motion to withdraw a plea presents more than conclusory allegations, unsupported by facts and refuted by the record. *Farrow v. United States*, 580 F.2d 1339, 1360-61 (9th Cir. 1978).

Here, the record is clear that Ms. Davis' Motion to Withdraw the Plea Agreement and Memorandum of Plea Agreement, is not based upon mere

conclusory statements or conjecture, as her claims are substantiated by a plethora of both testimonial and documentary evidence. As set forth in the Court's Minute Order dated August 3, 2022 [Dkt No. 87], this Court has recognized that a dispute of fact exists between the statement's set forth in her former counsel, Abbe Lowell's declaration, and the evidence submitted by Ms. Davis in her Motion to Disqualify Prosecutor. In this Minute Order the Court stated, "Davis essentially asks this Court to make an evidentiary ruling regarding the truth of the Addendum." In response to the Court's statement, Ms. Davis is in fact asking this Court to make an evidentiary ruling related to the three arguments Ms. Davis has raised in support of her withdrawal motion, all of which are support by substantial evidence: (1) Her former counsel's failure to disclose the true nature of his unwaviable conflict of interest; (2) her former counsel's failure to advise and exhaust all available options to Ms. Davis prior to encouraging her to plea guilty; and (3) her former counsel's grossly inaccurate sentencing proposal prediction.

Ms. Davis intends to call the following witnesses:

| **NO.** | **WITNESS NAME** | **DAVIS' TIME ESTIMATE** | **GOVT'S TIME ESTIMATE** |
|---|---|---|---|
| 1. | NICKIE MALI LUM DAVIS | 45 minutes | TBD |
| 2. | WILLIAM MCCORRISTON | 45 minutes | TBD |
| 3. | JAMES BRYANT | 1 Hour | TBD |
| 4. | DAVID MINKIN | 15 minutes | TBD |

| | | | |
|---|---|---|---|
| 5. | ABBE LOWELL | 2 hours | TBD |
| 6. | ROSS KRAMER | 20 minutes | TBD |
| 7. | JENNIFER PORTER | 20 minutes | TBD |
| 8. | JOHN KELLER | 2 hours | TBD |
| 9. | SEAN MULRYNE | 45 minutes | TBD |
| 10. | JAMES MANN | 30 minutes | TBD |
| 11. | NICOLE LOCKHART | 45 minutes | TBD |
| 12. | VICTOR SALGADO | 45 minutes | TBD |
| 13. | TODD GEE | 1 hour | TBD |
| 14. | IAN RICHARDSON | 30 minutes | TBD |
| 15. | SCOTT CLAFFEE | 30 minutes | TBD |
| 16. | BRANDON VAN GRACK | 30 minutes | TBD |
| 17. | ERICA O'BRIEN WAYMACK | 30 minutes | TBD |
| 18. | SPECIAL AGENT MEGAN CRAWLEY | 15 minutes | TBD |
| 19. | SPECIAL AGENT MARY CRAVER | 15 minutes | TBD |
| 20. | REID WEINGARTEN | 45 minutes | TBD |
| 21. | MOLLY GASTON | 30 minutes | TBD |
| 22. | CUSTOMS AGENT P. NAPOLEON | 30 minutes | TBD |
| 23. | PETER MIRIJANIAN | 30 minutes | TBD |

For the reasons set forth above Defendant Nickie Mali Lum Davis respectfully requests that this Court grant her request for an evidentiary hearing relating to her Motion to Withdraw Plea and Memorandum of Plea Agreement.

Los Angeles, California, October 28, 2022.

                                                          */s/ James A. Bryant*
                                                          JAMES A. BRYANT
                                                          WILLIAM C. McCORRISTON
                                                          Attorneys for Defendant NICKIE MALI LUM DAVIS