McCORRISTON MILLER MUKAI MacKINNON LLP

| | |
|---|---|
| WILLIAM C. McCORRISTON | #995-0 |
| DAVID J. MINKIN | #3639-0 |

Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawai'i  96813
Telephone:  808.529.7300
Facsimile:   808.535.8056
E-Mail:       mccorriston@m4law.com; minkin@m4law.com

JAMES A. BRYANT (*pro hac vice*)
The Cochran Firm California
4929 Wilshire Blvd., Suite 1010
Los Angele, CA 90010
Telephone:  323-435-8205
Facsimile:   310-802-3829
E-mail:       jbryant@cochranfirm.com

Attorneys for Defendant
NICKIE MALI LUM DAVIS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>    vs.<br><br>NICKIE MALI LUM DAVIS;<br><br>             Defendant. | CR. NO. 20-00068 LEK<br><br>DEFENDANT NICKIE MALI LUM DAVIS' AMENDED SENTENCING STATEMENT DISCLOSURE; CERTIFICATE OF SERVICE |

435716.1

DEFENDANT NICKIE MALI LUM DAVIS'
AMENDED SENTENCING STATEMENT DISCLOSURE

Pursuant to the Court's Order Denying Defendant's Motion for Partial Reconsideration, filed November 3, 2022, attached for filing is Paragraph 25 of Defendant Davis' Sentencing Statement.

DATED: Honolulu, Hawai'i, November 7, 2022.

/s/ *William C. McCorriston*
WILLIAM C. McCORRISTON
DAVID J. MINKIN
JAMES A. BRYANT

Attorneys for Defendant
NICKIE MALI LUM DAVIS

435716.1