21.     Davis objects to paragraph 76 in that it misstates the origin of funds used to purchase the residence located at ███████████ in Honolulu, Hawai'i, as there is no evidence that any monies received were from Jho Low. Davis notes that the property is now currently listed for sale for $7,500,000.00.

**Part C: Offender Characteristics**

22.     In Paragraph 97, Davis's daughters age ██████████ is now 8 years old.  Also, see character information provided in **Exhibit A** hereto, which is incorporated herein by reference.  Further character references are (and will be) submitted and incorporated herein as **Exhibit B** hereto.

23.     As previously noted above, Davis has listed the property for sale for $7,500,000.00.

24.     Davis further adds to paragraph 107 that she has had projects cancelled due to her felony record causing further financial hardship.

25.     Davis current financial statement as of August 2022 is as follows:

Assets

| Type | Institution | Total |
|------|-------------|-------|
| Business Checking Account- Kala Entertainment | Wells Fargo | $38,290.13 |
| Personal Checking Account | Wells Fargo | $134,647.96 |
| Personal Checking | Navy Federal Credit | $9,175.54 |

| Account | Union | |
|---|---|---|
| Personal Checking Account | American Savings Bank | $0 |
| Personal Savings Account (Spouse) | Navy Federal Credit Union | $.03 |
| Securities (CLOSED) | Fidelity Investments | $.00 |
| Pension Account | Fidelity Investments | $56,840.88 |
| Retirement Account | Fidelity Investments | $96,009.23 |
| Investment Account | SOFI Investments | $2,222.67 |
| Retirement Account | Charles Schwab - Calamos Investments | $67,822.99 |
| Pension Plan | Northwestern Mutual - | $581,734.30 |
| Hawaii Residence | LNS Capital, Inc. (Note A) | $4,873,000 |
| Jewelry | | $300,000.00 |
| Household Goods | | $200,000.00 |
| Storage Unit Contents | | $1,000.00 |
| Businesses | (Note B) | $0.00 |
| DIGITAL CURRENCY | | $14,133.00 |
| Total Assets | | $6,374,876.73. |

<u>Liabilities</u>

| | | |
|---|---|---|
| Federal Back Taxes | (Note C) | $2,162,905.63 |

| | | |
|---|---|---|
| State of Hawaii Back | (Note C) | $665,408.11 |
| Taxes Mortgage | (Note A) | $2,500,000.00 |
| Total Liabilities | | $5,328,313.74 |
| Total Net Worth | | $1,046,562.99 |

Monthly Income

| | | |
|---|---|---|
| Net Income | (Note D) | $0.00 |
| Total Monthly Income | | $0.00 |
| Hawaii Mortgage | (Note A) | $13,654.21 |
| California Rent | (Note E) | $14,000.00 |
| Groceries and Supplies | | $3,000.00 |
| Electricity | | $3,000.00 |
| Gas | | $400.00 |
| Water/Sewer | | $2,500.00 |
| Cellular Phone | | $650.00 |
| Cable internet | | $1,000.00 |
| Spouse's Vehicle Lease | Maserati Quattroporte | $1,403.00 |
| Spouse's Vehicle Lease | Land Rover | $1,459.00 |
| Spouse's Vehicle Lease | Honda Odyssey | $675.00 |
| Transportation | | $500.00 |

| | | |
|---|---|---|
| Auto Insurance | | $782.00 |
| Health Insurance | | $1,843.00 |
| Clothing | | $1,000.00 |
| Medical Expenses | | $500.00 |
| Travel | Prior to the COVID-19 | $5,000.00 |
| State of Hawaii Back | (Note C) | $5,000.00 |
| Taxes Schooling | Daughter's private school tuition | $3,333.00 |
| Total Monthly Expenses | | $59,699.21 |
| Total Monthly Cash Flow | | ($59,699.21) |

**Part D: Sentencing Options**

26.    Mrs. Davis objects to paragraph 121, the maximum fine is

$10,000.00.

**Part E: Factors That May Warrant A Sentence Outside The Advisory**

**Guideline Range**

27.    Pursuant to paragraph 27 of the MOPA Davis has provided substantial

assistance to the United States as follows:

a.    **Cooperation Regarding Broidy**: By entering into a plea for

aiding and abetting a violation of the FARA Davis procured the guilty plea of

Broidy. Prior to entering her plea, Davis openly and in good faith cooperated with