## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on the date and methods indicated below, a true and correct of the foregoing document was served on the following at their last known addresses:

Served Electronically through CM/ECF:

| | |
|---|---|
| John D. Keller, Esq. | John.Keller2@usdoj.gov |
| Nicole R. Lockhart, Esq. | Nicole.Lockhart@usdoj.gov |
| Kenneth R. Sorenson, Esq. | Ken.Sorenson@usdoj.gov |
| James C. Mann, Esq. | James.Mann@usdoj.gov |
| Sean Mulryne, Esq. | Sean.Mulryne@usdoj.gov |

Attorneys for Plaintiff
UNITED STATES OF AMERICA

Robert Brian Black, Esq.      brian@civilbeatlawcenter.org
700 Bishop Street, Suite 1701
Honolulu, Hawaii 96813

Attorney for Civil Beat Law Center
       For the Public Interest

Served Electronically through E-Mail:

| | |
|---|---|
| Diane Arima-Linscott | Diane_Arima-Linscott@hip.uscourts.gov |
| Darsie Ing-Dodson | Darsie_Ing-Dodson@hip.uscourts.gov |

435716.1

DATED: Honolulu, Hawaiʻi, November 7, 2022.

>  */s/ William C. McCorriston*
> WILLIAM C. McCORRISTON
> DAVID J. MINKIN
> JAMES A. BRYANT
>
> Attorneys for Defendant
> NICKIE MALI LUM DAVIS

435716.1