# MINUTES

| | |
|---|---|
| CASE NUMBER: | CRIMINAL NO. 20-00068 LEK |
| CASE NAME: | USA vs. Nickie Mali Lum Davis |
| ATTYS FOR PLA: | John Keller * <br> Sean Mulryne <br> Nicole Lockhart <br> Kenneth Sorrenson |
| ATTYS FOR DEFT: | James Bryant* <br> William McCorriston |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | Debi Read |
| DATE: | 12/9/2022 | TIME: | 1:30 PM - 2:15 PM |

COURT ACTION:  EP: Defendant Nickie Mali Lum Davis' [117] MOTION to Withdraw Guilty Plea; held by video teleconference ("VTC").

Defendant present, not in custody by VTC.

Court hears arguments from counsel: James Bryant and John Keller.
For reasons stated on the record, the Court DENIES [117] Defendant Nickie Mali Lum Davis' MOTION to Withdraw Guilty Plea.

Court sets sentencing for **Wednesday 1/18/2023 at 1:30 PM** in Aha Nonoi before Judge Leslie E. Kobayashi.

Pursuant to the Courts ruling, Government requests Courts previous ruling to DENY **without** prejudice Defendant's Motions: [47] Motion to Disqualify Counsel and [91] MOTION to Compel be changed to DENY **with** prejudice.
Court hears from Mr. Bryant.  Arguments heard.
For reasons stated on the record, Governments request is GRANTED.
[47] Motion to Disqualify Counsel and [91] MOTION to Compel are DENIED **with** Prejudice.

Government request the Court make findings on the factual allegations.  Arguments heard.

Court sets the following briefing schedule:

Government to submit proposed factual findings by: 12/16/2022.
Defense response/counter proposal due by: 12/28/2022.
Matter will be taken under submission thereafter, court to issue a written ruling.

Submitted by: Agalelei Elkington, Courtroom Manager