McCORRISTON MILLER MUKAI MacKINNON LLP

WILLIAM C. McCORRISTON　　　#995-0
DAVID J. MINKIN　　　　　　　　#3639-0
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawai'i  96813
Telephone:  808.529.7300
Facsimile:  808.535.8056
E-Mail:　　mccorriston@m4law.com; minkin@m4law.com

JAMES A. BRYANT (*pro hac vice*)
The Cochran Firm California
4929 Wilshire Blvd., Suite 1010
Los Angele, CA 90010
Telephone:  323-435-8205
Facsimile:  310-802-3829
E-mail:　　jbryant@cochranfirm.com

Attorneys for Defendant
NICKIE MALI LUM DAVIS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>NICKIE MALI LUM DAVIS;<br><br>　　　　　Defendant. | CR. NO. 20-00068 LEK<br><br>SUPPLEMENTAL EXHIBIT TO DEFENDANT NICKIE MALI LUM DAVIS' SENTENCING STATEMENT, FILED ON 08/22/2022; EXHIBIT D; CERTIFICATE OF SERVICE<br><br>*[Related Dkt. No. 97]* |

437353.2

## SUPPLEMENTAL EXHIBIT TO DEFENDANT NICKIE MALI LUM DAVIS' SENTENCING STATEMENT, FILED ON 08/22/2022

Defendant NICKIE MALI LUM DAVIS ("Davis"), by and through her attorneys undersigned, hereby submits **Exhibit "D"** to her Sentencing Statement, filed August 22, 2022 [**Dkt. 97**].

<u>Additional Character Information</u>

Defendant Davis respectfully requests that the character reference letter attached, from Veronika Mudra, CEO/Founder of White Ribbon USA be considered prior to her sentencing.

DATED: Honolulu, Hawai'i, January 13, 2023.

/s/ William C. McCorriston
WILLIAM C. McCORRISTON
DAVID J. MINKIN
JAMES A. BRYANT

Attorneys for Defendant
NICKIE MALI LUM DAVIS