Exhibit "D"



**WHITE RIBBON USA**
7660 Beverly Blvd., Suite 415
Los Angeles, CA 90036
424.777.7711
veronika@whiteribbonusa.org
www.whiteribbonusa.org

TAKE A WHITE RIBBON VA PLEDGE
*Against gender-based violence*
*and discrimination*



*Jan 13, 2023*

ATTN: The Honorable Leslie E. Kobayashi
*US District Judge for the District of Hawaii*
*300 Ala Moana Blvd C-338*
*Honolulu, Hawaii 96850*

**Dear Judge Kobayashi,**

I am the CEO and Founder of the federal White Ribbon USA Campaign against domestic violence towards women, a worldwide global organization that has annual joint campaigns with the US Department of VA, NASW and APA.  We also provide individual case management for DV victims. It came to my attention that Nickie Davis, who I know has been in a very difficult situation for years with her husband who suffers from addictions and violent behavior, is facing a felony sentencing before you next week.

I've known Nickie for over ten years. We first met at a women's leadership event of AIPAC in Los Angeles where she was a keynote speaker as the leader of a women's pro – Israel organization and I was amazed that a non-Jewish, Asian, Hawaiian woman had been selected as the leader of this organization and community.  We became friends, joined together by a desire to empower women.  It was only many years later that Nickie revealed to me that she was in abusive relationship with her husband who was also the father of her only daughter.

I understand that as a judge and part of the criminal justice system, your goal is to meet out sentences that are appropriate to the crime. I know you have the power to determine the sentence Nickie receives and I am writing to you today to ask that you please consider a sentence that allows Nickie to stay in the home with her daughter.  While I am aware of the efforts her husband has taken over the years to stay sober, addiction is a lifelong battle and one that Nickie has tried to support, while at the same time, protecting her daughter from any type of abuse or harm.  The consequences of leaving her daughter in the sole care of her husband could be devastating to a young girl who has zero role in this situation.  It is my plea that you find it in your heart and in your wisdom, to choose an alternative to incarceration for Nickie given her personal circumstances.  Studies have shown the dire impact on young children with incarcerated moms in terms of their emotional and academic development, as well as their future as members of our society. Nickie has a felony on her record. That will stay with her for life.  But as I am sure many letters and attorneys have already told you, she is a woman who truly contributes to society and literally, changes people's lives with her actions and heart.  I pray that you will take that and the totality of her situation into consideration as you prepare for her sentencing.

With great respect and thanks,

*Veronika Mudra*
*CEO/Founder*
*White Ribbon USA*

**EXHIBIT D**

"ONLY A LIFE LIVED FOR OTHERS IS A LIFE WORTHWHILE"
*Albert Einstein*