# MINUTE ORDER

CASE NUMBER:  CRIMINAL NO. 20-00068 LEK

CASE NAME:  USA vs. Nickie Mali Lum Davis

JUDGE:  Leslie E. Kobayashi   DATE:  01/18/2023

COURT ACTION:  **EO: ORDER ADOPTING THE GOVERNMENT'S PROPOSED FINDINGS OF FACT IN SUPPORT OF DENIAL OF MOTION TO DISQUALIFY, [FILED 12/16/22 (DKT. NO. 135)]**

On December 16, 2022, Plaintiff Untied States of America ("the Government"), at the Court's direction, filed its proposed findings of fact. See Government's Proposed Findings of Fact in Support of Denial of Motion to Disqualify, filed 12/16/22 (dkt. no. 135) ("Govt's PFOF").  On December 28, 2022, also at the Court's direction, Defendant Nickie Mali Lum Davis ("Lum Davis") filed her proposed findings of fact. See Lum Davis's Proposed Findings of Fact Re: Defendant's Motion to Disqualify, filed 12/28/22 (dkt. no. 137) ("Lum Davis's PFOF").

After review of the parties' submissions, and consideration of the files and pleadings in this matter as well as the applicable law, the Court FINDS that Lum Davis's PFOF contains factually inaccurate information and the Government's PFOF does not. Therefore, the Court FINDS and ADOPTS the Government's PFOF as the Court's Findings of Fact with regard to its denial of Lum Davis's Motion to Disqualify Counsel, filed on April 26, 2022 ("Motion to Disqualify"), [dkt. no. 49,] which is denied with prejudice. See Minutes - EP: Nickie Mali Lum Davis' MOTION to Disqualify Counsel, filed 8/5/22 (dkt. no. 94), at PageID.1106 (denying the Motion to Disqualify without prejudice); Minutes - EP: Defendant Nickie Mali Lum Davis' MOTION to Withdraw Guilty Plea, filed 12/9/22 (dkt no. 133) at PageID.2372 ("For reasons stated on the record, Governments [sic] request [that the Court change the denial of the Motion to Disqualify from without prejudice to with prejudice] is GRANTED.  Motion to Disqualify Counsel and MOTION to Compel are DENIED with Prejudice.").  These findings of fact are hereby INCORPORATED into the Court's ruling on Lum Davis's Motion to Disqualify.

**IT IS SO ORDERED.**

Submitted by: Agalelei Elkington, Courtroom Manager