# MINUTE ORDER

| | |
|---|---|
| CASE NUMBER: | CRIMINAL NO. 20-00068 LEK |
| CASE NAME: | USA vs. Nickie Mali Lum Davis |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | DATE: | 05/15/2023 |

COURT ACTION:  EO: COURT ORDER GRANTING DEFENDANT'S FIRST UNOPPOSED MOTION TO EXTEND SURRENDER DATE

 On May 5, 2023, an entering order was issued directing Defendant Nickie Mali Lum Davis ("Lum Davis") to surrender at the institution designed by the Federal Bureau of Prisons ("BOP") for the service of her term of imprisonment by 12:00 p.m. on May 24, 2023. [Dkt. no. 170.] On May 11, 2023, Lum Davis filed her First Unopposed Motion to Extend Surrender Date ("Motion"). [Dkt. no. 171.]  For the reasons stated therein, the Motion is GRANTED, and Lum Davis's self-surrender date is EXTENDED TO **June 6, 2023**.

 Lum Davis is HEREBY ORDERED to surrender at the institution designed by BOP for the service of her term of imprisonment by **12:00 p.m. on June 6, 2023**.

 IT IS SO ORDERED.

Submitted by: Agalelei Elkington, Courtroom Manager