FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
Mar 12, 2026 2:12 PM
Lucy H. Carrillo, Clerk of Court

FILED
CLERK, U.S. DISTRICT COURT
3/12/26
CENTRAL DISTRICT OF CALIFORNIA
BY: MRV  DEPUTY

PROB 22
(Rev. 01/24)

# TRANSFER OF JURISDICTION

DOCKET NUMBER (Tran. Court)
CR 20-00068LEK-01

DOCKET NUMBER (Rec. Court)
2:26-cr-00139-SPG

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Nickie Mali Lum Davis | District of Hawaii | Honolulu |
| | NAME OF SENTENCING JUDGE | |
| | The Honorable Leslie E. Kobayashi | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 08/05/2024 — TO 08/04/2027 |

**OFFENSE**

Count 1: Aiding and Abetting Violations of the Foreign Agents Registration Act. 18 U.S.C. § 2 and 22 U.S.C. §§ 612 and 618(a)(1)
Class D felony

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment/education opportunities, violation of supervision)

Central District of California is requesting jurisdiction pursuant to the recommendation of the Judicial Conference.

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF ___HAWAII___

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the ___CENTRAL DISTRICT OF CALIFORNIA___ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_2/24/2026_
Date

_/s/ Leslie E. Kobayashi_
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 – ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE ___CENTRAL___ DISTRICT OF ___CALIFORNIA___

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_March 12, 2026_
Effective Date

_/s/ Dolly M. Gee_
United States District Judge