**United States District Court**
Central District of California
**Office of the Clerk**

**Brian D. Karth**
District Court Executive / Clerk of Court
350 West 1st Street, Suite 4311
Los Angeles, CA 90012

Ageatha Alexandre-Engo
Chief Probation & Pretrial Services Officer
255 East Temple Street, Suite 1410
Los Angeles, CA 90012

**Cristina M. Squieri Bullock**
Chief Deputy of Administration
350 West 1st Street, Suite 4311
Los Angeles, CA 90012

**Maya Roy**
Chief Deputy of Operations
255 East Temple Street, Suite TS-134
Los Angeles, CA 90012

March 12, 2026

Clerk, United States District Court

_____ District of ____Hawaii____

300 Ala Moana Boulevard, Room C338
Honolulu, HI 96850-0001

Re:   Transfer of Jurisdiction of Probation
      Your Case No.   CR 20-00068LEK-01
      Assigned Our Case No.   2:26-cr-00139-SPG
      Case Title:   USA v. Nickie Mali Lum Davis

Dear Sir/Madam:

Enclosed please find:

☒ the original Probation Form 22, Transfer of Jurisdiction, of the above-named probationer to this district as accepted by Judge __Dolly M. Gee_____.

Please forward to this district copies of the following documents:
1) Indictment, Information, or Complaint
2) Judgment and Probationary Order
3) If a Class A Misdemeanor, a copy of a signed Consent to proceed before a magistrate judge, and/or document reflecting such consent, or waiver form.

The probationer has been assigned our case number as referenced above. Please include this case number in all future correspondence.

☐ the original Probation Form 22, Transfer of Jurisdiction, of the above-named probationer, which has been denied by Judge _____.

Sincerely,

Clerk, U.S. District Court

By   I. Valdes   ingrid_valdes@cacd.uscourts.gov
     Deputy Clerk

cc:   Probation Office, Central District of California
      Probation Office, District of Origin